# Exhibit "B"

# Bitcoin Forum

**Bitcoin => Hardware => Topic started by: cypherdoc on August 08, 2013, 10:54:43 PM**

Title: ▶ ▶ ▶HashFast Endorsement
Post by: **cypherdoc** on **August 08, 2013, 10:54:43 PM**

My Fellow Bitcoin Advocates,

I am pleased to announce that I have been selected as a paid sponsor for HashFast Technologies LLC. I have also been asked to join their Board of Advisors.

As most of you know, I have been involved in the Bitcoin community for a long while now. I have made my contributions here on the Forum mostly in the form of economics, investing, and Bitcoin theory since early 2011. I have given my perspective in countless debates, mainly in my two epic gold threads beginning back in August of 2011, **Gold: I Smell A Trap**: https://bitcointalk.org/index.php?topic=35956.msg443129#msg443129 and **Gold Collapsing, Bitcoin UP**: https://bitcointalk.org/index.php?topic=68655.msg799814#msg799814.

The following academic paper and it's authors believe that I have had a significant impact on how the community thinks:

http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2263707

Selected quotes:

**Breaking Out of the Bank in Europe - Exploring Collective Emergent Institutional Entrepreneurship Through Bitcoin**

" Among the most influential individuals in the Bitcoin community are the mysterious founder, Nakamoto, **and the five influential individuals in the community,** for whom we could not find any identifying information on the Internet. It seems that an individual's "real world" identity is not required to take an active role in the informal organization of Bitcoin. "

" As highlighted by scholars studying institutional entrepreneurship (Battilana et al., 2009; Dorado, 2005; Lounsbury & Crumley, 2007; Rao et al., 2000), **some actors drive institutional change through their conscious action**"

Some of you know that I have a very successful Bitcoin-only newsletter, **"Financial Risk Analytics",** that has been active on this forum since April 2012. Within that letter, I give my views on Bitcoin, gold and silver, and the stock market. I believe that Bitcoin is playing a significant role in shaping the world's financial economy, it's just that most people don't realize it yet. But from an active Bitcoin business perspective, I have always stayed in the background to preserve my anonymity and because I never saw an opportunity that truly sparked my interest. I am an active professional in a totally different industry and don't need Bitcoin for my future security. That desire to stay uninvolved changed this past week.

Case: 15-03011    Doc# 1-2    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 2 of

When HashFast announced that they were open for visits something compelled me to jump on a plane and investigate personally their physical headquarters last week at Uniquify. My intent was to evaluate their legitimacy with the goal of buying their mining hardware as I have been an active miner since mid 2011. What I came away with was the impression of a hardworking, legitimate team of dedicated people trying to realize a vision. A vision to become the top ASIC mining development firm in the world. Having spent 9 yrs of my own higher educational life in the Bay Area, a new **Silicon Valley/Palo Alto based** mining development team peaked my interest. These people are doing what I believe to be extraordinary work. I was there only a day but have been in communication with them almost on a daily basis since. I had the opportunity to walk around the office and interact personally at great length with the principals involved, not only in HashFast, but with Uniquify. I am convinced that being embedded within Uniquify affords significant research/business advantages.

The fact that HashFast itself is composed of Simon Barber and his team of 4 scientists makes them a force unto themselves from the development perspective. The fact that HashFast has direct access to the team of 28nm world renowned scientists from Uniquify to design the physical layout of the chip makes them a combined force to be feared. Simon is an academic from Cambridge University and has been involved in the Bitcoin community from the beginning. How many ASIC mining companies have an engineer employed at **PARC**? He has written a seminal paper on Bitcoin theory and economics which has contributed greatly to our understanding of just what is Bitcoin. He has been working on his proprietary version of an ASIC chip for almost 2 years. I believe this form of long term involvement with Bitcoin, such as I have demonstrated, is critical to understanding how to design a properly functioning chip that will be fast and efficient and deliver to small and industrial miners the return on investment that they deserve.

Eduardo de Castro is their CEO and visionary. He has an MBA from the University of Texas at Austin. As I have worked with him closely over the last 2 weeks, I have come to believe that Eduardo is a man with integrity, driven by the goals and beliefs of a true Bitcoiner, i.e., a belief in transparency, openness, honesty, and hard work. He believes in free markets. I believe that Eduardo's goals are noble and that you will believe this also once he announces publicly his plan for buyer refunds and the Miner Protection Plan.

These two principals are guiding the company's vision to be the best in industry. I happen to think they have a great chance at achieving that.

The HashFast "**BabyJet**" ASIC mining machine will be a first-of-its-kind technology (400GH/s per ASIC chip, significantly less than 1 Watt per GH/s) slated for delivery by late October. Speeds greater than 400GH/s are being achieved on extensive industry-standard testing with 28nm ASIC physical design leader Uniquify. Under 350W power draw. Their goal is to under promise and pleasantly surprise. The extensive testing being done has been consistent, repeatable, and surprisingly improving to extraordinary levels just in the last two weeks alone. And let me not forget one other significant thing; this unit has water cooling. **NO MORE NOISE**. There is a God!

I have had the opportunity to look into the eyes of the principals involved as well as shake their hands. I have worked with them closely for the past two

weeks. I believe that these people will make a full faith effort to deliver on their promises. Whether or not they are actually able to deliver working units by November, I can't absolutely guarantee. But, I believe that they have the talent and work ethic to make that a distinct reality.

Long Live Bitcoin,

cypherdoc

hashfast.com/shop

**Title: Re: >>>HashFast Endorsement**
Post by: **DyslexicZombei** on **August 08, 2013, 11:04:18 PM**

Intriguing. I'm new here but you obviously have the background to come to your own educated conclusions. You make me want to hold off on my last 2013 rig pre-order just to see what HashFast will unveil in the next couple of weeks.

Buyer refunds in mind?
Miner Protection Program?
Water Cooling?

Sounds like someone's been paying attention to the gripes of miners & their pre-order difficulties. Ideally, I'd want to support an American ASIC mfg. over foreign ones, but companies like BFL make it so hard!

**Title: Re: >>>HashFast Endorsement>>>**
Post by: **cypherdoc** on **August 08, 2013, 11:05:56 PM**

Quote from: HELP.org on August 08, 2013, 11:04:57 PM

> If I can order via credit card I would order one. The web site is a little unclear about payment methods but it looks like Bitcoin only.

no, it uses BitPay which will convert your USD to BTC.

the site isn't open yet but is due to be anytime now. get ready.

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
Post by: **Xialla** on **August 08, 2013, 11:12:54 PM**

OP: TLDR
*payment only in BTC - so where is my guarantee that you will refund me anytime? may I use escrow?
*not working prototype, no video or photos. just some CAD render of black box and want our money now?
*almost 3 months of waiting and free thousand of dollars loan. splendid.

and because you are from USA, I should also add 20% VAT to webpage price. hm.(

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 08, 2013, 11:16:28 PM**

> Quote from: Xialla on August 08, 2013, 11:12:54 PM
> OP: TLDR
> *payment only in BTC - so where is my guarantee that you will refund me anytime? may I use escrow?
> *not working prototype, no video or photos. just some CAD render of black box and want our money now?
> *almost 3 months of waiting and free thousand of dollars loan. splendid.
>
> and because you are from USA, I should also add 20% VAT to webpage price. hm.(

as Ytterbium has so eloquently pointed out, you're not going to get any asic mining company to fund the entire NRE, tapeout, and production costs just so you can buy a profitable money generating machine.  otherwise, they would just mine with it.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 08, 2013, 11:18:55 PM**

> Quote from: Xialla on August 08, 2013, 11:12:54 PM
> OP: TLDR
> *payment only in BTC - so where is my guarantee that you will refund me anytime? may I use escrow?
> *not working prototype, no video or photos. just some CAD render of black box and want our money now?
> *almost 3 months of waiting and free thousand of dollars loan. splendid.
>
> and because you are from USA, I should also add 20% VAT to webpage price. hm.(

plus, you want a cheap machine?  go look at their prices.

**Title: Re: >>>HashFast Endorsement**
**Post by: cypherdoc on August 08, 2013, 11:24:43 PM**

> Quote from: HELP.org on August 08, 2013, 11:22:30 PM
>> Quote from: cypherdoc on August 08, 2013, 11:05:56 PM
>>> Quote from: HELP.org on August 08, 2013, 11:04:57 PM
>>> If I can order via credit card I would order one.  The web site is a little unclear about payment methods but it looks like Bitcoin only.
>>
>> no, it uses BitPay which will convert your USD to BTC.
>>
>> the site isn't open yet but is due to be anytime now.  get ready.
>
> I would order if I could get the protection offered with a credit card purchase but it is not worth the risk to buy these things with bitcoins.

hang tight.  from what i understand, your BTC's are going to be guaranteed as well, though we all will want to hear it from the company itself as i am not a representative.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: Simon Barber on August 08, 2013, 11:25:21 PM**

Yes - what cypherdoc says is true - we endorse this. Let's do this.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: ampu on August 08, 2013, 11:28:59 PM**

> Quote from: Simon Barber on August 08, 2013, 11:25:21 PM
> Yes - what cypherdoc says is true - we endorse this. Let's do this.

Please add CC payments

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 08, 2013, 11:30:50 PM**

> Quote from: ampu on August 08, 2013, 11:28:59 PM
> > Quote from: Simon Barber on August 08, 2013, 11:25:21 PM
> > Yes - what cypherdoc says is true - we endorse this. Let's do this.
>
> Please add CC payments

no, they want only those committed to leaving their BTC with HashFast until the end of the year.  if they fail to deliver, they have said they will give full refunds in BTC.

again, anything i say here needs to be confirmed by the officials of the company.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: Flying Hellfish on August 08, 2013, 11:35:22 PM**

> Quote from: cypherdoc on August 08, 2013, 11:16:28 PM
> > Quote from: Xialla on August 08, 2013, 11:12:54 PM
> > OP: TLDR
> > *payment only in BTC - so where is my guarantee that you will refund me anytime? may I use escrow?
> > *not working prototype, no video or photos. just some CAD render of black box and want our money now?
> > *almost 3 months of waiting and free thousand of dollars loan. splendid.
> >
> > and because you are from USA, I should also add 20% VAT to webpage price. hm.(
>
> as Ytterbium has so eloquently pointed out, you're not going to get any asic mining company to fund the entire NRE, tapeout, and production costs just so you can buy a profitable money generating machine.  otherwise, they would just mine with it.

Sorry, really not trying to be rude here but I am wondering one thing here.

As investor you put up money (fund) to help start the business (which is a risk) and in return (rightfully so) you stand to make increase in value if the company is successful.

As a customer we get to put up money (fund) to help start the business (a risk) and in return we get a product, that's value is reduced (ATM) exceptionally quickly.

Both people put up money and risked it, one of them gets a lot of possible

long term upshot while the other gets, well almost no long term upshot? I mean its almost bad for early customers (and conversely really good for investors) if the company is really successful and sells millions of dollars of miners/chips as it makes their initial purchase less valuable, faster.

I feel like a new term should be coined for the ASIC revolution as I think all pre-order folks should be called investomers instead of customers.

## Title: Re: ► ► ►HashFast Endorsement
### Post by: cypherdoc on August 08, 2013, 11:37:21 PM

> Quote from: Flying Hellfish on August 08, 2013, 11:35:22 PM
>> Quote from: cypherdoc on August 08, 2013, 11:16:28 PM
>>> Quote from: Xialla on August 08, 2013, 11:12:54 PM
>>> OP: TLDR
>>> *payment only in BTC - so where is my guarantee that you will refund me anytime? may I use escrow?
>>> *not working prototype, no video or photos. just some CAD render of black box and want our money now?
>>> *almost 3 months of waiting and free thousand of dollars loan. splendid.
>>>
>>> and because you are from USA, I should also add 20% VAT to webpage price. hm.(
>>
>> as Ytterbium has so eloquently pointed out, you're not going to get any asic mining company to fund the entire NRE, tapeout, and production costs just so you can buy a profitable money generating machine.  otherwise, they would just mine with it.
>
> Sorry, really not trying to be rude here but I am wondering one thing here.
>
> As investor you put up money (fund) to help start the business (which is a risk) and in return (rightfully so) you stand to make increase in value if the company is successful.
>
> As a customer we get to put up money (fund) to help start the business (a risk) and in return we get a product, that's value is reduced (ATM) exceptionally quickly.
>
> Both people put up money and risked it, one of them gets a lot of possible long term upshot while the other gets, well almost no long term upshot? I mean its almost bad for early customers (and conversely really good for investors) if the company is really successful and sells millions of dollars of miners/chips as it makes their initial purchase less valuable, faster.
>
> I feel like a new term should be coined for the ASIC revolution as I think all pre-order folks should be called investomers instead of customers.

once you see details of their Miner Protection Plan and refund details all your fears will melt away.

## Title: Re: ► ► ►HashFast Endorsement
### Post by: reactor on August 08, 2013, 11:38:17 PM

Looking at the price, I have to speculate...

I personally hate when people are like "Yo, mining.thegenesisblock.com that stuff!", but I have to step up with some cost analysis.  If the price remains the same, delivery is close to on track (so we'll say Nov 1st), and price remains about what it is today, you're looking to peak at about $1150 profit from your purchase.  This is conservatively estimating that difficulty will only go up by around 75% monthly and price will remain steady at current pricing.  If pricing slumps to around $95 USD, you'll never even make $500

from this machine.

What sense does this make to pre-order without the security of at least a credit card purchase behind it?  While I will agree there seems to be an impressive team behind this hardware, this is effectively like buying a block erupter and expecting it to pay itself off.  It never will, it's really a stopgap that is a fun novelty and enables folks to continue mining when GPUs are no longer effective and there is no other shipping alternative.

It would be excellent for the team to explain the pricing vs. hashpower as it really is *not an attractive offer* with such uncertainty heading into the next six months.  For a market hungry for new hardware and deciding where to place bets for the next generation, this doesn't scream "place your bet here".

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 08, 2013, 11:39:31 PM**

> Quote from: HELP.org on August 08, 2013, 11:37:18 PM
>> Quote from: cypherdoc on August 08, 2013, 11:30:50 PM
>>> Quote from: ampu on August 08, 2013, 11:28:59 PM
>>>> Quote from: Simon Barber on August 08, 2013, 11:25:21 PM
>>>>> Yes - what cypherdoc says is true - we endorse this. Let's do this.
>>>>
>>>> Please add CC payments
>>>
>>> no, they want only those committed to leaving their BTC with HashFast until the end of the year.  if they fail to deliver, have said they will give full refunds in BTC.
>>>
>>> again, anything i say here needs to be confirmed by the officials of the company.
>>
>> Some unknown person saying they will give refunds is not the same thing as chargeback protection. I will only buy miners with a CC unless they are delivered fist.  Once I have it hashing I will send the BTC.  With all the risks of mining it is not worth it to be sending thousands of nonrefundable dollars to unknown people who have not delivered anything yet.

yes, it's not that there is NO risk.  the whole Bitcoin concept is at the bleeding edge of technology.  Bitcoin itself may fail.

perhaps you should go visit their office?  that has made the difference for quite a few ppl around here.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 08, 2013, 11:44:21 PM**

> Quote from: reactor on August 08, 2013, 11:38:17 PM
> This is conservatively estimating that difficulty will only go up by around 75% monthly and price will remain steady at current pricing.  If pricing slumps to around $95 USD, you'll never even make $500 from this machine.

reading a hashrate graph is similar to reading a stock chart which i specialize in.  there is no way it can go parabolic forever.  what's going to happen is that it will eventually retrace heavily at some point as the shakeout in the industry begins.  those companies with the fastest chip and maximum power efficiencies are going to survive.  i don't think HashFast plans on being one of those.

plus, if the BTC price goes up, which i definitely believe is going to happen in a major way, the best strategy is to get a hold of as many BTC as possible, as fast as possible.  mining rigs help facilitate this.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **SirWizz** on **August 08, 2013, 11:49:04 PM**

> Quote from: cypherdoc on August 08, 2013, 11:44:21 PM
>
> ....
>
> those companies with the fastest chip and maximum power efficiencies are going to survive.  i don't think HashFast plans on being one of those.
>
> ...

Don't worry, neither do we ;D.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Ytterbium** on **August 08, 2013, 11:52:27 PM**

> Quote from: cypherdoc on August 08, 2013, 11:16:28 PM
>
>> Quote from: Xialla on August 08, 2013, 11:12:54 PM
>>
>> OP: TLDR
>> *payment only in BTC - so where is my guarantee that you will refund me anytime? may I use escrow?
>> *not working prototype, no video or photos. just some CAD render of black box and want our money now?
>> *almost 3 months of waiting and free thousand of dollars loan. splendid.
>>
>> and because you are from USA, I should also add 20% VAT to webpage price. hm.(
>
> as Ytterbium has so eloquently pointed out, you're not going to get any asic mining company to fund the entire NRE, tapeout, and production costs just so you can buy a profitable money generating machine.  otherwise, they would just mine with it.

While that's true, one thing an unscrupulous chip maker could make a chip and sell it at what **seems** like a profitable price, but sell *so many* that you'll **singlehandedly** drive up the difficulty so much they'll never make ROI.  That was obviously BFL's plan from the beginning.

In fact, the longer you can delay your shipments and keep the difficulty low in order to take more orders, the more money you can make... no wonder they took so long for BFL delver and only started shipping units when credible competitors came out.

Without knowing *how many* chips a company is planning to sell, there's no way to evaluate what the chips are actually worth.  One thing I liked about Avalon, at least initially, is that they had a specific number of units they planned  to ship (until they started taking chip orders...)

> Quote from: cypherdoc on August 08, 2013, 11:30:50 PM
>
> no, they want only those committed to leaving their BTC with HashFast until the end of the year.  if they fail to deliver, they have said they will give full refunds in BTC.

# Bitcoin Forum

**Bitcoin => Hardware => Topic started by: cypherdoc on August 08, 2013, 10:54:43 PM**

Title: ► ► ►**HashFast Endorsement**
Post by: **cypherdoc** on **August 08, 2013, 10:54:43 PM**

My Fellow Bitcoin Advocates,

I am pleased to announce that I have been selected as a paid sponsor for HashFast Technologies LLC. I have also been asked to join their Board of Advisors.

As most of you know, I have been involved in the Bitcoin community for a long while now. I have made my contributions here on the Forum mostly in the form of economics, investing, and Bitcoin theory since early 2011. I have given my perspective in countless debates, mainly in my two epic gold threads beginning back in August of 2011, **Gold: I Smell A Trap**: https://bitcointalk.org/index.php?topic=35956.msg443129#msg443129 and **Gold Collapsing, Bitcoin UP**: https://bitcointalk.org/index.php?topic=68655.msg799814#msg799814.

The following academic paper and it's authors believe that I have had a significant impact on how the community thinks:

http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2263707

Selected quotes:

**Breaking Out of the Bank in Europe - Exploring Collective Emergent Institutional Entrepreneurship Through Bitcoin**

" Among the most influential individuals in the Bitcoin community are the mysterious founder, Nakamoto, **and the five influential individuals in the community,** for whom we could not find any identifying information on the Internet. It seems that an individual's "real world" identity is not required to take an active role in the informal organization of Bitcoin. "

" As highlighted by scholars studying institutional entrepreneurship (Battilana et al., 2009; Dorado, 2005; Lounsbury & Crumley, 2007; Rao et al., 2000), **some actors drive institutional change through their conscious action**"

Some of you know that I have a very successful Bitcoin-only newsletter, **"Financial Risk Analytics",** that has been active on this forum since April 2012. Within that letter, I give my views on Bitcoin, gold and silver, and the stock market. I believe that Bitcoin is playing a significant role in shaping the world's financial economy, it's just that most people don't realize it yet. But from an active Bitcoin business perspective, I have always stayed in the background to preserve my anonymity and because I never saw an opportunity that truly sparked my interest. I am an active professional in a totally different industry and don't need Bitcoin for my future security. That desire to stay uninvolved changed this past week.

When HashFast announced that they were open for visits something compelled me to jump on a plane and investigate personally their physical headquarters last week at Uniquify. My intent was to evaluate their legitimacy with the goal of buying their mining hardware as I have been an active miner since mid 2011. What I came away with was the impression of a hardworking, legitimate team of dedicated people trying to realize a vision. A vision to become the top ASIC mining development firm in the world. Having spent 9 yrs of my own higher educational life in the Bay Area, a new **Silicon Valley/Palo Alto based** mining development team peaked my interest. These people are doing what I believe to be extraordinary work. I was there only a day but have been in communication with them almost on a daily basis since. I had the opportunity to walk around the office and interact personally at great length with the principals involved, not only in HashFast, but with Uniquify. I am convinced that being embedded within Uniquify affords significant research/business advantages.

The fact that HashFast itself is composed of Simon Barber and his team of 4 scientists makes them a force unto themselves from the development perspective. The fact that HashFast has direct access to the team of 28nm world renowned scientists from Uniquify to design the physical layout of the chip makes them a combined force to be feared. Simon is an academic from Cambridge University and has been involved in the Bitcoin community from the beginning. How many ASIC mining companies have an engineer employed at **PARC**? He has written a seminal paper on Bitcoin theory and economics which has contributed greatly to our understanding of just what is Bitcoin. He has been working on his proprietary version of an ASIC chip for almost 2 years. I believe this form of long term involvement with Bitcoin, such as I have demonstrated, is critical to understanding how to design a properly functioning chip that will be fast and efficient and deliver to small and industrial miners the return on investment that they deserve.

Eduardo de Castro is their CEO and visionary. He has an MBA from the University of Texas at Austin. As I have worked with him closely over the last 2 weeks, I have come to believe that Eduardo is a man with integrity, driven by the goals and beliefs of a true Bitcoiner, i.e., a belief in transparency, openness, honesty, and hard work. He believes in free markets. I believe that Eduardo's goals are noble and that you will believe this also once he announces publicly his plan for buyer refunds and the Miner Protection Plan.

These two principals are guiding the company's vision to be the best in industry. I happen to think they have a great chance at achieving that.

The HashFast "**BabyJet**" ASIC mining machine will be a first-of-its-kind technology (400GH/s per ASIC chip, significantly less than 1 Watt per GH/s) slated for delivery by late October. Speeds greater than 400GH/s are being achieved on extensive industry-standard testing with 28nm ASIC physical design leader Uniquify. Under 350W power draw. Their goal is to under promise and pleasantly surprise. The extensive testing being done has been consistent, repeatable, and surprisingly improving to extraordinary levels just in the last two weeks alone. And let me not forget one other significant thing; this unit has water cooling. **NO MORE NOISE**. There is a God!

I have had the opportunity to look into the eyes of the principals involved as well as shake their hands. I have worked with them closely for the past two

weeks. I believe that these people will make a full faith effort to deliver on their promises. Whether or not they are actually able to deliver working units by November, I can't absolutely guarantee. But, I believe that they have the talent and work ethic to make that a distinct reality.

Long Live Bitcoin,

cypherdoc

hashfast.com/shop

**Title: Re: >>>HashFast Endorsement**
Post by: **DyslexicZombei** on **August 08, 2013, 11:04:18 PM**

Intriguing. I'm new here but you obviously have the background to come to your own educated conclusions. You make me want to hold off on my last 2013 rig pre-order just to see what HashFast will unveil in the next couple of weeks.

Buyer refunds in mind?
Miner Protection Program?
Water Cooling?

Sounds like someone's been paying attention to the gripes of miners & their pre-order difficulties. Ideally, I'd want to support an American ASIC mfg. over foreign ones, but companies like BFL make it so hard!

**Title: Re: >>>HashFast Endorsement>>>**
Post by: **cypherdoc** on **August 08, 2013, 11:05:56 PM**

Quote from: HELP.org on August 08, 2013, 11:04:57 PM
> If I can order via credit card I would order one. The web site is a little unclear about payment methods but it looks like Bitcoin only.

no, it uses BitPay which will convert your USD to BTC.

the site isn't open yet but is due to be anytime now. get ready.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Xialla** on **August 08, 2013, 11:12:54 PM**

OP: TLDR
*payment only in BTC - so where is my guarantee that you will refund me anytime? may I use escrow?
*not working prototype, no video or photos. just some CAD render of black box and want our money now?
*almost 3 months of waiting and free thousand of dollars loan. splendid.

and because you are from USA, I should also add 20% VAT to webpage price. hm.(

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 08, 2013, 11:16:28 PM**

> Quote from: Xialla on August 08, 2013, 11:12:54 PM
> OP: TLDR
> *payment only in BTC - so where is my guarantee that you will refund me anytime? may I use escrow?
> *not working prototype, no video or photos. just some CAD render of black box and want our money now?
> *almost 3 months of waiting and free thousand of dollars loan. splendid.
>
> and because you are from USA, I should also add 20% VAT to webpage price. hm.(

as Ytterbium has so eloquently pointed out, you're not going to get any asic mining company to fund the entire NRE, tapeout, and production costs just so you can buy a profitable money generating machine.  otherwise, they would just mine with it.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 08, 2013, 11:18:55 PM**

> Quote from: Xialla on August 08, 2013, 11:12:54 PM
> OP: TLDR
> *payment only in BTC - so where is my guarantee that you will refund me anytime? may I use escrow?
> *not working prototype, no video or photos. just some CAD render of black box and want our money now?
> *almost 3 months of waiting and free thousand of dollars loan. splendid.
>
> and because you are from USA, I should also add 20% VAT to webpage price. hm.(

plus, you want a cheap machine?  go look at their prices.

**Title: Re: >>>HashFast Endorsement**
**Post by: cypherdoc on August 08, 2013, 11:24:43 PM**

> Quote from: HELP.org on August 08, 2013, 11:22:30 PM
> > Quote from: cypherdoc on August 08, 2013, 11:05:56 PM
> > > Quote from: HELP.org on August 08, 2013, 11:04:57 PM
> > > If I can order via credit card I would order one.  The web site is a little unclear about payment methods but it looks like Bitcoin only.
> >
> > no, it uses BitPay which will convert your USD to BTC.
> >
> > the site isn't open yet but is due to be anytime now.  get ready.
>
> I would order if I could get the protection offered with a credit card purchase but it is not worth the risk to buy these things with bitcoins.

hang tight.  from what i understand, your BTC's are going to be guaranteed as well, though we all will want to hear it from the company itself as i am not a representative.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: Simon Barber on August 08, 2013, 11:25:21 PM**

Case: 15-03011    Doc# 1-2    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 13 of
116

Yes - what cypherdoc says is true - we endorse this. Let's do this.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **ampu** on **August 08, 2013, 11:28:59 PM**

> Quote from: Simon Barber on August 08, 2013, 11:25:21 PM
> Yes - what cypherdoc says is true - we endorse this. Let's do this.

Please add CC payments

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 08, 2013, 11:30:50 PM**

> Quote from: ampu on August 08, 2013, 11:28:59 PM
> > Quote from: Simon Barber on August 08, 2013, 11:25:21 PM
> > Yes - what cypherdoc says is true - we endorse this. Let's do this.
>
> Please add CC payments

no, they want only those committed to leaving their BTC with HashFast until the end of the year. if they fail to deliver, they have said they will give full refunds in BTC.

again, anything i say here needs to be confirmed by the officials of the company.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Flying Hellfish** on **August 08, 2013, 11:35:22 PM**

> Quote from: cypherdoc on August 08, 2013, 11:16:28 PM
> > Quote from: Xialla on August 08, 2013, 11:12:54 PM
> > OP: TLDR
> > *payment only in BTC - so where is my guarantee that you will refund me anytime? may I use escrow?
> > *not working prototype, no video or photos. just some CAD render of black box and want our money now?
> > *almost 3 months of waiting and free thousand of dollars loan. splendid.
> >
> > and because you are from USA, I should also add 20% VAT to webpage price. hm.(
>
> as Ytterbium has so eloquently pointed out, you're not going to get any asic mining company to fund the entire NRE, tapeout, and production costs just so you can buy a profitable money generating machine. otherwise, they would just mine with it.

Sorry, really not trying to be rude here but I am wondering one thing here.

As investor you put up money (fund) to help start the business (which is a risk) and in return (rightfully so) you stand to make increase in value if the company is successful.

As a customer we get to put up money (fund) to help start the business (a risk) and in return we get a product, that's value is reduced (ATM) exceptionally quickly.

Both people put up money and risked it, one of them gets a lot of possible

long term upshot while the other gets, well almost no long term upshot? I mean its almost bad for early customers (and conversely really good for investors) if the company is really successful and sells millions of dollars of miners/chips as it makes their initial purchase less valuable, faster.

I feel like a new term should be coined for the ASIC revolution as I think all pre-order folks should be called investomers instead of customers.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 08, 2013, 11:37:21 PM**

Quote from: Flying Hellfish on August 08, 2013, 11:35:22 PM
Quote from: cypherdoc on August 08, 2013, 11:16:28 PM
Quote from: Xialla on August 08, 2013, 11:12:54 PM
OP: TLDR
*payment only in BTC - so where is my guarantee that you will refund me anytime? may I use escrow?
*not working prototype, no video or photos. just some CAD render of black box and want our money now?
*almost 3 months of waiting and free thousand of dollars loan. splendid.

and because you are from USA, I should also add 20% VAT to webpage price. hm.(

as Ytterbium has so eloquently pointed out, you're not going to get any asic mining company to fund the entire NRE, tapeout, and production costs just so you can buy a profitable money generating machine. otherwise, they would just mine with it.

Sorry, really not trying to be rude here but I am wondering one thing here.

As investor you put up money (fund) to help start the business (which is a risk) and in return (rightfully so) you stand to make increase in value if the company is successful.

As a customer we get to put up money (fund) to help start the business (a risk) and in return we get a product, that's value is reduced (ATM) exceptionally quickly.

Both people put up money and risked it, one of them gets a lot of possible long term upshot while the other gets, well almost no long term upshot? I mean its almost bad for early customers (and conversely really good for investors) if the company is really successful and sells millions of dollars of miners/chips as it makes their initial purchase less valuable, faster.

I feel like a new term should be coined for the ASIC revolution as I think all pre-order folks should be called investomers instead of customers.

once you see details of their Miner Protection Plan and refund details all your fears will melt away.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **reactor** on **August 08, 2013, 11:38:17 PM**

Looking at the price, I have to speculate...

I personally hate when people are like "Yo, mining.thegenesisblock.com that stuff!", but I have to step up with some cost analysis. If the price remains the same, delivery is close to on track (so we'll say Nov 1st), and price remains about what it is today, you're looking to peak at about $1150 profit from your purchase. This is conservatively estimating that difficulty will only go up by around 75% monthly and price will remain steady at current pricing. If pricing slumps to around $95 USD, you'll never even make $500

from this machine.

What sense does this make to pre-order without the security of at least a credit card purchase behind it?  While I will agree there seems to be an impressive team behind this hardware, this is effectively like buying a block erupter and expecting it to pay itself off.  It never will, it's really a stopgap that is a fun novelty and enables folks to continue mining when GPUs are no longer effective and there is no other shipping alternative.

It would be excellent for the team to explain the pricing vs. hashpower as it really is *not an attractive offer* with such uncertainty heading into the next six months.  For a market hungry for new hardware and deciding where to place bets for the next generation, this doesn't scream "place your bet here".

## Title: Re: ► ► ►HashFast Endorsement
### Post by: cypherdoc on August 08, 2013, 11:39:31 PM

> Quote from: HELP.org on August 08, 2013, 11:37:18 PM
>> Quote from: cypherdoc on August 08, 2013, 11:30:50 PM
>>> Quote from: ampu on August 08, 2013, 11:28:59 PM
>>>> Quote from: Simon Barber on August 08, 2013, 11:25:21 PM
>>>> Yes - what cypherdoc says is true - we endorse this. Let's do this.
>>>
>>> Please add CC payments
>>
>> no, they want only those committed to leaving their BTC with HashFast until the end of the year.  if they fail to deliver, they have said they will give full refunds in BTC.
>>
>> again, anything i say here needs to be confirmed by the officials of the company.
>
> Some unknown person saying they will give refunds is not the same thing as chargeback protection. I will only buy miners with a CC unless they are delivered fist.  Once I have it hashing I will send the BTC.  With all the risks of mining it is not worth it to be sending thousands of nonrefundable dollars to unknown people who have not delivered anything yet.

yes, it's not that there is NO risk.  the whole Bitcoin concept is at the bleeding edge of technology.  Bitcoin itself may fail.

perhaps you should go visit their office?  that has made the difference for quite a few ppl around here.

## Title: Re: ► ► ►HashFast Endorsement
### Post by: cypherdoc on August 08, 2013, 11:44:21 PM

> Quote from: reactor on August 08, 2013, 11:38:17 PM
> This is conservatively estimating that difficulty will only go up by around 75% monthly and price will remain steady at current pricing.  If pricing slumps to around $95 USD, you'll never even make $500 from this machine.

reading a hashrate graph is similar to reading a stock chart which i specialize in.  there is no way it can go parabolic forever.  what's going to happen is that it will eventually retrace heavily at some point as the shakeout in the industry begins.  those companies with the fastest chip and maximum power efficiencies are going to survive.  i don't think HashFast plans on being one of those.

plus, if the BTC price goes up, which i definitely believe is going to happen in a major way, the best strategy is to get a hold of as many BTC as possible, as fast as possible. mining rigs help facilitate this.

**Title: Re: ►►►HashFast Endorsement**
Post by: **SirWizz** on **August 08, 2013, 11:49:04 PM**

> Quote from: cypherdoc on August 08, 2013, 11:44:21 PM
>
> ....
>
> those companies with the fastest chip and maximum power efficiencies are going to survive. i don't think HashFast plans on being one of those.
>
> ...

Don't worry, neither do we ;D.

**Title: Re: ►►►HashFast Endorsement**
Post by: **Ytterbium** on **August 08, 2013, 11:52:27 PM**

> Quote from: cypherdoc on August 08, 2013, 11:16:28 PM
>
>> Quote from: Xialla on August 08, 2013, 11:12:54 PM
>>
>> OP: TLDR
>> *payment only in BTC - so where is my guarantee that you will refund me anytime? may I use escrow?
>> *not working prototype, no video or photos. just some CAD render of black box and want our money now?
>> *almost 3 months of waiting and free thousand of dollars loan. splendid.
>>
>> and because you are from USA, I should also add 20% VAT to webpage price. hm.(
>
> as Ytterbium has so eloquently pointed out, you're not going to get any asic mining company to fund the entire NRE, tapeout, and production costs just so you can buy a profitable money generating machine. otherwise, they would just mine with it.

While that's true, one thing an unscrupulous chip maker could make a chip and sell it at what **seems** like a profitable price, but sell *so many* that you'll **singlehandedly** drive up the difficulty so much they'll never make ROI. That was obviously BFL's plan from the beginning.

In fact, the longer you can delay your shipments and keep the difficulty low in order to take more orders, the more money you can make... no wonder they took so long for BFL delver and only started shipping units when credible competitors came out.

Without knowing *how many* chips a company is planning to sell, there's no way to evaluate what the chips are actually worth. One thing I liked about Avalon, at least initially, is that they had a specific number of units they planned to ship (until they started taking chip orders...)

> Quote from: cypherdoc on August 08, 2013, 11:30:50 PM
>
> no, they want only those committed to leaving their BTC with HashFast until the end of the year. if they fail to deliver, they have said they will give full refunds in BTC.

Case: 15-03011    Doc# 1-2    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 17 of 116

again, anything i say here needs to be confirmed by the officials of the company.

If they are looking for people with the mindset of venture capital investors, then they should treat people the way they would treat any VC. That means lots of detailed information people can use to evaluate the investment. I think Labcoin did a good job of doing that (I got IPO shares), but obviously being in the U.S. you can't do a public IPO that way.

I don't doubt that these guys can produce a chip, I'm sure they'll be able to. The question is: will that chip be able to make ROI given their prices, **and given the massive increase in network strength caused by chips from KnC, Cointerra, Labcoin, BTCGarden, ASICMiner, along with possibly the Avalon pre-order chips shipping**

That said, there are probably a lot of people out there who have plenty of money to throw out on things like this, so there's a good chance you might get a ton of pre-orders.

> Quote from: cypherdoc on August 08, 2013, 11:44:21 PM
>
> reading a hashrate graph is similar to reading a stock chart which i specialize in. there is no way it can go parabolic forever. what's going to happen is that it will eventually retrace heavily at some point as the shakeout in the industry begins. those companies with the fastest chip and maximum power efficiencies are going to survive. i don't think HashFast plans on being one of those.

Ugh, this is **so wrong**. The most likely path of a **hashrate graph** is that it will trace a **sigmoid function (http://en.wikipedia.org/wiki/Sigmoid_function)**.

https://ip.bitcointalk.org/?u=http%3A%2F%2Fupload.wikimedia.org%2Fwikipedia%2Fcommons%2Fthumb%2F2%2F2f%2FError_Function.svg%2F500px-Error_Function.svg.png&t=547&c=Vv6Gbk-surWFDw

It will start accelerating, then start to slow down when people stop increasing their hashrate as it becomes less profitable. There is no way that hashrate will ever go *down* unless the price of bitcoin also collapses, so that mining ceases to even cover electricity costs. (Of course it'll be superimposed on another, slower growth caused by More's law as transistor density increases, but we can ignore that for now)

Right now, the difficulty will have to go up something like 100x before it starts to get close to power costs. At those rates a 400Gh/s device will only make a few dollars a day.

Title: **Re: ► ► ►HashFast Endorsement**
Post by: **Xialla** on **August 08, 2013, 11:57:53 PM**

> Quote from: cypherdoc on August 08, 2013, 11:44:21 PM
>
> reading a hashrate graph is similar to reading a stock chart

yes almost, with only one small difference. bitcoin is jumping up and down, but hashrate is still going up (just check both charts for last 3 months). and because KNC (most likely) and Avalon will deliver their devices/chips BEFORE HashFast send their miners (there will be huge hashrate raise), is imho much better to buy BTC (if you believe it) instead of preorder.(

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 09, 2013, 12:00:11 AM**

> Quote from: Xialla on August 08, 2013, 11:57:53 PM
>> Quote from: cypherdoc on August 08, 2013, 11:44:21 PM
>>> reading a hashrate graph is similar to reading a stock chart
>>
>> yes almost, with only one small difference. bitcoin is jumping up and down, but hashrate is still going up (just check both charts for last 3 months). and because KNC (most likely) and Avalon will deliver their devices/chips BEFORE HashFast send their miners (there will be huge hashrate raise), is imho much better to buy BTC (if you believe it) instead of preorder.(

here's an interesting game theory proposition:  what if all those cc orders housed at KNC or with BitFury get cancelled b/c ppl believe in the HashFast team and concept?

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: SirWizz on August 09, 2013, 12:06:26 AM**

> Quote from: cypherdoc on August 09, 2013, 12:00:11 AM
>
> here's an interesting game theory proposition:  what if all those cc orders housed at KNC or with BitFury get cancelled b/c ppl believe in the HashFast team and concept?

Here's a more reasonable proposition - you're probably high on something (is it the pay they promised you?) - KNC/Bitfury would not let that happen...

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: Ytterbium on August 09, 2013, 12:07:34 AM**

> Quote from: cypherdoc on August 09, 2013, 12:00:11 AM
>> Quote from: Xialla on August 08, 2013, 11:57:53 PM
>>> Quote from: cypherdoc on August 08, 2013, 11:44:21 PM
>>>> reading a hashrate graph is similar to reading a stock chart
>>>
>>> yes almost, with only one small difference. bitcoin is jumping up and down, but hashrate is still going up (just check both charts for last 3 months). and because KNC (most likely) and Avalon will deliver their devices/chips BEFORE HashFast send their miners (there will be huge hashrate raise), is imho much better to buy BTC (if you believe it) instead of preorder.(
>>
>> here's an interesting game theory proposition:  what if all those cc orders housed at KNC or with BitFury get cancelled b/c ppl believe in the HashFast team and concept?

You're going to have to do much better job of selling them if you expect that to happen.  Even with all your optimistic projections, people who bought that stuff will still have a chance to make most of their ROI in September and October, if they ship on time.

You also have Cointerra out there as well.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 09, 2013, 12:07:55 AM**

> Quote from: SirWizz on August 09, 2013, 12:06:26 AM
>> Quote from: cypherdoc on August 09, 2013, 12:00:11 AM

Case: 15-03011   Doc# 1-2   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 19 of

> here's an interesting game theory proposition: what if all those cc orders housed at KNC or with BitFury get cancelled b/c ppl believe in the HashFast team and concept?
>
> Here's a more reasonable proposition - you're probably high on something (is it the pay they promised you?) - KNC/Bitfury would not let that happen...

so we begin to see the problems with taking cc's in such an industry.

with a cc, a chargeback could not be prevented.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **ampu** on **August 09, 2013, 12:09:11 AM**

> Quote from: cypherdoc on August 09, 2013, 12:07:55 AM
>> Quote from: SirWizz on August 09, 2013, 12:06:26 AM
>>> Quote from: cypherdoc on August 09, 2013, 12:00:11 AM
>>> here's an interesting game theory proposition: what if all those cc orders housed at KNC or with BitFury get cancelled b/c ppl believe in the HashFast team and concept?
>>>
>>> Here's a more reasonable proposition - you're probably high on something (is it the pay they promised you?) - KNC/Bitfury would not let that happen...
>>
>> so we begin to see the problems with taking cc's in such an industry.
>>
>> with a cc, a chargeback could not be prevented.

Satisfied customer = no chargeback.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 09, 2013, 12:09:32 AM**

> Quote from: Ytterbium on August 09, 2013, 12:07:34 AM
>> Quote from: cypherdoc on August 09, 2013, 12:00:11 AM
>>> Quote from: Xialla on August 08, 2013, 11:57:53 PM
>>>> Quote from: cypherdoc on August 08, 2013, 11:44:21 PM
>>>> reading a hashrate graph is similar to reading a stock chart
>>>
>>> yes almost, with only one small difference. bitcoin is jumping up and down, but hashrate is still going up (just check both charts for last 3 months). and because KNC (most likely) and Avalon will deliver their devices/chips BEFORE HashFast send their miners (there will be huge hashrate raise), is imho much better to buy BTC (if you believe it) instead of preorder.(
>>
>> here's an interesting game theory proposition: what if all those cc orders housed at KNC or with BitFury get cancelled b/c ppl believe in the HashFast team and concept?
>
> You're going to have to do much better job of selling them if you expect that to happen. Even with all your optimistic projections, people who bought that stuff will still have a chance to make most of their ROI in September and October, if they ship on time.
>
> You also have Cointerra out there as well.

i'll be totally honest here. i cx'd my Jupiter orders the day *before* i went to their office. before i'd even met them.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 09, 2013, 12:14:23 AM**

> Quote from: ampu on August 09, 2013, 12:09:11 AM
>> Quote from: cypherdoc on August 09, 2013, 12:07:55 AM
>>> Quote from: SirWizz on August 09, 2013, 12:06:26 AM
>>>> Quote from: cypherdoc on August 09, 2013, 12:00:11 AM
>>>>
>>>> here's an interesting game theory proposition:  what if all those cc orders housed at KNC or with BitFury get cancelled b/c ppl believe in the HashFast team and concept?
>>>>
>>>> Here's a more reasonable proposition - you're probably high on something (is it the pay they promised you?) - KNC/Bitfury would not let that happen...
>>>
>>> so we begin to see the problems with taking cc's in such an industry.
>>>
>>> with a cc, a chargeback could not be prevented.
>>
>> Satisfied customer = no chargeback.

what i'm saying is that ppl could react like me.  when i read what HashFast was doing and the resumes of the ppl involved and where they were doing it, i cx'd my cc orders at KNC.  i'm not here to bash KNC.  they could be great. all i'm saying is that if enough ppl react like i did, there could be financial issues created as a result.  same thing could happen to HashFast if someone else comes along.


**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Xialla** on **August 09, 2013, 12:15:35 AM**

> Quote from: cypherdoc on August 09, 2013, 12:00:11 AM
> here's an interesting game theory proposition:  what if all those cc orders housed at KNC or with BitFury get cancelled b/c ppl believe in the HashFast team and concept?

https://ip.bitcointalk.org/?u=http%3A%2F%2Fabcmemes.com%2Fmedia%2Fcreated%2Fwhat-if-i-told-you-all-the-bitcoin-success-stories.jpg&t=547&c=mbv7pGSlsWuKvw


**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Loredo** on **August 09, 2013, 12:16:13 AM**

> Quote from: Ytterbium on August 08, 2013, 11:52:27 PM
> Ugh, this is **so wrong**. The most likely path of a **hashrate graph** is that it will trace a **sigmoid function (http://en.wikipedia.org/wiki/Sigmoid_function)**.
>
> https://ip.bitcointalk.org/?u=http%3A%2F%2Fupload.wikimedia.org%2Fwikipedia%2Fcommons%2Fthumb%2F2%2F2f%2FError_Function.svg%2F500px-Error_Function.svg.png&t=547&c=Vv6Gbk-surWFDw

Thank you; you saved me the need to reply.  All I'll add is that, while the curve you show here is the cumulative normal probability function, which gives the shape normatively well, there are existential reasons why the network hash might well follow a Gompertz function.

Specifically, that curve is used to model cellular growth in confined circumstances where total available nutrients are bounded.  Wiki has some decent overview.


**Title: Re: ► ► ►HashFast Endorsement**
Post by: **DeathAndTaxes** on **August 09, 2013, 12:16:15 AM**

> Quote from: HELP.org on August 08, 2013, 11:53:22 PM
> | If they are so sure of themselves then send me unit and I will pay in BTC when it is hashing. |

Why would ANYONE do that.  If someone has a unit which is currently hashing why not just keep using it themselves rather than sell it to you?  I am not saying you should buy one but thinking that someone will produce a unit, which is operational, and profitable and then turn it off just so they can send it to you and collect some BTC after the fact?  Would you?

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 09, 2013, 12:18:58 AM**

> Quote from: HELP.org on August 08, 2013, 11:53:22 PM
> | If they are so sure of themselves then send me unit and I will pay in BTC when it is hashing. |

who's being ridiculous?

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: Ytterbium on August 09, 2013, 12:19:09 AM**

> Quote from: cypherdoc on August 09, 2013, 12:07:55 AM
> > Quote from: SirWizz on August 09, 2013, 12:06:26 AM
> > > Quote from: cypherdoc on August 09, 2013, 12:00:11 AM
> > > here's an interesting game theory proposition:  what if all those cc orders housed at KNC or with BitFury get cancelled b/c ppl believe in the HashFast team and concept?
> > >
> > > Here's a more reasonable proposition - you're probably high on something (is it the pay they promised you?) - KNC/Bitfury would not let that happen...
> >
> > so we begin to see the problems with taking cc's in such an industry.
> >
> > with a cc, a chargeback could not be prevented.

I understand your point - you don't want to risk chargebacks because people might do a chargeback **simply because they no longer think the investment is viable..**  And you consider a pre-order to be like an investment. That's how I look at it, there is a risk and you have to weigh the odds and decide if the reweard outweighs the risk of failure.

But here's the thing: If you're not willing to allow returns on pre-orders between now and when you ship because you're worried that **investors might think your chips aren't actually be good investments when you actually ship them, and do a chargeback**, then isn't it obvious that **investors should, in fact, be worried their chips aren't actually good investments when you do ship them?**

That's the problem here - the difficulty could potentially go up so quickly that by the time your products ship, they'll no longer have much value.

I wrote a post upthread about this, but you may have missed it.  The problem is, without knowing how many chips are going to come online and what the hashrate will be when you ship, there's no way to evaluate the investment.

Case: 15-03011   Doc# 1-2   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 22 of

If you look at BFL, for example - when they were the only people with ASICs, they didn't bother to ship their products at all.  This kept the hashrate really low, making their products look really attractive.  It's only when other companies started shipping products that they started shipping as well.

But, they took orders for products that they **knew** would never ROI **simply because of all the other orders they took!**.  That's why I stayed away from them at the time.

The risk here isn't that you won't ship, it's that your chips won't make ROI, both because of the competitors (KnC, Cointerra, Laboin, BTCGarden, etc, etc, etc) but also because of the total number of chips that *you* sell!

If you're going to treat pre-order customers as *investors* then you need to put out enough information for people to make a serious economic analysis.

## Title: **Re: ► ► ►HashFast Endorsement**
Post by: **Vagnavs** on **August 09, 2013, 12:21:20 AM**

> Quote from: cypherdoc on August 09, 2013, 12:14:23 AM
>> Quote from: ampu on August 09, 2013, 12:09:11 AM
>>> Quote from: cypherdoc on August 09, 2013, 12:07:55 AM
>>>> Quote from: SirWizz on August 09, 2013, 12:06:26 AM
>>>>> Quote from: cypherdoc on August 09, 2013, 12:00:11 AM
>>>>>
>>>>> here's an interesting game theory proposition:  what if all those cc orders housed at KNC or with BitFury get cancelled b/c ppl believe in the HashFast team and concept?
>>>>>
>>>>> Here's a more reasonable proposition - you're probably high on something (is it the pay they promised you?) - KNC/Bitfury would not let that happen...
>>>>>
>>>>> so we begin to see the problems with taking cc's in such an industry.
>>>>>
>>>>> with a cc, a chargeback could not be prevented.
>>>>>
>>>>> Satisfied customer = no chargeback.
>>>>
>>>> what i'm saying is that ppl could react like me.  when i read what HashFast was doing and the resumes of the ppl involved and where they were doing it, i cx'd my cc orders at KNC.   i'm not here to bash KNC.  they could be great.  all i'm saying is that if enough ppl react like i did, there could be financial issues created as a result.  same thing could happen to HashFast if someone else comes along.

if the customer is satisfied. Why would they file a charge back? Perhaps that is sign that the company isn't confident in the product. Besides that, look at Avalon and the chip sales.

## Title: **Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 09, 2013, 12:21:42 AM**

> Quote from: Ytterbium on August 09, 2013, 12:19:09 AM
>> Quote from: cypherdoc on August 09, 2013, 12:07:55 AM
>>> Quote from: SirWizz on August 09, 2013, 12:06:26 AM
>>>> Quote from: cypherdoc on August 09, 2013, 12:00:11 AM

Case: 15-03011    Doc# 1-2    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 23 of

> here's an interesting game theory proposition:  what if all those cc orders housed at KNC or with BitFury get cancelled b/c ppl believe in the HashFast team and concept?

> Here's a more reasonable proposition - you're probably high on something (is it the pay they promised you?) - KNC/Bitfury would not let that happen...

so we begin to see the problems with taking cc's in such an industry.

with a cc, a chargeback could not be prevented.

I understand your point - you don't want to risk chargebacks because people might do a chargeback **simply because they no longer think the investment is viable..**  And you consider a pre-order to be like an investment. That's how I look at it, there is a risk and you have to weigh the odds and decide if the reward outweighs the risk of failure.

But here's the thing: If you're not willing to allow returns on pre-orders between now and when you ship because you're worried that **investors might think your chips aren't actually be good investments when you actually ship them, and do a chargeback,** then isn't it obvious that **investors should, in fact, be worried their chips aren't actually good investments when you do ship them?**

That's the problem here - the difficulty could potentially go up so quickly that by the time your products ship, they'll no longer have much value.

I wrote a post upthread about this, but you may have missed it.  The problem is, without knowing how many chips are going to come online and what the hashrate will be when you ship, there's no way to evaluate the investment.

If you look at BFL, for example - when they were the only people with ASICs, they didn't bother to ship their products at all.  This kept the hashrate really low, making their products look really attractive.  It's only when other companies started shipping products that they started shipping as well.

But, they took orders for products that they **knew** would never ROI **simply because of all the other orders they took**!  That's why I stayed away from them at the time.

The risk here isn't that you won't ship, it's that your chips won't make ROI, both because of the competitors (KnC, Cointerra, Laboin, BTCGarden, etc, etc, etc) but also because of the total number of chips that *you* sell!

If you're going to treat pre-order customers as *investors* then you need to put out enough information for people to make a serious economic analysis.

there is more info coming from the company that should allay your fears.

### Title: Re: ► ► ►HashFast Endorsement
### Post by: **DeathAndTaxes** on **August 09, 2013, 12:22:45 AM**

> Quote from: Ytterbium on August 08, 2013, 11:52:27 PM
>
> The most likely path of a **hashrate graph** is that it will trace a **sigmoid function (http://en.wikipedia.org/wiki/Sigmoid_function).**
>
> https://ip.bitcointalk.org/?u=http%3A%2F%2Fupload.wikimedia.org%2Fwikipedia%2Fcommons%2Fthumb%2F2%2F2f%2FError_Function.svg%2F500px-Error_Function.svg.png&t=547&c=Vv6Gbk-surWFDw
>
> It will start accelerating, then start to slow down when people stop increasing their hashrate as it becomes less profitable.  There is no way that hashrate will ever go *down* unless the price of bitcoin also colapses, so that mining ceases to even cover electricity costs. (Of course it'll be superimposed on another, slower growth caused by More's law as transistor density increases, but we can ignore that for now)
>
> Right now, the difficulty will have to go up something like 100x before it starts to get close to power costs. At those rates a 400Gh/s device will only make a few dollars a day.

It is important to consider that not all units (either delivered or proposed) have similar electrical efficiency.  In a curve like indicated above one is in a better position if their personal "hash efficiency" (chip efficiency, PSU

efficiency, and individual electrical rates combined to produce operating cost per hash) is superior to the "average Joe".  As difficulty climbs, gross revenue per unit of hashing power will decline and thus net revenue will get squeezed.  The marginal miner (higher electrical cost in USD per hash) will be crushed first.  Those miners will go negative ROI% and once they are sure that price/difficulty isn't going to improve (give up home) eventually idle their rigs.  That means it is possible for hashrate to decline independent of price.  Of course any decline will be short lived as miners contemplate higher ROI% on new units and place orders.  Unless shipping time is 1 day though there will be a lag (we have seen it in the GPU era even with supplies essentially unconstrained) and those higher efficiency units will be able to power through.

Still there are always risks involved, the odds are nobody is going to make a fortune mining anymore.  I would be happy to just generate some coins at a small margin and reduce the needs to deal with awful exchanges. :)

### Title: Re: ► ► ►HashFast Endorsement
Post by: **Ytterbium** on **August 09, 2013, 12:23:13 AM**

> Quote from: Loredo on August 09, 2013, 12:16:13 AM
> All I'll add is that, while the curve you show here is the cumulative normal probability function, which gives the shape normatively well, there are existential reasons why the network hash might well follow a Gompertz function.
>
> Specifically, that curve is used to model cellular growth in confined circumstances where total available nutrients are bounded. Wiki has some decent overview.

;D  That was just the best example image from the wikipedia article.  The "true" shape will be hard to predict, and of course you get different curves for different technologies superimposed on each-other (CPU, GPU and now ASICs, as well as FPGAs in the mix)

I do think the growth phase will be *very* sharp, though.

### Title: Re: ► ► ►HashFast Endorsement
Post by: **Vagnavs** on **August 09, 2013, 12:24:33 AM**

> Quote from: cypherdoc on August 09, 2013, 12:21:42 AM
> > Quote from: Ytterbium on August 09, 2013, 12:19:09 AM
> > > Quote from: cypherdoc on August 09, 2013, 12:07:55 AM
> > > > Quote from: SirWizz on August 09, 2013, 12:06:26 AM
> > > > > Quote from: cypherdoc on August 09, 2013, 12:00:11 AM
> > > > >
> > > > > here's an interesting game theory proposition:  what if all those cc orders housed at KNC or with BitFury get cancelled b/c ppl believe in the HashFast team and concept?
> > > > >
> > > > > Here's a more reasonable proposition - you're probably high on something (is it the pay they promised you?) - KNC/Bitfury would not let that happen...
> > > >
> > > > so we begin to see the problems with taking cc's in such an industry.
> > >
> > > with a cc, a chargeback could not be prevented.
> >
> > I understand your point - you don't want to risk chargebacks because people might do a chargeback **simply because they no longer think the investment is viable.**.  And you consider a pre-order to be like an investment. That's how I look at it, there is a risk and you have to weigh the odds and decide if the reweard outweighs the risk of failure.

Case: 15-03011    Doc# 1-2    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 25 of

> But here's the thing: If you're not willing to allow returns on pre-orders between now and when you ship because you're worried that **investors might think your chips aren't actually be good investments when you actually ship them, and do a chargeback**, then isn't it obvious that **investors should, in fact, be worried their chips aren't actually good investments when you do ship them?**
>
> That's the problem here - the difficulty could potentially go up so quickly that by the time your products ship, they'll no longer have much value.
>
> I wrote a post upthread about this, but you may have missed it. The problem is, without knowing how many chips are going to come online and what the hashrate will be when you ship, there's no way to evaluate the investment.
>
> If you look at BFL, for example - when they were the only people with ASICs, they didn't bother to ship their products at all. This kept the hashrate really low, making their products look really attractive. It's only when other companies started shipping products that they started shipping as well.
>
> But, they took orders for products that they **knew** would never ROI **simply because of all the other orders they took!**. That's why I stayed away from them at the time.
>
> The risk here isn't that you won't ship, it's that your chips won't make ROI, both because of the competitors (KnC, Cointerra, Laboin, BTCGarden, etc, etc, etc) but also because of the total number of chips that *you* sell!
>
> If you're going to treat pre-order customers as *investors* then you need to put out enough information for people to make a serious economic analysis.

> there is more info coming from the company that should allay your fears.

today is the sale, where is that information? Screw this coming soon nonsense

## Title: Re: ► ► ►HashFast Endorsement
Post by: **reactor** on August 09, 2013, 12:24:39 AM

> Quote from: Xialla on August 09, 2013, 12:15:35 AM
>> Quote from: cypherdoc on August 09, 2013, 12:00:11 AM
>>> here's an interesting game theory proposition: what if all those cc orders housed at KNC or with BitFury get cancelled b/c ppl believe in the HashFast team and concept?
>>>
>>> https://ip.bitcointalk.org/?u=http%3A%2F%2Fabcmemes.com%2Fmedia%2Fcreated%2Fwhat-if-i-told-you-all-the-bitcoin-success-stories.jpg&t=547&c=mbv7pGSlsWuKvw

I almost fell out of my chair when I saw that. Well played. :D

Seriously, though, why on earth would people move en masse to unproven hardware when just about any vendor in the "pre-order" market has an equal chance of never delivering or delivering slightly too late, meaning their customers have no chance at ROI in this small arms race we have going. These are bold statements without any real proof to back them up. The numbers just don't tell a compelling tale.

Honestly, the price of the unit is within what we are willing to spend on hardware, however we're better off just buying BTC at this point and doing some creative trading on Gox. Better chance of seeing our cash returned at the end of the day.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on August 09, 2013, 12:24:39 AM

> Quote from: Vagnavs on August 09, 2013, 12:21:20 AM
>> Quote from: cypherdoc on August 09, 2013, 12:14:23 AM
>>> Quote from: ampu on August 09, 2013, 12:09:11 AM
>>>> Quote from: cypherdoc on August 09, 2013, 12:07:55 AM
>>>>> Quote from: SirWizz on August 09, 2013, 12:06:26 AM
>>>>>> Quote from: cypherdoc on August 09, 2013, 12:00:11 AM
>>>>>>
>>>>>> here's an interesting game theory proposition:  what if all those cc orders housed at KNC or with BitFury get cancelled b/c ppl believe in the HashFast team and concept?
>>>>>>
>>>>>> Here's a more reasonable proposition - you're probably high on something (is it the pay they promised you?) - KNC/Bitfury would not let that happen...
>>>>>
>>>>> so we begin to see the problems with taking cc's in such an industry.
>>>>>
>>>>> with a cc, a chargeback could not be prevented.
>>>>
>>>> Satisfied customer = no chargeback.
>>>
>>> what i'm saying is that ppl could react like me.  when i read what HashFast was doing and the resumes of the ppl involved and where they were doing it, i cx'd my cc orders at KNC.  i'm not here to bash KNC.  they could be great.  all i'm saying is that if enough ppl react like i did, there could be financial issues created as a result.  same thing could happen to HashFast if someone else comes along.
>>
>> if the customer is satisfied. Why would they file a charge back? Perhaps that is sign that the company isn't confident in the product. Besides that, look at Avalon and the chip sales. Since they get up at or worse (depending on the outcome).

i'm really talking about asking for a refund just before you take delivery of a machine.  KNC has guaranteed this, which IMO, is a huge risk if ppl perceive their is a better product out there.  yes, HashFast is asking you to take a risk in receiving a machine you might not want but that's the risk here.  at least if they are late, you're guaranteed a refund so all in all that's a reasonable risk given the time frame at which they expect to deliver in late October.

### Title: Re: ► ► ►HashFast Endorsement
### Post by: **Loredo** on **August 09, 2013, 12:27:11 AM**

> Quote from: Ytterbium on August 09, 2013, 12:19:09 AM
> I understand your point - you don't want to risk chargebacks because people might do a chargeback **simply because they no longer think the investment is viable.**.  And you consider a pre-order to be like an investment. That's how I look at it, there is a risk and you have to weigh the odds and decide if the reward outweighs the risk of failure.

Does everyone agree that the payoff profile of a pre-order is the same as a bond?

If so, then it's a simple extension to make the cancellation a put option that the vendor grants to the bondholder (customer).

So, what you're probably saying is that you don't want to grant a free option to the customer, and who can blame you?  But it's not game theoretic; you could price that option:  pre-order, locked in, vs pre-order, with cancelation option.

Maybe you don't want to do that.  Maybe you don't have to.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **SirWizz** on **August 09, 2013, 12:28:17 AM**

> Quote from: DeathAndTaxes on August 09, 2013, 12:22:45 AM
>
> Still there are always risks involved. The odds are nobody is going to make a fortune mining anymore. I would be happy to just generate some coins at a small margin and reduce the needs to deal with awful exchanges. :)

I think you just about summed it up. Honestly I don't think that you can realistically expect to make much of a return assuming that the price of Bitcoin stays at the same $100 level. The only people that will get a great ROI are the ones selling the miners.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 09, 2013, 12:28:28 AM**

> Quote from: cypherdoc on August 08, 2013, 10:54:43 PM
>
> I am pleased to announce that I have been selected as a paid sponsor for HashFast Technologies LLC. [snip!]

I'm not at all pleased to announce that i have no frickin idea what a "paid sponsor" is. Are you trying to boil my brain?
Since the day i was torn from my mother's breast, i've been duped into believing that sponsors are the ones who do the paying.
Now, in these, my sunset years... You tell me it's the other way around?

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Loredo** on **August 09, 2013, 12:29:21 AM**

> Quote from: Ytterbium on August 09, 2013, 12:23:13 AM
>
> I do think the growth phase will be *very* sharp, though.

;D As surprising as that might be, I think we're in agreement on something. ;)

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Ytterbium** on **August 09, 2013, 12:29:31 AM**

> Quote from: DeathAndTaxes on August 09, 2013, 12:22:45 AM
>
> It is important to consider that not all units (either delivered or proposed) have similar electrical efficiency. In a curve like indicated above one is in a better position if the efficiency (chip efficiency, PSU efficiency, and individual electrical rates) is superior to the "average Joe". As difficulty climbs the margins on the marginal miner (higher electrical cost in USD per hash) will be crushed first. Those miners will go negative and once they are sure that price/difficulty isn't going to improve eventually idle their rigs. That means it is possible for hashrate to decline independent of price, of course any decline will be short lived as miners calculate higher ROI% on new units and place orders. Unless shipping time is 1 day though there will be a lag (we have seen it in the GPU era even with supplies essentially unconstrained) and those higher efficiency units will be able to power through.
>
> Still there are always risks involved. The odds are nobody is going to make a fortune mining anymore. I would be happy to just generate some coins at a small margin and reduce the needs to deal with awful exchanges. :)

Another important point: by the time an Avalon unit is no longer electrically efficient the difficulty will be around 2-5 billion, depending on power costs.

At that point this HashFast unit will be making only about $8-4 a day, even if it's just 100 Watts.

So, while that's going to be an issue in the long run, there's still a lot of profit to be had on the way up from 300 million to 2 billion difficulty.

That's why KnC is a better bet *right now* even though it's more expensive. I think it's pretty likely that a KnC unit delivered in September or October will at least cover the *cost difference* between this and their units.

That said, I do think HashFast will get a lot of sales anyway.

If HashFast wants sales, they should tie the hashrate of their miners to the difficulty rate on delivery. I.e. so you buy the equivalent of 500TH/s today, if the difficulty goes up more then expected, they'd send you more hash power.

### Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 09, 2013, 12:29:33 AM**

> Quote from: SirWizz on August 09, 2013, 12:28:17 AM
>> Quote from: DeathAndTaxes on August 09, 2013, 12:22:45 AM
>> Still there are always risks involved. The odds are nobody is going to make a fortune mining anymore. I would be happy to just generate some coins at a small margin and reduce the needs to deal with awful exchanges. :)
>
> I think you just about summed it up. Honestly I don't think that you can realistically expect to make much of a return assuming that the price of Bitcoin stays at the same $100 level. The only people that will get a great ROI are the ones selling the miners.

i for one do not think the price is going to stay at 100.

### Title: Re: ► ► ►HashFast Endorsement
Post by: **Xialla** on **August 09, 2013, 12:29:41 AM**

> Quote from: reactor on August 09, 2013, 12:24:39 AM
> I almost fell out of my chair when I saw that. Well played. :D
>
> ....however we're better off just buying BTC at this point and doing some creative trading on Gox. Better chance of seeing our cash returned at the end of the day.

thanks.))

..and yes, exactly.

### Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 09, 2013, 12:30:49 AM**

> Quote from: Ytterbium on August 09, 2013, 12:29:31 AM
> If HashFast wants sales, they should tie the hashrate of their miners to the difficulty rate on delivery. I.e. so you buy the equivalent of 500TH/s today, if the difficulty goes up more then expected, they'd send you more hash power.

Case: 15-03011   Doc# 1-2   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 29 of

someone is very prescient.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: Ytterbium on August 09, 2013, 12:32:26 AM**

> Quote from: cypherdoc on August 09, 2013, 12:29:33 AM
> i for one do not think the price is going to stay at 100.

Then you can just buy bitcoin, or not spend it.

I'm sure the people who spent 3000 BTC or equivalent for a BFL mini-rig wished they had...

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: superduh on August 09, 2013, 12:34:37 AM**

given the fact that if people kept their btcs instead of giving to bfl they would be RICH and have more coins . getting people to give up non-"refundable" coins is a very dangerous thing to ask for if there are no prototypes or anything real for people to judge by. just saying take our word for it makes you no different than yifu or bfl josh. the gen 1 asic companies have really fucked up people's trust. and with so many delays etc some people feel it's safer to invest USD as opposed to BTC since ROI on BTC is in BTC for most

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: Xialla on August 09, 2013, 12:35:51 AM**

> Quote from: cypherdoc on August 09, 2013, 12:29:33 AM
> i for one do not think the price is going to stay at 100.

yes, but in this case is MUCH better to buy bitcoins at 100 instead of 3 months free loan. just because money makes money and you should operate with them and react for any upcoming situation. it is so simple for understanding..

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 09, 2013, 12:36:41 AM**

> Quote from: superduh on August 09, 2013, 12:34:37 AM
> given the fact that if people kept their btcs instead of giving to bfl they would be RICH and have more coins . getting people to give up non-"refundable" coins is a very dangerous thing to ask for if there are no prototypes or anything real for people to judge by. just saying take our word for it makes you no different than yifu or bfl josh. the gen 1 asic companies have really fucked up people's trust. and with so many delays etc some people feel it's safer to invest USD as opposed to BTC since ROI on BTC is in BTC for most

you should be ok.  they have told me they will offer full refunds by the end of year if they're late.  also look for plans for a miner protection plan.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 09, 2013, 12:37:46 AM**

> Quote from: Xialla on August 09, 2013, 12:35:51 AM

Case: 15-03011    Doc# 1-2    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 30 of
https://bitcointalk.org/index.php?action=printpage;topic=270363.0                    12/17/2014

> **Quote from: cypherdoc on August 09, 2013, 12:29:33 AM**
> > i for one do not think the price is going to stay at 100.
>
> yes, but in this case is MUCH better to buy bitcoins at 100 instead of 3 months free loan. just because money makes money and you should operate with them and react for any upcoming situation. it is so simple for understanding..

maybe. i enjoy mining however, and i'd like to think i'm doing my part in decentralizing the network. but yes, i do expect to make a healthy return also on the rigs.

### Title: Re: ▶ ▶ ▶HashFast Endorsement
Post by: **crumbs** on **August 09, 2013, 12:45:36 AM**

> **Quote from: cypherdoc on August 09, 2013, 12:37:46 AM**
> > **Quote from: Xialla on August 09, 2013, 12:35:51 AM**
> > > **Quote from: cypherdoc on August 09, 2013, 12:29:33 AM**
> > > > i for one do not think the price is going to stay at 100.
> > > yes, but in this case is MUCH better to buy bitcoins at 100 instead of 3 months free loan. just because money makes money and you should operate with them and react for any upcoming situation. it is so simple for understanding..
> > maybe. i enjoy mining however, and i'd like to think i'm doing my part in decentralizing the network. but yes, i do expect to make a healthy return also on the rigs.

So HashFast is seriously planning for the contingency of better gear being available when its gear is ready? Is that the rationale for not allowing CC?

### Title: Re: ▶ ▶ ▶HashFast Endorsement
Post by: **reactor** on **August 09, 2013, 12:46:32 AM**

> **Quote from: cypherdoc on August 09, 2013, 12:29:33 AM**
> > **Quote from: SirWizz on August 09, 2013, 12:28:17 AM**
> > > **Quote from: DeathAndTaxes on August 09, 2013, 12:22:45 AM**
> > > > Still there are always risks involved. The odds are nobody is going to make a fortune mining anymore. I would be happy to just generate some coins at a small margin and reduce the needs to deal with awful exchanges. :)
> > > I think you just about summed it up. Honestly I don't think that you can realistically expect to make much of a return assuming that the price of Bitcoin stays at the same $100 level. The only people that will get a great ROI are the ones selling the miners.
> > i for one do not think the price is going to stay at 100.

While a fascinating endorsement and belief in the rising price of Bitcoin, your gut feeling does not encourage opening ones wallet. Unless you are implying you are aware <conspiracy time> of some intent to manipulate the market to ensure that this upcoming generation of miners will seem more attractive than they really are because everyone is on the feel-good of rising prices? Before the inevitable realization that once people start heavily investing in mining hardware with large sums of money that the natural behavior will be to sell increasing amounts of the Bitcoin being mined, driving the price down after all the ASIC vendors have cashed out? So you are right, the price is likely not going to stay at $100. </conspiracy time>

### Title: Re: ▶ ▶ ▶HashFast Endorsement
Post by: **Loredo** on **August 09, 2013, 12:46:41 AM**

> Quote from: cypherdoc on August 09, 2013, 12:36:41 AM
> you **should be** ok.  **they have told me** they will offer full refunds by the end of year if they're late. **also look for** plans for a miner protection plan.

Uhh...aren't sales already going on, over on a different thread?

Oh, well.  Somethings just slip thought the cracks, sometimes.  ::)

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Loredo** on **August 09, 2013, 12:51:59 AM**

> Quote from: cypherdoc on August 09, 2013, 12:37:46 AM
> i'd like to think i'm doing my part in decentralizing the network.

With all due respect, Sir: spare us.

Didn't HashFast just do the deal with IceDrill, to bring more hash power on line in November than exists at this moment in time?  And yeah, everybody can has the opportunity to buy a little participation in that, so maybe that's decentralized.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 09, 2013, 12:52:54 AM**

> Quote from: Loredo on August 09, 2013, 12:51:59 AM
> > Quote from: cypherdoc on August 09, 2013, 12:37:46 AM
> > i'd like to think i'm doing my part in decentralizing the network.
> With all due respect, Sir: spare us.
>
> Didn't HashFast just do the deal with IceDrill, to bring more hash power on line in November than exists at this moment in time?  And yeah, everybody can has the opportunity to buy a little participation in that, so maybe that's decentralized.

i don't have to spare you anything, dude.  i am actively solo mining with my avalons right now.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **dogie** on **August 09, 2013, 12:54:55 AM**

This thread is a joke.

tldr: I've been paid to say these people are legitimate, so they're legitimate.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Loredo** on **August 09, 2013, 12:58:48 AM**

> Quote from: cypherdoc on August 09, 2013, 12:52:54 AM
> > Quote from: Loredo on August 09, 2013, 12:51:59 AM
> > > Quote from: cypherdoc on August 09, 2013, 12:37:46 AM
> > > i'd like to think i'm doing my part in decentralizing the network.
> > With all due respect, Sir: spare us.
> >
> > Didn't HashFast just do the deal with IceDrill, to bring more hash power on line in November than exists at this moment in time?  And yeah, everybody can has the opportunity to buy a little participation in that, so maybe that's decentralized.
>
> i don't have to spare you anything, dude.  i am actively solo mining with my avalons right now.

That's fine.  But you're also acting in the capacity of a paid advocate for a company which, if successful, will change the topology of the network in a way that is further and further away from the notion of one-CPU, one vote.

I have no problem with your participation in that, BTW.  I just don't think you're a simple solo miner any longer...

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 09, 2013, 12:59:09 AM**

> Quote from: dogie on August 09, 2013, 12:54:55 AM
> This thread is a joke.
>
> tldr: I've been paid to say these people are legitimate, so they're legitimate.

actually, it's the other way around.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **smoothie** on **August 09, 2013, 01:01:31 AM**

> Quote from: HELP.org on August 08, 2013, 11:53:22 PM
> If they are so sure of themselves then send me unit and I will pay in BTC when it is hashing.

This made me laugh.

Translation: "Give me your money making machine. Once I get it setup and hashing to make me money ...then I will give you money."

It isn't that they need to be sure of themselves. You need to be sure of your tolerance for risk. Any investment has risk. You just have to determine your risk tolerance. Obviously you dont fit this risk model.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 09, 2013, 01:01:57 AM**

> Quote from: Loredo on August 09, 2013, 12:58:48 AM
> > Quote from: cypherdoc on August 09, 2013, 12:52:54 AM
> > > Quote from: Loredo on August 09, 2013, 12:51:59 AM
> > > > Quote from: cypherdoc on August 09, 2013, 12:37:46 AM
> > > > i'd like to think i'm doing my part in decentralizing the network.
> > > With all due respect, Sir: spare us.
> > >
> > > Didn't HashFast just do the deal with IceDrill, to bring more hash power on line in November than exists at this moment in time?  And yeah, everybody can has the opportunity to buy a little participation in that, so maybe that's decentralized.
> > i don't have to spare you anything, dude.  i am actively solo mining with my avalons right now.
> That's fine.  But you're also acting in the capacity of a paid advocate for a company which, if successful, will change the topology of the network in a way that is further and further away from the notion of one-CPU, one vote.
>
> I have no problem with your participation in that, BTW.  I just don't think you're a simple solo miner any longer...

i've been saying for months now that ASIC mining companies will NOT result

in centralization of the network. look around you. the competition is so intense to sell these chips and rigs that a company CANNOT AFFORD to ignore the small mining segment. just look at the price of the BabyJet. $5600? are you kidding me? that is very cheap compared to what we've seen. and most likely the prices will be driven down more over time. the real question is when to get in.

## Title: **Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 09, 2013, 01:15:18 AM**

> Quote from: HELP.org on August 09, 2013, 01:09:44 AM
>> Quote from: DeathAndTaxes on August 09, 2013, 12:16:15 AM
>>> Quote from: HELP.org on August 08, 2013, 11:53:22 PM
>>> If they are so sure of themselves then send me unit and I will pay in BTC when it is hashing.
>>
>> Why would ANYONE do that. If someone has a unit which is currently hashing why not just keep using it themselves rather than sell it to you? I am not saying you should buy one but thinking that someone will produce a unit, which is operational, and profitable and then turn it off just so they can send it to you and collect some BTC after the fact? Would you?
>
> It depends on the price. If you expect 10 x ROI then of course not. If you sell them for some small operating margin then yes. It is not unusual at all for business-to-business transactions to be done via purchase order due in 30 days. The point is that I am not going to order any bitcoin miners with non-refundable bitcoins given all the problems that have occurred. You are never going to make large profits with Bitcoin miners because companies will sell them for close to the amount they will mine. Therefore, it is not worth the risk of sending non-refundable payments (bitcoins, wire payments, etc.). It is credit cards or the new system I call "pre-delivery." It makes more sense to day trade then take these pre-order risks with non-refundable payments.

IMO, taking cc payments create huge risks for asic developers. take me for example. like i said above, i cx'd 3 jupiter orders; AND 8 Bitfury boards. now, a company that sees all that money flow in initially gets all excited and says "we're gonna be rich" and starts cranking up the supply chains. well, along comes a HashFast with way better specs and "poof" either you deliver on all the refund requests or you refuse and get a chargeback.

what Hashfast is asking is for only 4.5 mo of your time to lock up your money. they've "told" me they are going to offer refunds if they fail to deliver by the end of year. actually, i've seen the write up on this plan. i expect them to deliver on that promise. if i get any hint they are going to renege on this i will be the first to let all of you know.

## Title: **Re: ► ► ►HashFast Endorsement**
Post by: **Ytterbium** on **August 09, 2013, 01:17:53 AM**

> Quote from: cypherdoc on August 09, 2013, 12:59:09 AM
>> Quote from: dogie on August 09, 2013, 12:54:55 AM
>> This thread is a joke.
>>
>> tldr: I've been paid to say these people are legitimate, so they're legitimate.
>
> actually, it's the other way around.

You paid them?

## Title: **Re: ► ► ►HashFast Endorsement**
Post by: **reactor** on **August 09, 2013, 01:19:44 AM**

> Quote from: cypherdoc on August 09, 2013, 01:15:18 AM
>> Quote from: HELP.org on August 09, 2013, 01:09:44 AM
>>> Quote from: DeathAndTaxes on August 09, 2013, 12:16:15 AM
>>>> Quote from: HELP.org on August 08, 2013, 11:53:22 PM
>>>> If they are so sure of themselves then send me unit and I will pay in BTC when it is hashing.
>>>
>>> Why would ANYONE do that.  If someone has a unit which is currently hashing why not just keep using it themselves rather than sell it to you?  I am not saying you should buy one but thinking that someone will produce a unit, which is operational, and profitable and then turn it off just so they can send it to you and collect some BTC after the fact?  Would you?
>>>
>>> It depends on the price.  If you expect 10 x ROI then of course not.  If you sell them for some small operating margin then yes.  It is not unusual at all for business-to-business transactions to be done via purchase order due in 30 days.  The point is that I am not going to order any bitcoin miners with non-refundable bitcoins given all the problems that have occurred.  You are never going to make large profits with Bitcoin miners because companies will sell them for close to the amount they will mine.  Therefore, it is not worth the risk of sending non-refundable payments (bitcoins, wire payments, etc.).  It is credit cards or the new system I call "pre-delivery."  It makes more sense to day trade then take these pre-order risks with non-refundable payments.
>>
>> IMO, taking cc payments create huge risks for asic developers.  take me for example.  like i said above, i cx'd 3 jupiter orders; AND 8 Bitfury boards.  now, a company that sees all that money flow in initially gets all excited and says "we're gonna be rich" and starts cranking up the supply chains.  well, along comes a HashFast with way better specs and "poof" either you deliver on all the refund requests or you refuse and get a chargeback.
>>
>> **what Hashfast is asking for only 4.5 mo of your time to lock up your money.  they've "told" me they are going to offer refunds if they fail to deliver by the end of year.**  actually, i've seen the write up on this plan.  i expect them to deliver on that promise.  if i get any hint they are going to renege on this i will be the first to let all of you know.

The longer this thread gets the less I believe...

## Title: Re: ► ► ►HashFast Endorsement
## Post by: cypherdoc on August 09, 2013, 01:21:05 AM

> Quote from: Ytterbium on August 09, 2013, 01:17:53 AM
>> Quote from: cypherdoc on August 09, 2013, 12:59:09 AM
>>> Quote from: dogie on August 09, 2013, 12:54:55 AM
>>> This thread is a joke.
>>>
>>> tldr: I've been paid to say these people are legitimate, so they're legitimate.
>>
>> actually, it's the other way around.
>
> You paid them?

no.  i made a determination that they are legitimate.  once they figured out i was a supporter, was going to buy machines and who i was, they offered to make me a paid sponsor.  sorta like how Lebron James sponsors Coke  ;D  i guess he drinks it, right?

i have no problems supporting causes i truly believe in.

## Title: Re: ► ► ►HashFast Endorsement
## Post by: Loredo on August 09, 2013, 01:23:53 AM

> Quote from: cypherdoc on August 09, 2013, 01:01:57 AM
> *REF-A*: i've been saying for months now that ASIC mining companies will NOT result in centralization of the network.
>
> *REF_B*: the competition is so intense to sell these chips and rigs that a company CANNOT AFFORD to ignore the small mining segment.  just look at the price of the BabyJet.  $5600?

In re *REF-A*: I hope that you are right. I don't see how it *cannot*; Just this week, there are several IPO structured offerings with network-presence-level strategies. Either through direct investment, participation joint/venture, or otherwise, these entities will be able to command USD cost per TH that the independents can't hope to attain. And we know that, in spite of the broad benefiical "ownership," the *direct* network participation is centralized, and we know the risks there.

In re *REF-B*: I haven't looked at the offering, but I glean here that it's 400-500 GHps at the end of October- for 56 BTC paid today. I don't know, in absolute terms, even *ex-ante*, how good a deal that is. It certainly is, in relative terms, a good deal.

But that may just be saying that your's is the first proposed offering that isn't extracting the monopolist's rent that the market, starving for hash power, was willing to pay to each successive group that would dangle the promise.

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
Post by: **Ytterbium** on **August 09, 2013, 01:26:01 AM**

> Quote from: smoothie on August 09, 2013, 01:01:31 AM
>
> This made me laugh.
>
> Translation: "Give me your money making machine. Once I get it setup and hashing to make me money ...then I will give you money."
>
> It isn't that they need to be sure of themselves. You need to be sure of your tolerance for risk. Any investment has risk. You just have to determine your risk tolerance. Obviously you dont fit this risk model.

In order to have high risk you need high reward. Given the future diff rate, it's not clear there's actually going to be a high reward here. Batch 1 Avalons cost $1200 when they started taking pre-orders. Batch 2 was $1500, and the difficulty was around 3.2 million.

Relative to the difficulty, this thing is about 7x as expensive as a B2 Avalon.

And I expect Hashrate to go up even more quickly through the last part of this year then the first half.

> Quote from: cypherdoc on August 09, 2013, 01:21:05 AM
>
> no. i made a determination that they are legitimate. once they figured out i was a supporter, was going to buy machines and who i was, they offered to make me a paid sponsor. sorta like how Lebron James sponsors Coke ;D i guess he drinks it, right?
>
> i have no problems supporting causes i truly believe in.

Uh, no, coke is a sponsor of LeBron James, not the other way around.

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
Post by: **Kouye** on **August 09, 2013, 01:26:36 AM**

Howdy Endorser!

I have a couple questions (https://bitcointalk.org/index.php?topic=262052.msg2895007#msg2895007) there, care to reply, please ?

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **SirWizz** on **August 09, 2013, 01:26:53 AM**

> Quote from: cypherdoc on August 09, 2013, 01:15:18 AM
>
> along comes a HashFast with way better specs and "poof" either you deliver on all the refund
> requests or you refuse and get a chargeback.

What are these "way better specs" you are talking about? This is not the first
400 GH/s machine and Cointerra is even promising 500+ GH/s. They have
lower power consumption if we are to believe them and a 20% discount over
a similar unit from KNC but it'll probably be at least a month late compared
to KNC/Bitfury and we all know if those guys deliver the jump in difficulty will
not be 20% but closer to 200%.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 09, 2013, 01:28:33 AM**

> Quote from: Loredo on August 09, 2013, 01:23:53 AM
>
> But that may just be saying that your's is the first proposed offering that isn't extracting the
> monopolist's rent that the market, starving for hash power, was willing to pay to each successive
> group that would dangle the promise.

you're right. i don't think the HashFast ppl are greedy. seriously. they're
more Bitcoin purists. of course, i'm sure they want to make money. but one
of the things that attracted me to them is that they look at Bitcoin like i do;
a way to change the monetary system. and if one believes that, they then
associate themselves with like minded ppl. then you'll act in a way that
attempts to achieve that goal.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 09, 2013, 01:29:57 AM**

> Quote from: SirWizz on August 09, 2013, 01:26:53 AM
>
> > Quote from: cypherdoc on August 09, 2013, 01:15:18 AM
> >
> > along comes a HashFast with way better specs and "poof" either you deliver on all the refund
> > requests or you refuse and get a chargeback.
>
> What are these "way better specs" you are talking about? This is not the first 400 GH/s machine and
> Cointerra is even promising 500+ GH/s. They have lower power consumption if we are to believe
> them and a 20% discount over a similar unit from KNC but it'll probably be at least a month late
> compared to KNC/Bitfury and we all know if those guys deliver the jump in difficulty will not be 20%
> but closer to 200%.

i'll defer those specifics to the company itself since i'm not an employee or
representative.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Loredo** on **August 09, 2013, 01:42:36 AM**

> Quote from: dogie on August 09, 2013, 12:54:55 AM
>
> This thread is a joke.

IMHO, this thread provided a lot of good information.  There was no bullshit shilling, it was straight up, and it was largely unscripted by the marketing boys.

For me, it was a pleasure to read it.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 09, 2013, 02:06:28 AM**

> Quote from: Loredo on August 09, 2013, 01:42:36 AM
>> Quote from: dogie on August 09, 2013, 12:54:55 AM
>> This thread is a joke.
>
> IMHO, this thread provided a lot of good information.  There was no bullshit shilling, it was straight up, and it was largely unscripted by the marketing boys.
>
> For me, it was a pleasure to read it.

thanks man.  i appreciate it.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Kouye** on **August 09, 2013, 02:10:36 AM**

> Quote from: cypherdoc on August 09, 2013, 02:06:28 AM
> thanks man.  i appreciate it.

Probably more than my questions (https://bitcointalk.org/index.php?topic=262052.msg2895007#msg2895007), I guess :'(

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 09, 2013, 02:15:35 AM**

> Quote from: Kouye on August 09, 2013, 02:10:36 AM
>> Quote from: cypherdoc on August 09, 2013, 02:06:28 AM
>> thanks man.  i appreciate it.
>
> Probably more than my questions (https://bitcointalk.org/index.php?topic=262052.msg2895007#msg2895007), I guess :'(

Kouye, you should ask John Skrodenis your questions.  i can only go so far as i am not a rep or employee.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Ytterbium** on **August 09, 2013, 02:15:56 AM**

> Quote from: cypherdoc on August 09, 2013, 01:01:57 AM
> i've been saying for months now that ASIC mining companies will NOT result in centralization of the network.  look around you.  the competition is so intense to sell these chips and rigs that a company CANNOT AFFORD to ignore the small mining segment.  just look at the price of the BabyJet.  $5600? are you kidding me?  that is very cheap compared to what we've seen.  and most likely the prices will be driven down more over time.  the real question is when to get in.

I don't know if the price is actually all that good.  As I pointed out elsewhere, it's about 7x as expensive as a B2 Avalon **relative to the current difficulty**.

When KnC started taking orders, you also didn't have the constellation of

other ASIC vendors all planning to dump their hashrate at the same time.

Doesn't mean it's a bad deal in the long run. We'll have to see.

### Title: **Re: ► ► ►HashFast Endorsement**
Post by: **Kouye** on **August 09, 2013, 02:17:16 AM**

> Quote from: cypherdoc on August 09, 2013, 02:15:35 AM
> Kouye, you should ask John Skrodenis your questions.  i can only go so far as i am not a rep or employee.

I did, twice, already. Also asked Simon. You're the only one who answered, so far, thank you!

### Title: **Re: ► ► ►HashFast Endorsement**
Post by: **miter_myles** on **August 09, 2013, 02:17:23 AM**

Cute coordination / tag team endorsement / open pre-order play... creative..

### Title: **Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 09, 2013, 02:22:00 AM**

> Quote from: Kouye on August 09, 2013, 02:17:16 AM
> > Quote from: cypherdoc on August 09, 2013, 02:15:35 AM
> > Kouye, you should ask John Skrodenis your questions.  i can only go so far as i am not a rep or employee.
> 
> I did, twice, already. Also asked Simon. You're the only one who answered, so far, thank you!

if you read my comments above i think those cover the gist of what you should really be concerned about.  i've been told up, down, left and right that this is what they will promise.  i've even seen it written out in internal docs.  but whether or not they'll have the money to do a refund if the end of year rolls around is the risk you take.

i've taken the risk. i've bought 8 units myself.

### Title: **Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 09, 2013, 02:25:27 AM**

actually i just thought of something.  duh.

that Icedrill/Digimex contract must be worth $millions.  i'm sure HashFast got a big chunk of cash upfront for that order.

now what is the chance that they'll fail given that?

### Title: **Re: ► ► ►HashFast Endorsement**
Post by: **SirWizz** on **August 09, 2013, 02:37:47 AM**

> Quote from: cypherdoc on August 09, 2013, 02:25:27 AM
> actually i just thought of something.  duh.
> 
> that Icedrill/Digimex contract must be worth $millions.  i'm sure HashFast got a big chunk of cash

> upfront for that order.
>
> now what is the chance that they'll fail given that?

Depends on how you define failure, delivering late could be almost as bad as not delivering. Also, those guys need to meet their funding targets first in order to pay HashFast.

## Title: Re: ► ► ►HashFast Endorsement
## Post by: Ytterbium on August 09, 2013, 02:39:12 AM

> Quote from: cypherdoc on August 09, 2013, 02:25:27 AM
> that Icedrill/Digimex contract must be worth $millions. i'm sure HashFast got a big chunk of cash upfront for that order.
>
> now what is the chance that they'll fail given that?

Same chance as before. Look how many millions BFL took in. Look how many millions Avalon took in just for it's chips.

Either the chips are going to work right, and they'll execute on PCB, cases and shipping, or they won't. Having more money isn't going to change much, since everything needs to be in place at once.

It might mean they're able to fix problems that cause delays more quickly. But a month or two of delays is still going to be deadly.

## Title: Re: ► ► ►HashFast Endorsement
## Post by: smoothie on August 09, 2013, 02:40:53 AM

> Quote from: Ytterbium on August 09, 2013, 01:26:01 AM
> > Quote from: smoothie on August 09, 2013, 01:01:31 AM
> > This made me laugh.
> >
> > Translation: "Give me your money making machine. Once I get it setup and hashing to make me money ...then I will give you money."
> >
> > It isn't that they need to be sure of themselves. You need to be sure of your tolerance for risk. Any investment has risk. You just have to determine your risk tolerance. Obviously you dont fit this risk model.
>
> In order to have high risk you need high reward. Given the future diff rate, it's not clear there's actually going to be a high reward here. Batch 1 Avalons cost $1200 when they started taking pre-orders. Batch 2 was $1500, and the difficulty was around 3.2 million.
>
> Relative to the difficulty, this thing is about 7x as expensive as a B2 Avalon.
>
> And I expect Hashrate to go up even more quickly through the last part of this year then the first half.
>
> > Quote from: cypherdoc on August 09, 2013, 01:21:05 AM
> > no. i made a determination that they are legitimate. once they figured out i was a supporter, was going to buy machines and who i was, they offered to make me a paid sponsor. sorta like how Lebron James sponsors Coke ;D i guess he drinks it, right?
> >
> > i have no problems supporting causes i truly believe in.
>
> Uh, no, coke is a sponsor of LeBron James, not the other way around.

It essentially is as I said, one's own personal risk tolerance. Some people

might have a high risk low reward approach. That's not the best approach but it is an approach.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Ytterbium** on **August 09, 2013, 02:45:26 AM**

> Quote from: smoothie on August 09, 2013, 02:40:53 AM
>> It essentially is as I said, one's own personal risk tolerance. Some people might have a high risk low reward approach. That's not the best approach but it is an approach.

The only people with a "high risk, low reward" approach are idiots.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Flying Hellfish** on **August 09, 2013, 03:30:58 AM**

> Quote from: cypherdoc on August 08, 2013, 11:16:28 PM
>> Quote from: Xialla on August 08, 2013, 11:12:54 PM
>>> OP: TLDR
>>> *payment only in BTC - so where is my guarantee that you will refund me anytime? may I use escrow?
>>> *not working prototype, no video or photos. just some CAD render of black box and want our money now?
>>> *almost 3 months of waiting and free thousand of dollars loan. splendid.
>>>
>>> and because you are from USA, I should also add 20% VAT to webpage price. hm.(
>>
>> as Ytterbium has so eloquently pointed out, you're not going to get any asic mining company to fund the entire NRE, tapeout, and production costs just so you can buy a profitable money generating machine. otherwise, they would just mine with it.

I know this may be OT a fair bit but I think this is to generic of a statement and I can actually see why a company would want to retail a product vs mining with it if they funded NRE and production privately.

I mean I see mining as a bullish bet on BTC. As it takes time to convert the sunk capital cost of the hardware to BTC until the BE point and then hopefully a profit (why wait for mined BTC if you don't believe price will increase). Not to mention you lose the ability use that capital for anything else until the mined coins return over time.

That being said lets say there was a company that was already set up in the electronics manufacturing world, had retail and distribution, customer service, logistics infrastructure all in place humming along. They could conceivably add a line of miners to their catalogue. Now for such a company they don't have the resources on hand for mining farm (professional services required to set up basically a DC and manage it 24/7), they many not want to spend the capital, take time to learn, time to manage etc setting up a mine but could easily make a profit selling units to miners. Now this same company isn't a hard core bitcoin supporter and doesn't like the volatility of BTC prices AND would rather have cash in hand for a miner sale (1 in the hand is worth 2 in the bush so to speak) than plug it in and wait for it to return the investment (maybe) all the while your monthly revenues go down (until saturation point) or increasing monthly costs to maintain your HR share.

The company has now made a profit without mining and has minimised their

own risk at the same time. I think a lot of folks are coming at this from a POV that only a miner can make an ASIC therefore they will all pre-order or mine. I think its clear at this point the majority (if not all current players) may do this but that doesn't mean that no other method is viable.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: dogie on August 09, 2013, 03:30:59 AM**

> Quote from: cypherdoc on August 09, 2013, 01:21:05 AM
>> Quote from: Ytterbium on August 09, 2013, 01:17:53 AM
>>> Quote from: cypherdoc on August 09, 2013, 12:59:09 AM
>>>> Quote from: dogie on August 09, 2013, 12:54:55 AM
>>>> This thread is a joke.
>>>>
>>>> tldr: I've been paid to say these people are legitimate, so they're legitimate.
>>>>
>>>> actually, it's the other way around.
>>>
>>> You paid them?
>>
>> no. i made a determination that they are legitimate. once they figured out i was a supporter, was going to buy machines and who i was, they offered to make me a paid sponsor. sorta like how Lebron James sponsors Coke ;D i guess he drinks it, right?
>>
>> i have no problems supporting causes ~~i truly believe in~~ I'm paid to support.

Fixed. And if you want anyone to take you seriously, announce your contract, remuneration and terms surround your 'support'.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 09, 2013, 03:39:05 AM**

> Quote from: dogie on August 09, 2013, 03:30:59 AM
>> Quote from: cypherdoc on August 09, 2013, 01:21:05 AM
>>> Quote from: Ytterbium on August 09, 2013, 01:17:53 AM
>>>> Quote from: cypherdoc on August 09, 2013, 12:59:09 AM
>>>>> Quote from: dogie on August 09, 2013, 12:54:55 AM
>>>>> This thread is a joke.
>>>>>
>>>>> tldr: I've been paid to say these people are legitimate, so they're legitimate.
>>>>>
>>>>> actually, it's the other way around.
>>>>
>>>> You paid them?
>>>
>>> no. i made a determination that they are legitimate. once they figured out i was a supporter, was going to buy machines and who i was, they offered to make me a paid sponsor. sorta like how Lebron James sponsors Coke ;D i guess he drinks it, right?
>>>
>>> i have no problems supporting causes ~~i truly believe in~~ I'm paid to support.
>>
>> Fixed. And if you want anyone to take you seriously, announce your contract, remuneration and terms surround your 'support'.

did you bother to announce how much you were charging Horserider to sell his unit? if not, why not?

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: reactor on August 09, 2013, 03:46:39 AM**

Oh this is just getting ugly now.  Great way to rock out a product endorsement!   ???

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Ytterbium** on **August 09, 2013, 03:49:28 AM**

Quote from: Flying Hellfish on August 09, 2013, 03:30:58 AM

> as Ytterbium has so eloquently pointed out, you're not going to get any asic mining company to fund the entire NRE, tapeout, and production costs just so you can buy a profitable money generating machine.  otherwise, they would just mine with it.

I know this may be OT a fair bit but I think this is to generic of a statement and I can actually see why a company would want to retail a product vs mining with it if they funded NRE and production privately.

I mean I see mining as a bullish bet on BTC.  As it takes time to convert the sunk capital cost of the hardware to BTC until the BE point and then hopefully a profit (why wait for mined BTC if you don't believe price will increase).  Not to mention you lose the ability use that capital for anything else until the mined coins return over time.
[/quote]

The other option, of course is to sell you equipment at prices that will be **unprofitable for their customers**.

For chips on hand, you simply charge a crazy rate. Like people trying to charge $19k for Avalon clones.

But there's another way to do it without *appearing* to charge exorbitant rates. Let's say you make a cheap ASIC, 10gh/s chip and order 1 million of them, at a cost of $5/chip.  That's 5Ph/s. At most, you could take 90% of the network, and make a couple million dollars a year. Mining.

**or** you could take orders at what seems like a really good rate right now: $5/Gh/s. That's $50 a chip or $2500 for a 50 chip 500Gh/s unit.

Seems crazy good, but, what people don't realize is that once all the chips ship the difficulty will go up by over 900% **just from your chips alone**.

What you want to do, then, is maximize the time between when you take orders, and when you ship in order to take as many pre-orders as possible.

Then, think BFL: They keep talking about how they're the ones driving up the difficulty and that it doesn't make sense for their customers to complain, because if they ship faster the diff will just go up more quickly (while also claiming KnC and all their other future competitors will fail like they did, so no need to worry).

Butterfly labs sold units **basically knowing full well** that their customers would never make ROI, simply because of the volume of orders they took.

Now, the problem of course is that not only can you rip people off if you fund the chips yourself, you can also rip people off **and** crowd-fund a design. Which is what BFL did.

In any event, I think the price here is a little too high given the risk both that they'll fail, and the risk none of their competitors will.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **jspielberg** on **August 09, 2013, 03:52:45 AM**

It currently is the best deal out there, so I put in an order for one and I might get lucky if they deliver as they state.

If stock stays available and BTC appreciates, I may double down.  Kind of sucks that bitpay doesn't use Mt.Gox's higher exchange rate, but they need to be able to pull money out of Gox in a timely way to be a reasonable data source for them.

Getting back on topic, personally I have no issues with Cypherdoc is a paid endorser/board member/whatever with HashFast.  He made it clear that he is more than just casually involved with the company.  That disclosure is more than you get from a lot of folks here on the forum.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 09, 2013, 05:02:33 AM**

> Quote from: jspielberg on August 09, 2013, 03:52:45 AM
>
> It currently is the best deal out there, so I put in an order for one and I might get lucky if they deliver as they state.
>
> If stock stays available and BTC appreciates, I may double down.  Kind of sucks that bitpay doesn't use Mt.Gox's higher exchange rate, but they need to be able to pull money out of Gox in a timely way to be a reasonable data source for them.
>
> Getting back on topic, personally I have no issues with Cypherdoc is a paid endorser/board member/whatever with HashFast.  He made it clear that he is more than just casually involved with the company.  That disclosure is more than you get from a lot of folks here on the forum.

the simple fact that the BabyJets will be water cooled will factor in hugely in my own cost equations.  now i can store these things at home w/o the wife having a conniption.  no more data centers and no more bothering my office occupants.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **pmorici** on **August 09, 2013, 09:26:22 AM**

The hashfast shopping cart appears to be broken...

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Bicknellski** on **August 09, 2013, 10:10:38 AM**

> Quote from: Ytterbium on August 09, 2013, 02:45:26 AM
>
> > Quote from: smoothie on August 09, 2013, 02:40:53 AM
> >
> > It essentially is as I said, one's own personal risk tolerance. Some people might have a high risk low reward approach. That's not the best approach but it is an approach.
>
> The only people with a "high risk, low reward" approach are idiots.

Marines.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: dogie on August 09, 2013, 10:29:33 AM**

> Quote from: cypherdoc on August 09, 2013, 03:39:05 AM
>> Quote from: dogie on August 09, 2013, 03:30:59 AM
>>> Quote from: cypherdoc on August 09, 2013, 01:21:05 AM
>>>> Quote from: Ytterbium on August 09, 2013, 01:17:53 AM
>>>>> Quote from: cypherdoc on August 09, 2013, 12:59:09 AM
>>>>>> Quote from: dogie on August 09, 2013, 12:54:55 AM
>>>>>> This thread is a joke.
>>>>>>
>>>>>> tldr: I've been paid to say these people are legitimate, so they're legitimate.
>>>>>>
>>>>>> actually, it's the other way around.
>>>>>>
>>>>>> You paid them?
>>>>>
>>>>> no. i made a determination that they are legitimate. once they figured out i was a supporter, was going to buy machines and who i was, they offered to make me a paid sponsor. sorta like how Lebron James sponsors Coke ;D i guess he drinks it, right?
>>>>>
>>>>> i have no problems supporting causes i truly believe in I'm paid to support.
>>>>
>>>> Fixed. And if you want anyone to take you seriously, announce your contract, remuneration and terms surround your 'support'.
>>>
>>> did you bother to announce how much you were charging Horserider to sell his unit? if not, why not?

No, because I'm not whoring my forum reputation out to advertise a likely scam LOL. Nice attempt at logics, I'm sure you'll get it next time.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: Bicknellski on August 09, 2013, 10:32:17 AM**

> Quote from: dogie on August 09, 2013, 10:29:33 AM
>> Quote from: cypherdoc on August 09, 2013, 03:39:05 AM
>>> Quote from: dogie on August 09, 2013, 03:30:59 AM
>>>> Quote from: cypherdoc on August 09, 2013, 01:21:05 AM
>>>>> Quote from: Ytterbium on August 09, 2013, 01:17:53 AM
>>>>>> Quote from: cypherdoc on August 09, 2013, 12:59:09 AM
>>>>>>> Quote from: dogie on August 09, 2013, 12:54:55 AM
>>>>>>> This thread is a joke.
>>>>>>>
>>>>>>> tldr: I've been paid to say these people are legitimate, so they're legitimate.
>>>>>>>
>>>>>>> actually, it's the other way around.
>>>>>>>
>>>>>>> You paid them?
>>>>>>
>>>>>> no. i made a determination that they are legitimate. once they figured out i was a supporter, was going to buy machines and who i was, they offered to make me a paid sponsor. sorta like how Lebron James sponsors Coke ;D i guess he drinks it, right?
>>>>>>
>>>>>> i have no problems supporting causes i truly believe in I'm paid to support.
>>>>>
>>>>> Fixed. And if you want anyone to take you seriously, announce your contract, remuneration and terms surround your 'support'.
>>>>
>>>> did you bother to announce how much you were charging Horserider to sell his unit? if not, why not?
>>
>> No, because I'm not whoring my forum reputation out to advertise a likely scam LOL. Nice attempt at logics, I'm sure you'll get it next time.

What metric are you using for calling this a "likely" scam?  You got some scamdar we don't know about?

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: bbxx on August 09, 2013, 10:48:13 AM**

Taking btc only ... Yes
No refunds ... Yes
Price below market point ... Yes
Paid shills ... Yes
No evidence of product prototype ... Yes
Limited offer expiring in few hours ... Yes
Website with amateur/broken design ... Yes
Aiming for thousands of btc in few hours ... Yes
Domain name registered weeks ago ... Yes
No clear contact/phone on website ... Yes

10/10 scam in my asic checklist

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: Bicknellski on August 09, 2013, 11:41:02 AM**

> Quote from: bbxx on August 09, 2013, 10:48:13 AM
>
> Taking btc only ... Yes
> No refunds ... Yes
> Price below market point ... Yes
> Paid shills ... Yes
> No evidence of product prototype ... Yes
> Limited offer expiring in few hours ... Yes
> Website with amateur/broken design ... Yes
> Aiming for thousands of btc in few hours ... Yes
> Domain name registered weeks ago ... Yes
> No clear contact/phone on website ... Yes
>
> 10/10 scam in my asic checklist

Apply test to other fabrications in the past... results?

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: bbxx on August 09, 2013, 11:53:27 AM**

> Quote from: Bicknellski on August 09, 2013, 11:41:02 AM
>
> > Quote from: bbxx on August 09, 2013, 10:48:13 AM
> >
> > Taking btc only ... Yes
> > No refunds ... Yes
> > Price below market point ... Yes
> > Paid shills ... Yes
> > No evidence of product prototype ... Yes
> > Limited offer expiring in few hours ... Yes
> > Website with amateur/broken design ... Yes
> > Aiming for thousands of btc in few hours ... Yes
> > Domain name registered weeks ago ... Yes
> > No clear contact/phone on website ... Yes
> >
> > 10/10 scam in my asic checklist
>
> Apply test to other fabrications in the past... results?

Case: 15-03011    Doc# 1-2    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 46 of

Asicminer 2/10, knc 3/10, vmc 6/10, cryonic 7/10

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: HeRetiK on August 09, 2013, 12:00:17 PM**

> Quote from: bbxx on August 09, 2013, 11:53:27 AM
>> Quote from: Bicknellski on August 09, 2013, 11:41:02 AM
>>> Quote from: bbxx on August 09, 2013, 10:48:13 AM
>>> Taking btc only ... Yes
>>> No refunds ... Yes
>>> Price below market point ... Yes
>>> Paid shills ... Yes
>>> No evidence of product prototype ... Yes
>>> Limited offer expiring in few hours ... Yes
>>> Website with amateur/broken design ... Yes
>>> Aiming for thousands of btc in few hours ... Yes
>>> Domain name registered weeks ago ... Yes
>>> No clear contact/phone on website ... Yes
>>>
>>> 10/10 scam in my asic checklist
>>>
>>> Apply test to other fabrications in the past... results?
>>
>> Asicminer 2/10, knc 3/10, vmc 6/10, cryonic 7/10

Check out Uniquify, those are the ones actually developing the chips:
http://www.uniquify.com/

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: pikeadz on August 09, 2013, 12:07:09 PM**

> Quote from: cypherdoc on August 08, 2013, 11:37:21 PM
> once you see details of their Miner Protection Plan and refund details all your fears will melt away.

I am trying to be objective here, but it is hard when you sound more and more like a slick used car salesman.  ASIC consumers are not as desperate as they once were.  The preorder nonsense doesn't fly anymore after the BFL and Avalon fiascos.  A "Miner Protection Plan" is silly.  Just accept credit cards and deliver a quality working product on time like every other legitimate business.  Is that too much to ask?

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: Bicknellski on August 09, 2013, 12:13:21 PM**

> Quote from: pikeadz on August 09, 2013, 12:07:09 PM
>> Quote from: cypherdoc on August 08, 2013, 11:37:21 PM
>> once you see details of their Miner Protection Plan and refund details all your fears will melt away.
>
> I am trying to be objective here, but it is hard when you sound more and more like a slick used car salesman.  ASIC consumers are not as desperate as they once were.  The preorder nonsense doesn't fly anymore after the BFL and Avalon fiascos.  A "Miner Protection Plan" is silly.  Just accept credit cards and deliver a quality working product on time like every other legitimate business.  Is that too much to ask?

Even when you have a working product in this game there seems to be a real lack credulity. Only ASICminer and BitFury are delivering as per promise. The rest are either failing to deliver or just promising. If someone wants to put their reputation on the line then let them. Buzzdave seems to

have rehabilitated himself but ya you are right to call people on their hype and bs. Just think that your metric doesn't really do much to make me feel either warm or fuzzy for KnC and the rest. Given what has actually happened it is BitFury or Asciminer, both offering units or chips that are way over valued.

## Title: Re: ► ► ►HashFast Endorsement
## Post by: klee on August 09, 2013, 12:22:45 PM

> Quote from: DeathAndTaxes on August 09, 2013, 12:22:45 AM
> Still there are always risks involved, the odds are nobody is going to make a fortune mining anymore. I would be happy to just generate some coins at a small margin and reduce the needs to deal with awful exchanges. :)

This!

## Title: Re: ► ► ►HashFast Endorsement
## Post by: erschiessen on August 09, 2013, 12:36:38 PM

> Quote from: cypherdoc on August 08, 2013, 10:54:43 PM
> My Fellow Bitcoin Advocates,
>
> I am pleased to announce that I have been selected as a paid sponsor for HashFast Technologies LLC. I have also been asked to join their Board of Advisors.
>
> As most of you know, I have been involved in the Bitcoin community for a long while now. I have made my contributions here on the Forum mostly in the form of economics, investing, and Bitcoin theory since early 2011. I have given my perspective in countless debates, mainly in my two epic gold threads beginning back in August of 2011, Gold: I Smell A Trap: https://bitcointalk.org/index.php?topic=35956.msg443129#msg443129 and Gold Collapsing, Bitcoin UP: https://bitcointalk.org/index.php?topic=68655.msg799814#msg799814.
> O
> The following academic paper and it's authors believe that I have had a significant impact on how the community thinks:
>
> http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2263707
>
> Selected quotes:
>
> **Breaking Out of the Bank in Europe - Exploring Collective Emergent Institutional Entrepreneurship Through Bitcoin**
>
> " Among the most influential individuals in the Bitcoin community are the mysterious founder, Nakamoto, **and the five influential individuals in the community,** for whom we could not find any identifying information on the Internet. It seems that an individual's "real world" identity is not required to take an active role in the informal organization of Bitcoin. "
>
> " As highlighted by scholars studying institutional entrepreneurship (Battilana et al., 2009; Dorado, 2005; Lounsbury & Crumley, 2007; Rao et al., 2000), **some actors drive institutional change through their conscious action**"
>
> Some of you know that I have a very successful Bitcoin-only newsletter, **"Financial Risk Analytics",** that has been active on this forum since April 2012. Within that letter, I give my views on Bitcoin, gold and silver, and the stock market. I believe that Bitcoin is playing a significant role in shaping the world's financial economy, it's just that most people don't realize it yet. But from an active Bitcoin business perspective, I have always stayed in the background to preserve my anonymity and because I never saw an opportunity that truly sparked my interest. I am an active professional in a totally different industry and don't need Bitcoin for my future security. That desire to stay uninvolved changed this past week.
>
> When HashFast announced that they were open for visits something compelled me to jump on a plane and investigate personally their physical headquarters last week at Uniquify. My intent was to evaluate their legitimacy with the goal of buying their mining hardware as I have been an active miner since mid 2011. What I came away with was the impression of a hardworking, legitimate team of dedicated people trying to realize a vision. A vision to become the top ASIC mining development firm in the world. Having spent 9 yrs of my own higher educational life in the Bay Area, a new **Silicon Valley/Palo Alto based** mining development team peaked my interest. These people are doing what I believe to be extraordinary work. I was there only a day but have been in

communication with them almost on a daily basis since.  I had the opportunity to walk around the office and interact personally at great length with the principals involved, not only in HashFast, but with Uniquify.  I am convinced that being embedded within Uniquify affords significant research/business advantages.

The fact that HashFast itself is composed of Simon Barber and his team of 4 scientists makes them a force unto themselves from the development perspective.  The fact that HashFast has direct access to the team of 28nm world renowned scientists from Uniquify to design the physical layout of the chip makes them a combined force to be feared.  Simon is an academic from Cambridge University and has been involved in the Bitcoin community from the beginning. How many ASIC mining companies have an engineer employed at **PARC**? He has written a seminal paper on Bitcoin theory and economics which has contributed greatly to our understanding of just what is Bitcoin.  He has been working on his proprietary version of an ASIC chip for almost 2 years.  I believe this form of long term involvement with Bitcoin, such as I have demonstrated, is critical to understanding how to design a properly functioning chip that will be fast and efficient and deliver to small and industrial miners the return on investment that they deserve.

Eduardo de Castro is their CEO and visionary.  He has an MBA from the University of Texas at Austin.  As I have worked with him closely over the last 2 weeks, I have come to believe that Eduardo is a man with integrity, driven by the goals and beliefs of a true Bitcoiner, i.e., a belief in transparency, openness, honesty, and hard work. He believes in free markets.  I believe that Eduardo's goals are noble and that you will believe this also once he announces publicly his plan for buyer refunds and the Miner Protection Plan.

These two principals are guiding the company's vision to be the best in industry.  I happen to think they have a great chance at achieving that.

The HashFast "**BabyJet**" ASIC mining machine will be a first-of-its-kind technology (400GH/s per ASIC chip, significantly less than 1 Watt per GH/s) slated for delivery by late October. Speeds greater than 400GH/s are being achieved on extensive industry-standard testing with 28nm ASIC physical design leader Uniquify.  Under 350W power draw.  Their goal is to under promise and pleasantly surprise.  The extensive testing being done has been consistent, repeatable, and surprisingly improving to extraordinary levels just in the last two weeks alone.  And let me not forget one other significant thing; this unit has water cooling.  **NO MORE NOISE.**  There is a God!

I have had the opportunity to look into the eyes of the principals involved as well as shake their hands.  I have worked with them closely for the past two weeks.  I believe that these people will make a full faith effort to deliver on their promises. Whether or not they are actually able to deliver working units by November, I can't absolutely guarantee.  But, I believe that they have the talent and work ethic to make that a distinct reality.


Long Live Bitcoin,

cypherdoc

hashfast.com/shop

TL;DR ~ you are their Inaba?

Why should anyone care what your opinion is, since you are being paid to give it?


## Title: Re: ► ► ►HashFast Endorsement
## Post by: mmitech on August 09, 2013, 12:46:49 PM

Quote from: erschiessen on August 09, 2013, 12:36:38 PM
Quote from: cypherdoc on August 08, 2013, 10:54:43 PM
My Fellow Bitcoin Advocates,

I am pleased to announce that I have been selected as a paid sponsor for HashFast Technologies LLC.  I have also been asked to join their Board of Advisors.

As most of you know, I have been involved in the Bitcoin community for a long while now.  I have made my contributions here on the Forum mostly in the form of economics, investing, and Bitcoin theory since early 2011.  I have given my perspective in countless debates, mainly in my two epic gold threads beginning back in August of 2011, **Gold: I Smell A Trap**: https://bitcointalk.org/index.php?topic=35956.msg443129#msg443129 and **Gold Collapsing, Bitcoin UP**: https://bitcointalk.org/index.php?topic=68655.msg799814#msg799814.

O

The following academic paper and it's authors believe that I have had a significant impact on how the community thinks:

http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2263707

Selected quotes:

**Breaking Out of the Bank in Europe - Exploring Collective Emergent Institutional Entrepreneurship Through Bitcoin**

" Among the most influential individuals in the Bitcoin community are the mysterious founder, Nakamoto, **and the five influential individuals in the community,** for whom we could not find any identifying information on the Internet. It seems that an individual's "real world" identity is not required to take an active role in the informal organization of Bitcoin. "

" As highlighted by scholars studying institutional entrepreneurship (Battilana et al., 2009; Dorado, 2005; Lounsbury & Crumley, 2007; Rao et al., 2000), **some actors drive institutional change through their conscious action**"

Some of you know that I have a very successful Bitcoin-only newsletter, **"Financial Risk Analytics",** that has been active on this forum since April 2012. Within that letter, I give my views on Bitcoin, gold and silver, and the stock market. I believe that Bitcoin is playing a significant role in shaping the world's financial economy, it's just that most people don't realize it yet. But from an active Bitcoin business perspective, I have always stayed in the background to preserve my anonymity and because I never saw an opportunity that truly sparked my interest. I am an active professional in a totally different industry and don't need Bitcoin for my future security. That desire to stay uninvolved changed this past week.

When HashFast announced that they were open for visits something compelled me to jump on a plane and investigate personally their physical headquarters last week at Uniquify. My intent was to evaluate their legitimacy with the goal of buying their mining hardware as I have been an active miner since mid 2011. What I came away with was the impression of a hardworking, legitimate team of dedicated people trying to realize a vision. A vision to become the top ASIC mining development firm in the world. Having spent 9 yrs of my own higher educational life in the Bay Area, a new **Silicon Valley/Palo Alto based** mining development team peaked my interest. These people are doing what I believe to be extraordinary work. I was there only a day but have been in communication with them almost on a daily basis since. I had the opportunity to walk around the office and interact personally at great length with the principals involved, not only in HashFast, but with Uniquify. I am convinced that being embedded within Uniquify affords significant research/business advantages.

The fact that HashFast itself is composed of Simon Barber and his team of 4 scientists makes them a force unto themselves from the development perspective. The fact that HashFast has direct access to the team of 28nm world renowned scientists from Uniquify to design the physical layout of the chip makes them a combined force to be feared. Simon is an academic from Cambridge University and has been involved in the Bitcoin community from the beginning. How many ASIC mining companies have an engineer employed at **PARC**? He has written a seminal paper on Bitcoin theory and economics which has contributed greatly to our understanding of just what is Bitcoin. He has been working on his proprietary version of an ASIC chip for almost 2 years. I believe this form of long term involvement with Bitcoin, such as I have demonstrated, is critical to understanding how to design a properly functioning chip that will be fast and efficient and deliver to small and industrial miners the return on investment that they deserve.

Eduardo de Castro is their CEO and visionary. He has an MBA from the University of Texas at Austin. As I have worked with him closely over the last 2 weeks, I have come to believe that Eduardo is a man with integrity, driven by the goals and beliefs of a true Bitcoiner, i.e., a belief in transparency, openness, honesty, and hard work. He believes in free markets. I believe that Eduardo's goals are noble and that you will believe this also once he announces publicly his plan for buyer refunds and the Miner Protection Plan.

These two principals are guiding the company's vision to be the best in industry. I happen to think they have a great chance at achieving that.

The HashFast **"BabyJet"** ASIC mining machine will be a first-of-its-kind technology (400GH/s per ASIC chip, significantly less than 1 Watt per GH/s) slated for delivery by late October. Speeds greater than 400GH/s are being achieved on extensive industry-standard testing with 28nm ASIC physical design leader Uniquify. Under 350W power draw. Their goal is to under promise and pleasantly surprise. The extensive testing being done has been consistent, repeatable, and surprisingly improving to extraordinary levels just in the last two weeks alone. And let me not forget one other significant thing; this unit has water cooling. **NO MORE NOISE.** There is a God!

I have had the opportunity to look into the eyes of the principals involved as well as shake their hands. I have worked with them closely for the past two weeks. I believe that these people will

make a full faith effort to deliver on their promises. Whether or not they are actually able to deliver working units by November, I can't absolutely guarantee. But, I believe that they have the talent and work ethic to make that a distinct reality.

Long Live Bitcoin,

cypherdoc

hashfast.com/shop

TL;DR ~ you are their Inaba?

Why should anyone care what your opinion is, since you are being paid to give it?

+1

## Title: Re: ► ► ►HashFast Endorsement
## Post by: **Flashman** on **August 09, 2013, 01:59:22 PM**

What I'm seeing is that there is no logical reason why hashfasts total production should not be in the **TENS** of petahash, and they have a direct competitor on the same scale, who we would also assume will ship TENS of petahash. Can't see anybody putting much money up if they were only gonna run off 10,000 chips. Then it is also reasonable to assume, that anybody (Bitfury, KNC, BFL, Avalon, AM, VMC/AMC) who has an ASIC design already or one in the pipeline will just get 100s of thousands of those run off to attempt to capture a nibble of the rapidly shrinking pie. Altogether the larger than 28nm ASICs may be a few more tens of petahash.

I think the electricity cost thing might not be as large a factor as anticipated, since the less efficient hardware will tend to migrate to where the electricity is cheapest. i.e. people running KNCs on 20c/kWh will be competing with Avalon hardware where they are paying 5c kW/h.

That leads me to anticipate a network total of 50 Petahash is possible, though the "Fug this" point would probably be about 25 petahash. Of course people will not knowingly buy off the shelf into this, but if they get orders hung up 3 months longer than anticipated, the network could be "oversold" very easily as it were. BUT despite that their shiny new $5000 miner might only make $20 a month over electric, a lot of people are going to turn them on, because they wanna scrape back any return they can if they have no other means of recompense.

Miners are tending to have 3-6 month ROI expectations, or better, because in a highly volatile market, 3 months is a very long time. It's said that one "internet year" is like 7 normal years, well I think bitcoin years are tending towards 7 internet years.

Anyway, this leads me to think that if other ASICs are not much delayed, that hashfast will be delivering to customers when diff is about 500M, but will be delivering a hash density that will put diff into billions very quickly, so 3 month earnings will look something like $1,500.. $500 .. $250 and then thank the gods we might be levelling off, but at about $120 a month before power costs... (For a single 400GH machine)

So the prospect of it barely half paying itself off, then making only about 10% net per year thereafter is not very attractive... also bearing in mind

that after ~3 years the reward is gonna halve, so even if BTC stabilized dramatically multi year payoff is not on the cards.

Yah, nobody is going to get very wealthy mining any more, but this is becoming very low return for an inordinate degree of risk. Hence I am waiting it out until I can pay about $5 a gigahash.

Should BTC appear to have a non-bubble rise to $300 and not look real twitchy, then $15 a GH may be supportable, but it's not looking like it will get there before 2014 to me at the moment.

Title: **Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 09, 2013, 03:36:58 PM**

> Quote from: erschiessen on August 09, 2013, 12:36:38 PM
>
> TL;DR ~ you are their Inaba?
>
> Why should anyone care what your opinion is, since you are being paid to give it?

perhaps b/c i actually believe they have a chance to accomplish what they want?  and perhaps b/c i actually went there and did some due diligence?  and perhaps since i've never lied or cheated anyone around here esp. my subscribers?

ppl get paid to endorse products and companies all the time.  is it all just a waste of money?

i'm trying to be balanced as best i can and not overhype anything or denigrate the competition.  hopefully i'm just pointing out the facts but if anyone wants to point out otherwise they're free to do so.

Title: **Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 09, 2013, 03:41:04 PM**

> Quote from: cypherdoc on August 09, 2013, 03:36:58 PM
>
> perhaps b/c i actually believe they have a chance to accomplish what they want?  and perhaps b/c i actually went there and did some due diligence?  and perhaps since i've never lied or cheated anyone around here esp. my subscribers?
>
> ppl get paid to endorse products and companies all the time.  is it all just a waste of money?
>
> i'm trying to be balanced as best i can and not overhype anything or denigrate the competition.  hopefully i'm just pointing out the facts but if anyone wants to point out otherwise they're free to do so.

If you're getting paid, could we bother you to type on something with a frickin' shift key?  Not bothering with grammar is a bit disrespectful -- multi-million dollar companies deserve better.

Title: **Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 09, 2013, 03:44:59 PM**

> Quote from: crumbs on August 09, 2013, 03:41:04 PM
>
> > Quote from: cypherdoc on August 09, 2013, 03:36:58 PM

Case: 15-03011   Doc# 1-2   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 52 of 116

> perhaps b/c i actually believe they have a chance to accomplish what they want? and perhaps b/c i actually went there and did some due diligence? and perhaps since i've never lied or cheated anyone around here esp. my subscribers?
>
> ppl get paid to endorse products and companies all the time. is it all just a waste of money?
>
> i'm trying to be balanced as best i can and not overhype anything or denigrate the competition. hopefully i'm just pointing out the facts but if anyone wants to point out otherwise they're free to do so.

> If you're getting paid, could we bother you to type on something with a frickin' shift key? Not bothering with grammar is a bit disrespectful -- multi-million dollar companies deserve better.

i get the sincere feeling you're jealous.

fact is, they are not a multimillion dollar company. they are a startup and stand to lose everything. i stand to lose my orders just like everyone else too. and if they fail or cheat everyone i stand to lose my reputation.

it's definitely a risk that you've made clear you'd very much like to happen just b/c of who you are.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **crumbs** on **August 09, 2013, 03:50:47 PM**

> Quote from: cypherdoc on August 09, 2013, 03:44:59 PM
>> Quote from: crumbs on August 09, 2013, 03:41:04 PM
>>> Quote from: cypherdoc on August 09, 2013, 03:36:58 PM
>>> perhaps b/c i actually believe they have a chance to accomplish what they want? and perhaps b/c i actually went there and did some due diligence? and perhaps since i've never lied or cheated anyone around here esp. my subscribers?
>>>
>>> ppl get paid to endorse products and companies all the time. is it all just a waste of money?
>>>
>>> i'm trying to be balanced as best i can and not overhype anything or denigrate the competition. hopefully i'm just pointing out the facts but if anyone wants to point out otherwise they're free to do so.
>>>
>>> If you're getting paid, could we bother you to type on something with a frickin' shift key? Not bothering with grammar is a bit disrespectful -- multi-million dollar companies deserve better.
>>
>> i get the sincere feeling you're jealous.
>>
>> fact is, they are not a multimillion dollar company. they are a startup and stand to lose everything. i stand to lose my orders just like everyone else too. and if they fail or cheat everyone i stand to lose my reputation.
>>
>> it's definitely a risk that you've made clear you'd very much like to happen just b/c of who you are.

Not a multimillion dollar co? Could you offer a slightly more precise estimate? Less than a mil? Less than 100k? Nothing but a website and a mouthpiece who doesn't know how to lie & can't be bothered with the cap key? :D

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 09, 2013, 04:18:55 PM**

> Quote from: crumbs on August 09, 2013, 03:50:47 PM
> Not a multimillion dollar co? Could you offer a slightly more precise estimate? Less than a mil? Less than 100k? Nothing but a website and a mouthpiece who doesn't know how to lie & can't be bothered with the cap key? :D

why should i even bother to respond to a known troll?

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **bbxx** on **August 09, 2013, 04:23:52 PM**

> Quote from: cypherdoc on August 09, 2013, 04:18:55 PM
>> Quote from: crumbs on August 09, 2013, 03:50:47 PM
>> Not a multimillion dollar co? Could you offer a slightly more precise estimate? Less than a mil? Less than 100k? Nothing but a website and a mouthpiece who doesn't know how to lie & can't be bothered with the cap key? :D
>
> why should i even bother to respond to a known troll?

for scammer scam hunter is troll.

please cypherdoc say why no one from HashFast is not here

are they kidnapped ? day off ?
in most important day in their company ? (SALES DAY)
is it really you or you will say that you have been hacked ?
hashfast website hacked too, fake shop without ANY OVERSEER!
when sales valued of millions of dollars are going (should be)

could you call them and post any notice?

"WE ARE SORRY THAT YOU CANT ORDER FROM US NOW"

or anything.

this is fishy. very.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 09, 2013, 04:28:48 PM**

> Quote from: bbxx on August 09, 2013, 04:23:52 PM
>> Quote from: cypherdoc on August 09, 2013, 04:18:55 PM
>>> Quote from: crumbs on August 09, 2013, 03:50:47 PM
>>> Not a multimillion dollar co? Could you offer a slightly more precise estimate? Less than a mil? Less than 100k? Nothing but a website and a mouthpiece who doesn't know how to lie & can't be bothered with the cap key? :D
>>
>> why should i even bother to respond to a known troll?
>
> for scammer scam hunter is troll.
>
> please cypherdoc say why no one from HashFast is not here
>
> are they kidnapped ? day off ?
> in most important day in their company ? (SALES DAY)
> is it really you or you will say that you have been hacked ?
> hashfast website hacked too, fake shop without ANY OVERSEER!
> when sales valued of millions of dollars are going (should be)
>
> could you call them and post any notice?
>
> "WE ARE SORRY THAT YOU CANT ORDER FROM US NOW"
>
> or anything.
>
> this is fishy. very.

you know what? i absolutely agree. they should be here talking more but i guess that's why they brought me on board to handle all the flack.

they are all scrambling right now to get the website fixed. personally, what i think is that the principals, Simon and especially Eduardo, aren't really comfortable posting on the forum. this is just my opinion. as you know, this place is shark infested and as a result, i guess they prefer to get work done.

having said that, i've informed them that it is of utmost importance for them to get their asses on here and clarify some of the terms i've intimated at.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **crumbs** on **August 09, 2013, 04:45:34 PM**

> Quote from: cypherdoc on August 09, 2013, 04:18:55 PM
> > Quote from: crumbs on August 09, 2013, 03:50:47 PM
> > Not a multimillion dollar co? Could you offer a slightly more precise estimate? Less than a mil? Less than 100k? Nothing but a website and a mouthpiece who doesn't know how to lie & can't be bothered with the cap key? :D
> why should i even bother to respond to a known troll?

You ignore my questions and call me a troll. What are you trying to accomplish?

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Loredo** on **August 09, 2013, 04:55:41 PM**

> Quote from: cypherdoc on August 09, 2013, 04:28:48 PM
> you know what? i absolutely agree. they should be here talking more but i guess that's why they brought me on board to handle all the flack.

Yes, and CEO-level: understandable. But where's Sedockis, or whatever his name is: the marketing guy?

It seems to me, particularly on the day that Team Avalon has announced their ("temporary") implosion, it is even more necessary to put forward a balanced, credible, front.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 09, 2013, 04:59:54 PM**

> Quote from: Loredo on August 09, 2013, 04:55:41 PM
> > Quote from: cypherdoc on August 09, 2013, 04:28:48 PM
> > you know what? i absolutely agree. they should be here talking more but i guess that's why they brought me on board to handle all the flack.
> Yes, and CEO-level: understandable. But where's Sedockis, or whatever his name is: the marketing guy?
>
> It seems to me, particularly on the day that Team Avalon has announced their ("temporary") implosion, it is even more necessary to put forward a balanced, credible, front.

you're right too. i'm gonna call his ass right now.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Kouye** on **August 09, 2013, 05:09:52 PM**

> **Quote from: cypherdoc on August 09, 2013, 04:59:54 PM**
> you're right too. i'm gonna call his ass right now.

That's exactly the kind of language I'd love my admitedly paid shills to use, if I had such a serious company to run, too.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **pmorici** on **August 09, 2013, 05:27:06 PM**

I was going to buy a BFL product last fall (Nov 2012) before it became apparent that they were full of crap. I had made up my mind to do it any everything except that for what ever reason their payment form was broken. After a couple tries I just gave up, in hind sight it was a sign and saved me a load cash. I wonder if hashfast's site being broken now is a similar sign. It's a shame it seems the people involved have a lot of street cred.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 09, 2013, 05:33:19 PM**

> **Quote from: pmorici on August 09, 2013, 05:27:06 PM**
> I was going to buy a BFL product last fall (Nov 2012) before it became apparent that they were full of crap. I had made up my mind to do it any everything except that for what ever reason their payment form was broken. After a couple tries I just gave up, in hind sight it was a sign and saved me a load cash. I wonder if hashfast's site being broken now is a similar sign. It's a shame it seems the people involved have a lot of street cred.

they're pretty much all technical guys. which is why i liked them from the start. Simon and his technical team are at the frontend with Uniquify on the back end. there is a great synergy there.

i didn't see that with other companies.

unfortunately we're seeing the consequences of that too. but they are working to rectify the situation.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **bbxx** on **August 09, 2013, 05:49:46 PM**

> **Quote from: cypherdoc on August 09, 2013, 05:33:19 PM**
> > **Quote from: pmorici on August 09, 2013, 05:27:06 PM**
> > I was going to buy a BFL product last fall (Nov 2012) before it became apparent that they were full of crap. I had made up my mind to do it any everything except that for what ever reason their payment form was broken. After a couple tries I just gave up, in hind sight it was a sign and saved me a load cash. I wonder if hashfast's site being broken now is a similar sign. It's a shame it seems the people involved have a lot of street cred.
>
> they're pretty much all technical guys. which is why i liked them from the start. Simon and his technical team are at the frontend with Uniquify on the back end. there is a great synergy there.
>
> i didn't see that with other companies.
>
> unfortunately we're seeing the consequences of that too. but they are working to rectify the situation.

yeah really working
just login by ssh, mcedit php.ini, change allowed memory size to 512M, display_errors to off, /etc/init.d/apache2 restart

Case: 15-03011   Doc# 1-2   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 56 of

job done (below minute).

please dont be silly that they are able to design, tape-out chip, develop miner, case, power, ship in 10 weeks from now.
people are not stupid.

### Title: Re: ► ► ►HashFast Endorsement
Post by: **HashFast** on **August 09, 2013, 06:08:47 PM**

Hi Everyone,

Due to technical problems in processing orders, we are temporarily suspending sales until the issues are resolved.
I apologize for the frustration that this has caused. We will be contacting those of you who have attempted a purchase.

Thanks for your patience,

John

### Title: Re: ► ► ►HashFast Endorsement
Post by: **mrb** on **August 09, 2013, 06:15:07 PM**

> Quote from: cypherdoc on August 08, 2013, 10:54:43 PM
> And let me not forget one other significant thing; this unit has water cooling. **NO MORE NOISE.** There is a God!

That's a common misconception... You still **need a noisy fan** to cool down the radiator in a water cooling setup. Unless you have a fancy setup hooked to swimming pool or other large body of permanently cool water.

### Title: Re: ► ► ►HashFast Endorsement
Post by: **MrTeal** on **August 09, 2013, 06:18:31 PM**

> Quote from: mrb on August 09, 2013, 06:15:07 PM
> > Quote from: cypherdoc on August 08, 2013, 10:54:43 PM
> > And let me not forget one other significant thing; this unit has water cooling. **NO MORE NOISE.** There is a God!
>
> That's a common misconception... You still **need a noisy fan** to cool down the radiator in a water cooling setup. Unless you have a fancy setup hooked to swimming pool or other large body of permanently cool water.

You just need a bunch of suckers to foot the bill for you.
http://www.winnipegfreepress.com/opinion/analysis/vancouver-water-cheap-unmetered-208927231.html

> Quote
> And it's all publicly owned and operated, despite a modest increase in annual water tax bills. Metro Vancouver estimates that the average household in its 22 municipalities now receiving treated water will pay a mere $148 this year for unmetered water.

### Title: Re: ► ► ►HashFast Endorsement
Post by: **Simon Barber** on **August 09, 2013, 07:17:18 PM**

I'd like to confirm that HashFast will offer refunds on orders that are not shipped by Dec 31st.

As cypherdoc alluded to, we are also finalizing a further guarantee for miners who purchase our equipment. We want to make sure our customers are successful. We are putting together the final touches to this program right now. When launched we will offer it to all existing purchasers at no additional charge.

We are currently having trouble with integrating BitPay, but we are actively working on that.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 09, 2013, 07:19:39 PM**

Simon,

i actually had a question.  will  the water cooling system come with the home models.  did i mistakenly see somewhere where it will only be for commercial rigs?

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Xian01** on **August 09, 2013, 07:20:21 PM**

This endorsement feels cheap, shallow, and whore-ish.

I'm really not a fan of all these pre-order schemes in Bitcoin space, and am calling "Shenanigans" on you, and anyone else delivering 28nm before 2014.

Make me a believer.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Coco888** on **August 09, 2013, 07:23:34 PM**

I already see how HashFast fucks every buyer like BFL is doing everyday.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **HashFast** on **August 09, 2013, 07:33:19 PM**

> Quote from: Loredo on August 09, 2013, 04:55:41 PM
>> Quote from: cypherdoc on August 09, 2013, 04:28:48 PM
>> you know what?  i absolutely agree.  they should be here talking more but i guess that's why they brought me on board to handle all the flack.
>
> Yes, and CEO-level: understandable.  But where's Sedockis, or whatever his name is: the marketing guy?
>
> It seems to me, particularly on the day that Team Avalon has announced their ("temporary") implosion, it is even more necessary to put forward a balanced, credible, front.

I'm here. Was sleeping after a very long day.  What can I do for you?

## Title: Re: ► ► ►HashFast Endorsement
Post by: **DeathAndTaxes** on **August 09, 2013, 07:51:52 PM**

> Quote from: mrb on August 09, 2013, 06:15:07 PM
>> Quote from: cypherdoc on August 08, 2013, 10:54:43 PM
>>> And let me not forget one other significant thing; this unit has water cooling.  **NO MORE NOISE.**
>>> There is a God!
>>
>> That's a common misconception... You still **need a noisy fan** to cool down the radiator in a water
>> cooling setup. Unless you have a fancy setup hooked to swimming pool or other large body of
>> permanently cool water.

Well you need a fan but it doesn't need to be noisy.  However you are right
in the longer context.  Water "cooling" is actually a misnomer.  The water is
merely a heat transfer system.  Much like a copper heat sink is a heat
transfer system.  Nobody would call that "copper cooling".  Note this isn't a
dig at HashFast the term is "water cooling" it just happens to be inaccurate.

HOWEVER the advantage of water cooling is that water is an amazingly good
heat transfer system (transfers about 25x the heat per volume of fluid).  So
you can move the heat to a much larger areas like a radiator with 1000x the
surface area of the chip and use fewer larger slower fans.  No noise is a
mismoner but it can be much quieter.

### Title: Re: ► ► ►HashFast Endorsement
### Post by: pacojones on August 09, 2013, 07:57:13 PM

> Quote from: cypherdoc on August 09, 2013, 07:19:39 PM
> Simon,
>
> i actually had a question.  will  the water cooling system come with the home models.  did i
> mistakenly see somewhere where it will only be for commercial rigs?

I'm wondering why the "home" and "commercial" versions!  I can't find any
mention of a home version on the site and the fact that this is "commercial"
only is a bit confusing - it's like saying this vacuum cleaner is commercial
only (but there's nothing to keep you from using it at home).  Any
explanation would be appreciated!

### Title: Re: ► ► ►HashFast Endorsement
### Post by: **Simon Barber** on August 09, 2013, 08:01:37 PM

> Quote from: cypherdoc on August 09, 2013, 07:19:39 PM
> i actually had a question.  will  the water cooling system come with the home models.  did i
> mistakenly see somewhere where it will only be for commercial rigs?

Unfortunately we can't offer any models for home use during initial sales.
The reason is FCC certification. To sell a product for home use we need FCC
class B certification, and this takes 1 or 2 months, after our chips become
available. As a result we cannot endorse or sell any of our early products for
home use. We may offer a product certified for home use later on, but our
early products are sold for use in commercial environments.

The Baby Jet will come with the fully sealed, maintenance free liquid cooling
system.

### Title: Re: ► ► ►HashFast Endorsement
### Post by: **DeathAndTaxes** on August 09, 2013, 08:05:02 PM

Quote from: Simon Barber on August 09, 2013, 08:01:37 PM

> Quote from: cypherdoc on August 09, 2013, 07:19:39 PM
>
> > i actually had a question. will the water cooling system come with the home models. did i mistakenly see somewhere where it will only be for commercial rigs?
>
> Unfortunately we can't offer any models for home use during initial sales. The reason is FCC certification. To sell a product for home use we need FCC class B certification, and this takes 1 or 2 months, after our chips become available. As a result we cannot endorse or sell any of our early products for home use. We may offer a product certified for home use later on, but our early products are sold for use in commercial environments.
>
> The Baby Jet will come with the fully sealed, maintenance free liquid cooling system.

For those who want to read between the lines I will say what they are unwilling to. AFAIK no BTC miner is designed for "residential use" as nobody has FCC certification, although plenty of people are operating them in their "residences". That being said it isn't like the device has a GPS unit that will self destruct if you bring it inside a house. It just means the company is selling it for commercial use, if you buy a commercial product then you are indicating you are buying it for commercial use. What you actually do with it once you get it is up to you.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Simon Barber** on **August 09, 2013, 08:06:03 PM**

> Quote from: DeathAndTaxes on August 09, 2013, 07:51:52 PM
>
> Well you need a fan but it doesn't need to be noisy. However you are right in the longer context. Water "cooling" is actually a misnomer. The water is merely a heat transfer system. Much like a copper heat sink is a heat transfer system. Nobody would call that "copper cooling". Note this isn't a dig at HashFast the term is "water cooling" it just happens to be inaccurate.
>
> HOWEVER the advantage of water cooling is that water is an amazingly good heat transfer system (transfers about 25x the heat per volume of fluid). So you can move the heat to a much larger areas like a radiator with 1000x the surface area of the chip and use fewer larger slower fans. No noise is a misnomer but it can be much quieter.

The Baby Jet will ship with an oversized liquid cooling system, that has much more capacity than needed to run the chip at 400GH/s. This means that the fans will be able to throttle back, and run quite slowly, and thus quietly. I don't yet have any noise figures, but the intention is that this system will result in the lowest noise possible.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 09, 2013, 08:15:42 PM**

> Quote from: DeathAndTaxes on August 09, 2013, 08:05:02 PM
>
> > Quote from: Simon Barber on August 09, 2013, 08:01:37 PM
> >
> > > Quote from: cypherdoc on August 09, 2013, 07:19:39 PM
> > >
> > > > i actually had a question. will the water cooling system come with the home models. did i mistakenly see somewhere where it will only be for commercial rigs?
> > >
> > > Unfortunately we can't offer any models for home use during initial sales. The reason is FCC certification. To sell a product for home use we need FCC class B certification, and this takes 1 or 2 months, after our chips become available. As a result we cannot endorse or sell any of our early products for home use. We may offer a product certified for home use later on, but our early products are sold for use in commercial environments.
> > >
> > > The Baby Jet will come with the fully sealed, maintenance free liquid cooling system.
> >
> > For those who want to read between the lines I will say what they are unwilling to. AFAIK no BTC miner is designed for "residential use" as nobody has FCC certification, although plenty of people are operating them in their "residences". That being said it isn't like the device has a GPS unit that will

> self destruct if you bring it inside a house.  It just means the company is selling it for commercial use, if you buy a commercial product then you are indicating you are buying it for commercial use. What you actually do with it once you get it is up to you.

Simon has also indicated to me that one could expect to run 4-5 of these off a standard residential outlet if they wanted given the 350W per unit consumption.  no one is recommending this of course.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: pacojones on August 09, 2013, 08:52:02 PM**

Unfortunately we can't offer any models for home use during initial sales. The reason is FCC certification. To sell a product for home use we [/quote]

THANKS for the clarification!

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: Ytterbium on August 09, 2013, 09:15:55 PM**

> Quote from: HeRetiK on August 09, 2013, 12:00:17 PM
> Check out Uniquify, those are the ones actually developing the chips:
> http://www.uniquify.com/

You know the phrase "all this, and a bag of chips"?

The problem isn't the chips, the problem is the "all this".

Can they deliver hundreds of working boxes a few days after their chips leave the fab?

They say they'll refund the money if they're late, **but how are they going to afford to do that?**  Their website says they have 30 days to deliver the product if it's late. That means they can delay until late november if they feel like it without issuing refunds.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: DeathAndTaxes on August 09, 2013, 09:27:16 PM**

> Quote from: MrTeal on August 09, 2013, 06:18:31 PM
> You just need a bunch of suckers to foot the bill for you.
> http://www.winnipegfreepress.com/opinion/analysis/vancouver-water-cheap-unmetered-208927231.html
> Quote
>> And it's all publicly owned and operated, despite a modest increase in annual water tax bills. Metro Vancouver estimates that the average household in its 22 municipalities now receiving treated water will pay a mere $148 this year for unmetered water.

Now that is pure awesome.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: Ytterbium on August 09, 2013, 09:34:47 PM**

> Quote from: cypherdoc on August 09, 2013, 05:33:19 PM

> **Quote from: pmorici on August 09, 2013, 05:27:06 PM**
>
> I was going to buy a BFL product last fall (Nov 2012) before it became apparent that they were full of crap. I had made up my mind to do it any everything except that for what ever reason their payment form was broken. After a couple tries I just gave up, in hind sight it was a sign and saved me a load cash. I wonder if hashfast's site being broken now is a similar sign. It's a shame it seems the people involved have a lot of street cred.
>
> they're pretty much all technical guys. which is why i liked them from the start. Simon and his technical team are at the frontend with Uniquify on the back end. there is a great synergy there.
>
> i didn't see that with other companies.
>
> unfortunately we're seeing the consequences of that too. but they are working to rectify the situation.

Come on dude, "technical guys" should be able to create a website that actually works.

If they're only taking bitcoin, all they have to do is create a few thousand addresses and put them in a database table, when someone orders you give them one of the addresses.

Then just query blockchain.info once an hour to see if there are any transactions on those addresses.

I realize chip design is a different skillset from programming, but they should, like *know a guy* right? If they don't know a guy who can build a website that works, how are we supposed to trust that they'll *know a guy* who can manage the physical production and shipping of products?

It was those things, not the production of chips, that Avalon and BFL failed at.

Title: **Re: ► ► ►HashFast Endorsement**
Post by: **Ytterbium** on **August 09, 2013, 09:37:41 PM**

> **Quote from: Simon Barber on August 09, 2013, 07:17:18 PM**
>
> I'd like to confirm that HashFast will offer refunds on orders that are not shipped by Dec 31st.
>
> As cypherdoc alluded to, we are also finalizing a further guarantee for miners who purchase our equipment. We want to make sure our customers are successful. We are putting together the final touches to this program right now. When launched we will offer it to all existing purchasers at no additional charge.
>
> We are currently having trouble with integrating BitPay, but we are actively working on that.

# 1.5 MONTHS LATE?

So the actual guaranteed shipping date is December 31, not "late october!?!?!?!?"

Also, how exactly are you going to be able to fund these refunds? Pre-mining through november and december ::)?

Title: **Re: ► ► ►HashFast Endorsement**
Post by: **HashFast** on **August 09, 2013, 09:38:21 PM**

Hi everyone,

Again, I personally apologize for the difficulty many of you had in placing an order with us yesterday. The integration between BitPay and our shopping cart did not operate smoothly, and the sales volume overwhelmed it.

This is what we are doing to fix it:

1) We have a record of everyone who attempted to make a purchase. We will individually contact those people to give each one the option of completing their purchase (and preserving their place in line for delivery of the earliest units, as per the timestamp in their order)

2) Many of you have felt that the shipping costs were too high. We will find a better/cheaper solution, and refund the difference. It is absolutely not our intention to make a profit on shipping costs. If you have completed a transaction, and feel that the shipping costs were too high, please submit a ticket to support@hashfast.com.

3) We are working hard to improve and test the new site and payment processing options. In the meantime, if you would like to make a purchase with us directly, you can email us at sales@hashfast.com. Please include your name, address and a phone number where we can reach you. We will work on these purchase requests in the order that they are received (and provide each person with a place in the delivery line, per the timestamp of their email)

Our team is working diligently to get these issues resolved. We appreciate your patience.

If you have completed an order and have questions, please contact support@hashfast.com
If you have not yet completed an order and would like to do so, please contact sales@hashfast.com

Thank you,
John Skrodenis
HashFast

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **MrTeal** on **August 09, 2013, 09:41:20 PM**

Shipping is expected in October, but refunds will be offered if nothing is shipped by Dec 31st...

You can cut the deja vu with a knife.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Flying Hellfish** on **August 09, 2013, 09:46:20 PM**

Quote from: MrTeal on August 09, 2013, 09:41:20 PM
| |
|---|
| Shipping is expected in October, but refunds will be offered if nothing is shipped by Dec 31st... |
| You can cut the deja vu with a knife. |

LOL wasn't there also a major cluster fuck with B2 Avalon check out as well, seems like BFL and Avalon rolled into one!

## Title: Re: ► ► ►HashFast Endorsement
Post by: **ninjarobot** on **August 09, 2013, 09:56:32 PM**

> Quote from: Simon Barber on August 09, 2013, 07:17:18 PM
> I'd like to confirm that HashFast will offer refunds on orders that are not shipped by Dec 31st.

The Oct-Dec timeframe is when these miners will earn back the vast majority of the investment cost. If anything the Oct 20-30 shipping date is what justifies the high cost of this unit. Take that away and you might end up with an expensive heating element. I don't like it either but that is the reality of an exponentially increasing difficulty. One day it is pure gold, the next a lump of coal.

Also, what happens if the specs of the final product are significantly different from what was sold in the pre-order? E.g. 2+ Watt/GH etc.

When it comes to refunds - I expect those to be done in BTC not USD. You take orders in BTC, you refund orders in BTC.

Naturally I hope everything goes well and HashFast meets their announced Oct. shipping date.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Minor Miner** on **August 09, 2013, 10:15:59 PM**

> Quote from: MrTeal on August 09, 2013, 09:41:20 PM
> Shipping is expected in October, but refunds will be offered if nothing is shipped by Dec 31st...
> You can cut the deja vu with a knife.

How do we get a refund when the money is being used for NRE? So, the foundry, board maker and assembler all have contracts to give back the advance payments if they do not complete before dec31 so that hashfast can give it back to us? I would like to see the contract since the mask payment must have been made already if you are getting wafers back in two months.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Ytterbium** on **August 09, 2013, 10:27:26 PM**

> Quote from: Minor Miner on August 09, 2013, 10:15:59 PM
> > Quote from: MrTeal on August 09, 2013, 09:41:20 PM
> > Shipping is expected in October, but refunds will be offered if nothing is shipped by Dec 31st...
> > You can cut the deja vu with a knife.
> How do we get a refund when the money is being used for NRE? So, the foundry, board maker and assembler all have contracts to give back the advance payments if they do not complete before dec31 so that hashfast can give it back to us? I would like to see the contract since the mask payment must have been made already if you are getting wafers back in two months.

Yes, this needs to be explained.

One way would be to have contracts with suppliers with performance guarantees - A company like Flextronics might be able to offer that, but in USD obviously.

But right now we don't even know who's going to be assembling units.

Another possibility would be they're planning on running off a massive number of chips themselves and can mine the necessary BTC to do refunds.

Of course, to be fair: everyone who's pre-ordered from a competitor or invested in another IPO has an economic incentive to see these guys **fail** to raise funding, including me.  If they fail, it means a few PH of chips **not** out there mining, and it means a few more btc for everyone who's currently mining before difficulty reaches a singularity :P

## Title: Re: ► ► ►HashFast Endorsement
Post by: **BitCsByBit** on **August 09, 2013, 10:33:07 PM**

> Quote from: Ytterbium on August 09, 2013, 09:37:41 PM
> > Quote from: Simon Barber on August 09, 2013, 07:17:18 PM
> > I'd like to confirm that HashFast will offer refunds on orders that are not shipped by Dec 31st.
> >
> > As cypherdoc alluded to, we are also finalizing a further guarantee for miners who purchase our equipment. We want to make sure our customers are successful. We are putting together the final touches to this program right now. When launched we will offer it to all existing purchasers at no additional charge.
> >
> > We are currently having trouble with integrating BitPay, but we are actively working on that.
>
> # 1.5 MONTHS LATE?
>
> So the actual guaranteed shipping date is December 31, not "late october!?!?!?!?"
>
> Also, how exactly are you going to be able to fund these refunds?  Pre-mining through november and december ::)?

More like 2 months. Whole November and entire December.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **crumbs** on **August 09, 2013, 10:38:46 PM**

> Quote from: Ytterbium on August 09, 2013, 10:27:26 PM
> > Quote from: Minor Miner on August 09, 2013, 10:15:59 PM
> > > Quote from: MrTeal on August 09, 2013, 09:41:20 PM
> > > Shipping is expected in October, but refunds will be offered if nothing is shipped by Dec 31st...
> > > You can cut the deja vu with a knife.
> > How do we get a refund when the money is being used for NRE?  So, the foundry, board maker and assembler all have contracts to give back the advance payments if they do not complete before dec31 so that hashfast can give it back to us?  I would like to see the contract since the mask payment must have been made already if you are getting wafers back in two months.
>
> Yes, this needs to be explained.
>
> One way would be to have contracts with suppliers with performance guarantees - A company like Flextronics might be able to offer that, but in USD obviously.
>
> But right now we don't even know who's going to be assembling units.
>
> Another possibility would be they're planning on running off a massive number of chips themselves and can mine the necessary BTC to do refunds.
>
> Of course, to be fair: everyone who's pre-ordered from a competitor or invested in another IPO has an economic incentive to see these guys **fail** to raise funding, including me.  If they fail, it means a

> few PH of chips **not** out there mining, and it means a few more btc for everyone who's currently mining before difficulty reaches a singularity :P

I'm sorry, but here's common sense 101:
If pre-order sales are used to fund a project, there is exactly (the expenditures to date) *less* money available for refunds at each step of the way. Full refunds are out of the question.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Ytterbium** on **August 09, 2013, 10:44:32 PM**

> Quote from: BitCsByBit on August 09, 2013, 10:33:07 PM
> > Quote from: Ytterbium on August 09, 2013, 09:37:41 PM
> > > Quote from: Simon Barber on August 09, 2013, 07:17:18 PM
> > > I'd like to confirm that HashFast will offer refunds on orders that are not shipped by Dec 31st.
> > >
> > > As cypherdoc alluded to, we are also finalizing a further guarantee for miners who purchase our equipment. We want to make sure our customers are successful. We are putting together the final touches to this program right now. When launched we will offer it to all existing purchasers at no additional charge.
> > >
> > > We are currently having trouble with integrating BitPay, but we are actively working on that.
> >
> > # 1.5 MONTHS LATE?
> >
> > So the actual guaranteed shipping date is December 31, not "late october!?!?!?!?"
> >
> > Also, how exactly are you going to be able to fund these refunds? Pre-mining through november and december ::)?
>
> More like 2 months. Whole November and entire December.

Uh, you're right... It is two months, plus however many days before the end of October they're supposed to ship.

So really it's like **2.25 months**.

Either way, it's total insanity.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 09, 2013, 11:22:32 PM**

> Quote from: Ytterbium on August 09, 2013, 10:27:26 PM
> Of course, to be fair: everyone who's pre-ordered from a competitor or invested in another IPO has an economic incentive to see these guys **fail** to raise funding, including me. If they fail, it means a few PH of chips **not** out there mining, and it means a few more btc for everyone who's currently mining before difficulty reaches a singularity :P

i'm glad to see you acknowledge this as it is absolutely true.

also, now that KNC has it's affiliate program running, anyone of you participating in that has an even greater allegiance with KNC and should be held accountable for it.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **DumbFruit** on **August 10, 2013, 02:42:26 AM**

> Quote from: DeathAndTaxes on August 09, 2013, 07:51:52 PM
> Water "cooling" is actually a misnomer.  The water is merely a heat transfer system.  Much like a
> copper heat sink is a heat transfer system.  Nobody would call that "copper cooling".

Are you saying cooling isn't a "heat transfer system"? Your distinction doesn't make any sense.

We don't call it copper cooling, but we do call it a copper heatsink, and it does cool the object on which it's attached by transferring the heat away from the object in question.

While a heatsink doesn't reduce the temperature below ambient temperature, that's not a necessary qualifier for "cooling".

So.. No, water cooling is not a misnomer. Water is used to cool the object in question.


**Title: Re: ► ► ►HashFast Endorsement**
Post by: **papamoi** on **August 10, 2013, 09:10:32 AM**


AGAIN

SHUT UP AND TAKE MY MONEY


**Title: Re: ► ► ►HashFast Endorsement**
Post by: **HeRetiK** on **August 10, 2013, 09:18:02 AM**

> Quote from: papamoi on August 10, 2013, 09:10:32 AM
>
> AGAIN
>
> SHUT UP AND TAKE MY MONEY

i like you.


**Title: Re: ► ► ►HashFast Endorsement**
Post by: **plasmoske** on **August 10, 2013, 09:49:57 AM**

> Quote from: Ytterbium on August 09, 2013, 09:37:41 PM
> Also, how exactly are you going to be able to fund these refunds?  Pre-mining through november and
> december ::)?

Damn that's a good scam. I seriously need to start my own ASIC company lol.


**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Xialla** on **August 10, 2013, 11:07:08 AM**

> Quote from: Simon Barber on August 09, 2013, 07:17:18 PM
>
> | I'd like to confirm that HashFast will offer refunds on orders that are not shipped by Dec 31st. |

..so you are promise to deliver you product to the end of October and in case of any fail, you want to hold customer hard earned money for next 2 months?

https://ip.bitcointalk.org/?u=http%3A%2F%2Fwww.reactiongifs.com%2F2Fwp-content%2Fuploads%2F2013%2F08%2FRickey-OMG.gif&t=547&c=i4J5sOTCKlRMew

SPLENDID

## Title: Re: ► ► ►HashFast Endorsement
## Post by: jspielberg on August 10, 2013, 11:38:12 AM

Frankly worst case - if HashFast isn't able to deliver by years end, that would still be faster delivery than Avalon B3 units (3+ months late) and they didn't have a refund option up front.

Personally i like that there is a backstop to how long it will take.  I am sure that BFL customers would have loved to have this in place when they ordered.

I do actually see this raising the bar a little... though there are still some questions about the refund that haven't been answered:
Worst case would refunds be in USD or BTC?
What about international customers?

I think Metabank set a good example for pricing in dollars, but only accepting and refunding in BTC.
I would recommend the same.
Obviously the community would prefer BTC.

**Edit-**
I now see that this has been answered in https://bitcointalk.org/index.php?topic=270384.msg2903338#msg2903338
Refunds will be in BTC.
It is good to see this moving in a positive direction!

## Title: Re: ► ► ►HashFast Endorsement
## Post by: crumbs on August 10, 2013, 12:11:18 PM

> Quote from: jspielberg on August 10, 2013, 11:38:12 AM
>
> Frankly worst case - if HashFast isn't able to deliver by years end, that would still be faster delivery than Avalon B3 units (3+ months late) and they didn't have a refund option up front.
>
> Personally i like that there is a backstop to how long it will take.  I am sure that BFL customers would have loved to have this in place when they ordered.
>
> I do actually see this raising the bar a little... though there are still some questions about the refund that haven't been answered:
> Worst case would refunds be in USD or BTC?
> What about international customers?
>
> I think Metabank set a good example for pricing in dollars, but only accepting and refunding in BTC.
> I would recommend the same.
> Obviously the community would prefer BTC.

Case: 15-03011    Doc# 1-2    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 68 of

> **Edit-**
> I now see that this has been answered in https://bitcointalk.org/index.php?
> topic=270384.msg2903338#msg2903338
> Refunds will be in BTC.
> It is good to see this moving in a positive direction!

Your pre-order money is being spent on research, development, production and marketing.
The emphasis is on the word *spent*.
If, by the end of the year, there is no product to ship, there's also no money for refunds.
Unless your money *was not spent,* which begs the question "why was it needed in the first place?"

Title: **Re: ► ► ►HashFast Endorsement**
Post by: **jspielberg** on **August 10, 2013, 12:22:54 PM**

> Quote from: crumbs on August 10, 2013, 12:11:18 PM
>> Quote from: jspielberg on August 10, 2013, 11:38:12 AM
>> Frankly worst case - if HashFast isn't able to deliver by years end, that would still be faster delivery than Avalon B3 units (3+ months late) and they didn't have a refund option up front.
>>
>> Personally i like that there is a backstop to how long it will take.  I am sure that BFL customers would have loved to have this in place when they ordered.
>>
>> I do actually see this raising the bar a little... though there are still some questions about the refund that haven't been answered:
>> Worst case would refunds be in USD or BTC?
>> What about international customers?
>>
>> I think Metabank set a good example for pricing in dollars, but only accepting and refunding in BTC.
>> I would recommend the same.
>> Obviously the community would prefer BTC.
>>
>> **Edit-**
>> I now see that this has been answered in https://bitcointalk.org/index.php?
>> topic=270384.msg2903338#msg2903338
>> Refunds will be in BTC.
>> It is good to see this moving in a positive direction!
>
> Your pre-order money is being spent on research, development, production and marketing.
> The emphasis is on the word *spent*.
> If, by the end of the year, there is no product to ship, there's also no money for refunds.
> Unless your money *was not spent,* which begs the question "why was it needed in the first place?"

Crumbs -
I think I read originally when they first came on the scene that the company had received some amount of startup capital.  I don't know if it was stated or guessed at around $2M.
I would think that should be enough to cover the NRE for a 28nm especially if "partnered" with a team with the skill.
Why would they need our capital?  That is a tough one.
I am trying to think of scenarios where miner purchases are just part of a larger sales strategy revolving around raw chips to big farms on one side, and small individual miners on the other.  Kind of like bitfury selling to 100TH and to metabank, and to the Tytus webstores.

**Title: Re: ►►►HashFast Endorsement**
Post by: **crumbs** on **August 10, 2013, 12:31:44 PM**

> Quote from: jspielberg on August 10, 2013, 12:22:54 PM
>> Quote from: crumbs on August 10, 2013, 12:11:18 PM
>>> Quote from: jspielberg on August 10, 2013, 11:38:12 AM
>>>> Frankly worst case - if HashFast isn't able to deliver by years end, that would still be faster delivery than Avalon B3 units (3+ months late) and they didn't have a refund option up front.
>>>>
>>>> Personally i like that there is a backstop to how long it will take. I am sure that BFL customers would have loved to have this in place when they ordered.
>>>>
>>>> I do actually see this raising the bar a little... though there are still some questions about the refund that haven't been answered:
>>>> Worst case would refunds be in USD or BTC?
>>>> What about international customers?
>>>>
>>>> I think Metabank set a good example for pricing in dollars, but only accepting and refunding in BTC.
>>>> I would recommend the same.
>>>> Obviously the community would prefer BTC.
>>>>
>>>> **Edit**-
>>>> I now see that this has been answered in https://bitcointalk.org/index.php?topic=270384.msg2903338#msg2903338
>>>> Refunds will be in BTC.
>>>> It is good to see this moving in a positive direction!
>>>
>>> Your pre-order money is being spent on research, development, production and marketing.
>>> The emphasis is on the word *spent*.
>>> If, by the end of the year, there is no product to ship, there's also no money for refunds.
>>> Unless your money *was not spent,* which begs the question "why was it needed in the first place?"
>>
>> Crumbs -
>> I think I read originally when they first came on the scene that the company had received some amount of startup capital. I don't know if it was stated or guessed at around $2M.
>> I would think that should be enough to cover the NRE for a 28nm especially if "partnered" with a team with the skill.
>> Why would they need our capital? That is a tough one.
>> I am trying to think of scenarios where miner purchases are just part of a larger sales strategy revolving around raw chips to big farms on one side, and small individual miners on the other. Kind of like bitfury selling to 100TH and to metabank, and to the Tytus webstores.

Well, there's the IceDrill deal, which makes the question even more relevant. And i'm still not clear who gets the first slice of the delicious caek -- IceDrill or the Baby Jetsetters?

**Title: Re: ►►►HashFast Endorsement**
Post by: **SirWizz** on **August 10, 2013, 12:33:42 PM**

> Quote from: jspielberg on August 10, 2013, 12:22:54 PM
>> I am trying to think of scenarios where miner purchases are just part of a larger sales strategy revolving around raw chips to big farms on one side, and small individual miners on the other. Kind of like bitfury selling to 100TH and to metabank, and to the Tytus webstores.

Try harder... I don't think there is anyone (sound of mind that is) willing to fund such a business plan all by themselves. The risks are just too high.

**Title: Re: ►►►HashFast Endorsement**
Post by: **jspielberg** on **August 10, 2013, 02:24:26 PM**

> Quote from: SirWizz on August 10, 2013, 12:33:42 PM
>> Quote from: jspielberg on August 10, 2013, 12:22:54 PM

> I am trying to think of scenarios where miner purchases are just part of a larger sales strategy
> revolving around raw chips to big farms on one side, and small individual miners on the other. Kind
> of like bitfury selling to 100TH and to metabank, and to the Tytus webstores.
>
> Try harder... I don't think there is anyone (sound of mind that is) willing to fund such a business
> plan all by themselves. The risks are just too high.

If the original intent was a mine (like 100Th or icedrill), then miners could just be the second line/smaller business. Frankly the bitfury folks seem to knocking it out of the park lately. Maybe Hashfast is a similar model.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 10, 2013, 02:31:53 PM**

this refund question is something i've been trying to get more info on myself as i am in the same boat you guys are much more than you think. as in, i don't get paid unless this whole thing is successful and i have an order in place for BabyJets that i paid upfront for too.

btw, for those of you who keep insisting that i am just a shill, stop reading right here. i'd much rather you just sit waffling out there in the wind having no real clue about what's going on with HashFast and to the asic marketplace in general, to your own detriment. imo, you should be viewing me more as an important source of info or link to the company that can help you along in this process as i clearly post way more than the company reps have time for. the smart guys are talking to me via pm's or emails trying to find out what's really going on while the other company shills that seem so eager to jump on board that new Reseller Program, show up here to criticize anyway they can. and remember, i am not a company employee or representative. i can say what i want when i want whether it is positive or negative about the company. and i fully intend to do so.

having said all that, you need to realize a few things. i too once viewed that 12/31 date as some sort of hard wall that if hit would result in an instant 100% request for refunds from all customers and bankruptcy for the company. while an all out 100% refund request is possible, i don't think that will happen. first, i think ppl are much more patient and forgiving about this process than you think. there are alot of ppl who like HashFast and the ppl involved. i think they will give the company more time if need be to complete a workable solution, especially if they explain why. they realize that this is the tech industry and it's possible to have delays. second, you may not realize it, but there is no shortage of VC capital poking around trying to buy equity positions in many of these companies. there are plenty of sources of money to tap into in case of a funding problem. third, i don't think it is even going to be an issue. ppl are buying via email now and most of the stuck orders in the system have been salvaged.

there is going to be a machine and *Simon* still thinks it will be delivered on schedule.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: Bitcoinorama on August 10, 2013, 02:50:32 PM**

> Quote from: cypherdoc on August 09, 2013, 11:22:32 PM
> > Quote from: Ytterbium on August 09, 2013, 10:27:26 PM

> Of course, to be fair: everyone who's pre-ordered from a competitor or invested in another IPO has an economic incentive to see these guys **fail** to raise funding, including me. If they fail, it means a few PH of chips **not** out there mining, and it means a few more btc for everyone who's currently mining before difficulty reaches a singularity :P

> i'm glad to see you acknowledge this as it is absolutely true.

> also, now that KNC has it's affiliate program running, anyone of you participating in that has an even greater allegiance with KNC and should be held accountable for it.

Personally I don't think it's wise to start any affiliate scheme prior to proving the chips work, I haven't been paid by anyone. I would like to work with KnC, but I'm not siding with anyone unequivocally until I've seen evidence that a working chip has been created. So for the record, I'm currently on nobody's payroll here. Unofficial spokesperson by a tentative connection vis à vis the Bitcoinorama Open Day Report and having performed enough background research to convince myself and share it, sure, but I've only ever told anyone to perform their own research and due diligence, whilst paying by a protected payment means. I've never told anyone to buy anything, I've always maintained you call and check for any purchase with your card issuing bank prior to committing. That's just common sense. Twist it as you like. Anyone else could visit a company and articulate an entertaining read whilst retaining an informative approach.

Title: **Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 10, 2013, 02:56:32 PM**

> Quote from: cypherdoc on August 10, 2013, 02:31:53 PM
>
> this refund question is something i've been trying to get more info on myself as i am in the same boat you guys are much more than you think.  as in, i don't get paid unless this whole thing is successful and i have an order in place for BabyJets that i paid upfront for too.
>
> btw, for those of you who keep insisting that i am just a shill, stop reading right here.  i'd much rather you just sit waffling out there in the wind having no real clue about what's going on with HashFast and to the asic marketplace in general, to your own detriment.  imo, you should be viewing me more as an important source of info or link to the company that can help you along in this process as i clearly post way more than the company reps have time for.  the smart guys are talking to me via pm's or emails trying to find out what's really going on while the other company shills that seem so eager to jump on board the Reseller Program, show up here to criticize anyway they can.  and remember, i am not a company employee or representative.  i can say what i want when i want whether it is positive or negative about the company.  and i fully intend to do so.

*"I am pleased to announce that I have been selected as a paid sponsor for HashFast Technologies LLC.  I have also been asked to join their Board of Advisors."*
They're paying you to ask those tough questions, huh?  :D

> Quote
>
> having said all that, you need to realize a few things.  i too once viewed that 12/31 date as some sort of hard wall that if hit would result in an instant 100% request for refunds from all customers and bankruptcy for the company.  while an all out 100% refund request is possible, i don't think that will happen.  first, i think ppl are much more patient and forgiving about this process than you think.

HashFast finances are based on people being patient and forgiving?  I'm beginning to understand...

> Quote
>
> there are alot of ppl who like HashFast and the ppl involved. i think they will give the company more time if need be to complete a workable solution, especially if they explain why. they realize that this is the tech industry and it's possible to have delays.

In other words, there are no plans to refund people, they're patient & have been softened up by BFL & Avalon already -- they'll be reasonable & wait as long as it takes.
Can't we cut to the chace and just say "we did the math, and it tells us refunds are impossible.  We can't give you what we do not have, so you don't get to have ur munyz."?

> Quote
>
> second, you may not realize it, but there is no shortage of VC capital poking around trying to buy equity positions in many of these companies. there are plenty of sources of money to tap into in case of a funding problem.

Unfortunately, there is a shortage of *stupid VC money*.  The sort of money needed to bail a failing ASIC company trying to refund its customers before declaring bankruptcy.

> Quote
>
> third, i don't think it is even going to be an issue.  ppl are buying via email now and most of the stuck orders in the system have been salvaged.

Err.  This is not "third," just a rewording of "first."  See: "there are no plans to refund" above. :D

> Quote
>
> there is going to be a machine and *Simon* still thinks it will be delivered on schedule.

Simon sez "Love the machine!!1!!"

## Title: Re: ► ► ►HashFast Endorsement
Post by: **pikeadz** on **August 10, 2013, 03:03:31 PM**

> Quote from: cypherdoc on August 10, 2013, 02:31:53 PM
>
> btw, for those of you who keep insisting that i am just a shill, stop reading right here.

OK, done.  Beware of this guy, folks.  He is a paid shill with his own, not your, interests in mind.  Bye.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 10, 2013, 03:07:50 PM**

> Quote from: crumbs on August 10, 2013, 02:56:32 PM
>
> They're paying you to ask those tough questions, huh?  :D

i'm constantly asking them the tough questions.  b/c i want answers, just like you.  my money is at risk afterall.

Eduardo himself has promised me he is going to climb onto the forum and try to answer questions and provide much more info.  i think he owes it to all of us.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 10, 2013, 03:15:12 PM**

> Quote from: pikeadz on August 10, 2013, 03:03:31 PM
>> Quote from: cypherdoc on August 10, 2013, 02:31:53 PM
>> btw, for those of you who keep insisting that i am just a shill, stop reading right here.
>
> OK, done.  Beware of this guy, folks.  He is a paid shill with his own, not your, interests in mind.
> Bye.

no, i am much more of a Bitcoin advocate/purist than you realize if you haven't read my past posts.  i've been around here a long time and have posted enough that ppl can't dispute that.  i'm constantly pushing concepts and ideas that promote decentralization of the network into the hands of the small miner here on the forum and into HashFast's ears.  i am a small miner myself after all.

small miners need to be able to afford the products offered and get them paid off in a reasonable period of time.  i am very happy that this company has offered a refund policy and am very excited about the Miner Protection Program, the details of which are forthcoming.

## Title: Re: ▶ ▶ ▶HashFast Endorsement
Post by: **crumbs** on **August 10, 2013, 03:25:15 PM**

> Quote from: cypherdoc on August 10, 2013, 03:07:50 PM
>> Quote from: crumbs on August 10, 2013, 02:56:32 PM
>> They're paying you to ask those tough questions, huh?  :D
>
> I'm constantly asking them the tough questions.  b/c i want answers, just like you.  my money is at risk afterall.
>
> Eduardo himself has promised me he is going to climb onto the forum and try to answer questions and provide much more info.  i think he owes it to all of us.

Let me get this straight:
You say you have invested money in HashFast, money you can't recover until next year *at best*.
You are also being paid by HashFast.
And you want us to see you as an objective, disinterested observer?

Are you trolling us?  :D

## Title: Re: ▶ ▶ ▶HashFast Endorsement
Post by: **bbxx** on **August 10, 2013, 03:42:21 PM**

> Quote from: cypherdoc on August 10, 2013, 03:15:12 PM
> no, i am much more of a Bitcoin advocate/purist than you realize if you haven't read my past posts.
> i've been around here a long time and have posted enough that ppl can't dispute that.  i'm
> constantly pushing concepts and ideas that promote decentralization of the network into the hands
> of the small miner here on the forum and into HashFast's ears.  i am a small
> miner myself after all.
> small miners need to be able to afford the products offered and get them paid off in a reasonable
> period of time.  i am very happy that this company has offered a refund policy and am very excited
> about the Miner Protection Program, the details of which are forthcoming.

ok so you have canceled your orders from KNC, BitFury

Case: 15-03011   Doc# 1-2   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 74 of

you have ordered equipment from HashFast, 8 miners, almost 50.000 USD

and you are claiming that you are a small miner

a. you are liar
b. you are a kid
c. your account has been hacked

what is your answer, cypherdoc ?

## Title: **Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 10, 2013, 03:45:14 PM**

Quote from: crumbs on August 10, 2013, 03:25:15 PM

Quote from: cypherdoc on August 10, 2013, 03:07:50 PM

Quote from: crumbs on August 10, 2013, 02:56:32 PM

They're paying you to ask those tough questions, huh?  :D

i'm constantly asking them the tough questions.  b/c i want answers, just like you.  my money is at risk afterall.

Eduardo himself has promised me he is going to climb onto the forum and try to answer questions and provide much more info.  i think he owes it to all of us.

Let me get this straight:
You say you have invested money in HashFast, money you can't recover until next year *at best*.
You are also being paid by HashFast.
And you want us to see you as an objective, disinterested observer?

Are you trolling us? :D

i have not invested money in HashFast.  i have preordered 8 of their BabyJets.  i have not yet received any payment and won't unless this thing is successful.  the Board of Advisors agreement has some options associated with it but they are vested over many years time and also will be worth zero if this thing fails.

yes, i will get a payment if this thing is successful.  so, i admit, there can tend to be a bias.  however, there are not many around here that have the credibility to claim that they are indeed Bitcoin purists, advocates, bulls, or whatever you want to call it since the early days. i have been a huge supporter of Bitcoin.  i have been thru many flame wars fighting skeptics, bears, critics, and the whole gamut back in the dark days back in late 2011 when it looked like Bitcoin would fail.  i was one of the only ones who stayed positive and tried to help Bitcoin startups get off the ground with donations. i run my own newsletter and of all my clients, not one of them has ever been cheated, lied to, or had their financial dealings with me brought into question.  i understand the importance of openness, transparency, and sharing.

open source doesn't mean everything is free.  the source codes should certainly be free. but the companies built around it do have to make money. their employees have to be paid.  profit is what drives innovation and the willingness to take risk.  my own abilities as an advisor, strategist, and knowledgeable and experienced Bitcoin participant don't come free either.  i mean, who's going to bust their balls working to make something of this magnitude and risk take off w/o compensation?  do you work for free?

none of these companies will do well if they don't support the small miner in the long run.  i'm working to try and make sure this happens.

Title: **Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 10, 2013, 04:13:56 PM**

> Quote from: cypherdoc on August 10, 2013, 03:45:14 PM
>> Quote from: crumbs on August 10, 2013, 03:25:15 PM
>>> Quote from: cypherdoc on August 10, 2013, 03:07:50 PM
>>>> Quote from: crumbs on August 10, 2013, 02:56:32 PM
>>>>> They're paying you to ask those tough questions, huh?  :D
>>>>
>>>> i'm constantly asking them the tough questions.  b/c i want answers, just like you.  my money is at risk afterall.
>>>>
>>>> Eduardo himself has promised me he is going to climb onto the forum and try to answer questions and provide much more info.  i think he owes it to all of us.
>>>>
>>>> Let me get this straight:
>>>> You say you have invested money in HashFast, money you can't recover until next year *at best*.
>>>> You are also being paid by HashFast.
>>>> And you want us to see you as an objective, disinterested observer?
>>>>
>>>> Are you trolling us? :D
>>>
>>> i have not invested money in HashFast.  i have preordered 8 of their BabyJets.

Your pre-order is functionally equivalent to investment -- you can't chargeback, as you have done with KNCminer & BitFury, you will only get your product if HashFast is fully funded by other ~~investors~~ pre-orders, and further proves to be willing & capable of delivering the product.  That's a pretty hefty investment.

> Quote
> i have not yet received any payment and won't unless this thing is successful.

All the more reason to shill, no?

> Quote
> the Board of Advisors agreement has some options associated with it but they are vested over many years time and also will be worth zero if this thing fails.

And more reason still.

> Quote
> yes, i will get a payment if this thing is successful.  so, i admit, there can tend to be a bias.  however, there are not many around here that have the credibility to claim that they are indeed Bitcoin purists, advocates, bulls, or whatever you want to call it since the early days.

This presupposes that you have credibility.  I have presented you with a long list of reasons why you do not.  The fact that there may be few credible people willing to shill for HashFast is neither here nor there.

> Quote
> i have been a huge supporter of Bitcoin.  i have been thru many flame wars fighting skeptics, bears, critics, and the whole gamut back in the dark days back in late 2011 when it looked like Bitcoin would fail.  i was one of the only ones who stayed positive and tried to help Bitcoin startups get off the ground with donations.  i run my own newsletter and of all my clients, not one of them has ever

> been cheated, lied to, or had their financial dealings with me brought into question. i understand the
> importance of openness, transparency, and sharing.

You do understand that being both invested in HashFast, and paid by them, effectively negates whatever credibility you had before? At least in this particular arena.

> Quote
>
> open source doesn't mean everything is free. the source codes should certainly be free. but the
> companies built around it do have to make money. their employees have to be paid. profit is what
> drives innovation and the willingness to take risk. my own abilities as an advisor, strategist, and
> knowledgeable and experienced Bitcoin participant don't come free either. i mean, who's going to
> bust their balls working to make something of this magnitude and risk take off w/o compensation?
> do you work for free?

Relevance?

> Quote
>
> none of these companies will do well if they don't support the small miner in the long run. i'm
> working to try and make sure this happens.

HashFast has already formed a partnership with IceDrill, a small miner with projected output of gadzillion PH/s. I'm liking what i see.

## Title: Re: ► ► ►HashFast Endorsement
## Post by: cypherdoc on August 10, 2013, 05:11:22 PM

> Quote from: crumbs on August 10, 2013, 04:13:56 PM
>> Quote from: cypherdoc on August 10, 2013, 03:45:14 PM
>>> Quote from: crumbs on August 10, 2013, 03:25:15 PM
>>>> Quote from: cypherdoc on August 10, 2013, 03:07:50 PM
>>>>> Quote from: crumbs on August 10, 2013, 02:56:32 PM
>>>>>> They're paying you to ask those tough questions, huh? :D
>>>>>
>>>>> i'm constantly asking them the tough questions. b/c i want answers, just like you. my money is
>>>>> at risk afterall.
>>>>>
>>>>> Eduardo himself has promised me he is going to climb onto the forum and try to answer
>>>>> questions and provide much more info. i think he owes it to all of us.
>>>>
>>>> Let me get this straight:
>>>> You say you have invested money in HashFast, money you can't recover until next year *at best*.
>>>>
>>>> You are also being paid by HashFast.
>>>> And you want us to see you as an objective, disinterested observer?
>>>>
>>>> Are you trolling us? :D
>>>
>>> i have not invested money in HashFast. i have preordered 8 of their BabyJets.
>>
>> Your pre-order is functionally equivalent to investment -- you can't chargeback, as you have done
>> with KNCminer & BitFury, you will only get your product if HashFast is fully funded by other ~~investors~~
>> pre-orders, and further proves to be willing & capable of delivering the product. That's a pretty hefty
>> investment.
>>
>> Quote
>>
>> i have not yet received any payment and won't unless this thing is successful.
>>
>> All the more reason to shill, no?
>>
>> Quote
>>
>> the Board of Advisors agreement has some options associated with it but they are vested over
>> many years time and also will be worth zero if this thing fails.

And more reason still.

Quote

> yes, i will get a payment if this thing is successful. so, i admit, there can tend to be a bias. however, there are not many around here that have the credibility to claim that they are indeed Bitcoin purists, advocates, bulls, or whatever you want to call it since the early days.

This presupposes that you have credibility. I have presented you with a long list of reasons why you do not. The fact that there may be few credible people willing to shill for HashFast is neither here nor there.

Quote

> i have been a huge supporter of Bitcoin. i have been thru many flame wars fighting skeptics, bears, critics, and the whole gamut back in the dark days back in late 2011 when it looked like Bitcoin would fail. i was one of the only ones who stayed positive and tried to help Bitcoin startups get off the ground with donations. i run my own newsletter and of all my clients, not one of them has ever been cheated, lied to, or had their financial dealings with me brought into question. i understand the importance of openness, transparency, and sharing.

You do understand that being both invested in HashFast, and paid by them, effectively negates whatever credibility you had before? At least in this particular arena.

Quote

> open source doesn't mean everything is free. the source codes should certainly be free. but the companies built around it do have to make money. their employees have to be paid. profit is what drives innovation and the willingness to take risk. my own abilities as an advisor, strategist, and knowledgeable and experienced Bitcoin participant don't come free either. i mean, who's going to bust their balls working to make something of this magnitude and risk take off w/o compensation? do you work for free?

Relevance?

Quote

> none of these companies will do well if they don't support the small miner in the long run. i'm working to try and make sure this happens.

HashFast has already formed a partnership with IceDrill, a small miner with projected output of gadzillion PH/s. I'm liking what i see.

skeptics like you will never be convinced. all you see is the money. that's ok.

but where have i been shilling? point to something i've said that hasn't been verified by the company. point to where i've said that KNC or Bitfury is bad but HashFast is great?

i have been trying to provide a balanced and fair presentation of what is going on. if you want to ignore it or troll it fine. but you also run the risk of ruining your own credibility with baseless accusations.

what i am excited about is merging my own long term economic, investment, and strategic experience in Bitcoin with someone like Simon, who has the same long term knowledge and experience in Bitcoin but from a technical perspective. those asic companies that don't understand what Bitcoin is, what it represents, and how it fits into not only the Bitcoin community but also the global financial system are doomed to fail, imo. there is a very specific way that these companies have to fit. what i see are a bunch of companies that are only in for the quick profit and bring guys in with expertise from various traditional industries but who fail to truly understand the inner workings or principles of Bitcoin. or they run it with kids like Yifu. imo, HashFast actually needs me to help them develop their asic strategy into the Bitcoin ecosystem as a whole.

i don't need this project or the money involved.  i have a great career of my own and am participating in this b/c it involves the first Silicon Valley/Palo Alto based asic mining company with a guy like Simon.

## Title: **Re: ► ► ►HashFast Endorsement**
Post by: **Xian01** on **August 10, 2013, 05:37:44 PM**

> Quote from: cypherdoc on August 10, 2013, 05:11:22 PM
> skeptics like you will never be convinced.

Respectfully, some of us more technically-minded people, who know a thing-or-two about things-and-stuff, are skeptical of the 28nm form-factor in a reasonable time-frame for a fringe product like this.

Mid to late next year ? No problem. I could totally see that.

28nm NRE for Bitcoin ASIC projects **right now** is too cost prohibitive to be profitable given the current rise in difficulty and ASICs already hashing on the network.

I would love to be proved wrong.

## Title: **Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 10, 2013, 05:54:30 PM**

> Quote from: cypherdoc on August 10, 2013, 05:11:22 PM
> ...
> skeptics like you will never be convinced. all you see is the money.  that's ok.

When it comes to hardware that's supposed to make money, and people on the interwebz asking me for my money, in a forum about money, i suppose you're right.

> Quote
> but where have i been shilling?  point to something i've said that hasn't been verified by the company.  point to where i've said that KNC or Bitfury is bad but HashFast is great?

The thread title -- *HashFast Endorsement*, is fairly self-explanatory.  You're offered up as a messenger (to be shot in lieu of star actors, or, at least, attract the flack), and this thread is a perfect buffer zone to corral exchanges like the one we're having.  In other words, this is the toe-in-the-water thread.  Now's the time to lay the groundwork, steeples come later.

> Quote
> i have been trying to provide a balanced and fair presentation of what is going on.  if you want to ignore it or troll it fine.  but you also run the risk of ruining your own credibility with baseless accusations.

The beautiful thing about not having to market my reputation as you are doing in this thread is this:  I couldn't care less if it's tarnished.  If i ever need to get a sterling reputation for business reasons, accounts such as yours are bought & sold for a coin or two.  Sterling reputation.

> Quote
> what i am excited about is merging my own long term economic, investment, and strategic experience in Bitcoin with someone like Simon, who has the same long term knowledge and experience in Bitcoin but from a technical perspective.

Case: 15-03011   Doc# 1-2   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 79 of

Simon, as i understand it, is anything *but* a hardware guy.  Perhaps as a hobby?

> Quote
>
> those asic companies that don't understand what Bitcoin is, what it represents, and how it fits into not only the Bitcoin community but also the global financial system are doomed to fail, imo.

Which companies, exactly, are you talking about?  Please name a couple.

> Quote
>
> there is a very specific way that these companies have to fit.  what i see are a bunch of companies that are only in for the quick profit and bring guys in with expertise from various traditional industries but who fail to truly understand the inner workings of Bitcoin. or they run it with kids like Yifu.

What does an ASIC designer need to know about the inner workings of bitcoin?  Does knowledge & love of the bitcoin economy help in optimising the hashing algorithm?  Exactly what aspect of ASIC design requires *any* knowledge of bitcoin, beyond the hashing?  You realize that this is exactly the shilling i'm talking about -- meaningless grandstanding and empty verbiage obfuscating the lack of substance.  There is no cat.  There is no cradle.

> Quote
>
> imo, HashFast actually needs me to help them develop their asic strategy into the Bitcoin ecosystem as a whole.

What does that even mean?  How is their ASIC any different from other ASICs, as far as *bitcoin economy as a whole* is concerned?

> Quote
>
> i don't need this project or the money involved.  i have a great career of my own and am participating in this b/c it involves the first Silicon Valley/Palo Alto based asic mining company with a guy like Simon.

In that case accepting a paid position is simply foolish, as is investing in miners.  You should have simply donated the money to HashFast & volunteered your time.  As it stands, denying you're a paid shill is impossible.   You are heavily biased both by your investment in the miners & are *obligated as a spokesperson* to promote HashFast.  If HashFast is, OTOH, paying you to speak your mind and ask potentially damaging questions, i have to question their sanity & will not invest in a company that spends money so foolishly.

Title: **Re: ► ► ►HashFast Endorsement**
Post by: **minternj** on **August 10, 2013, 06:00:59 PM**

Crumbs where do you come to the conclusion that Simon wasnt a hardware guy? Seems like his credentials are pretty solid to me from an engineering standpoint.

Title: **Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 10, 2013, 06:04:01 PM**

> Quote from: minternj on August 10, 2013, 06:00:59 PM

> Crumbs where do you come to the conclusion that Simon wasnt a hardware guy? Seems like his credentials are pretty solid to me from an engineering standpoint.

What are you talking about?

## Title: Re: ► ► ►HashFast Endorsement
Post by: **minternj** on **August 10, 2013, 06:06:40 PM**

> Quote from: crumbs on August 10, 2013, 05:54:30 PM
> Simon, as i understand it, is anything *but* a hardware guy. Perhaps as a hobby?

## Title: Re: ► ► ►HashFast Endorsement
Post by: **crumbs** on **August 10, 2013, 06:07:58 PM**

> Quote from: minternj on August 10, 2013, 06:06:40 PM
> > Quote from: crumbs on August 10, 2013, 05:54:30 PM
> > Simon, as i understand it, is anything *but* a hardware guy. Perhaps as a hobby?

No, i mean what is his track record in ASIC design?

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 10, 2013, 06:16:07 PM**

> Quote from: crumbs on August 10, 2013, 05:54:30 PM
> > Quote from: cypherdoc on August 10, 2013, 05:11:22 PM
> > ...
> > skeptics like you will never be convinced. all you see is the money. that's ok.
>
> When it comes to hardware that's supposed to make money, and people on the interwebz asking me for my money, in a forum about money, i suppose you're right.
> > Quote
> > but where have i been shilling? point to something i've said that hasn't been verified by the company. point to where i've said that KNC or Bitfury is bad but HashFast is great?
>
> The thread title -- *HashFast Endorsement*, is fairly self-explanatory. You're offered up as a messenger (to be shot in lieu of star actors, or, at least, attract the flack), and this thread is a perfect buffer zone to corral exchanges like the one we're having. In other words, this is the toe-in-the-water thread. Now's the time to lay the groundwork, steeples come later.
> > Quote
> > i have been trying to provide a balanced and fair presentation of what is going on. if you want to ignore it or troll it fine. but you also run the risk of ruining your own credibility with baseless accusations.
>
> The beautiful thing about not having to market my reputation as you are doing in this thread is this: I couldn't care less if it's tarnished. If i ever need to get a sterling reputation for business reasons, accounts such as yours are bought & sold for a coin or two. Sterling reputation.

ah, but there's where you're wrong. i would never work with you. nothing personal. you have all the wrong viewpoints. you don't seem to fit into the community at all. which begs the question; why are you here in the first place? all i see is you bashing every asic mining company out there. pray tell us, what is your bias?
> Quote

what i am excited about is merging my own long term economic, investment, and strategic
experience in Bitcoin with someone like Simon, who has the same long term knowledge and
experience in Bitcoin but from a technical perspective.

Simon, as i understand it, is anything *but* a hardware guy.  Perhaps as a
hobby?

Quote
those asic companies that don't understand what Bitcoin is, what it represents, and how it fits into
not only the Bitcoin community but also the global financial system are doomed to fail, imo.

Which companies, exactly, are you talking about?  Please name a couple.
[/quote]

i just told you i'm not here to bash other companies.  i'd rather focus on
HashFast's merits.

Quote
there is a very specific way that these companies have to fit.  what i see are a bunch of companies
that are only in for the quick profit and bring guys in with expertise from various traditional
industries but who fail to truly understand the inner workings of Bitcoin. or they run it with kids like
Yifu.

What does an ASIC designer need to know about the inner workings of
bitcoin?  Does knowledge & love of the bitcoin economy help in optimising
the hashing algorithm?  Exactly what aspect of ASIC design requires *any*
knowledge of bitcoin, beyond the hashing?  You realize that this is exactly
the shilling i'm talking about -- meaningless grandstanding and empty
verbiage obfuscating the lack of substance.  There is no cat.  There is no
cradle.
[/quote]
you see, this is how you are so narrow minded.  it's not just about the
hashing.  it's how they package it, sell it, market it, and to whom.

Quote
imo, HashFast actually needs me to help them develop their asic strategy into the Bitcoin ecosystem
as a whole.

What does that even mean?  How is their ASIC any different from other
ASICs, as far as *bitcoin economy as a whole* is concerned?

Quote
i don't need this project or the money involved.  i have a great career of my own and am
participating in this b/c it involves the first Silicon Valley/Palo Alto based asic mining company with a
guy like Simon.

In that case accepting a paid position is simply foolish, as is investing in
miners.  You should have simply donated the money to HashFast &
volunteered your time.  As it stands, denying you're a paid shill is
impossible.   You are heavily biased both by your investment in the miners &
are *obligated as a spokesperson* to promote HashFast.  If HashFast is,
OTOH, paying you to speak your mind and ask potentially damaging
questions, i have to question their sanity & will not invest in a company that
spends money so foolishly.
[/quote]

i just admitted that i have to watch my biases.  not an easy task.  but given
who i am, what i have accomplished in Bitcoin, and my lack of financial need
for this project makes me much more suitable for this job than someone like
you.  i think i can give a more objective opinion than you.  again, nothing
personal but just based on how long you've been around.

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
**Post by: Vagnavs on August 10, 2013, 06:19:32 PM**

the wisest thing to do at this point would be to cancel sales and regroup.
Then come back a bit more organized and more details. Be open to taking
credit card, pictures, specifications and details.. As I've mentioned before

there are so many red flags in this offering.

If you look at the first couple pages, you will see a mysterious twitter
account was closed. No explanation.

Private policy that sounded like you are opting in to a marketing list.

Amateurish mailing list. Such as (Hello! New entry was published on Hash
Fast. Visit it by following next link: Privacy Policy Regards, Hash Fast team. )

Now wouldn't you send out a short email with the privacy policy information
instead of 10 words and a link. You know, be kind of professional about it?

An offering for 500K by some partner. For some great deal, lol.

Shipping costs to the US $600. Knc miner charged $138.

Payment only in BTC, no CC's.

Offer refunds only if they miss the deadline by to 2.2 months.

Lack of specifics, but more information will be released soon. Shouldn't you
have all the information ready right now when you're selling a product?


I'm sure I missed the few things. But that's a pretty good summary.

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
**Post by: minternj on August 10, 2013, 06:21:27 PM**

> Quote from: crumbs on August 10, 2013, 06:07:58 PM
> > Quote from: minternj on August 10, 2013, 06:06:40 PM
> > > Quote from: crumbs on August 10, 2013, 05:54:30 PM
> > > Simon, as i understand it, is anything *but* a hardware guy.. Perhaps as a hobby?
> >
> > No, i mean what is his track record in ASIC design?

Fair enough. For me it seems that uniquify  has tons of it if Simon doesn't
(which i dont know to be the case).

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
**Post by: crumbs on August 10, 2013, 06:35:24 PM**

> Quote from: cypherdoc on August 10, 2013, 06:16:07 PM

> Quote from: crumbs on August 10, 2013, 05:54:30 PM
>> Quote from: cypherdoc on August 10, 2013, 05:11:22 PM
>> ...
>> skeptics like you will never be convinced. all you see is the money. that's ok.
>
> When it comes to hardware that's supposed to make money, and people on the interwebz asking me for my money, in a forum about money, i suppose you're right.
>> Quote
>> but where have i been shilling? point to something i've said that hasn't been verified by the company. point to where i've said that KNC or Bitfury is bad but HashFast is great?
>
> The thread title -- *HashFast Endorsement*, is fairly self-explanatory. You're offered up as a messenger (to be shot in lieu of star actors, or, at least, attract the flack), and this thread is a perfect buffer zone to corral exchanges like the one we're having. In other words, this is the toe-in-the-water thread. Now's the time to lay the groundwork, steeples come later.
>> Quote
>> i have been trying to provide a balanced and fair presentation of what is going on. if you want to ignore it or troll it fine. but you also run the risk of ruining your own credibility with baseless accusations.
>
> The beautiful thing about not having to market my reputation as you are doing in this thread is this: I couldn't care less if it's tarnished. If i ever need to get a sterling reputation for business reasons, accounts such as yours are bought & sold for a coin or two. Sterling reputation.
>
> ah, but there's where you're wrong. i would never work with you. nothing personal. you have all the wrong viewpoints. you don't seem to fit into the community at all. which begs the question; why are you here in the first place? all i see is you bashing every asic mining company out there. pray tell us, what is your bias?

Well, of course you wouldn't work with Crumbs. Did you assume the account i buy will also be called "Crumbs"? Is there anything to suggest that i do not own several other accounts, each perfectly crafted for its purpose? How naive are you?

> Quote
>> Quote
>>> Quote
>>> what i am excited about is merging my own long term economic, investment, and strategic experience in Bitcoin with someone like Simon, who has the same long term knowledge and experience in Bitcoin but from a technical perspective.
>>
>> Simon, as i understand it, is anything *but* a hardware guy. Perhaps as a hobby?
>>> Quote
>>> those asic companies that don't understand what Bitcoin is, what it represents, and how it fits into not only the Bitcoin community but also the global financial system are doomed to fail, imo.
>>
>> Which companies, exactly, are you talking about? Please name a couple.
>
> i just told you i'm not here to bash other companies. i'd rather focus on HashFast's merits.

But you have just compared HashFast to other companies, you can't compare & contrast without naming names.

> Quote
>> Quote
>>> Quote
>>> there is a very specific way that these companies have to fit. what i see are a bunch of companies that are only in for the quick profit and bring guys in with expertise from various traditional industries but who fail to truly understand the inner workings of Bitcoin. or they run it with kids like Yifu.
>>
>> What does an ASIC designer need to know about the inner workings of bitcoin? Does knowledge & love of the bitcoin economy help in optimising the hashing algorithm? Exactly what aspect of ASIC design requires *any* knowledge of bitcoin, beyond the hashing? You realize that this is exactly the shilling i'm talking about -- meaningless grandstanding and empty verbiage obfuscating the lack of substance. There is no cat. There is no cradle.
>
> you see, this is how you are so narrow minded. it's not just about the hashing. it's how they package it, sell it, market it, and to whom.

Say what? What does packaging have to do with bitcoin? Are you talking about the chips or marketing? They seem to be fine on the marketing front

already, a partnership with a tiny miner called IceDrill. Sure, IceDrill is as real as HashFast, but if it *DOES* by chance become a reality, we can start investing in graveyard plots for small miners. Fortunes to be made.

> Quote
> > Quote
> > > Quote
> > > > imo, HashFast actually needs me to help them develop their asic strategy into the Bitcoin ecosystem as a whole.
> > >
> > > What does that even mean? How is their ASIC any different from other ASICs, as far as *bitcoin economy as a whole* is concerned?
> > >
> > > > Quote
> > > > i don't need this project or the money involved. i have a great career of my own and am participating in this b/c it involves the first Silicon Valley/Palo Alto based asic mining company with a guy like Simon.
> > >
> > > In that case accepting a paid position is simply foolish, as is investing in miners. You should have simply donated the money to HashFast & volunteered your time. As it stands, denying you're a paid shill is impossible. You are heavily biased both by your investment in the miners & are *obligated as a spokesperson* to promote HashFast. If HashFast is, OTOH, paying you to speak your mind and ask potentially damaging questions, i have to question their sanity & will not invest in a company that spends money so foolishly.
> >
> > i just admitted that i have to watch my biases. not an easy task.

You said a mouthful there. Not easy as in "Not easy for 2+2 to equal five-and-a-half."

> Quote
> but given who i am, what i have accomplished in Bitcoin, and my lack of financial need for this project makes me much more suitable for this job than someone like you. i think i can give a more objective opinion than you. again, nothing personal but just based on how long you've been around.

I wouldn't *dream* of taking this job from you -- i see you as an *ideal* representative of HashFast. You do to HashFast in a single post what i couldn't do in a million years :D

Edit: format


**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 10, 2013, 06:56:27 PM**

> Quote from: Vagnavs on August 10, 2013, 06:19:32 PM
> the wisest thing to do at this point would be to cancel sales and regroup. Then come back a bit more organized and more details. Be open to taking credit card, pictures, specifications and details.. As I've mentioned before
>
> there are so many red flags in this offering.
>
> If you look at the first couple pages, you will see a mysterious twitter account was closed. No explanation.
>
> Private policy that sounded like you are opting in to a marketing list.
>
> Amateurish mailing list. Such as (Hello! New entry was published on Hash Fast. Visit it by following next link: Privacy Policy Regards, Hash Fast team. )
>
> Now wouldn't you send out a short email with the privacy policy information instead of 10 words and a link. You know, be kind of professional about it?
>
> An offering for 500K by some partner. For some great deal, lol.
>
> Shipping costs to the US $600. Knc miner charged $138.
>
> Payment only in BTC, no CC's.
>
> Offer refunds only if they miss the deadline by to 2.2 months.

Case: 15-03011   Doc# 1-2   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 85 of
116

> Lack of specifics, but more information will be released soon. Shouldn't you have all the information ready right now when you're selling a product?
>
> I'm sure I missed the few things. But that's a pretty good summary.

if what you're wondering is this a scam as a result of the above? i can guarantee it isn't as i've been working with these guys day in and day out as well as having paid them a visit.

if what you're saying is this is so amateurish in it's presentation that this raises the question whether or not they can complete a complex asic assemby project? then that's fair.

i can tell you i'm not getting much sleep as a result of this project. i worry too. my reputation is on the line with these guys. but that is only if they are a scam. if they fail from a lack of business sense then i can't control that to the extent that i'm not really a member of the company.

the things you bring up are, imo, pretty minor. we don't know who did the twitter thing. Skrodenis explained the privacy policy thing. the mailing list problem i hadn't even heard of. he already said the company would refund any excessive shipping costs. i've explained why they're only taking BTC. not sure why this is so unheard of. that's what Avalon did. any refunds at all should be reassuring, imo.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 10, 2013, 07:09:43 PM**

> Quote from: crumbs on August 10, 2013, 06:35:24 PM
> Well, of course you wouldn't work with Crumbs. Did you assume the account i buy will also be called "Crumbs"? Is there anything to suggest that i do not own several other accounts, each perfectly crafted for its purpose? How naive are you?

sure, but i can tell by the way you talk that you aren't capable of creating anything within Bitcoin that i'd be interested in participating with no matter what name you go by real or not. :D

> Quote
> But you have just compared HashFast to other companies, you can't compare & contrast without naming names.

sure i can. i'm doing it right now.

> Quote
> Say what? What does packaging have to do with bitcoin? Are you talking about the chips or marketing? They seem to be fine on the marketing front already, a partnership with a tiny miner called IceDrill. Sure, IceDrill is as real as HashFast, but if it *DOES* by chance become a reality, we can start investing in graveyard plots for small miners. Fortunes to be made.

strategic decisions on many things like sell rigs alone, chips alone, both, how many, when, to whom, for how much, wifi, ethernet, or usb. yes, fortunes to be made

> Quote
> In that case accepting a paid position is simply foolish, as is investing in miners. You should have simply donated the money to HashFast & volunteered your time. As it stands, denying you're a paid

shill is impossible.  You are heavily biased both by your investment in the miners & are *obligated as a spokesperson* to promote HashFast.  If HashFast is, OTOH, paying you to speak your mind and ask potentially damaging questions, i have to question their sanity & will not invest in a company that spends money so foolishly.

yawn. ::)

Quote

I wouldn't *dream* of taking this job from you -- i see you as an *ideal* representative of HashFast. You do to HashFast in a single post what i couldn't do in a million years :D

lol!

## Title: Re: ► ► ►HashFast Endorsement
## Post by: Ytterbium on August 10, 2013, 07:30:29 PM

Quote from: cypherdoc on August 10, 2013, 06:56:27 PM

if what you're wondering is this a scam as a result of the above?  i can guarantee it isn't as i've been working with these guys day in and day out as well as having paid them a visit.

if what you're saying is this is so amateurish in it's presentation that this raises the question whether or not they can complete a complex asic assemby project? then that's fair.

The problem is that the line between "scam" and "bad deal" is blurry. BFL clearly had an ASIC design and clearly intended to ship them when they started. Yet, at this point most people are calling them a scam.

It's all about ROI. If enough people pre-order from them then they guarantee **themselves** a profit on their chip design and production, as long as they can ship before December 31.

But the problem is that with the rate that difficulty is increasing the difference between shipping in late October and shipping in late December is basically the difference between *maybe* making ROI and never coming close - unless all the other chipmakers also fail.

HashFast is saying they'll ship units just a handful of days after they get their chips in October.  On the other hand, KnC is now saying that their units for November delivery will be **less then $5k**. And at that point it will have been **over 60 days** since their first chip deliveries, they'll have had plenty of time to make any changes and adjustments if they need to at that point - even if their first orders are delayed.

Anyway, the problem I see is that you can look at BFL and Avalon and think how easy it is to make millions of dollars off people who don't know WTF is going on with difficulty and all the other potential competitors out there, and you can take pre-order money from people who aren't good investors.

I mean, you yourself said you thought difficulty would look like a stock chart, and go back down, which is **bonkers** - and could only happen if the price of bitcoin crashes to the point where most miners just turn off and junk their machines.

I especially think it's disingenuous to claim that people will get paid back if their "late" and then only bury the fact that "late" means by dec 31 in the comments after someone notices inconsistencies in the small type on their

website.

> Quote
>
> if what you're saying is this is so amateurish in it's presentation that this raises the question whether or not they can complete a complex asic assemby project? then that's fair.

Well, one problem with amateurishness so far is that it implies they may also be 'amateurish' when i comes to getting their outsourced manufacturer to churn out units as fast as they say they will. We know the company that's designing their chip.  We don't know who their outsource MFG/logistics company is but that's *just* as important.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **crumbs** on **August 10, 2013, 07:32:54 PM**

> Quote from: cypherdoc on August 10, 2013, 07:09:43 PM
>
> > Quote from: crumbs on August 10, 2013, 06:35:24 PM
> >
> > Well, of course you wouldn't work with Crumbs.  Did you assume the account i buy will also be called "Crumbs"?  Is there anything to suggest that i do not own several other accounts, each perfectly crafted for its purpose?  How naive are you?
> >
> > sure, but i can tell by the way you talk that you aren't capable of creating anything within Bitcoin that i'd be interested in participating with no matter what name you go by real or not. :D

Now the naivete is simply painful.  Only a dolt would carry over attitudes, mannerisms, idiosyncrasies & writing style.  Would i use a double dash for an em dash?  Would you keep dropping the leading caps?   If you admit that you're a child, i promise to pull more punches.  I'm not cruel.

> Quote
>
> > Quote
> >
> > But you have just compared HashFast to other companies, you can't compare & contrast without naming names.
> >
> > sure i can.  i'm doing it right now.

I'll refresh your memory:
"**those asic companies that don't understand what Bitcoin is**, *what it represents, and how it fits into not only the Bitcoin community but also the global financial system are doomed to fail, imo.*"
Which companies are those, in bold red font?

> Quote
>
> > Quote
> >
> > > Quote
> > >
> > > Say what?  What does packaging have to do with bitcoin?  Are you talking about the chips or marketing?  They seem to be fine on the marketing front already, a partnership with a tiny miner called IceDrill.  Sure, IceDrill is as real as HashFast, but if it *DOES* by chance become a reality, we can start investing in graveyard plots for small miners.  Fortunes to be made.
> > >
> > > strategic decisions on many things like sell rigs alone, chips alone, both, how many, when, to whom, for how much, wifi, ethernet, or usb.  yes, fortunes to be made

My point is they're already in bed with a megaminer, was that done on your advice?  If so, thanks a bunch.  Will HashFast be sending out "Sorry For Your Loss, Lol" cards with their BabyJets to nouveau jetsetters?

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 10, 2013, 07:57:28 PM**

Quote from: Ytterbium on August 10, 2013, 07:30:29 PM

> Quote from: cypherdoc on August 10, 2013, 06:56:27 PM
>
> if what you're wondering is this a scam as a result of the above?  i can guarantee it isn't as i've been working with these guys day in and day out as well as having paid them a visit.
>
> if what you're saying is this is so amateurish in it's presentation that this raises the question whether or not they can complete a complex asic assemby project? then that's fair.

The problem is that the line between "scam" and "bad deal" is blurry. BFL clearly had an ASIC design and clearly intended to ship them when they started. Yet, at this point most people are calling them a scam.

It's all about ROI. If enough people pre-order from them then they guarantee **themselves** a profit on their chip design and production, as long as they can ship before December 31.

But the problem is that with the rate that difficulty is increasing the difference between shipping in late October and shipping in late December is basically the difference between *maybe* making ROI and never coming close - unless all the other chipmakers also fail.

this is where their Miner Protection Program will kick in.  from what i know, it will basically guarantee you a ROI.  you will need to ask the principals about the details.

Quote

> HashFast is saying they'll ship units just a handful of days after they get their chips in October.  On the other hand, KnC is now saying that their units for November delivery will be **less then $5k**. And at that point it will have been **over 60 days** since their first chip deliveries, they'll have had plenty of time to make any changes and adjustments if they need to at that point - even if their first orders are delayed.

ppl can say all they want and so can i.  from what i've seen the HashFast chip is way more advanced and efficient than any competitor.  that is going to more than compensate for any pricing shenanigans that other companies might throw out there.

Quote

> Anyway, the problem I see is that you can look at BFL and Avalon and think how easy it is to make millions of dollars off people who don't know WTF is going on with difficulty and all the other potential competitors out there, and you can take pre-order money from people who aren't good investors.
>
> I mean, you yourself said you thought difficulty would look like a stock chart, and go back down, which is **bonkers** - and could only happen if the price of bitcoin crashes to the point where most miners just turn off and junk their machines.

we've seen crazier things in Bitcoin before, eh?

Quote

> I especially think it's disingenuous to claim that people will get paid back if their "late" and then only bury the fact that "late" means by dec 31 in the comments after someone notices inconsistencies in the small type on their website.

yeah, yet another thing i'll have to point out to them

Quote

Quote

> if what you're saying is this is so amateurish in it's presentation that this raises the question whether or not they can complete a complex asic assemby project? then that's fair.

Well, one problem with amateurishness so far is that it implies they may also be 'amateurish' when i comes to getting their outsourced manufacturer to churn out units as fast as they say they will. We know the company that's designing their chip.  We don't know who their outsource MFG/logistics company is but that's *just* as important.

yes, i agree.  this is where the faith and risk analysis part comes in.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 10, 2013, 07:58:44 PM**

HashFast website: redirect loop >:( https://www . hashfast . com/www . hashfast . com (spaces added by moi)

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 10, 2013, 08:03:35 PM**

> Quote from: crumbs on August 10, 2013, 07:32:54 PM
>
> I'll refresh your memory:
> ***"those asic companies that don't understand what Bitcoin is**, what it represents, and how it fits into not only the Bitcoin community but also the global financial system are doomed to fail, imo."* Which companies are those, in bold red font?

waaaah.  Mommy says you can't make me.  :-X

and i'll ask you again; why are you here bashing every asic company around?  if you're so convinced they're all a scam, why are you wasting your valuable time trolling?  don't you have better things to do?

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Ytterbium** on **August 10, 2013, 08:13:12 PM**

> Quote from: cypherdoc on August 10, 2013, 07:57:28 PM
>
> ppl can say all they want and so can i.  from what i've seen the HashFast chip is way more advanced and efficient than any competitor.  that is going to more than compensate for any pricing shenanigans that other companies might throw out there.

No, it won't. Seriously, can you do math at all? All that matters right now is the price, $5600, and the speed 400Gh/s. KnC's estimated power draw is 3x HashFast's, but if they ship a month or two earlier then you'll make more money with the KnC. And if HashFast is delayed at all then all the efficiency in the world won't make you any more money.

> Quote
>
> > Quote
> >
> > Anyway, the problem I see is that you can look at BFL and Avalon and think how easy it is to make millions of dollars off people who don't know WTF is going on with difficulty and all the other potential competitors out there, and you can take pre-order money from people who aren't good investors.
> >
> > I mean, you yourself said you thought difficulty would look like a stock chart, and go back down, which is **bonkers** - and could only happen if the price of bitcoin crashes to the point where most miners just turn off and junk their machines.
>
> we've seen crazier things in Bitcoin before, eh?

Uh, no.  We've seen the price crash, but even as the price went from $37 to $2 the difficulty only dipped a tiny amount. Most people kept their miners running.   And the point is: **you're screwed either way**.  Either difficulty continues to spike and you make no money, or the price of bitcoin crashes, and you make no money.

> Quote
>
> > Quote
> >
> > Well, one problem with amateurishness so far is that it implies they may also be 'amateurish' when i comes to getting their outsourced manufacturer to churn out units as fast as they say they will.

> We know the company that's designing their chip. We don't know who their outsource MFG/logistics company is but that's *just* as important.

> yes, i agree. this is where the faith and risk analysis part comes in.

"Faith" is not a good thing for an investor to have. And there is basically no way to "analyze" the risk.

As far as this "miner protection plan" there's nothing to indicate that anyone who buys a unit now or invests in IceDrill will be covered by it.

## Title: Re: ► ► ►HashFast Endorsement
## Post by: **crumbs** on **August 10, 2013, 08:15:19 PM**

> Quote from: cypherdoc on August 10, 2013, 08:03:35 PM
>> Quote from: crumbs on August 10, 2013, 07:32:54 PM
>>> I'll refresh your memory:
>>> **"those asic companies that don't understand what Bitcoin is,** *what it represents, and how it fits into not only the Bitcoin community but also the global financial system are doomed to fail, imo."*
>>> Which companies are those, in bold red font?
>
> waaaah. Mommy says you can't make me. :-X
>
> and i'll ask you again; why are you here bashing every asic company around? if you're so convinced they're all a scam, why are you wasting your valuable time trolling? don't you have better things to do?

A prophet is not without honour, but in his own country, and among his own kin, and in his own house, Cypherdoc.   :(

## Title: Re: ► ► ►HashFast Endorsement
## Post by: **cypherdoc** on **August 10, 2013, 08:19:27 PM**

> Quote from: Ytterbium on August 10, 2013, 08:13:12 PM
> As far as this "miner protection plan" there's nothing to indicate that anyone who buys a unit now or invests in IceDrill will be covered by it.

it will cover all who have already purchased. as for IceDrill, i don't know.

## Title: Re: ► ► ►HashFast Endorsement
## Post by: **cypherdoc** on **August 10, 2013, 08:20:21 PM**

> Quote from: crumbs on August 10, 2013, 08:15:19 PM
>> Quote from: cypherdoc on August 10, 2013, 08:03:35 PM
>>> Quote from: crumbs on August 10, 2013, 07:32:54 PM
>>>> I'll refresh your memory:
>>>> **"those asic companies that don't understand what Bitcoin is,** *what it represents, and how it fits into not only the Bitcoin community but also the global financial system are doomed to fail, imo."*
>>>> Which companies are those, in bold red font?
>>
>> waaaah. Mommy says you can't make me. :-X
>>
>> and i'll ask you again; why are you here bashing every asic company around? if you're so convinced they're all a scam, why are you wasting your valuable time trolling? don't you have better things to do?

> A prophet is not without honour, but in his own country, and among his own kin, and in his own house, Cypherdoc.   :(

thx for continually pushing this thread to the top.  i'm getting paid by page views, didn't you know?  ;)

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **dopamine** on **August 10, 2013, 08:22:07 PM**

Well im in just bought a pre order waiting to make btc payment

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 10, 2013, 08:23:02 PM**

> Quote from: cypherdoc on August 10, 2013, 08:20:21 PM
>> Quote from: crumbs on August 10, 2013, 08:15:19 PM
>>> Quote from: cypherdoc on August 10, 2013, 08:03:35 PM
>>>> Quote from: crumbs on August 10, 2013, 07:32:54 PM
>>>> I'll refresh your memory:
>>>> **"those asic companies that don't understand what Bitcoin is,** what it represents, and how it fits into not only the Bitcoin community but also the global financial system are doomed to fail, imo."
>>>> Which companies are those, in bold red font?
>>>
>>> waaaah.  Mommy says you can't make me. :-X
>>>
>>> and i'll ask you again; why are you here bashing every asic company around?  if you're so convinced they're all a scam, why are you wasting your valuable time trolling?  don't you have better things to do?
>>
>> A prophet is not without honour, but in his own country, and among his own kin, and in his own house, Cypherdoc.   :(
>
> thx for continually pushing this thread to the top.  i'm getting paid by page views, didn't you know?  ;)

Always a pleasure to help out an unrepentant shill :)

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **klee** on **August 10, 2013, 08:26:17 PM**

Cypher I can understand your excitement and I have bought a good amount of IceDrill shares, but you have to admit that if KnC delivers first one month before HF then "Houston..."!

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 10, 2013, 08:29:46 PM**

Cypherdoc, any comment on this?  Are we to believe... :D
https://ip.bitcointalk.org/?u=https%3A%2F%2Fhashfast.com%2Fwp-content%2Fuploads%2F2013%2F08%2Fchipset01.png&t=547&c=3IHxK5_cOLf6fg

inspired by:https://ip.bitcointalk.org/?u=http%3A%2F%2Fpcper.com%

2Fimages%2Freviews%2F276%2FIntel%2520Core%25202%2520Duo%
2520T7400%2520-%2520CPU.jpg&t=547&c=Em6zq30liZTGcQ

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **dropt** on **August 10, 2013, 08:48:05 PM**

> Quote from: crumbs on August 10, 2013, 08:29:46 PM
> Cypherdoc, any comment on this? Are we to believe... :D
> https://hashfast.com/wp-content/uploads/2013/08/chipset01.png
>
> inspired by:http://pcper.com/images/reviews/276/Intel%20Core%202%20Duo%20T7400%20-%
> 20CPU.jpg

What kind of retarded post is this anyways? Guess there's a reason your ignore button is already piss yellow after a mere two months.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 10, 2013, 08:54:01 PM**

> Quote from: dropt on August 10, 2013, 08:48:05 PM
> > Quote from: crumbs on August 10, 2013, 08:29:46 PM
> > Cypherdoc, any comment on this? Are we to believe... :D
> > https://hashfast.com/wp-content/uploads/2013/08/chipset01.png
> >
> > inspired by:http://pcper.com/images/reviews/276/Intel%20Core%202%20Duo%20T7400%20-%
> > 20CPU.jpg
> >
> > What kind of retarded post is this anyways? Guess there's a reason your ignore button is already
> > piss yellow after a mere two months.

Thank you for contributing :)

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Ytterbium** on **August 10, 2013, 09:09:36 PM**

> Quote from: dropt on August 10, 2013, 08:48:05 PM
> > Quote from: crumbs on August 10, 2013, 08:29:46 PM
> > Cypherdoc, any comment on this? Are we to believe... :D
> > https://hashfast.com/wp-content/uploads/2013/08/chipset01.png
> >
> > inspired by:http://pcper.com/images/reviews/276/Intel%20Core%202%20Duo%20T7400%20-%
> > 20CPU.jpg
> >
> > What kind of retarded post is this anyways? Guess there's a reason your ignore button is already
> > piss yellow after a mere two months.

So much for the conspiracy theory that Crumbs worked for Cointerra (yeah someone came up with that since he wasn't trolling them as hard - although they seem more professional then HashFast)

I think he was trying to imply that the HashFast GN image was just a picture of an Intel CPU or something. Obviously every high-end BGA chip looks like that, here's a 7990 without a heatsink: http://images.bit-tech.net/content_images/2013/04/amd-radeon-hd-7990-6gb-review/7990-8b.jpg. Same thing except an extra metal plate (I guess to help with cooling).

Nice for crumbs to prove his IC ignorance so obviously in one post.

Not that HashFast isn't a joke, though.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **crumbs** on **August 10, 2013, 09:34:17 PM**

> Quote from: Ytterbium on August 10, 2013, 09:09:36 PM
>> Quote from: dropt on August 10, 2013, 08:48:05 PM
>>> Quote from: crumbs on August 10, 2013, 08:29:46 PM
>>> Cypherdoc, any comment on this?  Are we to believe... :D
>>> https://hashfast.com/wp-content/uploads/2013/08/chipset01.png
>>>
>>> inspired by:http://pcper.com/images/reviews/276/Intel%20Core%202%20Duo%20T7400%20-%20CPU.jpg
>>>
>>> What kind of retarded post is this anyways?  Guess there's a reason your ignore button is already piss yellow after a mere two months.
>>
>> So much for the conspiracy theory that Crumbs worked for Cointerra (yeah someone came up with that since he wasn't trolling them as hard - although they seem more professional then HashFast)
>>
>> I think he was trying to imply that the HashFast GN image was just a picture of an Intel CPU or something. Obviously every high-end BGA chip looks like that, here's a 7990 without a heatsink: http://images.bit-tech.net/content_images/2013/04/amd-radeon-hd-7990-6gb-review/7990-8b.jpg. Same thing except an extra metal plate (I guess to help with cooling).
>>
>> Nice for crumbs to prove his IC ignorance so obviously in one post.
>>
>> Not that HashFast isn't a joke, though.

It's not a photo, you goof -- it's a *rendering*.  Ignore the photoshop exif trash.  Please tell me you're not blind, too :D
Edit:  The matte marble texture is a neat touch.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **DiamondCardz** on **August 10, 2013, 09:37:58 PM**

If you're telling the truth, it'll be great. If not...

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 10, 2013, 09:41:44 PM**

> Quote from: Ytterbium on August 10, 2013, 09:09:36 PM
> Not that HashFast isn't a joke, though.

hey Ytter.  i see you're very interested in the Reseller Program. according to Crumbs you going to double down on your KNC investment?

## Title: Re: ► ► ►HashFast Endorsement
Post by: **crumbs** on **August 10, 2013, 10:03:47 PM**

> Quote from: cypherdoc on August 10, 2013, 09:41:44 PM
>> Quote from: Ytterbium on August 10, 2013, 09:09:36 PM
>> Not that HashFast isn't a joke, though.
>
> hey Ytter.  i see you're very interested in the Reseller Program. according to Crumbs you going to double down on your KNC investment?

Case: 15-03011    Doc# 1-2    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 94 of
116

Cypherdoc, how about an answer?  Whaddaya suppose that lulzy chip rendering is supposed to be, any guesses?

## Title: Re: ► ► ►HashFast Endorsement
### Post by: jspielberg on August 10, 2013, 10:15:49 PM

Quote from: crumbs on August 10, 2013, 09:34:17 PM

Quote from: Ytterbium on August 10, 2013, 09:09:36 PM

Quote from: dropt on August 10, 2013, 08:48:05 PM

Quote from: crumbs on August 10, 2013, 08:29:46 PM

Cypherdoc, any comment on this?  Are we to believe... :D
https://hashfast.com/wp-content/uploads/2013/08/chipset01.png

inspired by:http://pcper.com/images/reviews/276/Intel%20Core%202%20Duo%20T7400%20-%20CPU.jpg

What kind of retarded post is this anyways?  Guess there's a reason your ignore button is already piss yellow after a mere two months.

So much for the conspiracy theory that Crumbs worked for Cointerra (yeah someone came up with that since he wasn't trolling them as hard - although they seem more professional then HashFast)

I think he was trying to imply that the HashFast GN image was just a picture of an Intel CPU or something. Obviously every high-end BGA chip looks like that, here's a 7990 without a heatsink: http://images.bit-tech.net/content_images/2013/04/amd-radeon-hd-7990-6gb-review/7990-8b.jpg.  Same thing except an extra metal plate (I guess to help with cooling).

Nice for crumbs to prove his IC ignorance so obviously in one post.

Not that HashFast isn't a joke, though.

It's not a photo, you goof -- it's a *rendering*.  Ignore the photoshop exif trash.  Please tell me you're not blind, too :D
Edit:  The matte marble texture is a neat touch.

Crumbs -

They have publicly stated that they haven't taped out yet (this week or next week I think was mentioned).  Where the heck would they get an actual asic picture?  From the future?
I think it is starting to feel like you are getting desperate/trying a bit too hard.

There are plenty of legitimate reasons to question purchasing HashFast, but using stock images aren't among them.
Are you going to claim that they should be shunned because their baby jet image isn't photo realistic... Let me help you out. "IT IS A DRAWING"... or maybe you were confused and live the cartoon world and it looked real to you.

Frankly, I think they would be stupid to be committing to a case when they don't their chip characterized yet.  That would be like BFL with their warehouse of Minirig cases that are unusable.

The only legitimate reason of consequence that I see is that they are going to miss their delivery target. Lets face facts.  End of October seems so unlikely as to be near impossible.  That being said, they have a hard cap on the back end (Jan. 1) and obviously... you either believe they will provide full BTC refunds or not.  If you don't believe their word that they will refund,

then you believe they are liars and you can't believe anything they say.  In which case... just say "I believe they are liars, and will never be satisfied until I see a working product and maybe not even then."

I would like to see more detail and possibly a road map with deadlines for the production of the chips and miners.  They said that they would provide weekly updates on the production process.  Extraordinary claims require extraordinary evidence.  I have speculatively ordered a Baby-jet and will be reading these updates.  If they seem to be executing according to plan, I may double down on my order.  If things seem to be going off the rails... well then I am hoping they slip until January and see what the options are... obviously the worst case scenario is a delivery on Dec. 31st which I am optimistically projecting a return of 28BTC (which is pretty crap for an investment of 60BTC).  I am willing to take the chance.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: crumbs on August 10, 2013, 10:55:11 PM**

> Quote from: jspielberg on August 10, 2013, 10:15:49 PM
>> Quote from: crumbs on August 10, 2013, 09:34:17 PM
>>> Quote from: Ytterbium on August 10, 2013, 09:09:36 PM
>>>> Quote from: dropt on August 10, 2013, 08:48:05 PM
>>>>> Quote from: crumbs on August 10, 2013, 08:29:46 PM
>>>>> Cypherdoc, any comment on this?  Are we to believe... :D
>>>>> https://hashfast.com/wp-content/uploads/2013/08/chipset01.png
>>>>>
>>>>> inspired by:http://pcper.com/images/reviews/276/Intel%20Core%202%20Duo%20T7400%20-%20CPU.jpg
>>>>
>>>> What kind of retarded post is this anyways?  Guess there's a reason your ignore button is already piss yellow after a mere two months.
>>>>
>>>> So much for the conspiracy theory that Crumbs worked for Cointerra (yeah someone came up with that since he wasn't trolling them as hard - although they seem more professional then HashFast)
>>>>
>>>> I think he was trying to imply that the HashFast GN image was just a picture of an Intel CPU or something. Obviously every high-end BGA chip looks like that, here's a 7990 without a heatsink: http://images.bit-tech.net/content_images/2013/04/amd-radeon-hd-7990-6gb-review/7990-8b.jpg.  Same thing except an extra metal plate (I guess to help with cooling).
>>>>
>>>> Nice for crumbs to prove his IC ignorance so obviously in one post.
>>>>
>>>> Not that HashFast isn't a joke, though.
>>>
>>> It's not a photo, you goof -- it's a *rendering*.  Ignore the photoshop exif trash.  Please tell me you're not blind, too :D
>>> Edit:  The matte marble texture is a neat touch.
>>
>> Crumbs -
>>
>> They have publicly stated that they haven't taped out yet (this week or next week I think was mentioned).  Where the heck would they get an actual asic picture?  From the future?
>> I think it is starting to feel like you are getting desperate/trying a bit too hard.

As i mentioned before, it's no trouble at all.  I have no idea where they would get an ASIC, but i do have a vague idea what a rendering of nonexistent chip is doing on the site.  Further, knowing what the chip is, it's *really* unlikely that the finished product would have that type of package.

> Quote
> There are plenty of legitimate reasons to question purchasing HashFast, but using stock images aren't among them.
> Are you going to claim that they should be shunned because their baby jet image isn't photo

> realistic... Let me help you out. "IT IS A DRAWING"... or maybe you were confused and live the cartoon world and it looked real to you.
>
> Frankly, I think they would be stupid to be committing to a case when they don't their chip characterized yet. That would be like BFL with their warehouse of Minirig cases that are unusable.

See: Ken, ActiveMining. (http://www.virtualminingcorp.com/) Boxes and boxes of 4u rack cases in an otherwise empty warehouse. The cases are empty. The Virtual Mining site has pictures of those cases, and generic renderings of boards. Everyone's eating it up -- his folk think it proves shit's real. People love pics. Learn from Ken.

> Quote
> The only legitimate reason of consequence that I see is that they are going to miss their delivery target. Lets face facts. End of October seems so unlikely as to be near impossible. That being said, they have a hard cap on the back end (Jan. 1) and obviously... you either believe they will provide full BTC refunds or not. If you don't believe their word that they will refund, then you believe they are liars and you can't believe anything they say. In which case... just say "I believe they are liars, and will never be satisfied until I see a working product and maybe not even then."

Of course i know that they can't deliver. But there is a huge field of gray between flat-out lying & being able to deliver on time or ability to refund. I know with 99% certainty that their notion of the actual mechanics of refunding is as vague as yours, or worse. If bitcoin prices go up, *IT WILL BE A DISASTER*. They simply will be *forced to run* if all of their Is weren't dotted & all their Ts weren't crossed. What feasible out will they have if they're behind the 8-ball? Where will the bitcoin come from? How many times must the folks on this forum be taken for a ride to stop making the same mistakes? BFL set out *with the best of intentions*, and still there's bitching & moaning. Now Avalon has joined those ranks. What makes HashFast different, and i mean in a *positive* way? It's pointless to say "stop and think what you are doing, your greed is making you spend the very bitcoins you've mined so you can buy more gear so you can mine more so you can buy more gear." It's pointless to point out that *in the best case scenario, the ASIC companies are the only ones reaping the rewards*. Wake up.

> Quote
> I would like to see more detail and possibly a road map with deadlines for the production of the chips and miners. They said that they would provide weekly updates on the production process. Extraordinary claims require extraordinary evidence. I have speculatively ordered a Baby-jet and will be reading these updates. If they seem to be executing according to plan, I may double down on my order. If things seem to be going off the rails... well then I am hoping they slip until January and see what the options are... obviously the worst case scenario is a delivery on Dec. 31st which I am optimistically projecting a return of 28BTC (which is pretty crap for an investment of 60BTC). I am willing to take the chance.

That's not the worst case scenario. The worst case scenario is you get *0*. Goose egg. But hey, prove me wrong. If they deliver before December, i'll eat my words & never post here again. Under any account. Word. But by "deliver," i mean deliver at least 1/2 of the "BabyJet" orders. Want to match?

## Title: Re: ► ► ►HashFast Endorsement
### Post by: Ytterbium on August 10, 2013, 11:35:21 PM

> Quote from: cypherdoc on August 10, 2013, 09:41:44 PM
> > Quote from: Ytterbium on August 10, 2013, 09:09:36 PM
> >
> > Not that HashFast isn't a joke, though.

Case: 15-03011   Doc# 1-2   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 97 of

> hey Ytter. i see you're very interested in the Reseller Program. according to Crumbs you going to double down on your KNC investment?

Well, I wouldn't know since I have him on ignore. All I said was that I would be happy if KnC sent me a free jupiter since I said nice things about them. I'd be more then happy to accept a free HashFast, although it wouldn't change my opinion.

At this point I'm not even sure a November KnC is a good deal or not, just that it would be a better deal then an HF BabyJet. Depends on the price.

Quote
> They have publicly stated that they haven't taped out yet (this week or next week I think was mentioned). Where the heck would they get an actual asic picture? From the future?
> I think it is starting to feel like you are getting desperate/trying a bit too hard.

Dude **he is a troll**. He's spouting total nonsense.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **jspielberg** on **August 10, 2013, 11:35:29 PM**

Quote from: crumbs on August 10, 2013, 10:55:11 PM
> That's not the worst case scenario. The worst case scenario is you get *0*. Goose egg. But hey, prove me wrong. If they deliver before December, i'll eat my words & never post here again. Under any account. Word. But by "deliver," i mean deliver at least 1/2 of the "BabyJet" orders. Want to match?

Thanks for the warning. I actually enjoy your posts... they are usually witty and entertaining... kind of like a food critic panning a restaurant... so I wouldn't hold you to it. I accept that I am on a mining treadmill, but right now for me... this is "house money" so I don't mind blowing a few bad hands.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 11, 2013, 12:19:43 AM**

Quote from: Ytterbium on August 10, 2013, 11:35:21 PM
> Quote from: cypherdoc on August 10, 2013, 09:41:44 PM
>> Quote from: Ytterbium on August 10, 2013, 09:09:36 PM
>>> Not that HashFast isn't a joke, though.
>>
>> hey Ytter. i see you're very interested in the Reseller Program. according to Crumbs you going to double down on your KNC investment?
>
> Well, I wouldn't know since I have him on ignore. All I said was that I would be happy if KnC sent me a free jupiter since I said nice things about them. I'd be more then happy to accept a free HashFast, although it wouldn't change my opinion.
>
> At this point I'm not even sure a November KnC is a good deal or not, just that it would be a better deal then an HF BabyJet. Depends on the price.
>
> Quote
>> They have publicly stated that they haven't taped out yet (this week or next week I think was mentioned). Where the heck would they get an actual asic picture? From the future?
>> I think it is starting to feel like you are getting desperate/trying a bit too hard.
>
> Dude **he is a troll**. He's spouting total nonsense.

cypher: "no, no. you only receive a free HashFast if you say nice things about them."

Ytter: "hmmm"

## Title: Re: ► ► ►HashFast Endorsement
Post by: **AussieHash** on **August 11, 2013, 12:38:25 AM**

> Quote from: jspielberg on August 10, 2013, 10:15:49 PM
> They have publicly stated that they haven't taped out yet (this week or next week I think was mentioned).
> .....
> Lets face facts. End of October seems so unlikely as to be near impossible. That being said, they have a hard cap on the back end (Jan. 1) and obviously... you either believe they will provide full BTC refunds or not.
> .....
> obviously the worst case scenario is a delivery on Dec. 31st which I am optimistically projecting a return of 28BTC (which is pretty crap for an investment of 60BTC). I am willing to take the chance.

I think that with 1st November shipping, your hopes of 28BTC profit would be optimistic. Although the last 3 difficulty changes have been approx 120% every 11.5 days.
Looking at the hashing curve this current period, it is dramatically sloping upwards
http://dot-bit.org/tools/nextDifficulty.php
suggests a 160% next increase based on the last 10 blocks, and 145% increase over the past 120 blocks.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **jspielberg** on **August 11, 2013, 02:25:34 AM**

> Quote from: AussieHash on August 11, 2013, 12:38:25 AM
> > Quote from: jspielberg on August 10, 2013, 10:15:49 PM
> > They have publicly stated that they haven't taped out yet (this week or next week I think was mentioned).
> > .....
> > Lets face facts. End of October seems so unlikely as to be near impossible. That being said, they have a hard cap on the back end (Jan. 1) and obviously... you either believe they will provide full BTC refunds or not.
> > .....
> > obviously the worst case scenario is a delivery on Dec. 31st which I am optimistically projecting a return of 28BTC (which is pretty crap for an investment of 60BTC). I am willing to take the chance.
>
> I think that with 1st November shipping, your hopes of 28BTC profit would be optimistic. Although the last 3 difficulty changes have been approx 120% every 11.5 days.
> Looking at the hashing curve this current period, it is dramatically sloping upwards
> http://dot-bit.org/tools/nextDifficulty.php
> suggests a 160% next increase based on the last 10 blocks, and 145% increase over the past 120 blocks.

Sorry if I wasn't clear... That was not 28 btc profit..that was 28 btc total... I.e. a 32btc loss.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Ytterbium** on **August 11, 2013, 02:29:53 AM**

> Quote from: AussieHash on August 11, 2013, 12:38:25 AM

Case: 15-03011   Doc# 1-2   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 99 of

> I think that with 1st November shipping, your hopes of 28BTC profit would be optimistic. Although the last 3 difficulty changes have been approx 120% every 11.5 days.
> Looking at the hashing curve this current period, it is dramatically sloping upwards
> http://dot-bit.org/tools/nextDifficulty.php
> suggests a 160% next increase based on the last 10 blocks, and 145% increase over the past 120 blocks.

Like I said, hashrate growth can't be modeled with a simple exponential equation with a constant exponent A) That's not realistic in the future and B) there isn't anything that would cause that kind of curve at work.

In reality we're looking at the superimposition of basically sigmoid-like curves as ASIC makers dump product in batches as fast as they can. So for example, When Avalon gets it's chips shipped, you'll see a huge growth for a couple days as more and more units come online.

You'll also see Labcoin and BTCGarden bring their chips online, along with ActiveMining, they'll of course do that as fast as they can.

If you look at it as an exponential function, right now the 'exponent' is also increasing. At some point it'll start decreasing.

And of course there are feedback effects as well, people look at the hashrate to decide whether or not to invest, and if it's growing too fast they won't.

Modeling this as a simple exponential function is just not realistic at this point.

Quote from: jspielberg on August 11, 2013, 02:25:34 AM
> Sorry if I wasn't clear... That was not 28 btc profit..that was 28 btc total... I.e. a 32btc loss.

I don't understand - you're just going to give them $3,200 of free money? Why?

## Title: Re: ▶ ▶ ▶HashFast Endorsement
## Post by: jspielberg on August 11, 2013, 03:00:22 AM

Because that would be the worst case, well other than them running away with the money and folding as crumbs was suggesting. I see that latter option possible with any company including Avalon.

I see that an extremely low probability... And the higher probability negative scenario that I may not break even if they ship at the end of December. While not ideal, I am not investing more than I feel comfortable risking that it could pay off..

## Title: Re: ▶ ▶ ▶HashFast Endorsement
## Post by: Ytterbium on August 11, 2013, 04:06:05 AM

Quote from: jspielberg on August 11, 2013, 03:00:22 AM
> Because that would be the worst case, well other than them running away with the money and folding as crumbs was suggesting. I see that latter option possible with any company including Avalon.
>
> I see that an extremely low probability... And the higher probability negative scenario that I may not break even if they ship at the end of December. While not ideal, I am not investing more than I feel comfortable risking that it could pay off..

On the off chance of what? Every other company completely failing?

## Title: Re: ► ► ►HashFast Endorsement
Post by: **jspielberg** on **August 11, 2013, 04:29:10 AM**

> Quote from: Ytterbium on August 11, 2013, 04:06:05 AM
>> On the off chance of what? Every other company completely failing?

That they succeed in early November or fail to January.

I guess you are advocating sitting on the sidelines until March?  Probably a more prudent strategy... But I have been minerless since around March and not really wanting to go a whole year.  Itchy trigger finger I guess.  :-\

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Ytterbium** on **August 11, 2013, 04:49:29 AM**

> Quote from: jspielberg on August 11, 2013, 04:29:10 AM
>> Quote from: Ytterbium on August 11, 2013, 04:06:05 AM
>>> On the off chance of what? Every other company completely failing?
>>
>> That they succeed in early November or fail to January.
>>
>> I guess you are advocating sitting on the sidelines until March?  Probably a more prudent strategy... But I have been minerless since around March and not really wanting to go a whole year.  Itchy trigger finger I guess.  :-\

Eh, I invested in some Labcoin stock, and I think I might try some BTCGarden as well - those companies will be able to mint their own chips at $2/Gh.

Obviously there's the trust issue, there wouldn't be much recourse if they run off with your chips and bitcoin, or embezzle money.  But at least that way you're an *actual* investor, getting an ROI based on how well the company does overall, as opposed to being an "investomer" who can end up losing all your money **while the company makes tons of it**

That's the biggest problem, IMO - with a typical investment if the company does well you do well, and you lose all your money it's because the company as a whole failed, and the principles didn't make much either.

On the other hand, with a pre-order you have a situation where the company can "fail" to deliver their units on time, or oversell them or whatever, and all their customers lose all their money, but the company keeps everything.

Now obviously these virtual stock exchanges have the same, or higher risk of being a straight up scam where they run off with your money, or cheat their shareholders.

But at least the *incentive structure* is correct.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **jspielberg** on **August 11, 2013, 05:05:57 AM**

Fair enough. I agree that the big mining company models make the most
sense. The company will work for its own survival and if making their own
chips, strategically they can control there future and not be held hostage by
a third party asic producer.

No arguments there. My problem is that it leans to centralization which I
philosophically dislike. I am a bit of a lone wolf miner and prefer to solo
mine and enjoy the sysadmin challenges it poses. Though you are right, the
smart money is on the mining companies that can roll their own chips. I
may be anachronism at this point, still driving the solo mining truck while
everyone else is piling into the mega farm trains.

I wish you luck, though I think you won't need it. I hope you wish me the
same. :)

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **HeRetiK** on **August 11, 2013, 08:15:19 AM**

> Quote from: jspielberg on August 11, 2013, 05:05:57 AM
>
> Fair enough. I agree that the big mining company models make the most sense. The company will
> work for its own survival and if making their own chips, strategically they can control there future
> and not be held hostage by a third party asic producer.
>
> No arguments there. **My problem is that it leans to centralization which I philosophically
> dislike.** I am a bit of a lone wolf miner and prefer to solo mine and enjoy the sysadmin challenges it
> poses. Though you are right, the smart money is on the mining companies that can roll their own
> chips. I may be anachronism at this point, still driving the solo mining truck while everyone else is
> piling into the mega farm trains.
>
> I wish you luck, though I think you won't need it. I hope you wish me the same. :)

It's kinda sad, really, that the next step after solo and pool mining seems to
be huge cooperations. Here's hoping that the mining world won't get
monopolized.

And to you, kind sir, i have to say:
http://www.youtube.com/watch?v=gRoLgBE9AOs&t=0m44s

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **DumbFruit** on **August 11, 2013, 05:05:45 PM**

There is nothing wrong with monopolies if entry into the market isn't stopped
coercively and they only got their monopoly status by out-competing their
competitors.

What's wrong with a monopoly if it's providing the service you ask for at the
more efficient price?

"Freedom of Entry" is the most important thing in any market, not
decentralization.

http://mises.org/freemarket_detail.aspx?control=384

Title: **Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 11, 2013, 05:18:56 PM**

> Quote from: DumbFruit on August 11, 2013, 05:05:45 PM
>
> There is nothing wrong with monopolies if entry into the market isn't stopped coercively and they only got their monopoly status by out-competing their competitors.
>
> What's wrong with a monopoly if it's providing the service you ask for at the more efficient price?
>
> "Freedom of Entry" is the most important thing in any market, not decentralization.
>
> http://mises.org/freemarket_detail.aspx?control=384

sounds good in principle but what if you're a bank who has access to free money who decides to setup a mine?

which, btw, is another good reason why asic rig makers should only accept BTC.

Title: **Re: ► ► ►HashFast Endorsement**
Post by: **HeRetiK** on **August 11, 2013, 05:25:20 PM**

> Quote from: DumbFruit on August 11, 2013, 05:05:45 PM
>
> There is nothing wrong with monopolies if entry into the market isn't stopped coercively and they only got their monopoly status by out-competing their competitors.
>
> What's wrong with a monopoly if it's providing the service you ask for at the more efficient price?
>
> "Freedom of Entry" is the most important thing in any market, not decentralization.
>
> http://mises.org/freemarket_detail.aspx?control=384

That is assuming the entity becoming a monopoly being *and staying* a good actor.

I'm sorry to get philosophical here, but decentralization is the key aspect of Bitcoin. It was developed to get currency out of the hands of monopolistic entities (ie. goverment / central banks) and into the hand of a decentralized network of people. Shedding Bitcoin of decentralization kills its purpose. In case of focused hardware power it will kill Bitcoin quite literally, actually.

Luckily we're still far way from that. Let's not ruin this beautiful experiment in digital currencies.

Title: **Re: ► ► ►HashFast Endorsement**
Post by: **HeRetiK** on **August 11, 2013, 05:31:40 PM**

> Quote from: cypherdoc on August 11, 2013, 05:18:56 PM
>
> sounds good in principle but what if you're a bank who has access to free money who decides to setup a mine?
>
> which, btw, is another good reason why asic rig makers should only accept BTC.

I don't think ASIC rig makers should *only* accept BTC. To keep the network healthy and Bitcoin growing, you need easier access for new people to join the fun.

If you're big money and want to start a big mine you don't have to go the

ASIC rig maker route anyway. You can very well just fund your own development and production.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: DumbFruit on August 11, 2013, 05:46:53 PM**

> Quote from: HeRetiK on August 11, 2013, 05:25:20 PM
> That is assuming the entity becoming a monopoly being *and staying* a good actor.

No, it isn't at all assuming that. Freedom of entry means that if a monopolist acts dishonestly, a competitor can unseat him.

A government monopoly is an entirely different animal from a free market monopoly. Government monopolies hold their position through the use of coercion. Free market monopolies (Which never have 100% market share) hold their position by outcompeting anyone that tries to take their market share.

The old fallacy that you might bring up is that a monopolist can push their prices to the floor in order to undermine their competitor, but by definition this action must hurt the monopolist more than the competitor because the monopolist has a much greater market share.

An action that a competitor can take against this is to simply  buy the product the monopolist sells low, wait for the monopolist to raise prices again, and then sell.

Suffice it to say that this is a deep subject, and the ghosts and gouls that surround the concept of "monopoly" are mostly just that; ancient and pernicious myths and legends. With one exception! **Government enforced** monopolies *are* a bad thing.

I encourage you to study monopolies at the Mises institute. ~~Here's a fresh video from Thomas DiLorenzo, it's like destiny, or something!~~* https://www.youtube.com/watch?v=WSVR9xJ-1Vc

*Edit: Fresh from last year haha.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: crumbs on August 11, 2013, 05:56:58 PM**

As edifying as your discourse on monopoly may be, wtf does it  have to do with HasFast?

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: DumbFruit on August 11, 2013, 05:59:31 PM**

> Quote from: crumbs on August 11, 2013, 05:56:58 PM
> As edifying as your discourse on monopoly may be, wtf does it  have to do with HasFast?

Fair enough... I just don't like to let those things go. :D
Carry on..

Case: 15-03011    Doc# 1-2    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 104

**Title: Re: ►►►HashFast Endorsement**
**Post by: HeRetiK on August 11, 2013, 08:47:55 PM**

> Quote from: DumbFruit on August 11, 2013, 05:59:31 PM
> > Quote from: crumbs on August 11, 2013, 05:56:58 PM
> > As edifying as your discourse on monopoly may be, wtf does it have to do with HasFast?
> Fair enough... I just don't like to let those things go. :D
> Carry on..

I think we're seeing the issue from very different angles, but your input is very much appreciated.

Either way, moving on!

**Title: Re: ►►►HashFast Endorsement**
**Post by: cypherdoc on August 11, 2013, 09:15:22 PM**

> Quote from: HeRetiK on August 11, 2013, 08:47:55 PM
> > Quote from: DumbFruit on August 11, 2013, 05:59:31 PM
> > > Quote from: crumbs on August 11, 2013, 05:56:58 PM
> > > As edifying as your discourse on monopoly may be, wtf does it have to do with HasFast?
> > Fair enough... I just don't like to let those things go. :D
> > Carry on..
>
> I think we're seeing the issue from very different angles, but your input is very much appreciated.
>
> Either way, moving on!

both of your input is helpful and i like being philosophical. ;)

**Title: Re: ►►►HashFast Endorsement**
**Post by: Ytterbium on August 11, 2013, 09:39:28 PM**

> Quote from: cypherdoc on August 11, 2013, 05:18:56 PM
> > Quote from: DumbFruit on August 11, 2013, 05:05:45 PM
> > There is nothing wrong with monopolies if entry into the market isn't stopped coercively and they only got their monopoly status by out-competing their competitors.
> >
> > What's wrong with a monopoly if it's providing the service you ask for at the more efficient price?
> >
> > "Freedom of Entry" is the most important thing in any market, not decentralization.
> >
> > http://mises.org/freemarket_detail.aspx?control=384
>
> sounds good in principle but what if you're a bank who has access to free money who decides to setup a mine?
>
> which, btw, is another good reason why asic rig makers should only accept BTC.

Any bank will be able to afford it's own ASIC designs, if it wants them.

**Title: Re: ►►►HashFast Endorsement**
**Post by: Loredo on August 11, 2013, 11:14:34 PM**

> Quote from: Ytterbium on August 11, 2013, 09:39:28 PM
> Any bank will be able to afford it's own ASIC designs, if it wants them.

Take a look at the asset sizes of, say, JP Morgan, or BNP Paribas, or Industrial and Commercial Bank of China, or of Mitsubishi/Bank of Tokyo.

Case: 15-03011  Doc# 1-2  Filed: 02/17/15  Entered: 02/17/15 08:51:34  Page 105

Compare that with the total value of all bitcoin outstanding, or that will ever be outstanding.

And remember, the *total* hourly network "yield" is around 150 coins each worth around $100. Compare this with the fact that they earn two dollars for every ATM transaction made by their customers on other banks' machines, and two dollars for every transaction made on their ATM's by other banks' customers. And a couple percent of the amount of every credit card purchase. And ... and ...

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 12, 2013, 04:02:11 AM**

i mentioned to Simon today that the community was concerned about who would get priority, IceDrill or BabyJets. i emphasized to him that if possible the BabyJets should at least be delivered simultaneously to the IceDrill chips, if not before. he agreed that the small miner is very important to Bitcoin and it's decentralization and would do what he could to not disadvantage them. Eduardo has said so as well.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 12, 2013, 05:16:30 PM**

they have said that there should be some info today on the HashFast Miner Protection Program.

i think you'll like it.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **AussieHash** on **August 12, 2013, 10:01:24 PM**

Quote from: cypherdoc on August 12, 2013, 05:16:30 PM

they have said that there should be some info today on the HashFast Miner Protection Program.

i think you'll like it.

http://dot-bit.org/tools/nextDifficulty.php
Difficulty to increase 36.7% today

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Xian01** on **August 12, 2013, 10:11:00 PM**

Quote from: AussieHash on August 12, 2013, 10:01:24 PM

http://dot-bit.org/tools/nextDifficulty.php
Difficulty to increase 36.7% today

Ouch. Just... ouch.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Bitcoinorama** on **August 12, 2013, 10:21:12 PM**

Quote from: cypherdoc on August 12, 2013, 05:16:30 PM

> they have said that there should be some info today on the HashFast Miner Protection Program.
>
> i think you'll like it.

They err...may want to be careful what they promise and how that is perceived, I mean this seriously;

http://www.bloomberg.com/news/2013-08-12/n-y-regulator-subpoenas-firms-over-bitcoin-crime-risks.html

2/3 down...ouch!

## Title: Re: ► ► ►HashFast Endorsement
## Post by: cypherdoc on August 12, 2013, 10:27:22 PM

> Quote from: Bitcoinorama on August 12, 2013, 10:21:12 PM
>> Quote from: cypherdoc on August 12, 2013, 05:16:30 PM
>> they have said that there should be some info today on the HashFast Miner Protection Program.
>>
>> i think you'll like it.
>>
>> They err...may want to be careful what they promise and how that is perceived, I mean this seriously;
>>
>> http://www.bloomberg.com/news/2013-08-12/n-y-regulator-subpoenas-firms-over-bitcoin-crime-risks.html
>>
>> 2/3 down...ouch!

stop with your FUD.  it was pointed out to you several times in your "shit" thread that there was no mention of mining anywhere in that article.   ::)

## Title: Re: ► ► ►HashFast Endorsement
## Post by: Bitcoinorama on August 12, 2013, 10:30:20 PM

> Quote from: cypherdoc on August 12, 2013, 10:27:22 PM
>> Quote from: Bitcoinorama on August 12, 2013, 10:21:12 PM
>>> Quote from: cypherdoc on August 12, 2013, 05:16:30 PM
>>> they have said that there should be some info today on the HashFast Miner Protection Program.
>>>
>>> i think you'll like it.
>>>
>>> They err...may want to be careful what they promise and how that is perceived, I mean this seriously;
>>>
>>> http://www.bloomberg.com/news/2013-08-12/n-y-regulator-subpoenas-firms-over-bitcoin-crime-risks.html
>>>
>>> 2/3 down...ouch!
>>
>> stop with your FUD.  it was pointed out to you several times in your "shit" thread that there was no mention of mining anywhere in that article.   ::)

Meow, there was no malice directed at Hashfast in what I wrote, I at least care about integrity, this matters, but you really aren't the sharpest tool, are you?

Try reading, as I stated, 2/3 down;

*In addition to BitInstant, Dwolla and Coinsetter, the regulator sent
subpoenas to the following service providers: BitPay, Coinabul, Coinbase
Inc., CoinLab, eCoin Cashier, Payward, Inc., TrustCash Holdings Inc. and
ZipZap, the person said.*

**Butterfly Labs, a technology company, also received a subpoena**, *according to the person familiar with the matter.*


:o


Title: **Re: ► ► ►HashFast Endorsement**
Post by: **jspielberg** on **August 12, 2013, 10:33:20 PM**

> Quote from: Bargraphics on August 12, 2013, 10:30:43 PM
>
> I think we broke Cypherdoc,
>
> He's just not the energetic fun-loving guy we used to know.
>
> How times change so quickly :(

For what it is worth... I think he was referring to the "fan" thread and it
came out a bit harsh.


Title: **Re: ► ► ►HashFast Endorsement**
Post by: **AussieHash** on **August 12, 2013, 10:34:05 PM**

> Quote from: Xian01 on August 12, 2013, 10:11:00 PM
>
> > Quote from: AussieHash on August 12, 2013, 10:01:24 PM
> >
> > http://dot-bit.org/tools/nextDifficulty.php
> > Difficulty to increase 36.7% today
>
> Ouch. Just... ouch.

The genesis block's dashboard calculator incorrectly calculates monthly %
increase, when people look at projections tomorrow -- *very* ouch
Addendum > I predict the calculator will be 93% @ 30d


Title: **Re: ► ► ►HashFast Endorsement**
Post by: **Bitcoinorama** on **August 12, 2013, 10:34:44 PM**

> Quote from: jspielberg on August 12, 2013, 10:33:20 PM
>
> > Quote from: Bargraphics on August 12, 2013, 10:30:43 PM
> >
> > I think we broke Cypherdoc,
> >
> > He's just not the energetic fun-loving guy we used to know.
> >
> > How times change so quickly :(
>
> For what it is worth... I think he was referring to the "fan" thread and it came out a bit harsh.

No he was referring to a thread I started when this subpoena news first
broke...


Title: **Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 12, 2013, 10:38:10 PM**

> > > > they have said that there should be some info today on the HashFast Miner Protection Program.
> > > >
> > > > i think you'll like it.
> > > >
> > > > They err...may want to be careful what they promise and how that is perceived, I mean this seriously;
> > > >
> > > > http://www.bloomberg.com/news/2013-08-12/n-y-regulator-subpoenas-firms-over-bitcoin-crime-risks.html
> > > >
> > > > 2/3 down...ouch!
> > >
> > > stop with your FUD.  it was pointed out to you several times in your "shit" thread that there was no mention of mining anywhere in that article.   ::)
> >
> > Meow, there was no malice directed at Hashfast in what I wrote, I at least care about integrity, this matters, but you really aren't the sharpest tool, are you?
> >
> > Try reading, as I stated, 2/3 down;
> >
> > *In addition to BitInstant, Dwolla and Coinsetter, the regulator sent subpoenas to the following service providers: BitPay, Coinabul, Coinbase Inc., CoinLab, eCoin Cashier, Payward, Inc., TrustCash Holdings Inc. and ZipZap, the person said.*
> >
> > **Butterfly Labs, a technology company, also received a subpoena**, *according to the person familiar with the matter.*
> >
> > :o

so i guess KNC needs to be worried too.  wouldn't matter that they're in Sweden given all the US customers they have along Paypal orders.  what about all their promises?

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 12, 2013, 10:41:17 PM**

> > > I think we broke Cypherdoc,
> > >
> > > He's just not the energetic fun-loving guy we used to know.
> > >
> > > How times change so quickly :(
> >
> > For what it is worth... I think he was referring to the "fan" thread and it came out a bit harsh.
>
> No he was referring to a thread I started when this subpoena news first broke...

yeah, Bargraphics isn't the sharpest tool around.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Bitcoinorama** on **August 12, 2013, 10:43:04 PM**

> Quote from: Bitcoinorama on August 12, 2013, 10:21:12 PM
>> Quote from: cypherdoc on August 12, 2013, 05:16:30 PM
>>> they have said that there should be some info today on the HashFast Miner Protection Program.
>>>
>>> i think you'll like it.
>>
>> They err...may want to be careful what they promise and how that is perceived, I mean this seriously;
>>
>> http://www.bloomberg.com/news/2013-08-12/n-y-regulator-subpoenas-firms-over-bitcoin-crime-risks.html
>>
>> 2/3 down...ouch!
>
> stop with your FUD.  it was pointed out to you several times in your "shit" thread that there was no mention of mining anywhere in that article.  ::)
>
> Meow, there was no malice directed at Hashfast in what I wrote, I at least care about integrity, this matters, but you really aren't the sharpest tool, are you?
>
> Try reading, as I stated, 2/3 down;
>
> *In addition to BitInstant, Dwolla and Coinsetter, the regulator sent subpoenas to the following service providers: BitPay, Coinabul, Coinbase Inc., CoinLab, eCoin Cashier, Payward, Inc., TrustCash Holdings Inc. and ZipZap, the person said.*
>
> ***Butterfly Labs, a technology company, also received a subpoena***, *according to the person familiar with the matter.*
>
> :o
>
> so i guess KNC needs to be worried too.  wouldn't matter that they're in Sweden given all the US customers they have along Paypal orders.  what about all their promises?

I asked on the day what it was they what to be held accountable for. The only thing they've ever promised was 28nm, minimum 250gh/s (which was Jupiter at the time of open day) and September. They've bent over backwards to appease Paypal, but then they know it matters to customers to be held accountable...

## Title: Re: ▶ ▶ ▶HashFast Endorsement
Post by: **cypherdoc** on **August 12, 2013, 10:44:44 PM**

what's really interesting is that we have a 2.46% rally going today in the price.

i seriously doubt they can do anything more than just request subpoenas. we all knew this type of thing was gonna happen but i think the cat is out of the bag.  this is coming down to Wall St vs. Silicon Valley and i don't think that the gov't can allow something Silicon Valley wants so badly to be crushed.

## Title: Re: ▶ ▶ ▶HashFast Endorsement
Post by: **crumbs** on **August 12, 2013, 10:47:39 PM**

> Quote from: cypherdoc on August 12, 2013, 10:44:44 PM
> what's really interesting is that we have a 2.46% rally going today in the price.

What we have is a $12.50 *spread* between Gox & Bitstamp.  Let's be real.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 12, 2013, 10:48:26 PM**

> Quote from: crumbs on August 12, 2013, 10:47:39 PM
>> Quote from: cypherdoc on August 12, 2013, 10:44:44 PM
>>> what's really interesting is that we have a 2.46% rally going today in the price.
>>
>> What we have is a $12.50 *spread* between Gox & Bitstamp.  Let's be real.

there is nothing more real than a price advance; which is now 2.83%

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 12, 2013, 10:55:11 PM**

> Quote from: cypherdoc on August 12, 2013, 10:48:26 PM
>> Quote from: crumbs on August 12, 2013, 10:47:39 PM
>>> Quote from: cypherdoc on August 12, 2013, 10:44:44 PM
>>>> what's really interesting is that we have a 2.46% rally going today in the price.
>>>
>>> What we have is a $12.50 *spread* between Gox & Bitstamp.  Let's be real.
>>
>> there is nothing more real than a price advance; which is now 2.83%

I suppose, if i can get my dollars out.  'till that happy day, those are just numbers.  Real would be $$$.
Edit:  Wroowr!  Fur's flying! :D

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 12, 2013, 10:59:35 PM**

> Quote from: Bargraphics on August 12, 2013, 10:49:34 PM
>> Quote from: cypherdoc on August 12, 2013, 10:41:17 PM
>>> Quote from: Bitcoinorama on August 12, 2013, 10:34:44 PM
>>>> Quote from: jspielberg on August 12, 2013, 10:33:20 PM
>>>>> Quote from: Bargraphics on August 12, 2013, 10:30:43 PM
>>>>>> I think we broke Cypherdoc,
>>>>>>
>>>>>> He's just not the energetic fun-loving guy we used to know.
>>>>>>
>>>>>> How times change so quickly :(
>>>>>
>>>>> For what it is worth... I think he was referring to the "fan" thread and it came out a bit harsh.
>>>>
>>>> No he was referring to a thread I started when this subpoena news first broke...
>>>
>>> yeah, Bargraphics isn't the sharpest tool around.
>>
>> Such discontentment,
>>
>> Please take a minute to gather yourself back together.
>>
>> You are in fact a sponsor of HashFast. Please act accordingly.

for all you know perhaps they want me to act as a counter-troll.  someone to handle all the misinformation scattered throughout their threads by shills.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Xian01** on **August 12, 2013, 11:02:28 PM**

Case: 15-03011    Doc# 1-2    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 111

> Quote from: cypherdoc on August 12, 2013, 10:59:35 PM
>> for all you know perhaps they want me to **act as a counter-troll**. **someone to handle all the misinformation** scattered throughout their threads by shills.

 Makes sense... because other companies that have done that, have had a positive response with this community so far... Where have I seen this before... Hmm...

## Title: **Re: ▶ ▶ ▶HashFast Endorsement**
Post by: **cypherdoc** on **August 12, 2013, 11:08:05 PM**

> Quote from: Xian01 on August 12, 2013, 11:02:28 PM
>> Quote from: cypherdoc on August 12, 2013, 10:59:35 PM
>>> for all you know perhaps they want me to **act as a counter-troll**. **someone to handle all the misinformation** scattered throughout their threads by shills.
>>
>> Makes sense... because other companies that have done that, have had a positive response with this community so far... Where have I seen this before... Hmm...

no, this is not the same as Inaba.  i am not a company employee nor destined to work there long term as one.  and certainly my destiny does not depend on them.

the company needs someone to keep an eye on the forum b/c they have no desire to.  i've only defended myself here from twisted allegations.  if you look carefully i've never attacked anyone first. only responded and tried to explain.

and i have passed on lots of helpful information both to and from the company.

maybe i should stop the info feed and community advocacy and have the real interested ppl pm or email me?  would that help?

## Title: **Re: ▶ ▶ ▶HashFast Endorsement**
Post by: **crumbs** on **August 12, 2013, 11:10:10 PM**

> Quote from: cypherdoc on August 12, 2013, 11:08:05 PM
>> Quote from: Xian01 on August 12, 2013, 11:02:28 PM
>>> Quote from: cypherdoc on August 12, 2013, 10:59:35 PM
>>>> for all you know perhaps they want me to **act as a counter-troll**. **someone to handle all the misinformation** scattered throughout their threads by shills.
>>>
>>> Makes sense... because other companies that have done that, have had a positive response with this community so far... Where have I seen this before... Hmm...
>>
>> no, this is not the same as Inaba.  i am not a company employee nor destined to work there long term as one.  and certainly my destiny does not depend on them.
>>
>> the company needs someone to keep an eye on the forum b/c they have no desire to.  i've only defended myself here from twisted allegations.  if you look carefully i've never attacked anyone first. only responded and tried to explain.
>>
>> and i have passed on lots of helpful information both to and from the company.
>>
>> maybe i should stop the info feed and community advocacy and have the real interested ppl pm or email me?  would that help?

Nah, UR entertaining the troops!  Carry on.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 12, 2013, 11:13:03 PM**

> Quote from: Bargraphics on August 12, 2013, 11:09:30 PM
>> Quote from: cypherdoc on August 12, 2013, 10:59:35 PM
>>> for all you know perhaps they want me to act as a counter-troll. someone to handle all the misinformation scattered throughout their threads by shills.
>>> Quote from: Bargraphics on August 12, 2013, 01:51:13 AM
>>>> Quote from: cypherdoc on August 12, 2013, 01:42:24 AM
>>>>> i am a paid sponsor/endorser.
>>>>>
>>>>> they don't tell me what to say and i certainly don't have to take flack from guys like you.
>>>>
>>>> Everything I've said that related to you was based on what you wrote. You have a pretty shitty attitude and earned whatever "flack" came your way. Regardless of that this thread is about HashFast so let's stay on topic.
>>>>
>>>> As stated before (and by multiple users on this thread)
>>>>
>>>> The current Refund Policy is not a very good one,
>>>>
>>>> I recommend that they implement a refund policy up and until shipping starts. This type of policy only enforces that the company is confident they will ship on time and if they don't it allows customers to reevaluate their decision to purchase based on new facts at that time.
>>>>
>>>> I personally still believe that HashFast will have a working ASIC, I'm not yet convinced on their timing but they are definitely a capable group.
>>>>
>>>> I strongly disagree with the pricing they are advertising based on what I believe the hashrate will be by the end of October but that is a personal assessment.
>>>>
>>>> I also disagree with the Bitcoin Only acceptance. Accepting Credit Cards and Paypal brings a lot of trust to customers as they have something to fall back on that is proven. Companies can go back on their "word" but PayPal and Credit Card Protection won't. (I again don't think HashFast has any intention of defrauding customers).
>>>>
>>>> I'm still trying to find out where the misinformation is. I do know that there's awkward silence when I bring up these points to you.

the way you've tended to address me so far has not encouraged any productive communication. there's alot in that paragraph of yours. what is it you want me to answer?


**Title: Re: ► ► ►HashFast Endorsement**
**Post by: bobsag3 on August 12, 2013, 11:46:27 PM**

I swear sometimes reading this thread im in r/hailcorperate...


**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 12, 2013, 11:54:00 PM**

> Quote from: Bargraphics on August 12, 2013, 11:16:35 PM
>> Quote from: cypherdoc on August 12, 2013, 11:13:03 PM
>> the way you've tended to address me so far has not encouraged any productive communication. there's alot in that paragraph of yours. what is it you want me to answer?
>
> Oh just looking for a civil discussion on any or all points brought up in that post.
>
> Or since you have such close ties with HashFast, maybe their opinion?
>
> You can't deny that the landscape has changed regarding pricing since they've first announced their

Case: 15-03011   Doc# 1-2   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 113

> pricing. There are a number of other companies starting to come out with their prices and estimated delivery around the same time for much less.

at least you and i can now make some progress.

the Dec 31 Refund Policy is something they had in place before i even met them.  how they arrived at it, i don't know.  i can tell you that from their perspective it's fair and they've said that they fully plan on honoring it using different options i alluded to up further in this thread.

as for taking cc's we've already gone over that and if you really disagree you should bring it up with them.

the only change in "pricing" that i'm aware of is KNC's reduction to $5000 in Nov.  imo, and mine alone, it seems a little bit of a desperate move to retain customers.  the question is, can they deliver at that price and still remain profitable?  since you were at HashFast and signed an NDA, i'm sure that you're aware that HF believes their chip has significant performance efficiency advantages over KNC's as well as lower production costs.

perhaps they have every right to have there pricing at $5600 which also happens to be the currently the best value out there?  no one actually knows until these chips and machines are actually out there chugging away.

## Title: Re: ► ► ►HashFast Endorsement
## Post by: minternj on August 13, 2013, 03:45:37 AM

> Quote from: cypherdoc on August 12, 2013, 05:16:30 PM
> they have said that there should be some info today on the HashFast Miner Protection Program.
>
> i think you'll like it.

Today's almost over in the east coast.

## Title: Re: ► ► ►HashFast Endorsement
## Post by: cypherdoc on August 13, 2013, 04:12:14 AM

> Quote from: Bargraphics on August 13, 2013, 01:55:49 AM
> > Quote from: cypherdoc on August 12, 2013, 11:54:00 PM
> > > Quote from: Bargraphics on August 12, 2013, 11:16:35 PM
> > > > Quote from: cypherdoc on August 12, 2013, 11:13:03 PM
> > > > the way you've tended to address me so far has not encouraged any productive communication.  there's alot in that paragraph of yours.  what is it you want me to answer?
> > >
> > > Oh just looking for a civil discussion on any or all points brought up in that post.
> > >
> > > Or since you have such close ties with HashFast, maybe their opinion?
> > >
> > > You can't deny that the landscape has changed regarding pricing since they've first announced their pricing. There are a number of other companies starting to come out with their prices and estimated delivery around the same time for much less.
> >
> > at least you and i can now make some progress.
> >
> > the Dec 31 Refund Policy is something they had in place before i even met them.  how they arrived at it, i don't know.  i can tell you that from their perspective it's fair and they've said that they fully plan on honoring it using different options i alluded to up further in this thread.
> >
> > as for taking cc's we've already gone over that and if you really disagree you should bring it up with them.

the only change in "pricing" that i'm aware of is KNC's reduction to $5000 in Nov.  imo, and mine alone, it seems a little bit of a desperate move to retain customers.  the question is, can they deliver at that price and still remain profitable?  since you were at HashFast and signed an NDA, i'm sure that you're aware that HF believes their chip has significant performance efficiency advantages over KNC's as well as lower production costs.

perhaps they have every right to have there pricing at $5600 which also happens to be the currently the best value out there?  no one actually knows until these chips and machines are actually out there chugging away.

I can agree that the power efficiency is probably much better if just looking at those numbers, however until coins received vs electric costs get to that level KnC Shipping quicker is much better (and the $600 you'd save would easily pay for the electricity gap between the lifetime of the machines)

However don't mistake this as me defending KnC, there are others being mentioned as well. xCrowd, "Smart Machine" that just popped up. There will be others but those two are saying they are going to be offering $6/GH for their products.

Personally I think any above $10/GH won't see the light of day in terms of ROI come end of October (This being if KnC Ships)

I think companies need to expect $3-7/GH by November to see a return. However at that rate even KnC doesn't look like a good deal.

BUT come to think of it, KnC knows how many orders they potentially need to deliver. If they feel the $5,000 price for their unit is a good deal then maybe I'm over speculating the Hashrate they will release.

Who knows, for me personally I won't buy another mining machine until we figure out exactly what companies CAN deliver, if at all. There are just too many companies out now. Back when KnC came out there was just Avalon, BFL, and a Russian Company called Metabank that was going to offer Bitfury units (Sounds real legit hah). KnC was an easy decision.

Now you have the following companies that all plan on selling some sort of ASIC. (In no specific order)

Avalon (Gen 2)
BFL
Bitfury
KnC
xCrowd
HashFast
VMC
Smart Machine
ASICMiner
Labcoin
BTCGarden
CoinTerra

let me know if I missed one. As you can see though that's A LOT of choices, just too many companies to choose from.

in my mind you can cross Avalon, BFL, and for sure BTCGarden off that after what happened today.  the only one on that list that i think has a chance to challenge HF is Cointerra.  but the fact is, they are 2 mo behind HF.  that is an eternity in today's market.

clearly it's a leap of faith when dealing with any of these companies b/c we just don't know all the details.  and even if we did, i'm sure there are only a few of us that would understand what the hell we were looking at.  we're all dependent on the knowledge level and sophistication of the engineers involved as they're bumping up against the bleeding edge of new technology.

in these situations, i do what i did.  get on a plane and go visit the ppl involved.  you know as well as i these guys are not a scam.  they're trying

their best to produce a stellar product. Simon has been working on this baby for 2 yrs on and off and more on clearly since the beginning of the year. he's clearly a brilliant guy and quite frankly, he is the reason i've plunked my $ down on the table for my order. it's a leap of faith no question. but i truly believe they've created the best situation possible for themselves in creating a quality chip. his team of 4 engineers on the *front* end with Uniquify on the back should be enough to produce what they say. and you and i know that if they do it, it will make KNC's chip look like child's play and they will only be coming in one month later than them. and as i said before, i like the fact that HF has engineers on the front end which unfortunately results in some business mistakes, like the cart the other nite. i'm investing for the long run in the best *technologists* i can find. b/c out of the Golden Nonce 1 will come the Golden Nonce 2, etc, etc. Simon has the capability to make this all happen. and, imo, there is no better than the guys out of Silicon Valley/PARC. they have all the connections and resources nearby that can create synergies and afford a great advantage.

with time, clearly the cost is going to come down under $10/gh. this will be good for small miners. all these companies will have no choice but to compete for not only the whales but the minnows, its going to be that competitive. will the mines drive out the small miners? i don't know. i think there is hope though which is why i'm willing to extend my setup beyond just my avalons. and i don't want to be late. i only started gpu mining in mid 2011. i didn't think i'd ever pay them off but the coins generated from my setup have more than paid off my rig costs given the price increase. so i'm just trying to grab and accumulate as many coins as i can before the next price ramp which is coming. i'm also probably buying my setup with more of a philosophical mindset than most others. i want to help decentralize the network as a solo miner. that's just me and my dedication to Bitcoin.

the HR is going to level off though at some point. Jeffrey Paul, aka Sneak, made a great point on Lets Talk Bitcoin. it can't go up forever in this cycle of asic development. the constraint will be limited by the amount of USD that actors are going to be capable of or willing to throw at this space. it's not infinite and it will peak out for a while. the trick will be to buy enough equipment at a low enough price to make yourself a relevant actor. who knows what that level will be or how much it will cost but i don't want to miss out on the asic revolution.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 13, 2013, 04:18:44 AM**

> Quote from: mintern on August 13, 2013, 03:45:37 AM
>> Quote from: cypherdoc on August 12, 2013, 05:16:30 PM
>> they have said that there should be some info today on the HashFast Miner Protection Program.
>>
>> i think you'll like it.
>
> Today's almost over in the east coast.

they're finalizing the text right now.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **HashFast** on **August 13, 2013, 05:12:06 AM**