I will be posting the Miner Protection Program shortly

- Eduardo deCastro, Founder & CEO, HashFast Technologies

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: klee on August 13, 2013, 07:18:07 AM**

> Quote from: cypherdoc on August 13, 2013, 04:12:14 AM
>> Quote from: Bargraphics on August 13, 2013, 01:55:49 AM
>>> Quote from: cypherdoc on August 12, 2013, 11:54:00 PM
>>>> Quote from: Bargraphics on August 12, 2013, 11:16:35 PM
>>>>> Quote from: cypherdoc on August 12, 2013, 11:13:03 PM
>>>>>> the way you've tended to address me so far has not encouraged any productive communication. there's alot in that paragraph of yours. what is it you want me to answer?
>>>>>
>>>>> Oh just looking for a civil discussion on any or all points brought up in that post.
>>>>>
>>>>> Or since you have such close ties with HashFast, maybe their opinion?
>>>>>
>>>>> You can't deny that the landscape has changed regarding pricing since they've first announced their pricing. There are a number of other companies starting to come out with their prices and estimated delivery around the same time for much less.
>>>>
>>>> at least you and i can now make some progress.
>>>>
>>>> the Dec 31 Refund Policy is something they had in place before i even met them. how they arrived at it, i don't know. i can tell you that from their perspective it's fair and they've said that they fully plan on honoring it using different options i alluded to up further in this thread.
>>>>
>>>> as for taking cc's we've already gone over that and if you really disagree you should bring it up with them.
>>>>
>>>> the only change in "pricing" that i'm aware of is KNC's reduction to $5000 in Nov. imo, and mine alone, it seems a little bit of a desperate move to retain customers. the question is, can they deliver at that price and still remain profitable? since you were at HashFast and signed an NDA, i'm sure that you're aware that HF believes their chip has significant performance efficiency advantages over KNC's as well as lower production costs.
>>>>
>>>> perhaps they have every right to have there pricing at $5600 which also happens to be the currently the best value out there? no one actually knows until these chips and machines are actually out there chugging away.

I can agree that the power efficiency is probably much better if just looking at those numbers, however until coins received vs electric costs get to that level KnC Shipping quicker is much better (and the $600 you'd save would easily pay for the electricity gap between the lifetime of the machines)

However don't mistake this as me defending KnC, there are others being mentioned as well. xCrowd, "Smart Machine" that just popped up. There will be others but those two are saying they are going to be offering $6/GH for their products.

Personally I think any above $10/GH won't see the light of day in terms of ROI come end of October (This being if KnC Ships)

I think companies need to expect $3-7/GH by November to see a return. However at that rate even KnC doesn't look like a good deal.

BUT come to think of it, KnC knows how many orders they potentially need to deliver. If they feel the $5,000 price for their unit is a good deal then maybe I'm over speculating the Hashrate they will release.

Who knows, for me personally I won't buy another mining machine until we figure out exactly what companies CAN deliver, if at all. There are just too many companies out now. Back when KnC came out there was just Avalon, BFL, and a Russian Company called Metabank that was going to offer Bitfury units (Sounds real legit hah). KnC was an easy decision.

Now you have the following companies that all plan on selling some sort of ASIC. (In no specific order)

Avalon (Gen 2)
BFL
Bitfury
KnC
xCrowd
HashFast
VMC
Smart Machine
ASICMiner
Labcoin
BTCGarden
CoinTerra

let me know if I missed one. As you can see though that's A LOT of choices, just too many companies to choose from,

in my mind you can cross Avalon, BFL, and for sure BTCGarden off that after what happened today. the only one on that list that i think has a chance to challenge HF is Cointerra. but the fact is, they are 2 mo behind HF. that is an eternity in today's market.

clearly it's a leap of faith when dealing with any of these companies b/c we just don't know all the details. and even if we did, i'm sure there are only a few of us that would understand what the hell we were looking at. we're all dependent on the knowledge level and sophistication of the engineers involved as they're bumping up against the bleeding edge of new technology.

in these situations, i do what i did. get on a plane and go visit the ppl involved. you know as well as i these guys are not a scam. they're trying their best to produce a stellar product. Simon has been working on this baby for 2 yrs on and off and more on clearly since the beginning of the year. he's clearly a brilliant guy and quite frankly, he is the reason i've plunked my $ down on the table for my order. it's a leap of faith no question. but i truly believe they've created the best situation possible for themselves in creating a quality chip. his team of 4 engineers on the *front* end with Uniquify on the back should be enough to produce what they say. and you and i know that if they do it, it will make KNC's chip look like child's play and they will only be coming in one month later than them. and as i said before, i like the fact that HF has engineers on the front end which unfortunately results in some business mistakes, like the cart the other nite. i'm investing for the long run in the best *technologists* i can find. b/c out of the Golden Nonce 1 will come the Golden Nonce 2, etc, etc. Simon has the capability to make this all happen. and, imo, there is no better than the guys out of Silicon Valley/PARC. they have all the connections and resources nearby that can create synergies and afford a great advantage.

with time, clearly the cost is going to come down under $10/gh. this will be good for small miners. all these companies will have no choice but to compete for not only the whales but the minnows, its going to be that competitive. will the mines drive out the small miners? i don't know. i think there is hope though which is why i'm willing to extend my setup beyond just my avalons. and i don't want to be late. i only started gpu mining in mid 2011. i didn't think i'd ever pay them off but the coins generated from my setup have more than paid off my rig costs given the price increase. so i'm just trying to grab and accumulate as many coins as i can before the next price ramp which is coming. i'm also probably buying my setup with more of a philosophical mindset than most others. i want to help decentralize the network as a solo miner. that's just me and my dedication to Bitcoin.

the HR is going to level off though at some point. Jeffrey Paul, aka Sneak, made a great point on Lets Talk Bitcoin. it can't go up forever in this cycle of asic development. the constraint will be limited by the amount of USD that actors are going to be capable of or willing to throw at this space. it's not infinite and it will peak out for a while. the trick will be to buy enough equipment at a low enough price to make yourself a relevant actor. who knows what that level will be or how much it will cost but i don't want to miss out on the asic revolution.

Can you ellaborate some more on why you think HF is better than all the others companies? Did you take a plane to
Sweden and China too to meet the engineering teams? Or is it that Sillicon Valley is the best?

You say KnC will be ONLY 1 month ahead - sorry man but I have to laugh. We are talking about the 28nm leading here.
HF may produce a better chip no doubt, but give me 50m lead and I can steal the golden metal from Bolt @100m sprint..

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 13, 2013, 07:45:35 AM**

> Quote from: klee on August 13, 2013, 07:18:07 AM
>> Quote from: cypherdoc on August 13, 2013, 04:12:14 AM
>>> Quote from: Bargraphics on August 13, 2013, 01:55:49 AM
>>>> Quote from: cypherdoc on August 12, 2013, 11:54:00 PM
>>>>> Quote from: Bargraphics on August 12, 2013, 11:16:35 PM
>>>>>> Quote from: cypherdoc on August 12, 2013, 11:13:03 PM
>>>>>> the way you've tended to address me so far has not encouraged any productive
>>>>>> communication. there's alot in that paragraph of yours. what is it you want me to answer?
>>>>>
>>>>> Oh just looking for a civil discussion on any or all points brought up in that post.
>>>>>
>>>>> Or since you have such close ties with HashFast, maybe their opinion?
>>>>>
>>>>> You can't deny that the landscape has changed regarding pricing since they've first announced
>>>>> their pricing. There are a number of other companies starting to come out with their prices and
>>>>> estimated delivery around the same time for much less.
>>>>
>>>> at least you and i can now make some progress.
>>>>
>>>> the Dec 31 Refund Policy is something they had in place before i even met them. how they
>>>> arrived at it, i don't know. i can tell you that from their perspective it's fair and they've said that
>>>> they fully plan on honoring it using different options i alluded to up further in this thread.
>>>>
>>>> as for taking cc's we've already gone over that and if you really disagree you should bring it up
>>>> with them.
>>>>
>>>> the only change in "pricing" that i'm aware of is KNC's reduction to $5000 in Nov. imo, and mine
>>>> alone, it seems a little bit of a desperate move to retain customers. the question is, can they
>>>> deliver at that price and still remain profitable? since you were at HashFast and signed an NDA,
>>>> i'm sure that you're aware that HF believes their chip has significant performance efficiency
>>>> advantages over KNC's as well as lower production costs.
>>>>
>>>> perhaps they have every right to have there pricing at $5600 which also happens to be the
>>>> currently the best value out there? no one actually knows until these chips and machines are
>>>> actually out there chugging away.
>>
>> I can agree that the power efficiency is probably much better if just looking at those numbers,
>> however until coins received vs electric costs get to that level KnC Shipping quicker is much better
>> (and the $600 you'd save would easily pay for the electricity gap between the lifetime of the
>> machines)
>>
>> However don't mistake this as me defending KnC, there are others being mentioned as well.
>> xCrowd, "Smart Machine" that just popped up. There will be others but those two are saying they
>> are going to be offering $6/GH for their products.
>>
>> Personally I think any above $10/GH won't see the light of day in terms of ROI come end of
>> October (This being if KnC Ships)
>>
>> I think companies need to expect $3-7/GH by November to see a return. However at that rate
>> even KnC doesn't look like a good deal.
>>
>> BUT come to think of it, KnC knows how many orders they potentially need to deliver. If they feel
>> the $5,000 price for their unit is a good deal then maybe I'm over speculating the Hashrate they
>> will release.
>>
>> Who knows, for me personally I won't buy another mining machine until we figure out exactly
>> what companies CAN deliver, if at all. There are just too many companies out now. Back when
>> KnC came out there was just Avalon, BFL, and a Russian Company called Metabank that was going
>> to offer Bitfury units (Sounds real legit hah). KnC was an easy decision.
>>
>> Now you have the following companies that all plan on selling some sort of ASIC. (In no specific
>> order)
>>
>> Avalon (Gen 2)
>> BFL
>> Bitfury
>> KnC
>> xCrowd

Case: 15-03011     Doc# 1-3     Filed: 02/17/15     Entered: 02/17/15 08:51:34     Page 3 of

HashFast
VMC
Smart Machine
ASICMiner
Labcoin
BTCGarden
CoinTerra

let me know if I missed one. As you can see though that's A LOT of choices, just too many companies to choose from.

in my mind you can cross Avalon, BFL, and for sure BTCGarden off that after what happened today. the only one on that list that i think has a chance to challenge HF is Cointerra. but the fact is, they are 2 mo behind HF. that is an eternity in today's market.

clearly it's a leap of faith when dealing with any of these companies b/c we just don't know all the details. and even if we did, i'm sure there are only a few of us that would understand what the hell we were looking at. we're all dependent on the knowledge level and sophistication of the engineers involved as they're bumping up against the bleeding edge of new technology.

in these situations, i do what i did. get on a plane and go visit the ppl involved. you know as well as i these guys are not a scam. they're trying their best to produce a stellar product. Simon has been working on this baby for 2 yrs on and off and more on clearly since the beginning of the year. he's clearly a brilliant guy and quite frankly, he is the reason i've plunked my $ down on the table for my order. it's a leap of faith no question. but i truly believe they've created the best situation possible for themselves in creating a quality chip. his team of 4 engineers on the *front* end with Uniquify on the back should be enough to produce what they say. and you and i know that if they do it, it will make KNC's chip look like child's play and they will only be coming in one month later than them. and as i said before, i like the fact that HF has engineers on the front end which unfortunately results in some business mistakes, like the cart the other nite. i'm investing for the long run in the best *technologists* i can find. b/c out of the Golden Nonce 1 will come the Golden Nonce 2, etc, etc. Simon has the capability to make this all happen. and, imo, there is no better than the guys out of Silicon Valley/PARC. they have all the connections and resources nearby that can create synergies and afford a great advantage.

with time, clearly the cost is going to come down under $10/gh. this will be good for small miners. all these companies will have no choice but to compete for not only the whales but the minnows, its going to be that competitive. will the mines drive out the small miners? i don't know. i think there is hope though which is why i'm willing to extend my setup beyond just my avalons. and i don't want to be late. i only started gpu mining in mid 2011. i didn't think i'd ever pay them off but the coins generated from my setup have more than paid off my rig costs given the price increase. so i'm just trying to grab and accumulate as many coins as i can before the next price ramp which is coming. i'm also probably buying my setup with more of a philosophical mindset than most others. i want to help decentralize the network as a solo miner. that's just me and my dedication to Bitcoin.

the HR is going to level off though at some point. Jeffrey Paul, aka Sneak, made a great point on Lets Talk Bitcoin. it can't go up forever in this cycle of asic development. the constraint will be limited by the amount of USD that actors are going to be capable of or willing to throw at this space. it's not infinite and it will peak out for a while. the trick will be to buy enough equipment at a low enough price to make yourself a relevant actor. who knows what that level will be or how much it will cost but i don't want to miss out on the asic revolution.

Can you ellaborate some more on why you think HF is better than all the others companies? Did you take a plane to
Sweden and China too to meet the engineering teams? Or is it that Sillicon Valley is the best?

You say KnC will be ONLY 1 month ahead - sorry man but I have to laugh. We are talking about the 28nm leading here.
HF may produce a better chip no doubt, but give me 50m lead and I can steal the golden metal from Bolt @100m sprint..

They're both 28nm at the moment.

No, I was only compelled to fly to Silicon Valley. Biased yes.

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
Post by: **klee** on **August 13, 2013, 07:52:50 AM**

About BTCGarden:
https://bitcointalk.org/index.php?topic=264696.msg2922049#msg2922049

All I wanna say is even if HF is THE ASIC manufacturer in terms of quality,
this is not a guarantee for success in this market.
A shitload of cheap Chinese hashes will have been released until HF delivers.
How can you compete with quantity? Quality - go for 28nm.
But there we have more than 1 competitor and the most important factor is
timing. It wouldn't matter if Japan could deploy an H-bomb a month after
Hirosima happened. A plain nuclear bomb did the job...

Title: **Re: ► ► ►HashFast Endorsement**
Post by: **klee** on **August 13, 2013, 07:55:57 AM**

> Quote from: cypherdoc on August 13, 2013, 07:45:35 AM
>> Quote from: klee on August 13, 2013, 07:18:07 AM
>>> Quote from: cypherdoc on August 13, 2013, 04:12:14 AM
>>>> Quote from: Bargraphics on August 13, 2013, 01:55:49 AM
>>>>> Quote from: cypherdoc on August 12, 2013, 11:54:00 PM
>>>>>> Quote from: Bargraphics on August 12, 2013, 11:16:35 PM
>>>>>>> Quote from: cypherdoc on August 12, 2013, 11:13:03 PM
>>>>>>> the way you've tended to address me so far has not encouraged any productive
>>>>>>> communication. there's alot in that paragraph of yours. what is it you want me to answer?
>>>>>>
>>>>>> Oh just looking for a civil discussion on any or all points brought up in that post.
>>>>>>
>>>>>> Or since you have such close ties with HashFast, maybe their opinion?
>>>>>>
>>>>>> You can't deny that the landscape has changed regarding pricing since they've first announced
>>>>>> their pricing. There are a number of other companies starting to come out with their prices and
>>>>>> estimated delivery around the same time for much less.
>>>>>
>>>>> at least you and i can now make some progress.
>>>>>
>>>>> the Dec 31 Refund Policy is something they had in place before i even met them. how they
>>>>> arrived at it, i don't know. i can tell you that from their perspective it's fair and they've said
>>>>> that they fully plan on honoring it using different options i alluded to up further in this thread.
>>>>>
>>>>> as for taking cc's we've already gone over that and if you really disagree you should bring it up
>>>>> with them.
>>>>>
>>>>> the only change in "pricing" that i'm aware of is KNC's reduction to $5000 in Nov. imo, and
>>>>> mine alone, it seems a little bit of a desperate move to retain customers. the question is, can
>>>>> they deliver at that price and still remain profitable? since you were at HashFast and signed an
>>>>> NDA, i'm sure that you're aware that HF believes their chip has significant performance
>>>>> efficiency advantages over KNC's as well as lower production costs.
>>>>>
>>>>> perhaps they have every right to have there pricing at $5600 which also happens to be the
>>>>> currently the best value out there? no one actually knows until these chips and machines are
>>>>> actually out there chugging away.
>>>>
>>>> I can agree that the power efficiency is probably much better if just looking at those numbers,
>>>> however until coins received vs electric costs get to that level KnC Shipping quicker is much
>>>> better (and the $600 you'd save would easily pay for the electricity gap between the lifetime of
>>>> the machines)
>>>>
>>>> However don't mistake this as me defending KnC, there are others being mentioned as well.
>>>> xCrowd, "Smart Machine" that just popped up. There will be others but those two are saying they
>>>> are going to be offering $6/GH for their products.
>>>>
>>>> Personally I think any above $10/GH won't see the light of day in terms of ROI come end of
>>>> October (This being if KnC Ships)
>>>>
>>>> I think companies need to expect $3-7/GH by November to see a return. However at that rate
>>>> even KnC doesn't look like a good deal.

Case: 15-03011   Doc#1-3   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 5 of

BUT come to think of it, KnC knows how many orders they potentially need to deliver. If they feel the $5,000 price for their unit is a good deal then maybe I'm over speculating the Hashrate they will release.

Who knows, for me personally I won't buy another mining machine until we figure out exactly what companies CAN deliver, if at all. There are just too many companies out now. Back when KnC came out there was just Avalon, BFL, and a Russian Company called Metabank that was going to offer Bitfury units (Sounds real legit hah). KnC was an easy decision.

Now you have the following companies that all plan on selling some sort of ASIC. (In no specific order)

Avalon (Gen 2)
BFL
Bitfury
KnC
xCrowd
HashFast
VMC
Smart Machine
ASICMiner
Labcoin
BTCGarden
CoinTerra

let me know if I missed one. As you can see though that's A LOT of choices, just too many companies to choose from.

in my mind you can cross Avalon, BFL, and for sure BTCGarden off that after what happened today. the only one on that list that i think has a chance to challenge HF is Cointerra. but the fact is, they are 2 mo behind HF. that is an eternity in today's market.

clearly it's a leap of faith when dealing with any of these companies b/c we just don't know all the details. and even if we did, i'm sure there are only a few of us that would understand what the hell we were looking at. we're all dependent on the knowledge level and sophistication of the engineers involved as they're bumping up against the bleeding edge of new technology.

in these situations, i do what i did. get on a plane and go visit the ppl involved. you know as well as i these guys are not a scam. they're trying their best to produce a stellar product. Simon has been working on this baby for 2 yrs on and off and more on clearly since the beginning of the year. he's clearly a brilliant guy and quite frankly, he is the reason i've plunked my $ down on the table for my order. it's a leap of faith no question. but i truly believe they've created the best situation possible for themselves in creating a quality chip. his team of 4 engineers on the *front* end with Uniquify on the back should be enough to produce what they say. and you and i know that if they do it, it will make KNC's chip look like child's play and they will only be coming in one month later than them. and as i said before, i like the fact that HF has engineers on the front end which unfortunately results in some business mistakes, like the cart the other nite. i'm investing for the long run in the best *technologists* i can find. b/c out of the Golden Nonce 1 will come the Golden Nonce 2, etc, etc. Simon has the capability to make this all happen. and, imo, there is no better than the guys out of Silicon Valley/PARC. they have all the connections and resources nearby that can create synergies and afford a great advantage.

with time, clearly the cost is going to come down under $10/gh. this will be good for small miners. all these companies will have no choice but to compete for not only the whales but the minnows, its going to be that competitive. will the mines drive out the small miners? i don't know. i think there is hope though which is why i'm willing to extend my setup beyond just my avalons. and i don't want to be late. i only started gpu mining in mid 2011. i didn't think i'd ever pay them off but the coins generated from my setup have more than paid off my rig costs given the price increase. so i'm just trying to grab and accumulate as many coins as i can before the next price ramp which is coming. i'm also probably buying my setup with more of a philosophical mindset than most others. i want to help decentralize the network as a solo miner. that's just me and my dedication to Bitcoin.

the HR is going to level off though at some point. Jeffrey Paul, aka Sneak, made a great point on Lets Talk Bitcoin. it can't go up forever in this cycle of asic development. the constraint will be limited by the amount of USD that actors are going to be capable of or willing to throw at this space. it's not infinite and it will peak out for a while. the trick will be to buy enough equipment at a low enough price to make yourself a relevant actor. who knows what that level will be or how much it will cost but i don't want to miss out on the asic revolution.

Can you ellaborate some more on why you think HF is better than all the others companies? Did you take a plane to
Sweden and China too to meet the engineering teams? Or is it that Sillicon Valley is the best?

> You say KnC will be ONLY 1 month ahead - sorry man but I have to laugh. We are talking about the 28nm leading here.
> HF may produce a better chip no doubt, but give me 50m lead and I can steal the golden metal from Bolt @100m sprint..

> They're both 28nm at the moment.

> No, I was only compelled to fly to Silicon Valley. Biased yes.

I am very curious though about the percentage of KnC customers switching to HF in case they start delivering LATE September, while Bitfury continues his epic run and HF offers a more compelling product..

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Ytterbium** on **August 13, 2013, 07:57:56 AM**

> Quote from: klee on August 13, 2013, 07:52:50 AM
> About BTCGarden:
> https://bitcointalk.org/index.php?topic=264696.msg2922049#msg2922049
>
> All I wanna say is even if HF is THE ASIC manufacturer in terms of quality, this is not a guarantee for success in this market.
> A shitload of cheap Chinese hashes will have been released until HF delivers. How can you compete with quantity? Quality - go for 28nm.
> But there we have more than 1 competitor and the most important factor is timing. It wouldn't matter if Japan could deploy an H-bomb a month after Hirosima happened. A plain nuclear bomb did the job...

Yeah, worrying about electrical efficiency at this point is ridiculous.

> Quote
> It wouldn't matter if Japan could deploy an H-bomb a month after Hirosima happened. A plain nuclear bomb did the job...

Actually it would have mattered a great deal. The U.S. only had two nukes at the time, the Japanese could have destroyed LA or something forcing a stalemate/cold war situation. The Japanese actually had a nuclear program but gave it up, thinking that it would be too expensive even for the U.S. to try it.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 13, 2013, 08:00:58 AM**

> Quote from: klee on August 13, 2013, 07:52:50 AM
> About BTCGarden:
> https://bitcointalk.org/index.php?topic=264696.msg2922049#msg2922049
>
> All I wanna say is even if HF is THE ASIC manufacturer in terms of quality, this is not a guarantee for success in this market.
> A shitload of cheap Chinese hashes will have been released until HF delivers. How can you compete with quantity? Quality - go for 28nm.
> But there we have more than 1 competitor and the most important factor is timing. It wouldn't matter if Japan could deploy an H-bomb a month after Hirosima happened. A plain nuclear bomb did the job...

I'm not sure I believe that.

You have to believe that quality versus quantity will win out at some point especially in this game.

Also alot of quality chips can be made cheaply

Btw, it appears a lot of Chinese chips are now happily hashing away in the wrong hands.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **klee** on **August 13, 2013, 08:02:26 AM**

> Quote from: Ytterbium on August 13, 2013, 07:57:56 AM
>
> Actually it would have mattered a great deal. The U.S. only had two nukes at the time, the Japanese could have destroyed LA or something forcing a stalemate/cold war situation. The Japanese actually had a nuclear program but gave it up, thinking that it would be too expensive even for the U.S. to try it.

Wow didn't know this!

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **klee** on **August 13, 2013, 08:04:50 AM**

> Quote from: cypherdoc on August 13, 2013, 08:00:58 AM
>
> > Quote from: klee on August 13, 2013, 07:52:50 AM
> >
> > About BTCGarden:
> > https://bitcointalk.org/index.php?topic=264696.msg2922049#msg2922049
> >
> > All I wanna say is even if HF is THE ASIC manufacturer in terms of quality, this is not a quarantee for success in this market.
> > A shitload of cheap Chinese hashes will have been released until HF delivers. How can you compete with quantity? Quality - go for 28nm.
> > But there we have more than 1 competitor and the most important factor is timing. It wouldn't matter if Japan could deploy an H-bomb a month after Hirosima happened. A plain nuclear bomb did the job...
>
> I'm not sure I believe that.
>
> You have to believe that quality versus quantity will win out at some point especially in this game.
>
> Also alot of quality chips can be made cheaply
>
> Btw, it appears a lot of Chinese chips are now happily hashing away in the wrong hands.

You mean Avalon? Do we know they hash?? Damn...

In any case I am beting on HF too through IceDrill  ;)

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 13, 2013, 08:09:18 AM**

> Quote from: klee on August 13, 2013, 07:55:57 AM
>
> > Quote from: cypherdoc on August 13, 2013, 07:45:35 AM
> >
> > > Quote from: klee on August 13, 2013, 07:18:07 AM
> > >
> > > > Quote from: cypherdoc on August 13, 2013, 04:12:14 AM
> > > >
> > > > > Quote from: Bargraphics on August 13, 2013, 01:55:49 AM
> > > > >
> > > > > > Quote from: cypherdoc on August 12, 2013, 11:54:00 PM
> > > > > >
> > > > > > > Quote from: Bargraphics on August 12, 2013, 11:16:35 PM
> > > > > > >
> > > > > > > > Quote from: cypherdoc on August 12, 2013, 11:13:03 PM
> > > > > > > >
> > > > > > > > the way you've tended to address me so far has not encouraged any productive communication.  there's alot in that paragraph of yours.  what is it you want me to answer?
> > > > > > >
> > > > > > > Oh just looking for a civil discussion on any or all points brought up in that post.
> > > > > > >
> > > > > > > Or since you have such close ties with HashFast, maybe their opinion?
> > > > > > >
> > > > > > > You can't deny that the landscape has changed regarding pricing since they've first

announced their pricing. There are a number of other companies starting to come out with their prices and estimated delivery around the same time for much less.

at least you and i can now make some progress.

the Dec 31 Refund Policy is something they had in place before i even met them.  how they arrived at it, i don't know.  i can tell you that from their perspective it's fair and they've said that they fully plan on honoring it using different options i alluded to up further in this thread.

as for taking cc's we've already gone over that and if you really disagree you should bring it up with them.

the only change in "pricing" that i'm aware of is KNC's reduction to $5000 in Nov.  imo, and mine alone, it seems a little bit of a desperate move to retain customers.  the question is, can they deliver at that price and still remain profitable?   since you were at HashFast and signed an NDA, i'm sure that you're aware that HF believes their chip has significant performance efficiency advantages over KNC's as well as lower production costs.

perhaps they have every right to have there pricing at $5600 which also happens to be the currently the best value out there?  no one actually knows until these chips and machines are actually out there chugging away.

I can agree that the power efficiency is probably much better if just looking at those numbers, however until coins received vs electric costs get to that level KnC Shipping quicker is much better (and the $600 you'd save would easily pay for the electricity gap between the lifetime of the machines)

However don't mistake this as me defending KnC, there are others being mentioned as well. xCrowd, "Smart Machine" that just popped up. There will be others but those two are saying they are going to be offering $6/GH for their products.

Personally I think any above $10/GH won't see the light of day in terms of ROI come end of October (This being if KnC Ships)

I think companies need to expect $3-7/GH by November to see a return. However at that rate even KnC doesn't look like a good deal.

BUT come to think of it, KnC knows how many orders they potentially need to deliver. If they feel the $5,000 price for their unit is a good deal then maybe I'm over speculating the Hashrate they will release.

Who knows, for me personally I won't buy another mining machine until we figure out exactly what companies CAN deliver, if at all. There are just too many companies out now. Back when KnC came out there was just Avalon, BFL, and a Russian Company called Metabank that was going to offer Bitfury units (Sounds real legit hah). KnC was an easy decision.

Now you have the following companies that all plan on selling some sort of ASIC. (In no specific order)

Avalon (Gen 2)
BFL
Bitfury
KnC
xCrowd
HashFast
VMC
Smart Machine
ASICMiner
Labcoin
BTCGarden
CoinTerra

let me know if I missed one. As you can see though that's A LOT of choices, just too many companies to choose from.

in my mind you can cross Avalon, BFL, and for sure BTCGarden off that after what happened today.  the only one on that list that i think has a chance to challenge HF is Cointerra.  but the fact is, they are 2 mo behind HF.  that is an eternity in today's market.

clearly it's a leap of faith when dealing with any of these companies b/c we just don't know all the details.  and even if we did, i'm sure there are only a few of us that would understand what the hell we were looking at.  we're all dependent on the knowledge level and sophistication of the engineers involved as they're bumping up against the bleeding edge of new technology.

in these situations, i do what i did. get on a plane and go visit the ppl involved. you know as well as i these guys are not a scam. they're trying their best to produce a stellar product. Simon has been working on this baby for 2 yrs on and off and more on clearly since the beginning of the year. he's clearly a brilliant guy and quite frankly, he is the reason i've plunked my $ down on the table for my order. it's a leap of faith no question. but i truly believe they've created the best situation possible for themselves in creating a quality chip. his team of 4 engineers on the *front* end with Uniquify on the back should be enough to produce what they say. and you and i know that if they do it, it will make KNC's chip look child's play and they will only be coming in one month later than them. and as i said before, i like the fact that HF has engineers on the front end which unfortunately results in some business mistakes, like the cart the other nite. i'm investing for the long run in the best *technologists* i can find. b/c out of the Golden Nonce 1 will come the Golden Nonce 2, etc, etc. Simon has the capability to make this all happen. and, imo, there is no better than the guys out of Silicon Valley/PARC. they have all the connections and resources nearby that can create synergies and afford a great advantage.

with time, clearly the cost is going to come down under $10/gh. this will be good for small miners. all these companies will have no choice but to compete for not only the whales but the minnows, its going to be that competitive. will the mines drive out the small miners? i don't know. i think there is hope though which is why i'm willing to extend my setup beyond just my avalons. and i don't want to be late. i only started gpu mining in mid 2011. i didn't think i'd ever pay them off but the coins generated from my setup have more than paid off my rig costs given the price increase. so i'm just trying to grab and accumulate as many coins as i can before the next price ramp which is coming. i'm also probably buying my setup with more of a philosophical mindset than most others. i want to help decentralize the network as a solo miner. that's just me and my dedication to Bitcoin.

the HR is going to level off though at some point. Jeffrey Paul, aka Sneak, made a great point on Lets Talk Bitcoin. it can't go up forever in this cycle of asic development. the constraint will be limited by the amount of USD that actors are going to be capable of or willing to throw at this space. it's not infinite and it will peak out for a while. the trick will be to buy enough equipment at a low enough price to make yourself a relevant actor. who knows what that level will be or how much it will cost but i don't want to miss out on the asic revolution.

Can you ellaborate some more on why you think HF is better than all the others companies? Did you take a plane to
Sweden and China too to meet the engineering teams? Or is it that Sillicon Valley is the best?

You say KnC will be ONLY 1 month ahead - sorry man but I have to laugh. We are talking about the 28nm leading here.
HF may produce a better chip no doubt, but give me 50m lead and I can steal the golden metal from Bolt @100m sprint..

They're both 28nm at the moment.

No, I was only compelled to fly to Silicon Valley. Biased yes.

I am very curious though about the percentage of KnC customers switching to HF in case they start delivering LATE September, while Bitfury continues his epic run and HF offers a more compelling product..

You mean there's a downside to accepting cc's?  ;)

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Ytterbium** on **August 13, 2013, 08:11:33 AM**

Quote from: cypherdoc on August 13, 2013, 08:09:18 AM

You mean there's a downside to accepting cc's?  ;)

Downside for the company, upside for the customer.

And, since we would be the customers...

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 13, 2013, 08:12:36 AM**

> > > Quote from: Ytterbium on August 13, 2013, 08:11:33 AM
> > > > Quote from: cypherdoc on August 13, 2013, 08:09:18 AM
> > > > You mean there's a downside to accepting cc's?  ;)
> > >
> > > Not for the customer, which is what we are...

:D

Now we have an understanding

## Title: Re: ► ► ►HashFast Endorsement
### Post by: klee on August 13, 2013, 08:21:46 AM

> Quote from: cypherdoc on August 13, 2013, 08:09:18 AM
> > Quote from: klee on August 13, 2013, 07:55:57 AM
> > > Quote from: cypherdoc on August 13, 2013, 07:45:35 AM
> > > > Quote from: klee on August 13, 2013, 07:18:07 AM
> > > > > Quote from: cypherdoc on August 13, 2013, 04:12:14 AM
> > > > > > Quote from: Bargraphics on August 13, 2013, 01:55:49 AM
> > > > > > > Quote from: cypherdoc on August 12, 2013, 11:54:00 PM
> > > > > > > > Quote from: Bargraphics on August 12, 2013, 11:16:35 PM
> > > > > > > > > Quote from: cypherdoc on August 12, 2013, 11:13:03 PM
> > > > > > > > > the way you've tended to address me so far has not encouraged any productive communication.  there's alot in that paragraph of yours.  what is it you want me to answer?
> > > > > > > >
> > > > > > > > Oh just looking for a civil discussion on any or all points brought up in that post.
> > > > > > > >
> > > > > > > > Or since you have such close ties with HashFast, maybe their opinion?
> > > > > > > >
> > > > > > > > You can't deny that the landscape has changed regarding pricing since they've first announced their pricing. There are a number of other companies starting to come out with their prices and estimated delivery around the same time for much less.
> > > > > > >
> > > > > > > at least you and i can now make some progress.
> > > > > > >
> > > > > > > the Dec 31 Refund Policy is something they had in place before i even met them.  how they arrived at it, i don't know.  i can tell you that from their perspective it's fair and they've said that they fully plan on honoring it using different options i alluded to up further in this thread.
> > > > > > >
> > > > > > > as for taking cc's we've already gone over that and if you really disagree you should bring it up with them.
> > > > > > >
> > > > > > > the only change in "pricing" that i'm aware of is KNC's reduction to $5000 in Nov.  imo, and mine alone, it seems a little bit of a desperate move to retain customers.  the question is, can they deliver at that price and still remain profitable?  since you were at HashFast and signed an NDA, i'm sure that you're aware that HF believes their chip has significant performance efficiency advantages over KNC's as well as lower production costs.
> > > > > > >
> > > > > > > perhaps they have every right to have there pricing at $5600 which also happens to be the currently the best value out there?  no one actually knows until these chips and machines are actually out there chugging away.
> > > > > >
> > > > > > I can agree that the power efficiency is probably much better if just looking at those numbers, however until coins received vs electric costs get to that level KnC Shipping quicker is much better (and the $600 you'd save would easily pay for the electricity gap between the lifetime of the machines)
> > > > > >
> > > > > > However don't mistake this as me defending KnC, there are others being mentioned as well. xCrowd, "Smart Machine" that just popped up. There will be others but those two are saying they are going to be offering $6/GH for their products.
> > > > > >
> > > > > > Personally I think any above $10/GH won't see the light of day in terms of ROI come end of October (This being if KnC Ships)
> > > > > >
> > > > > > I think companies need to expect $3-7/GH by November to see a return. However at that rate even KnC doesn't look like a good deal.

Case: 15-03011    Doc# 1-3    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 11 of

BUT come to think of it, KnC knows how many orders they potentially need to deliver. If they feel the $5,000 price for their unit is a good deal then maybe I'm over speculating the Hashrate they will release.

Who knows, for me personally I won't buy another mining machine until we figure out exactly what companies CAN deliver, if at all. There are just too many companies out now. Back when KnC came out there was just Avalon, BFL, and a Russian Company called Metabank that was going to offer Bitfury units (Sounds real legit hah). KnC was an easy decision.

Now you have the following companies that all plan on selling some sort of ASIC. (In no specific order)

Avalon (Gen 2)
BFL
Bitfury
KnC
xCrowd
HashFast
VMC
Smart Machine
ASICMiner
Labcoin
BTCGarden
CoinTerra

let me know if I missed one. As you can see though that's A LOT of choices, just too many companies to choose from.

in my mind you can cross Avalon, BFL, and for sure BTCGarden off that after what happened today.  the only one on that list i think has a chance to challenge HF is Cointerra.  but the fact is, they are 2 mo behind HF.  that is an eternity in today's market.

clearly it's a leap of faith when dealing with any of these companies b/c we just don't know all the details.  and even if we did, i'm sure there are only a few of us that would understand what the hell we were looking at.  we're all dependent on the knowledge level and sophistication of the engineers involved as they're bumping up against the bleeding edge of new technology.

in these situations, i do what i did.  get on a plane and go visit the ppl involved.  you know as well as i these guys are not a scam.  they're trying their best to produce a stellar product.  Simon has been working on this baby for 2 yrs on and off and more on clearly since the beginning of the year.  he's clearly a brilliant guy and quite frankly, he is the reason i've plunked my $ down on the table for my order.  it's a leap of faith no question.  but i truly believe they've created the best situation possible for themselves in creating a quality chip.  his team of 4 engineers on the *front* end with Uniquify on the back should be enough to produce what they say.  and you and i know that if they do it, it will make KNC's chip look like child's play and they will only be coming in one month later than them.  and as i said before, i like the fact that HF has engineers on the front end which unfortunately results in some business mistakes, like the cart the other nite.  i'm investing for the long run in the best *technologists* i can find.  b/c out of the Golden Nonce 1 will come the Golden Nonce 2, etc, etc.  Simon has the capability to make this all happen.  and, imo, there is no better than the guys out of Silicon Valley/PARC.  they have all the connections and resources nearby that can create synergies and afford a great advantage.

with time, clearly the cost is going to come down under $10/gh.  this will be good for small miners.  all these companies will have no choice but to compete for not only the whales but the minnows, its going to be that competitive.  will the mines drive out the small miners?  i don't know.  i think there is hope though which is why i'm willing to extend my setup beyond just my avalons.  and i don't want to be late.  i only started gpu mining in mid 2011.  i didn't think i'd ever pay them off but the coins generated from my setup have more than paid off my rig costs given the price increase.  so i'm just trying to grab and accumulate as many coins as i can before the next price ramp which is coming.  i'm also probably buying my setup with more of a philosophical mindset than most others.  i want to help decentralize the network as a solo miner.  that's just me and my dedication to Bitcoin.

the HR is going to level off though at some point.  Jeffrey Paul, aka Sneak, made a great point on Lets Talk Bitcoin.  it can't go up forever in this cycle of asic development.  the constraint will be limited by the amount of USD that actors are going to be capable of or willing to throw at this space.  it's not infinite and it will peak out for a while.  the trick will be to buy enough equipment at a low enough price to make yourself a relevant actor.  who knows what that level will be or how much it will cost but i don't want to miss out on the asic revolution.

Can you elaborate some more on why you think HF is better than all the others companies? Did you take a plane to

> Sweden and China too to meet the engineering teams? Or is it that Silicon Valley is the best?
>
> You say KnC will be ONLY 1 month ahead - sorry man but I have to laugh. We are talking about the 28nm leading here.
> HF may produce a better chip no doubt, but give me 50m lead and I can steal the golden metal from Bolt @100m sprint..
>
> They're both 28nm at the moment.
>
> No, I was only compelled to fly to Silicon Valley. Biased yes.
>
> I am very curious though about the percentage of KnC customers switching to HF in case they start delivering LATE September, while Bitfury continues his epic run and HF offers a more compelling product..
>
> You mean there's a downside to accepting cc's?  ;)

People may laugh at me but I always use coins when there is an option. It's what I did with Terrahash too even if it seems I will lose them now (no ROI). I don't beleive there can be a grey area with cryptos, it is black or white. You either enter their parallel universe with all it's pros & cons or stay safe and wage slave. I hope in time all the speculators and profit only seekers will disappear in a magical way.
BTC is digital cash, everyone should wear pants and take responsibility for their transactions. Do your search and decide if you wanna pay -  you want safety nets? go back to your fiat world..


## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 13, 2013, 08:47:22 AM**

Don't forget you can still order immediately at 800.609.3445 or email sales@hashfast.com.


## Title: Re: ► ► ►HashFast Endorsement
Post by: **Bitcoinorama** on **August 13, 2013, 12:11:31 PM**

> Quote from: cypherdoc on August 13, 2013, 08:12:36 AM
>> Quote from: Ytterbium on August 13, 2013, 08:11:33 AM
>>> Quote from: cypherdoc on August 13, 2013, 08:09:18 AM
>>> You mean there's a downside to accepting cc's?  ;)
>>
>> Not for the customer, which is what we are...
>
> :D
>
> Now we have an understanding

No dude. He is talking about buyer protection in case anything with the manufacturer went awry. You were insinuating it was ok to lay several bets across various cards and cancel as you saw fit.

One is perfectly acceptable and what consumer protection is for, the other is fraudulent card usage, and illegal.

You really need to understand this, you're meant to be representing an above board company and encouraging malpractice directly from a spokesperson is not a healthy look. Just don't go there.

**Title: Re: ►►►HashFast Endorsement**
Post by: **cypherdoc** on **August 13, 2013, 04:26:03 PM**

> Quote from: Bitcoinorama on August 13, 2013, 12:11:31 PM
> > Quote from: cypherdoc on August 13, 2013, 08:12:36 AM
> > > Quote from: Ytterbium on August 13, 2013, 08:11:33 AM
> > > > Quote from: cypherdoc on August 13, 2013, 08:09:18 AM
> > > > You mean there's a downside to accepting cc's?  ;)
> > > >
> > > > Not for the customer, which is what we are...
> > >
> > > :D
> > >
> > > Now we have an understanding
> >
> > No dude. He is talking about buyer protection in case anything with the manufacturer went awry. You were insinuating it was ok to lay several bets across various cards and cancel as you saw fit.
> >
> > One is perfectly acceptable and what consumer protection is for, the other is fraudulent card usage, and illegal.
> >
> > You really need to understand this, you're meant to be representing an above board company and encouraging malpractice directly from a spokesperson is not a healthy look. Just don't go there.

dude, you really need to let these baseless allegations go.

guess how long i had my KNC cc order in place?  answer:  **15** measly days from 7/13-7/28.  amount of order:  $21K

guess how long i had my Megabig cc order in place?  answer:  **16** measly days from 7/20-8/6.  amount of order:  $40K

as i've said many times before, if i really wanted to hurt those companies, i would've made $1M orders at each of them and waited right up until the day before shipment to request a refund to inflict max pain.  get off your high horse.

my assessment of the rapidly evolving asic company landscape changed as more info became available.   that simple.

i think everyone has to realize that Bitcoinorama stands to lose his own personal investment if ppl defect from KNC.  that is where i think alot of his motivation is coming from to smash HF and anyone related to them in the most remote way.

**Title: Re: ►►►HashFast Endorsement**
Post by: **Bitcoinorama** on **August 13, 2013, 04:37:28 PM**

> Quote from: cypherdoc on August 13, 2013, 04:26:03 PM
> > Quote from: Bitcoinorama on August 13, 2013, 12:11:31 PM
> > > Quote from: cypherdoc on August 13, 2013, 08:12:36 AM
> > > > Quote from: Ytterbium on August 13, 2013, 08:11:33 AM
> > > > > Quote from: cypherdoc on August 13, 2013, 08:09:18 AM
> > > > > You mean there's a downside to accepting cc's?  ;)
> > > > >
> > > > > Not for the customer, which is what we are...
> > > >
> > > > :D
> > > >
> > > > Now we have an understanding

No dude. He is talking about buyer protection in case anything with the manufacturer went awry. You were insinuating it was ok to lay several bets across various cards and cancel as you saw fit.

One is perfectly acceptable and what consumer protection is for, the other is fraudulent card usage, and illegal.

You really need to understand this, you're meant to be representing an above board company and encouraging malpractice directly from a spokesperson is not a healthy look. Just don't go there.

dude, you really need to let these baseless allegations go.

guess how long i had my KNC cc order in place?  answer:  **15** measly days from 7/13-7/28.  amount of order: $21K

guess how long i had my Megabig cc order in place?  answer:  **16** measly days from 7/20-8/6. amount of order:  $40K

as i've said many times before, if i really wanted to hurt those companies, i would've made $1M orders at each of them and waited right up until the day before shipment to request a refund to inflict max pain.  get off your high horse.

my assessment of the rapidly evolving asic company landscape changed as more info became available.   that simple.

i think everyone has to realize that Bitcoinorama stands to lose his own personal investment if ppl defect from KNC.  that is where i think alot of his motivation is coming from to smash HF and anyone related to them in the most remote way.

No. What you did was illegal. It's there in black and white. You admitted it publicly. Furthermore you represent this company and you are still participating as if your behaviour is acceptable.

I could delve into the many reasons as to why having a spokesman advocating fraud isn't beneficial for a fledgling company wanting to distance itself from fraudulent activity, whilst they are tentatively treading carefully to convince people they can deliver on time without secured payment means or offering refunds until well after their date if delivery. Especially after their dubious marketing activity, and claims to date.

How will I lose my personal investment? I paid by a protected payment means. KnC offer that.

You're truly awful at this;

https://bitcointalk.org/index.php?topic=272891.0

## Title: Re: ► ► ►HashFast Endorsement
## Post by: **cypherdoc** on **August 13, 2013, 04:45:42 PM**

i think you're wrong.  it's not illegal to cancel an order you've not yet received.  ppl do it all the time for a variety of reasons.  and i happen to think alot of ppl on the forum are going thru the same scenario i have. you're honestly trying to tell them they can't do this?

## Title: Re: ► ► ►HashFast Endorsement
## Post by: **yuriygeorge** on **August 13, 2013, 04:47:47 PM**

> Quote from: klee on August 13, 2013, 08:21:46 AM
> People may laugh at me but I always use coins when there is an option. It's what I did with Terrahash too even if it seems I will lose them now (no ROI).

> I don't beleive there can be a grey area with cryptos, it is black or white. You either enter their parallel universe with all it's pros & cons or stay safe and wage slave. I hope in time all the speculators and profit only seekers will disappear in a magical way.
> BTC is digital cash, everyone should wear pants and take responsibility for their transactions. Do your search and decide if you wanna pay - you want safety nets? go back to your fiat world..

+1, although I'll still order with cc if it's available...why not. But, if you have a shitload of Bitcoins from previous mining ventures, then it would make sense to pay with Bitcoins. I don't...

Quote from: Bitcoinorama on August 13, 2013, 12:11:31 PM

> No dude. He is talking about buyer protection in case anything with the manufacturer went awry. You were insinuating it was ok to lay several bets across various cards and cancel as you saw fit.
>
> One is perfectly acceptable and what consumer protection is for, the other is fraudulent card usage, and illegal.
>
> You really need to understand this, you're meant to be representing an above board company and encouraging malpractice directly from a spokesperson is not a healthy look. Just don't go there.

Is this still going on? Come on... I think you're reading way too much into what cypherdoc did with KNC, and it's coming off a little desperate and off-topic. But your call, do what you want.

Although it ain't no holy grail, I'm grateful cypherdoc is providing some info on HF, and I'm also grateful Bitcoinorama provided info on KNC. Personally, I have orders in both companies. I won't be surprised if both of them don't deliver on time, or a month or 2 late, so I'm just putting eggs in different baskets. It's 28 nm! People say KNC will deliver Sept/Oct, but who knows... What if it's Nov? and HF also Nov? It's a gamble. To me, KNC & HF seem to be a similar investment, although KNC is now at a higher stake to deliver on time. Competition is great. If HF starts rolling them out before KNC, then better hope HF is out of stock, and KNC buyers have no choice but to wait for KNC. But, if KNC delivers on time, then HF customers are stuck waiting/hoping until Dec. 31st or sooner. It is a disappointment since HF has a less incentive to deliver on time. But, I have faith that HF isn't going to try to screw people over and mine their ready-to-deliver equipment and ship last moment in December.  That would be messed up. I hope this Miner Protection Program will clear this up and will be an added incentive for HF to deliver as soon as possible.


Title: **Re: ► ► ►HashFast Endorsement**
Post by: **Bitcoinorama** on **August 13, 2013, 04:52:36 PM**

Quote from: cypherdoc on August 13, 2013, 04:45:42 PM

> i think you're wrong.  it's not illegal to cancel an order you've not yet received.  ppl do it all the time for a variety of reasons.  and i happen to think alot of ppl on the forum are going thru the same scenario i have.  you're honestly trying to tell them they can't do this?

If the intent to breach contract exists, then yes it is a criminal offence open to prosecution. I posted the legal stance with links, you provided the evidence. I'm obv. not going to report you, i don't particularly care what you as an individual have done, but you are representing a company and <u>must</u> be more careful with your actions, and what you say. Even acknowledging the practice as acceptable is awful, morseo if you encourage it's existence.

Yes, I'm honestly telling people they cannot do this. It's fraud. It's illegal.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 13, 2013, 05:00:39 PM**

> Quote from: Bitcoinorama on August 13, 2013, 04:52:36 PM
>
> > Quote from: cypherdoc on August 13, 2013, 04:45:42 PM
> >
> > i think you're wrong. it's not illegal to cancel an order you've not yet received. ppl do it all the
> > time for a variety of reasons. and i happen to think alot of ppl on the forum are going thru the
> > same scenario i have. you're honestly trying to tell them they can't do this?
>
> If the intent to breach contract exists, then yes it is a criminal offence open to prosecution. I posted
> the legal stance with links, you provided the evidence. I'm obv. not going to report you, i don't
> particularly care what you as an individual have done, but you are representing a company and <u>must</u>
> be more careful with your actions, and what you say. Even acknowledging the practice as acceptable
> is awful, morseo if you encourage it's existence.
>
> Yes, I'm honestly telling people they cannot do this. It's fraud. It's illegal.

well, that's the point. i never intended to breach any contracts. i've walked
you thru my entire step by step thought process and timeline as to how my
personal journey has evolved regarding these orders. i'll admit that one post
could have been worded much better to reflect this but i really was trying to
describe what i see happening in the marketplace in aggregate as a result of
these cc's. but if you insist on taking the negative approach and hammering
me with intentions of malice, i will continue to point to the facts as i've laid
out as evidence to the contrary.

if it comes down to it, i can easily verify those order holding dates and
lengths of time to prove my innocence of intent.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Minor Miner** on **August 13, 2013, 05:08:56 PM**

I am tired of reading this tangent.   It is polluting this forum.   I would say
more but I started my own thread with my thoughts on this BS raised by
bitcoinorama

https://bitcointalk.org/index.php?topic=273026.msg2925719

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **nullspot** on **August 13, 2013, 05:30:18 PM**

> Quote from: Minor Miner on August 13, 2013, 05:08:56 PM
>
> I am tired of reading this tangent.     It is polluting this forum.

THIS.

Bitcoinoarama (and all other cypherdoc haters) -- please go find another
thread to beat a dead horse about what constitutes fraud when canceling an
order (since your condemnation requires the proof of "thought crime" to
distinguish itself from otherwise valid use of a cancellation policy, I imagine
its going to take another 30 forum pages to "hash" it out).

Following these damn forum threads for new information is a massive chore
already. However valid your criticism may be, you're not winning any points
by choking this thread with endless bickering and hair-splitting, making the
rest of us have to wade through it in search of relevant info.

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
Post by: **cypherdoc** on **August 14, 2013, 12:58:17 AM**

for those of you waiting for the cart to come back up to order, that isn't a good idea.  the cart is still down so ppl are calling in on the 800 number and using email.

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
Post by: **Ytterbium** on **August 14, 2013, 02:20:34 AM**

It's obviously not fraud to cancel an order - although it's kind of a dick move.

However OBVIOUSLY we should want the best deal and the lowest risk for the customers, since we are the customers - this applies to HF and all the other ASIC makers. I don't know why anyone would think it would be a good idea to chop off our balls and hand them to them on a silver platter.

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
Post by: **dopamine** on **August 14, 2013, 03:43:04 AM**

Well Looks like I might need to cancel my order and maybe put the BTC into ICE.Drill looking at the hashrate go up like that kinda feels like even if you get top of line hardware you won't get a breakeven in over 6 months...

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
Post by: **minternj** on **August 14, 2013, 03:49:08 AM**

Cancel your order with who?

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
Post by: **dopamine** on **August 14, 2013, 03:55:20 AM**

cancel my order with Hashfast

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
Post by: **minternj** on **August 14, 2013, 03:56:36 AM**

How do you plan to do that? Or do you mean you haven't paid yet?

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
Post by: **Minor Miner** on **August 14, 2013, 03:58:55 AM**

> Quote from: dopamine on August 14, 2013, 03:55:20 AM
> cancel my order with Hashfast

I do not understand your point.   How would one outperform the other?   Not a dick question, i actually want to understand the way you look at the two as being completely different risk profiles.

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
Post by: **dopamine** on **August 14, 2013, 04:01:18 AM**

> Quote from: Minor Miner on August 14, 2013, 03:58:55 AM
>> Quote from: dopamine on August 14, 2013, 03:55:20 AM
>>> cancel my order with Hashfast
>> I do not understand your point.  How would one outperform the other?  Not a dick question, i actually want to understand the way you look at the two as being completely different risk profiles.

Liquidity vs Hardware that will have deprecation + Network difficulty + longer time frame to get RIO or none

## Title: Re: ► ► ►HashFast Endorsement
## Post by: Minor Miner on August 14, 2013, 04:11:48 AM

> Quote from: dopamine on August 14, 2013, 04:01:18 AM
>> Quote from: Minor Miner on August 14, 2013, 03:58:55 AM
>>> Quote from: dopamine on August 14, 2013, 03:55:20 AM
>>>> cancel my order with Hashfast
>>> I do not understand your point.  How would one outperform the other?  Not a dick question, i actually want to understand the way you look at the two as being completely different risk profiles.
>> Liquidity vs Hardware that will have deprecation + Network difficulty + longer time frame to get RIO or none

OK but you only get 75% of the same HR per BTC when you buy the shares, so the value of quick exit is high no?  I guess there should be some value of access to more gear though and DR obviously should get preference.  But, trying to wrap my head around getting a DC ready to host 500TH in three months when most of the gear you will need has 10 week lead times is not easy.   Even if they use the ambient winter air for the first 6 months, you still have a ton of air to move in a set flow.   See what I mean?   Definitely need something as AM has run its course but ActM is near impossible to model and ID is hard to figure out if you are better buying the rigs since you know you can dispatch the rigs immediately and you get 33% more GH/s per btc and I cannot picture being able to physically get that much power on line in even two-three months.
At least he is not in america where the DEA would breakdown your door with a tank thinking you had a grow op going.

## Title: Re: ► ► ►HashFast Endorsement
## Post by: minternj on August 14, 2013, 04:13:25 AM

So uhh... let us know how that hashfast refund goes. I say this because they don't have a refund policy nor can you reverse a btc transaction obviously.

## Title: Re: ► ► ►HashFast Endorsement
## Post by: cypherdoc on August 14, 2013, 05:26:44 AM

it's possible that either the Babyjet owners might get their units before Icedrill, or vice versa,  depending on delivery constraints.

## Title: Re: ► ► ►HashFast Endorsement
## Post by: Ytterbium on August 14, 2013, 05:59:56 AM

> Quote from: dopamine on August 14, 2013, 04:01:18 AM
>> Quote from: Minor Miner on August 14, 2013, 03:58:55 AM
>>> Quote from: dopamine on August 14, 2013, 03:55:20 AM

Case: 15-03011    Doc# 1-3    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 19 of 120

> cancel my order with Hashfast
> I do not understand your point.   How would one outperform the other?   Not a dick question, i
> actually want to understand the way you look at the two as being completely different risk profiles.
>
> Liquidity vs Hardware that will have deprecation + Network difficulty + longer time frame to get RIO
> or none

Haven't you been reading the thread?  You can't cancel your order.

### Title: Re: ► ► ►HashFast Endorsement
Post by: **dopamine** on **August 14, 2013, 01:07:45 PM**

Ok thanks, I guess 30 day RIO Wont happen and 90+ days will be the norm

### Title: Re: ► ► ►HashFast Endorsement
Post by: **jspielberg** on **August 14, 2013, 01:09:28 PM**

If it is 90+ you would be eligible for some kind of vague asic additional hashpower for free!

Hopefully it will be in a usable form, because I have a feeling that feature is going to get a lot of use.

### Title: Re: ► ► ►HashFast Endorsement
Post by: **dopamine** on **August 14, 2013, 01:35:39 PM**

> Quote from: jspielberg on August 14, 2013, 01:09:28 PM
> If it is 90+ you would be eligible for some kind of vague asic additional hashpower for free!
>
> Hopefully it will be in a usable form, because I have a feeling that feature is going to get a lot of use.

Can u explain?

### Title: Re: ► ► ►HashFast Endorsement
Post by: **crumbs** on **August 14, 2013, 01:38:44 PM**

> Quote from: dopamine on August 14, 2013, 01:35:39 PM
>> Quote from: jspielberg on August 14, 2013, 01:09:28 PM
>> If it is 90+ you would be eligible for some kind of vague asic additional hashpower for free!
>>
>> Hopefully it will be in a usable form, because I have a feeling that feature is going to get a lot of use.
>
> Can u explain?

If u don't break even in 90 days, you get a complimentary chip for each BabyJet you've ordered.  Do with that chip whatever you like.

### Title: Re: ► ► ►HashFast Endorsement
Post by: **dopamine** on **August 14, 2013, 01:42:04 PM**

> Quote from: crumbs on August 14, 2013, 01:38:44 PM
>> Quote from: dopamine on August 14, 2013, 01:35:39 PM
>>> Quote from: jspielberg on August 14, 2013, 01:09:28 PM

> If it is 90+ you would be eligible for some kind of vague asic additional hashpower for free!
>
> Hopefully it will be in a usable form, because I have a feeling that feature is going to get a lot of use.
>
> Can u explain?
>
> If u don't break even in 90 days, you get a complimentary chip for each BabyJet you've ordered. Do with that chip whatever you like.

So they will provide just chips?

## Title: Re: ► ► ►HashFast Endorsement
Post by: **crumbs** on **August 14, 2013, 01:51:26 PM**

> Quote from: dopamine on August 14, 2013, 01:42:04 PM
>> Quote from: crumbs on August 14, 2013, 01:38:44 PM
>>> ...
>>> If u don't break even in 90 days, you get a complimentary chip for each BabyJet you've ordered. Do with that chip whatever you like.
>>
>> So they will provide just chips?

Yup.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Kouye** on **August 14, 2013, 01:53:11 PM**

> Quote from: crumbs on August 14, 2013, 01:51:26 PM
>> Quote from: dopamine on August 14, 2013, 01:42:04 PM
>>> So they will provide just chips?
>> Yup.

Apparently, they will also provide the casing, boards, etc.
Just...not for free. ;D

## Title: Re: ► ► ►HashFast Endorsement
Post by: **jspielberg** on **August 14, 2013, 02:07:09 PM**

> Quote from: Kouye on August 14, 2013, 01:53:11 PM
>> Quote from: crumbs on August 14, 2013, 01:51:26 PM
>>> Quote from: dopamine on August 14, 2013, 01:42:04 PM
>>>> So they will provide just chips?
>>> Yup.
>>
>> Apparently, they will also provide the casing, boards, etc.
>> Just...not for free. ;D

I think that is reasonable if the "extra" cost of the hardware is reasonable.

Kouye - Do you have a link, or are you implying a "full cost" machine?

Dopamine - Here is a link to the discussion about HashFast's "Miner Protection Program"
https://bitcointalk.org/index.php?topic=272906.0

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Kouye** on **August 14, 2013, 02:15:54 PM**

I'm only assuming it will be possible to acquire them, from the protection program:

Quote from: HashFast on August 13, 2013, 07:04:06 AM

> The details:
>
> We will give you double the extra capacity you would have needed to break even (up to a maximum of 4x your original purchase). The extra capacity will be **chips only**, to be used with a **HashFast** or third party chassis.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **dopamine** on **August 14, 2013, 02:49:08 PM**

Well what do you think?

Case 1 hashfast ships to customer first before icedrill

Case 2 hashfast ships on time and is the first to ship on the date they say and more people flood into hashfast on next pre order

Case 3 delivery delay causes hashfast to provide more chips to x amount of orders

Case 4 difficulty increases so much that RIO is +180

Case 5 another company promising alot that cant deliver just like BFL

I have a preorder so im preparing an outcome I wanna say case 1 and 2 and im happy and made the right decision

## Title: Re: ► ► ►HashFast Endorsement
Post by: **jspielberg** on **August 14, 2013, 02:58:59 PM**

Quote from: dopamine on August 14, 2013, 02:49:08 PM

> Well what do you think?
>
> Case 1 hashfast ships to customer first before icedrill
>
> Case 2 hashfast ships on time and is the first to ship on the date they say and more people flood into hashfast on next pre order
>
> Case 3 delivery delay causes hashfast to provide more chips to x amount of orders
>
> Case 4 difficulty increases so much that RIO is +180
>
> Case 5 another company promising alot that cant deliver just like BFL
>
> I have a preorder so im preparing an outcome I wanna say case 1 and 2 and im happy and made the right decision

I see 2 is not impossible... but very aggressive.
My ranking of likelihood with just the available information:
3, 4, 1,  2, 5

So the probability that HashFast is going to be awesome and make their announced deadlines to me seem at one end of the probability curve, and that they are horrible and as bad as BFL and Avalon at the other end of the probability curve... both outliers.
I think they will be a little late is a high probablility.
I think difficulty in general will go up faster than anyone predicts making ROI longer than anyone predicts is also high.
And I am 50/50 on IceDrill receiving their chips first... but don't see it making much of a difference either way.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 15, 2013, 01:51:40 AM**

this is an improvement from the site:

"We are in the process of negotiating improved rates with international carriers. If we are able to secure cheaper rates than those published on our site, we will refund the difference back to our customers."

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **HashFast** on **August 15, 2013, 02:26:31 AM**

Our shop is live!

HashFast.com

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **DumbFruit** on **August 15, 2013, 03:42:33 AM**

"significantly significantly less"
I'm pretty sure that's a typo. Or are you trying to stress "significantly"?
Sounds wonky..

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **dropt** on **August 15, 2013, 07:57:14 AM**

> Quote from: Bitcoinorama on August 13, 2013, 04:52:36 PM
> Yes, I'm honestly telling people they cannot do this. It's fraud. It's illegal.

Care to share where you acquired your doctorate of jurisprudence?

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **bbxx** on **August 15, 2013, 08:02:25 AM**

> Quote from: HashFast on August 15, 2013, 02:26:31 AM
> Our shop is live!
> HashFast.com

why are you bumping topic made by shill ?
please bury it.

you have already topic about company, product, shop
what for next one in wchich 60% posts are made by shill/paid sponsor ?

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
**Post by: yuansuyi on August 15, 2013, 08:18:02 AM**

> Quote from: cypherdoc on August 08, 2013, 11:16:28 PM
>> Quote from: Xialla on August 08, 2013, 11:12:54 PM
>> OP: TLDR
>> *payment only in BTC - so where is my guarantee that you will refund me anytime? may I use escrow?
>> *not working prototype, no video or photos. just some CAD render of black box and want our money now?
>> *almost 3 months of waiting and free thousand of dollars loan. splendid.
>>
>> and because you are from USA, I should also add 20% VAT to webpage price. hm.(
>
> as Ytterbium has so eloquently pointed out, you're not going to get any asic mining company to fund the entire NRE, tapeout, and production costs just so you can buy a profitable money generating machine. otherwise, they would just mine with it.

So you think HashFast is raising money to fund NRE by preorder?

If the project failed, how about the preorder fund. If HashFast do not have enough money to pay NRE, do they has enough money to refund preorders in case of the chip not delivering.

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
**Post by: BitCsByBit on August 15, 2013, 08:27:17 AM**

> Quote from: yuansuyi on August 15, 2013, 08:18:02 AM
>> Quote from: cypherdoc on August 08, 2013, 11:16:28 PM
>>> Quote from: Xialla on August 08, 2013, 11:12:54 PM
>>> OP: TLDR
>>> *payment only in BTC - so where is my guarantee that you will refund me anytime? may I use escrow?
>>> *not working prototype, no video or photos. just some CAD render of black box and want our money now?
>>> *almost 3 months of waiting and free thousand of dollars loan. splendid.
>>>
>>> and because you are from USA, I should also add 20% VAT to webpage price. hm.(
>>
>> as Ytterbium has so eloquently pointed out, you're not going to get any asic mining company to fund the entire NRE, tapeout, and production costs just so you can buy a profitable money generating machine. otherwise, they would just mine with it.
>
> So you think HashFast is raising money to fund NRE by preorder?
>
> If the project failed, how about the preorder fund. If HashFast do not have enough money to pay NRE, do they has enough money to refund preorders in case of the chip not delivering.

Why don't they fund their NRE with the funds from the deal with IceDrill's 500TH project? 500TH is enough chips for 1250 Baby Jets.

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
**Post by: dropt on August 15, 2013, 08:43:33 AM**

> Quote from: BitCsByBit on August 15, 2013, 08:27:17 AM
>> Quote from: yuansuyi on August 15, 2013, 08:18:02 AM
>> So you think HashFast is raising money to fund NRE by preorder?
>>
>> If the project failed, how about the preorder fund. If HashFast do not have enough money to pay NRE, do they has enough money to refund preorders in case of the chip not delivering.
>
> Why don't they fund their NRE with the funds from the deal with IceDrill's 500TH project? 500TH is enough chips for 1250 Baby Jets.

   I'm certainly not privy to any details related to this matter, but I do know from personal experience that it's much easier to acquire venture capital or investment funding/loans if one can prove/produce collateral or something similar IE: millions in pre-orders.

   Pre-order doesn't have to directly fund the NRE, but it can certainly be used to pay off the loans (and whatever else) consumed in NRE costs.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **SirWizz** on **August 15, 2013, 10:58:20 AM**

> Quote from: BitCsByBit on August 15, 2013, 08:27:17 AM
> Why don't they fund their NRE with the funds from the deal with IceDrill's 500TH project? 500TH is enough chips for 1250 Baby Jets.

Because I don't think there are that many gullible people left, willing to pre-order and if I am not mistaken IceDrill had to scale back their numbers (I think it is 300TH now, not 500). I'd be surprised if they sell out of BabyJets, they will most likely ship in Nov/Dec and by that time a Jupiter and perhaps other similar hardware from other manufacturers will cost less.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 16, 2013, 05:09:02 AM**

great news coming from HF about the MPP.

if the MPP is required to hand out chips, the surrounding standard hardware will be obtainable inexpensively from online stores like Amazon. even the water cooler should only cost around $60.

the original Babyjet itself will be a mid tower case again with standard parts.

Eduardo should be releasing more specifics soon.

the sales inventory counter is dropping quickly. if you want one, you'd better move fast. there will not be an unlimited supply like with KNC.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **BitCsByBit** on **August 16, 2013, 05:29:43 AM**

Any news on multi chip units?

In one of his previous posts Simon mentioned rack mountable units.

I'd like to see a 3 chip unit for around $10K mark which I believe is achievable.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 16, 2013, 05:32:05 AM**

> Quote from: BitCsByBit on August 16, 2013, 05:29:43 AM
>
> Any news on multi chip units?
>
> In one of his previous posts Simon mentioned rack mountable units.
>
> I'd like to see a 3 chip unit for around $10K mark which I believe is achievable.

they all got bought.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **ninjarobot** on **August 16, 2013, 05:54:51 AM**

> Quote from: cypherdoc on August 16, 2013, 05:09:02 AM
>
> the original Babyjet itself will be a mid tower case again with standard parts.

Nice. Would be great if the format of the HF boards is ATX or mini-ITX compatible so you can mount them in regular PC cases.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **BitCsByBit** on **August 16, 2013, 06:01:07 AM**

> Quote from: cypherdoc on August 16, 2013, 05:32:05 AM
>
> > Quote from: BitCsByBit on August 16, 2013, 05:29:43 AM
> >
> > Any news on multi chip units?
> >
> > In one of his previous posts Simon mentioned rack mountable units.
> >
> > I'd like to see a 3 chip unit for around $10K mark which I believe is achievable.
>
> they all got bought.

I didn't see any announcements, specs or pricing for them.

Can you share any info?

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Flashman** on **August 16, 2013, 11:15:07 AM**

> Quote from: BitCsByBit on August 16, 2013, 05:29:43 AM
>
> Any news on multi chip units?

Well that's what the BJ will be if they miss. :D

I assume icedrill got all the other units.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **BitCsByBit** on **August 16, 2013, 11:23:39 AM**

> Quote from: Flashman on August 16, 2013, 11:15:07 AM
>> Quote from: BitCsByBit on August 16, 2013, 05:29:43 AM
>> Any news on multi chip units?
>
> Well that's what the BJ will be if they miss. :D
>
> I assume icedrill got all the other units.

Well IceDrill has considerably scaled the original plans down due to the lack of public interest. So I wonder who bought the rest of the planned units , assuming they were to be built.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 16, 2013, 11:23:59 AM**

Oh yes.

Babyjets ship WITH psu's internally. Therefore more portable, stackable, presentable, etc.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 16, 2013, 11:41:50 AM**

At this rate, all available units will be gone by the weekend.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 16, 2013, 11:50:51 AM**

Dudes & dudettes!  New marketing gimmick:  Socketed miner boards!1!

HashFaster is proud to announce the Hash4way & HashM8 unpopulated socketed boards, future-proofed **with 3 & 7 additional ASIC sockets**, respectively!

Due to extremely high density of the HashFast ASIC, and HashFast's promise to provide extra chips upon failed ROI, HashFaster is offering flexible, future-proof solutions to the forward-thinking Bitcoin miner.

HashFaster: *Who would'a thunked it's this easy!*™

https://ip.bitcointalk.org/?u=http%3A%2F%2Fs7.postimg.org%2F2Fmcl3sqsjv%2Fimage.png&t=547&c=N1kavjf-Nu8E2A
(http://postimage.org/)

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 16, 2013, 12:00:31 PM**

> Quote from: ninjarobot on August 16, 2013, 05:54:51 AM
>> Quote from: cypherdoc on August 16, 2013, 05:09:02 AM
>> the original Babyjet itself will be a mid tower case again with standard parts.
>
> Nice. Would be great if the format of the HF boards is ATX or mini-ITX compatible so you can mount them in regular PC cases.

The whole concept is to make it possible for the small miner to rebuild an entire Babyjet around the proprietary HF chip with parts from Amazon.

Cheaply and quickly. Also better for long term maintenance.

If you have the ability and tenacity to resource and price parts better than HF, they wish to encourage that talent. Not restrict or constrain your creativity to force you to buy their hardware. This will dovetail extremely well with the MPP.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: AussieHash on August 16, 2013, 12:45:12 PM**

> Quote from: cypherdoc on August 16, 2013, 05:32:05 AM
>> Quote from: BitCsByBit on August 16, 2013, 05:29:43 AM
>> Any news on multi chip units?
>>
>> In one of his previous posts Simon mentioned rack mountable units.
>>
>> I'd like to see a 3 chip unit for around $10K mark which I believe is achievable.
>>
>> they all got bought.

From hashfast sales

*We plan on launching our Sierra machine, which is a multi-chip design, in the beginning on November.*

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: BitCsByBit on August 16, 2013, 12:53:57 PM**

> Quote from: AussieHash on August 16, 2013, 12:45:12 PM
>> Quote from: cypherdoc on August 16, 2013, 05:32:05 AM
>>> Quote from: BitCsByBit on August 16, 2013, 05:29:43 AM
>>> Any news on multi chip units?
>>>
>>> In one of his previous posts Simon mentioned rack mountable units.
>>>
>>> I'd like to see a 3 chip unit for around $10K mark which I believe is achievable.
>>>
>>> they all got bought.
>>
>> From hashfast sales
>> *We plan on launching our Sierra machine, which is a multi-chip design, in the beginning on November.*

Thanks Aussie,

I missed that.

Edit: Hopefully it is a better deal than the BabyJet.

Case: 15-03011   Doc# 1-3   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 28 of

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **minternj** on **August 16, 2013, 02:25:06 PM**

So what happened to the verbiage about publishing the order book and weekly progress updates?

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 16, 2013, 02:46:25 PM**

> Quote from: minternj on August 16, 2013, 02:25:06 PM
> So what happened to the verbiage about publishing the order book and weekly progress updates?

good question.  pester them about it via support@hashfast.com or pm them.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 16, 2013, 06:42:48 PM**

only 179 left.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 17, 2013, 12:50:06 AM**

Guys,

I will be visiting the HashFast office within Uniquify next Tuesday.

What non-NDA type info might I collect that would most be helpful to all of you?

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **pmorici** on **August 17, 2013, 03:43:15 AM**

> Quote from: cypherdoc on August 16, 2013, 12:00:31 PM
> The whole concept is to make it possible for the small miner to rebuild an entire Babyjet around the proprietary HF chip with parts from Amazon.
>
> Cheaply and quickly. Also better for long term maintenance.
>
> If you have the ability and tenacity to resource and price parts better than HF, they wish to encourage that talent. Not restrict or constrain your creativity to force you to buy their hardware. This will dovetail extremely well with the MPP.

   I don't think anyone is worried about being able to acquire a generic case or water cooler off amazon.  What I do think is a concern is getting a PCB made and populated.  Without knowing any details about the board this chip will have be go on it's impossible to know if it could be made DIY style and since many components today are surface mound and very fine pitch I'm guessing it is going to take more than a soldering iron to put one of these together.

   Here are a couple questions I'd like answered...

   1. For those that placed orders via phone and have paid when can we expect confirmation emails and details about how to track our position in line?

2. What kind of chip package do they anticipate the ASIC being, BGA? some kind of standard socket?

3. How exactly will they calculate 'ROI' for the MPP and is that ROI in USD or BTC because they are accepting payment in BTC so my expectation is that ROI will be calculated in BTC but that isn't clear.  They should post the exact methodology they are going to use because there is a reasonable chance the MPP comes into play the way difficulty is going.

4. When will specs or details about the board needed to run these chips be released?

5. Can we get answers to at least the MPP calculation question in writing from a company rep because not that I don't trust you cypherdoc but pre-order customers are essentially taking an early investor level risk w/o any written documentation thus far.

I'm a gambler so I'm in for two but if we had more concrete answers to the above questions posted on the company website or at least by a company rep in this forum I'd be inclined to go for more.

## Title: **Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 17, 2013, 04:10:08 AM**

> Quote from: pmorici on August 17, 2013, 03:43:15 AM
>> Quote from: cypherdoc on August 16, 2013, 12:00:31 PM
>> The whole concept is to make it possible for the small miner to rebuild an entire Babyjet around the proprietary HF chip with parts from Amazon.
>>
>> Cheaply and quickly. Also better for long term maintenance.
>>
>> If you have the ability and tenacity to resource and price parts better than HF, they wish to encourage that talent. Not restrict or constrain your creativity to force you to buy their hardware. This will dovetail extremely well with the MPP.
>
> I don't think anyone is worried about being able to acquire a generic case or water cooler off amazon.  What I do think is a concern is getting a PCB made and populated.  Without knowing any details about the board this chip will have be go on it's impossible to know if it could be made DIY style and since many components today are surface mound and very fine pitch I'm guessing it is going to take more than a soldering iron to put one of these together.
>
> Here are a couple questions I'd like answered...
>
> 1. For those that placed orders via phone and have paid when can we expect confirmation emails and details about how to track our position in line?
>
> 2. What kind of chip package do they anticipate the ASIC being, BGA? some kind of standard socket?
>
> 3. How exactly will they calculate 'ROI' for the MPP and is that ROI in USD or BTC because they are accepting payment in BTC so my expectation is that ROI will be calculated in BTC but that isn't clear.  They should post the exact methodology they are going to use because there is a reasonable chance the MPP comes into play the way difficulty is going.
>
> 4. When will specs or details about the board needed to run these chips be released?
>
> 5. Can we get answers to at least the MPP calculation question in writing from a company rep because not that I don't trust you cypherdoc but pre-order customers are essentially taking an early investor level risk w/o any written documentation thus far.
>
> I'm a gambler so I'm in for two but if we had more concrete answers to the above questions posted on the company website or at least by a company rep in this forum I'd be inclined to go for more.

i will make sure all of these get answered.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **jspielberg** on **August 17, 2013, 04:21:43 AM**

> Quote from: pmorici on August 17, 2013, 03:43:15 AM
>> I don't think anyone is worried about being able to acquire a generic case or water cooler off amazon. **What I do think is a concern is getting a PCB made and populated. Without knowing any details** about the board this chip will have be go on it's impossible to know if it could be made DIY style and since many components today are surface mound and very fine pitch I'm guessing it is going to take more than a soldering iron to put one of these together.

Cypherdoc -
I also am concerned about the PCB and chip not being packaged together for the MPP (if worse comes to worse).
Could you please request that we get a company official to state that HF will provide the extra chips with any custom components that can't be readily sourced (i.e. PCBs)

I think the MPP is very innovative and is what is making most of us pre-order folk willing to gamble on HF.  I think many of us are holding back further investment until we can get confirmation that the the MPP will provide enough hardware for the technically competent but non-EE degreed to move forward.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 17, 2013, 04:25:55 AM**

> Quote from: jspielberg on August 17, 2013, 04:21:43 AM
>> Quote from: pmorici on August 17, 2013, 03:43:15 AM
>>> I don't think anyone is worried about being able to acquire a generic case or water cooler off amazon. **What I do think is a concern is getting a PCB made and populated. Without knowing any details** about the board this chip will have be go on it's impossible to know if it could be made DIY style and since many components today are surface mound and very fine pitch I'm guessing it is going to take more than a soldering iron to put one of these together.
>>
>> Cypherdoc -
>> I also am concerned about the PCB and chip not being packaged together for the MPP (if worse comes to worse).
>> Could you please request that we get a company official to state that HF will provide the extra chips with any custom components that can't be readily sourced (i.e. PCBs)
>>
>> I think the MPP is very innovative and is what is making most of us pre-order folk willing to gamble on HF.  I think many of us are holding back further investment until we can get confirmation that the the MPP will provide enough hardware for the technically competent but non-EE degreed to move forward.

i have been probing at exactly this issue since one of you brought it up the other nite.  i'm trying to get the answer but i'm not sure they even know as they are trying to get the tapeout done any day now.  i'm hoping it happens next Tuesday if i'm lucky.

don't worry, i'll get you the answer.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 18, 2013, 02:45:41 PM**

Case: 15-03011　Doc# 1-3　Filed: 02/17/15　Entered: 02/17/15 08:51:34　Page 31 of

a few comments:

1. i think cc payments have downside too. they can create a false demand picture, much like financial derivatives. anything goes wrong and those payments can vanish in an instant causing a company to implode.
2. BTC payments, otoh, show a truer picture of real demand since they can't be reversed. this is a fully voluntary payment option. given sales up to this point, it doesn't seem to be a problem for many.
3. regarding HF pre-mining with your BJ's until Dec 31: why would they do that when it would guarantee that you, as the buyer, would not get your ROI within 3 mo? you could then invoke the MPP which would force HF to give you up to 2x-4x your original hashing power for free. ex: 500GH originally bought --> 2000GH free. i've also made it clear to them that many of you are concerned about getting low cost, or at cost hardware to support those chips. the MPP encourages good behavior and an on time delivery.
4. the Dec 31 full refund date protects you from HF being totally incompetent and doing a BFL and stringing everyone's pre-orders out years on end. it gives you a full opt out provision after a reasonable amount of non-performance in terms of time if you lose faith in HF.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: Xialla on August 18, 2013, 02:48:55 PM**

Quote from: cypherdoc on August 18, 2013, 02:45:41 PM

a few comments:

1. i think cc payments have downside too. they can create a false demand picture, much like financial derivatives. anything goes wrong and those payments can vanish in an instant causing a company to implode.
2. BTC payments, otoh, show a truer picture of real demand since they can't be reversed. this is a fully voluntary payment option. given sales up to this point, it doesn't seem to be a problem for many.
3. regarding HF pre-mining with your BJ's until Dec 31: why would they do they when that would guarantee that you, as the buyer, would not get your ROI within 3 mo? you could then invoke the MPP which would force HF to give you up to 4x your original hashing power for free. ex: 500GH originally bought --> 2000GH free. i've also made it clear to them that many of you are concerned about getting low cost, or at cost hardware to support those chips. the MPP encourages good behavior and an on time delivery.
4. the Dec 31 full refund date protects you from HF being totally incompetent and doing a BFL and stringing everyone's pre-orders out years on end. it gives you a full opt out provision after a reasonable amount of non-performance in terms of time if you lose faith in HF.

you are right sir, but please try to understand customers like me, who are already pissed two times (by BFL and Avalon), so any other pre-order based company is scam and shit in advance.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 18, 2013, 02:53:14 PM**

Quote from: Xialla on August 18, 2013, 02:48:55 PM

Quote from: cypherdoc on August 18, 2013, 02:45:41 PM

a few comments:

1. i think cc payments have downside too. they can create a false demand picture, much like financial derivatives. anything goes wrong and those payments can vanish in an instant causing a company to implode.
2. BTC payments, otoh, show a truer picture of real demand since they can't be reversed. this is a fully voluntary payment option. given sales up to this point, it doesn't seem to be a problem for many.
3. regarding HF pre-mining with your BJ's until Dec 31: why would they do they when that would guarantee that you, as the buyer, would not get your ROI within 3 mo? you could then invoke the

> MPP which would force HF to give you up to 4x your original hashing power for free.  ex:  500GH
> originally bought --> 2000GH free.  i've also made it clear to them that many of you are concerned
> about getting low cost, or at cost hardware to support those chips.  the MPP encourages good
> behavior and an on time delivery.
> 4.  the Dec 31 full refund date protects you from HF being totally incompetent and doing a BFL and
> stringing everyone's pre-orders out years on end.  it gives you a full opt out provision after a
> reasonable amount of non-performance in terms of time if you lose faith in HF.
>
> you are right sir, but please try to understand customers like me, with are already pissed two times
> (by BFL and Avalon), so any other pre-order based company is scam and shit in advance.

yeah, that's really too bad.  i feel for you.  as i've said so many times here, i don't know how i made it thru the Avalon gauntlet with my batch 2 order. must be leading a clean life or something.  it makes it easier for me to promote pre-orders as a result.

i guess you have to realize that until the marketplace clamps down and forces all these companies to NOT do pre-orders then it will continue.  given the popularity of Bitcoin in general, and the demand for Asic mining equipment in particular, i don't see it happening anytime soon.

you run the risk of never getting into the game.  seriously.


## Title: Re: ► ► ►HashFast Endorsement
Post by: SirWizz on August 18, 2013, 03:21:59 PM

> Quote from: cypherdoc on August 18, 2013, 02:53:14 PM
> you run the risk of never getting into the game.  seriously.

False. Why not order from someone that accepts CC/PayPal? That way you can have at least some protection and peace of mind. If there was no alternative to paying with Bitcoin only the statement above would apply, as it is it is patently false.

The truth is HasfFast is NOT currently the best avenue for investment if you're looking into buying an ASIC and get it sometime in November/December of this year. I think most people that invested in them so far have done so only to hedge their bets (if KNC/Bitfury/Cointerra/others don't deliver, maybe HashFast will).


## Title: Re: ► ► ►HashFast Endorsement
Post by: cypherdoc on August 18, 2013, 03:31:34 PM

> Quote from: SirWizz on August 18, 2013, 03:21:59 PM
> > Quote from: cypherdoc on August 18, 2013, 02:53:14 PM
> > you run the risk of never getting into the game.  seriously.
>
> False. Why not order from someone that accepts CC/PayPal? That way you can have at least some
> protection and peace of mind. If there was no alternative to paying with Bitcoin only the statement
> above would apply, as it is it is patently false.
>
> The truth is HasfFast is NOT currently the best avenue for investment if you're looking into buying an
> ASIC and get it sometime in November/December of this year. I think most people that invested in

them so far have done so only to hedge their bets (if KNC/Bitfury/Cointerra/others don't deliver,
maybe HashFast will).

i meant in the context of not buying into a pre-order scheme.  ALL the
companies are doing that right now so you run the risk of ALL of them being
a scam cc or not.

but yes, certainly cc/pp gives you a level of protection as long as you don't
let it run beyond the 60d chargeback period.

the only counterpoint i'd make is that HF, by only accepting BTC, has
demonstrated a *restraint* to NOT bring in as much money via pre-orders as
the other companies seem not to be able to resist by using cc/pp.  they also
do want to help the BTC economy by doing it this way.  it allows BTC to
circulate and change hands to buy real products, not just Alpaca socks.

you need to give them some credit for that.

### Title: Re: ► ► ►HashFast Endorsement
Post by: **crumbs** on **August 18, 2013, 05:04:36 PM**

> Quote from: cypherdoc on August 18, 2013, 03:31:34 PM
> ...
> the only counterpoint i'd make is that HF, by only accepting BTC, has demonstrated a *restraint* to
> NOT bring in as much money via pre-orders as the other companies seem not to be able to resist by
> using cc/pp.  they also do want to help the BTC economy by doing it this way.  it allows BTC to
> circulate and change hands to buy real products, not just Alpaca socks.
> ...

This argument is absurd on its face.  The BTC will be immediately cashed out
to fiat, to pay for expenses, development & production.
If that's "circulation," simply cash out your BTC to credit card yourself, then
pay with your credit card.
It makes no difference to the bitcoin economy who cashes out bitcoins, you
or HashFast.
Cypherdoc, if you're going to spin, step up your game.

### Title: Re: ► ► ►HashFast Endorsement
Post by: **AsicShill** on **August 18, 2013, 05:36:07 PM**

We have no idea what they are doing with their BTC.  They said they had
financing already lined up.

If they have just been holding it, they have already made like 10% (103 ->
114 on Mt.Gox)
The whales seem to be pumping up the price lately for reasons unknown.

### Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 18, 2013, 05:40:49 PM**

> Quote from: crumbs on August 18, 2013, 05:04:36 PM
>> Quote from: cypherdoc on August 18, 2013, 03:31:34 PM
>> ...
>> the only counterpoint i'd make is that HF, by only accepting BTC, has demonstrated a *restraint* to
>> NOT bring in as much money via pre-orders as the other companies seem not to be able to resist

> by using cc/pp. they also do want to help the BTC economy by doing it this way. it allows BTC to
> circulate and change hands to buy real products, not just Alpaca socks.
> ...
>
> This argument is absurd on its face. The BTC will be immediately cashed out to fiat, to pay for
> expenses, development & production.
> If that's "circulation," simply cash out your BTC to credit card yourself, then pay with your credit
> card.
> It makes no difference to the bitcoin economy who cashes out bitcoins, you or HashFast.
> Cypherdoc, if you're going to spin, step up your game.

do you even bother to think before you troll?

it doesn't matter if they cash their BTC to USD via their own cc before they buy a BJ or if they use their BTC directly. it still represents an ability to use their BTC hoard to purchase something useful. the BTC is exchanging hands to someone else either way. that's called money velocity.

get it?

## Title: **Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 18, 2013, 05:48:47 PM**

> Quote from: cypherdoc on August 18, 2013, 05:40:49 PM
>> Quote from: crumbs on August 18, 2013, 05:04:36 PM
>>> Quote from: cypherdoc on August 18, 2013, 03:31:34 PM
>>> ...
>>> the only counterpoint i'd make is that HF, by only accepting BTC, has demonstrated a *restraint* to
>>> NOT bring in as much money via pre-orders as the other companies seem not to be able to resist
>>> by using cc/pp. they also do want to help the BTC economy by doing it this way. it allows BTC to
>>> circulate and change hands to buy real products, not just Alpaca socks.
>>> ...
>>
>> This argument is absurd on its face. The BTC will be immediately cashed out to fiat, to pay for
>> expenses, development & production.
>> If that's "circulation," simply cash out your BTC to credit card yourself, then pay with your credit
>> card.
>> It makes no difference to the bitcoin economy who cashes out bitcoins, you or HashFast.
>> Cypherdoc, if you're going to spin, step up your game.
>
> do you even bother to think before you troll?
>
> it doesn't matter if they cash their BTC to USD via their own cc before they buy a BJ or if they use
> their BTC directly. it still represents an ability to use their BTC hoard to purchase something useful.
> the BTC is exchanging hands to someone else either way. that's called money velocity.
>
> get it?

Cypherdoc, i'm sure you know quite well that "changing hands" does not constitute velocity.
If it was, all we'd have to do to increase BTC velocity is send each other equal amounts of BTC. I send you 1K BTC, you send me 1K BTC. We got velocity. Rinse & repeat.
Think before posting catty comebacks.

## Title: **Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 18, 2013, 05:52:51 PM**

> Quote from: crumbs on August 18, 2013, 05:48:47 PM
>> Quote from: cypherdoc on August 18, 2013, 05:40:49 PM

Case: 15-03011   Doc# 1-3   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 35 of
120

> Quote from: crumbs on August 18, 2013, 05:04:36 PM
>> Quote from: cypherdoc on August 18, 2013, 03:31:34 PM
>> ...
>> the only counterpoint i'd make is that HF, by only accepting BTC, has demonstrated a *restraint* to NOT bring in as much money via pre-orders as the other companies seem not to be able to resist by using cc/pp.  they also do want to help the BTC economy by doing it this way.  it allows BTC to circulate and change hands to buy real products, not just Alpaca socks.
>> ...
>
> This argument is absurd on its face.  The BTC will be immediately cashed out to fiat, to pay for expenses, development & production.
> If that's "circulation," simply cash out your BTC to credit card yourself, then pay with your credit card.
> It makes no difference to the bitcoin economy who cashes out bitcoins, you or HashFast.
> Cypherdoc, if you're going to spin, step up your game.
>
> do you even bother to think before you troll?
>
> it doesn't matter if they cash their BTC to USD via their own cc before they buy a BJ or if they use their BTC directly.  it still represents an ability to use their BTC hoard to purchase something useful.  the BTC is exchanging hands to someone else either way.  that's called money velocity.
>
> get it?
>
> Cypherdoc, i'm sure you know quite well that "changing hands" does not constitute velocity.
> If it was, all we'd have to do to increase BTC velocity is send each other equal amounts of BTC.  I send you 1K BTC, you send me 1K BTC.  We got velocity. Rinse & repeat.
> Think before posting catty comebacks.

but that's not what's happening here.

buyers are being given a chance to buy real hardware and dis-hoard their BTC for useful purposes.

you're constructing a straw man argument to criticize HF.


## Title: Re: ► ► ►HashFast Endorsement
## Post by: crumbs on August 18, 2013, 05:57:15 PM

> Quote from: AsicShill on August 18, 2013, 05:36:07 PM
> We have no idea what they are doing with their BTC.  They said they had financing already lined up.

If they have financing lined up, they sure don't need to take pre-orders.  Especially non-refundable pre-orders.
We've already been through this once, let's not dig up this dead hag just to beat it some more.

> Quote
> If they have just been holding it, they have already made like 10% (103 -> 114 on Mt.Gox)

I'm sure their customers would have made the same 10% if they held their coin.

> Quote
> The whales seem to be pumping up the price lately for reasons unknown.

It's called a $15+ spread.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 18, 2013, 06:06:18 PM**

Quote from: cypherdoc on August 18, 2013, 05:52:51 PM

> Quote from: crumbs on August 18, 2013, 05:48:47 PM
>
>> Quote from: cypherdoc on August 18, 2013, 05:40:49 PM
>>
>>> Quote from: crumbs on August 18, 2013, 05:04:36 PM
>>>
>>>> Quote from: cypherdoc on August 18, 2013, 03:31:34 PM
>>>>
>>>> ...
>>>> the only counterpoint i'd make is that HF, by only accepting BTC, has demonstrated a *restraint* to NOT bring in as much money via pre-orders as the other companies seem not to be able to resist by using cc/pp.  they also do want to help the BTC economy by doing it this way.  it allows BTC to circulate and change hands to buy real products, not just Alpaca socks.
>>>> ...
>>>
>>> This argument is absurd on its face.  The BTC will be immediately cashed out to fiat, to pay for expenses, development & production.
>>> If that's "circulation," simply cash out your BTC to credit card yourself, then pay with your credit card.
>>> It makes no difference to the bitcoin economy who cashes out bitcoins, you or HashFast.
>>> Cypherdoc, if you're going to spin, step up your game.
>>
>> do you even bother to think before you troll?
>>
>> it doesn't matter if they cash their BTC to USD via their own cc before they buy a BJ or if they use their BTC directly.  it still represents an ability to use their BTC hoard to purchase something useful.  the BTC is exchanging hands to someone else either way.  that's called money velocity.
>>
>> get it?
>
> Cypherdoc, i'm sure you know quite well that "changing hands" does not constitute velocity.
> If it was, all we'd have to do to increase BTC velocity is send each other equal amounts of BTC.  I send you 1K BTC, you send me 1K BTC.  We got velocity. Rinse & repeat.
> Think before posting catty comebacks.

but that's not what's happening here.

buyers are being given a chance to buy real hardware and dis-hoard their BTC for useful purposes.

you're constructing a straw man argument to criticize HF.

What's happening here is BTC being cashed out -- either by buyers, who in turn will fund their CC for a BJ, or HashFast.  The end result is exactly the same -- BTC gets cashed out.
Cashing out BTC does not help bitcoin economy, otherwise selling your coin does too.

Want to help bitcoin economy?

1.  Sell some bitcoins to yourself.
2.  Buy them back from yourself.
3. ? ? ?
4.  PROFIT!!!

Edit: Unless HashFast used your "We don't take CC because BTC velocity" argument, i'm not criticizing HashFast, just your spin.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 18, 2013, 06:10:39 PM**

Quote from: crumbs on August 18, 2013, 06:06:18 PM

> Quote from: cypherdoc on August 18, 2013, 05:52:51 PM

Case: 15-03011    Doc# 1-3    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 37 of
120

> > > > Quote from: crumbs on August 18, 2013, 05:48:47 PM
> > > Quote from: cypherdoc on August 18, 2013, 05:40:49 PM
> > Quote from: crumbs on August 18, 2013, 05:04:36 PM
> Quote from: cypherdoc on August 18, 2013, 03:31:34 PM
> ...
> the only counterpoint i'd make is that HF, by only accepting BTC, has demonstrated a *restraint* to NOT bring in as much money via pre-orders as the other companies seem not to be able to resist by using cc/pp. they also do want to help the BTC economy by doing it this way. it allows BTC to circulate and change hands to buy real products, not just Alpaca socks.
> ...

This argument is absurd on its face. The BTC will be immediately cashed out to fiat, to pay for expenses, development & production.
If that's "circulation," simply cash out your BTC to credit card yourself, then pay with your credit card.
It makes no difference to the bitcoin economy who cashes out bitcoins, you or HashFast.
Cypherdoc, if you're going to spin, step up your game.

do you even bother to think before you troll?

it doesn't matter if they cash their BTC to USD via their own cc before they buy a BJ or if they use their BTC directly. it still represents an ability to use their BTC hoard to purchase something useful. the BTC is exchanging hands to someone else either way. that's called money velocity.

get it?

Cypherdoc, i'm sure you know quite well that "changing hands" does not constitute velocity.
If it was, all we'd have to do to increase BTC velocity is send each other equal amounts of BTC. I send you 1K BTC, you send me 1K BTC. We got velocity. Rinse & repeat.
Think before posting catty comebacks.

but that's not what's happening here.

buyers are being given a chance to buy real hardware and dis-hoard their BTC for useful purposes.

you're constructing a straw man argument to criticize HF.

What's happening here is BTC being cashed out -- either by buyers, who in turn will fund their CC for a BJ, or HashFast. The end result is exactly the same -- BTC gets cashed out.
Cashing out BTC does not help bitcoin economy, otherwise selling your coin does too.

Want to help bitcoin economy?

1. Sell some bitcoins to yourself.
2. Buy them back from yourself.
3. ? ? ?
4. PROFIT!!!
Basic etiquette & rudimentary logic dictate that acknowledge the fact.

i think there's a screw loose somewhere around here.

buyers who have been holding their BTC are being given a real life chance to exchange them for something of value. those BTC don't just disappear into thin air when being used to buy a BJ whether they use them directly or exchange them for USD's first before buying the BJ.

someone has to now hold those BTC other than the original buyer. thus, they've exchanged hands and you achieve money velocity which helps the Bitcoin economy. this is economics 101.

## Title: Re: ▶ ▶ ▶HashFast Endorsement
Post by: **crumbs** on August 18, 2013, 06:18:00 PM

> Quote from: cypherdoc on August 18, 2013, 06:10:39 PM

Case: 15-03011   Doc# 1-3   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 38 of
120

Quote from: crumbs on August 18, 2013, 06:06:18 PM
Quote from: cypherdoc on August 18, 2013, 05:52:51 PM
Quote from: crumbs on August 18, 2013, 05:48:47 PM
Quote from: cypherdoc on August 18, 2013, 05:40:49 PM
Quote from: crumbs on August 18, 2013, 05:04:36 PM
Quote from: cypherdoc on August 18, 2013, 03:31:34 PM

...
the only counterpoint i'd make is that HF, by only accepting BTC, has demonstrated a *restraint* to NOT bring in as much money via pre-orders as the other companies seem not to be able to resist by using cc/pp. they also do want to help the BTC economy by doing it this way. it allows BTC to circulate and change hands to buy real products, not just Alpaca socks.
...

This argument is absurd on its face. The BTC will be immediately cashed out to fiat, to pay for expenses, development & production.
If that's "circulation," simply cash out your BTC to credit card yourself, then pay with your credit card.
It makes no difference to the bitcoin economy who cashes out bitcoins, you or HashFast.
Cypherdoc, if you're going to spin, step up your game.

do you even bother to think before you troll?

it doesn't matter if they cash their BTC to USD via their own cc before they buy a BJ or if they use their BTC directly. it still represents an ability to use their BTC hoard to purchase something useful. the BTC is exchanging hands to someone else either way. that's called money velocity.

get it?

Cypherdoc, i'm sure you know quite well that "changing hands" does not constitute velocity.
If it was, all we'd have to do to increase BTC velocity is send each other equal amounts of BTC. I send you 1K BTC, you send me 1K BTC. We got velocity. Rinse & repeat.
Think before posting catty comebacks.

but that's not what's happening here.

buyers are being given a chance to buy real hardware and dis-hoard their BTC for useful purposes.

you're constructing a straw man argument to criticize HF.

What's happening here is BTC being cashed out -- either by buyers, who in turn will fund their CC for a BJ, or HashFast. The end result is exactly the same -- BTC gets cashed out.
Cashing out BTC does not help bitcoin economy, otherwise selling your coin does too.

Want to help bitcoin economy?

1. Sell some bitcoins to yourself.
2. Buy them back from yourself.
3. ? ? ?
4. PROFIT!!!
Basic etiquette & rudimentary logic dictate that acknowledge the fact.

i think there's a screw loose somewhere around here.

buyers who have been holding their BTC are being given a real life chance to exchange them for something of value. those BTC don't just disappear into thin air when being used to buy a BJ whether they use them directly or exchange them for USD's first before buying the BJ.

someone has to now hold those BTC other than the original buyer. thus, they've exchanged hands and you achieve money velocity which helps the Bitcoin economy. this is economics 101.

Please, Cypherdoc, explain to me the difference between these two scenarios:

1. Buyer cashes out his BTC, and funds his credit card purchase of a BJ with the proceeds.

2.  Buyer sends BTC to HashFast, who then cashes it out to dollars.

Is there a difference to the bitcoin economy, if so, what is it?

Edit: Thanks for the economics lesson, but try to answer questions directly instead.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 18, 2013, 06:29:22 PM**

Quote from: crumbs on August 18, 2013, 06:18:00 PM
Quote from: cypherdoc on August 18, 2013, 06:10:39 PM
Quote from: crumbs on August 18, 2013, 06:06:18 PM
Quote from: cypherdoc on August 18, 2013, 05:52:51 PM
Quote from: crumbs on August 18, 2013, 05:48:47 PM
Quote from: cypherdoc on August 18, 2013, 05:40:49 PM
Quote from: crumbs on August 18, 2013, 05:04:36 PM
Quote from: cypherdoc on August 18, 2013, 03:31:34 PM

...
the only counterpoint i'd make is that HF, by only accepting BTC, has demonstrated a *restraint* to NOT bring in as much money via pre-orders as the other companies seem not to be able to resist by using cc/pp. they also do want to help the BTC economy by doing it this way. it allows BTC to circulate and change hands to buy real products, not just Alpaca socks.
...

This argument is absurd on its face. The BTC will be immediately cashed out to fiat, to pay for expenses, development & production.
If that's "circulation," simply cash out your BTC to credit card yourself, then pay with your credit card.
It makes no difference to the bitcoin economy who cashes out bitcoins, you or HashFast.
Cypherdoc, if you're going to spin, step up your game.

do you even bother to think before you troll?

it doesn't matter if they cash their BTC to USD via their own cc before they buy a BJ or if they use their BTC directly. it still represents an ability to use their BTC hoard to purchase something useful. the BTC is exchanging hands to someone else either way. that's called money velocity.

get it?

Cypherdoc, i'm sure you know quite well that "changing hands" does not constitute velocity.
If it was, all we'd have to do to increase BTC velocity is send each other equal amounts of BTC.
I send you 1K BTC, you send me 1K BTC. We got velocity. Rinse & repeat.
Think before posting catty comebacks.

but that's not what's happening here.

buyers are being given a chance to buy real hardware and dis-hoard their BTC for useful purposes.

you're constructing a straw man argument to criticize HF.

What's happening here is BTC being cashed out -- either by buyers, who in turn will fund their CC for a BJ, or HashFast. The end result is exactly the same -- BTC gets cashed out.
Cashing out BTC does not help bitcoin economy, otherwise selling your coin does too.

Want to help bitcoin economy?

1. Sell some bitcoins to yourself.
2. Buy them back from yourself.
3. ? ? ?
4. PROFIT!!!
Basic etiquette & rudimentary logic dictate that acknowledge the fact.

Case: 15-03011    Doc# 1-3    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 40 of
120

i think there's a screw loose somewhere around here.

buyers who have been holding their BTC are being given a real life chance to exchange them for something of value. those BTC don't just disappear into thin air when being used to buy a BJ whether they use them directly or exchange them for USD's first before buying the BJ.

someone has to now hold those BTC other than the original buyer. thus, they've exchanged hands and you achieve money velocity which helps the Bitcoin economy. this is economics 101.

Please, Cypherdoc, explain to me the difference between these two scenarios:

1. Buyer cashes out his BTC, and funds his credit card purchase of a BJ with the proceeds.
2. Buyer sends BTC to HashFast, who then cashes it out to dollars.

Is there a difference to the bitcoin economy, if so, what is it?

Edit: Thanks for the economics lesson, but try to answer questions directly instead.

i never said there was a difference btwn those 2 scenarios.

i said they both have a net positive effect on the Bitcoin economy by causing BTC to exchange hands, ie, BTC is being used for productive purposes.

this has been facilitated by the HF policy of BTC-only pricing.

## Title: Re: ► ► ►HashFast Endorsement
## Post by: crumbs on August 18, 2013, 06:43:36 PM

Quote from: cypherdoc on August 18, 2013, 06:29:22 PM
Quote from: crumbs on August 18, 2013, 06:18:00 PM
Quote from: cypherdoc on August 18, 2013, 06:10:39 PM
Quote from: crumbs on August 18, 2013, 06:06:18 PM
Quote from: cypherdoc on August 18, 2013, 05:52:51 PM
Quote from: crumbs on August 18, 2013, 05:48:47 PM
Quote from: cypherdoc on August 18, 2013, 05:40:49 PM
Quote from: crumbs on August 18, 2013, 05:04:36 PM
Quote from: cypherdoc on August 18, 2013, 03:31:34 PM
...
the only counterpoint i'd make is that HF, by only accepting BTC, has demonstrated a *restraint* to NOT bring in as much money via pre-orders as the other companies seem not to be able to resist by using cc/pp. they also do want to help the BTC economy by doing it this way. it allows BTC to circulate and change hands to buy real products, not just Alpaca socks.
...

This argument is absurd on its face. The BTC will be immediately cashed out to fiat, to pay for expenses, development & production.
If that's "circulation," simply cash out your BTC to credit card yourself, then pay with your credit card.
It makes no difference to the bitcoin economy who cashes out bitcoins, you or HashFast.
Cypherdoc, if you're going to spin, step up your game.

do you even bother to think before you troll?

it doesn't matter if they cash their BTC to USD via their own cc before they buy a BJ or if they use their BTC directly. it still represents an ability to use their BTC hoard to purchase something useful. the BTC is exchanging hands to someone else either way. that's called money velocity.

get it?

Cypherdoc, i'm sure you know quite well that "changing hands" does not constitute velocity.
If it was, all we'd have to do to increase BTC velocity is send each other equal amounts of BTC.

I send you 1K BTC, you send me 1K BTC.  We got velocity. Rinse & repeat.
Think before posting catty comebacks.

but that's not what's happening here.

buyers are being given a chance to buy real hardware and dis-hoard their BTC for useful purposes.

you're constructing a straw man argument to criticize HF.

What's happening here is BTC being cashed out -- either by buyers, who in turn will fund their CC for a BJ, or HashFast.  The end result is exactly the same -- BTC gets cashed out.
Cashing out BTC does not help bitcoin economy, otherwise selling your coin does too.

Want to help bitcoin economy?

1.  Sell some bitcoins to yourself.
2.  Buy them back from yourself.
3. ? ? ?
4.  PROFIT!!!
Basic etiquette & rudimentary logic dictate that acknowledge the fact.

i think there's a screw loose somewhere around here.

buyers who have been holding their BTC are being given a real life chance to exchange them for something of value.  those BTC don't just disappear into thin air when being used to buy a BJ whether they use them directly or exchange them for USD's first before buying the BJ.

someone has to now hold those BTC other than the original buyer.  thus, they've exchanged hands and you achieve money velocity which helps the Bitcoin economy.  this is economics 101.

Please, Cypherdoc, explain to me the difference between these two scenarios:

1.  Buyer cashes out his BTC, and funds his credit card purchase of a BJ with the proceeds.
2.  Buyer sends BTC to HashFast, who then cashes it out to dollars.

Is there a difference to the bitcoin economy, if so, what is it?

Edit: Thanks for the economics lesson, but try to answer questions directly instead.

i never said there was a difference btwn those 2 scenarios.

i said they both have a net positive effect on the Bitcoin economy by causing BTC to exchange hands, ie, BTC is being used for productive purposes.

this has been facilitated by the HF policy of BTC-only pricing.

If there is no difference between the two scenarios, why not let buyers cash out some coin, and buy with their CCs?  The buyers will be happier, while you admit that there is no difference from the BTC economic perspective.

*I can point out that by cashing out BTC, HashFast is not increasing the BTC velocity, it is increasing *the dollar velocity*, but i'm a nice guy :)


Title: **Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 18, 2013, 06:44:00 PM**

Quote from: crumbs on August 18, 2013, 05:04:36 PM

Quote from: cypherdoc on August 18, 2013, 03:31:34 PM

...
the only counterpoint i'd make is that HF, by only accepting BTC, has demonstrated a *restraint* to NOT bring in as much money via pre-orders as the other companies seem not to be able to resist by using cc/pp.  they also do want to help the BTC economy by doing it this way.  it allows BTC to circulate and change hands to buy real products, not just Alpaca socks.
...

This argument is absurd on its face.  The BTC will be immediately cashed out to fiat, to pay for

expenses, development & production.
If that's "circulation," simply cash out your BTC to credit card yourself, then pay with your credit card.
It makes no difference to the bitcoin economy who cashes out bitcoins, you or HashFast.
Cypherdoc, if you're going to spin, step up your game.

i think this is where your understanding of economics fails miserably:

you're using the term "cashing out" by the buyer or HF when someone buys a BJ as some sort of negative for the Bitcoin economy.  you think that it hurts the Bitcoin economy as if that buyer is "giving up" on Bitcoin in general.

nothing is further from the truth.  what's really happening is that BTC is now being allowed to circulate and create positive effects.  you're completely forgetting that there is someone else on the other end of that transaction who "wants" those BTC's, either the cc company or HF, thus creating an offsetting positive for the Bitcoin economy.

someone always has to hold those BTC; they don't disappear.  whoever is holding them at a given time are typically those who "want" to hold them b/c they are bullish on Bitcoin.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 18, 2013, 06:49:49 PM**

> Quote from: crumbs on August 18, 2013, 06:43:36 PM
>
> If there is no difference between the two scenarios, why not let buyers cash out some coin, and buy with their CCs?  The buyers will be happier, while you admit that there is no difference from the BTC economic perspective.
>
> *I can point out that by cashing out BTC, HashFast is not increasing the BTC velocity, it is increasing *the dollar velocity*, but i'm a nice guy :)

i just told you why; HF "wants" those BTC b/c either:

a.  they think they'll appreciate in value
b.  they think it's easier and more direct for the buyer instead of making them go thru an intermediate step of a cc company
c.  they want to avoid chargeback volatility so as to get a better idea of true demand for their product
d.  they want to help build the Bitcoin economy by encouraging BTC velocity thru the system

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: crumbs on August 18, 2013, 06:56:46 PM**

> Quote from: cypherdoc on August 18, 2013, 06:44:00 PM
>> Quote from: crumbs on August 18, 2013, 05:04:36 PM
>>> Quote from: cypherdoc on August 18, 2013, 03:31:34 PM
>>> ...
>>> the only counterpoint i'd make is that HF, by only accepting BTC, has demonstrated a *restraint* to NOT bring in as much money via pre-orders as the other companies seem not to be able to resist by using cc/pp.  they also do want to help the BTC economy by doing it this way.  it allows BTC to circulate and change hands to buy real products, not just Alpaca socks.
>>> ...

> This argument is absurd on its face.  The BTC will be immediately cashed out to fiat, to pay for
> expenses, development & production.
> If that's "circulation," simply cash out your BTC to credit card yourself, then pay with your credit
> card.
> It makes no difference to the bitcoin economy who cashes out bitcoins, you or HashFast.
> Cypherdoc, if you're going to spin, step up your game.
>
> i think this is where your understanding of economics fails miserably:
>
> you're using the term "cashing out" by the buyer or HF when someone buys a BJ as some sort of
> negative for the Bitcoin economy.  you think that it hurts the Bitcoin economy as if that buyer is
> "giving up" on Bitcoin in general.
>
> nothing is further from the truth.  what's really happening is that BTC is now being allowed to
> circulate and create positive effects.  you're completely forgetting that there is someone else on the
> other end of that transaction who "wants" those BTC's, either the cc company or HF, thus creating
> an offsetting positive for the Bitcoin economy.

You're trying to spin yet again.  I merely pointed out that there is no
difference who cashes out, the buyer or HashFast, as far as bitcoin economy
is concerned.

> Quote
> someone always has to hold those BTC; they don't disappear.  whoever is holding them at a given
> time are typically those who "want" to hold them b/c they are bullish on Bitcoin.

Cyperdoc, i'm beginning to feel guilty for assuming malice on your part --
you obviously think that money velocity is increased by simply exchanging
one currency for another, as many times as needed.
Let me help you:
If you think that cashing out BTC into dollars increases BTC velocity, or that
*buying BTC with dollars* increases BTC velocity, do this:

1.  Buy BTC with dollars from yourself, then sell it to yourself for the same
amount.
2.  You're an honest guy, you probably won't cheat yourself, so your risks
are minimal.
3.  ? ? ?
4.  Velocity!!!

### Title: Re: ▶ ▶ ▶HashFast Endorsement
### Post by: crumbs on August 18, 2013, 07:03:25 PM

> Quote from: cypherdoc on August 18, 2013, 06:49:49 PM
> > Quote from: crumbs on August 18, 2013, 06:43:36 PM
> > If there is no difference between the two scenarios, why not let buyers cash out some coin, and buy
> > with their CCs?  The buyers will be happier, while you admit that there is no difference from the
> > BTC economic perspective.
> >
> > *I can point out that by cashing out BTC, HashFast is not increasing the BTC velocity, it is
> > increasing *the dollar velocity*, but i'm a nice guy :)
>
> i just told you why; HF "wants" those BTC b/c either:
>
> a.  they think they'll appreciate in value

They're taking out a risk-free loan that they don't need for funding
development & production?  They're *investing my BTC?!*  If bitcoin price
plummets, they're going to ask for MOAR money?

Haven't we been through this already?

Quote
b. they think it's easier and more direct for the buyer instead of making them go thru an
intermediate step of a cc company

Then offer direct BTC payment as an option.  Along with CC.  Best of both
worlds?

Quote
c. they want to avoid chargeback volatility so as to get a better idea of true demand for their
product

You mean to shield themselves from people like you?  Check.  Unfortunately,
other ASIC suppliers are accepting CC.  The ones that you duped.  Good
going.

Quote
d. they want to help build the Bitcoin economy by encouraging BTC velocity thru the system

Already answered that one.  See the rest of my posts re: velocity.


### Title: Re: ► ► ►HashFast Endorsement
### Post by: cypherdoc on August 18, 2013, 07:05:00 PM

Quote from: crumbs on August 18, 2013, 06:56:46 PM
Quote from: cypherdoc on August 18, 2013, 06:44:00 PM
Quote from: crumbs on August 18, 2013, 05:04:36 PM
Quote from: cypherdoc on August 18, 2013, 03:31:34 PM

...
the only counterpoint i'd make is that HF, by only accepting BTC, has demonstrated a *restraint* to
NOT bring in as much money via pre-orders as the other companies seem not to be able to resist
by using cc/pp.  they also do want to help the BTC economy by doing it this way.  it allows BTC
to circulate and change hands to buy real products, not just Alpaca socks.
...

This argument is absurd on its face.  The BTC will be immediately cashed out to fiat, to pay for
expenses, development & production.
If that's "circulation," simply cash out your BTC to credit card yourself, then pay with your credit
card.
It makes no difference to the bitcoin economy who cashes out bitcoins, you or HashFast.
Cypherdoc, if you're going to spin, step up your game.

i think this is where your understanding of economics fails miserably:

you're using the term "cashing out" by the buyer or HF when someone buys a BJ as some sort of
negative for the Bitcoin economy.  you think that it hurts the Bitcoin economy as if that buyer is
"giving up" on Bitcoin in general.

nothing is further from the truth.  what's really happening is that BTC is now being allowed to
circulate and create positive effects.  you're completely forgetting that there is someone else on the
other end of that transaction who "wants" those BTC's, either the cc company or HF, thus creating
an offsetting positive for the Bitcoin economy.

You're trying to spin yet again.  I merely pointed out that there is no difference who cashes out, the
buyer or HashFast, as far as bitcoin economy is concerned.

Quote
someone always has to hold those BTC; they don't disappear.  whoever is holding them at a given
time are typically those who "want" to hold them b/c they are bullish on Bitcoin.

Cyperdoc, i'm beginning to feel guilty for assuming malice on your part -- you obviously think that
money velocity is increased by simply exchanging one currency for another, as many times as

> needed.
> Let me help you:
> If you think that cashing out BTC into dollars increases BTC velocity, or that *buying BTC with
> dollars* increases BTC velocity, do this:
>
> 1. Buy BTC with dollars from yourself, then sell it to yourself for the same amount.
> 2. You're an honest guy, you probably won't cheat yourself, so your risks are minimal.
> 3. ? ? ?
> 4. Velocity!!!

would you please stop the strawman arguments?

i keep talking about what is really going on here by HF having a BTC-only
policy.  that policy IS helping the Bitcoin economy.

otoh, you keep using this strawman argument of buying and selling to
yourself as some sort of evidence that they aren't.  of course, the latter
doesn't improve the Bitcoin economy.  but that is not what HF is doing, is it?

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
**Post by: Vagnavs on August 18, 2013, 07:07:41 PM**

how about BTC with escrow? Why not offer that. Good for the community
and buyer

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
**Post by: crumbs on August 18, 2013, 07:13:31 PM**

> Quote from: Vagnavs on August 18, 2013, 07:07:41 PM
> how about BTC with escrow? Why not offer that. Good for the community and buyer

They probably haven't thought of that, those techy types -- head in the
clouds, so scattered when it comes to money.  I think it's a great idea.
Cypherdoc, please don't forget to thank the gentleman.

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
**Post by: cypherdoc on August 18, 2013, 07:19:28 PM**

> Quote from: crumbs on August 18, 2013, 07:03:25 PM
> > Quote from: cypherdoc on August 18, 2013, 06:49:49 PM
> > > Quote from: crumbs on August 18, 2013, 06:43:36 PM
> > > If there is no difference between the two scenarios, why not let buyers cash out some coin, and
> > > buy with their CCs?  The buyers will be happier, while you admit that there is no difference from
> > > the BTC economic perspective.
> > >
> > > *I can point out that by cashing out BTC, HashFast is not increasing the BTC velocity, it is
> > > increasing *the dollar velocity*, but i'm a nice guy :)
> >
> > i just told you why; HF "wants" those BTC b/c either:
> >
> > a.  they think they'll appreciate in value
>
> They're taking out a risk-free loan that they don't need for funding development & production?
> They're *investing my BTC?!*  If bitcoin price plummets, they're going to ask for MOAR money?
> Haven't we been through this already?

wow, you are sure good at letting your imagination run wild!  FUD

> Quote
>> Quote
>> b.  they think it's easier and more direct for the buyer instead of making them go thru an intermediate step of a cc company
>
> Then offer direct BTC payment as an option.  Along with CC.  Best of both worlds?
>
> Quote
>
> i just told you why they don't accept cc's.  your opinion that they should is just that; your opinion.
>> Quote
>> c.  they want to avoid chargeback volatility so as to get a better idea of true demand for their product
>
> You mean to shield themselves from people like you?  Check.  Unfortunately, other ASIC suppliers are accepting CC.  The ones that you duped.  Good going.

this is what ppl like you do when their logic breaks down, they try to make a strawman attack on their opponents character.

> Quote
>> Quote
>> d.  they want to help build the Bitcoin economy by encouraging BTC velocity thru the system
>
> Already answered that one.  See the rest of my posts re: velocity.

the only thing you've answered is that you don't understand monetary velocity.

## Title: **Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 18, 2013, 07:21:46 PM**

> Quote from: cypherdoc on August 18, 2013, 07:05:00 PM
> ...
> i keep talking about what is really going on here by HF having a BTC-only policy.  that policy IS helping the Bitcoin economy.
> ...

Cypherdoc, if they cash out BTC to fiat, BTC economy is not helped.
Otherwise, the best thing for BTC economy is "OMG SELL ALL THE COINS!1!"
It is not.
Selling coins for dollars is not good for BTC economy.
It makes no difference to BTC economy.
It does not constitute velocity.
Get it?

## Title: **Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 18, 2013, 07:25:05 PM**

> Quote from: crumbs on August 18, 2013, 07:21:46 PM
>> Quote from: cypherdoc on August 18, 2013, 07:05:00 PM
>> ...
>> i keep talking about what is really going on here by HF having a BTC-only policy.  that policy IS helping the Bitcoin economy.
>> ...

> Cypherdoc, if they cash out BTC to fiat, BTC economy is not helped.
> Otherwise, the best thing for BTC economy is "OMG SELL ALL THE COINS!1!"  It is not.
> Selling coins for dollars is not good for BTC economy.
> It makes no difference to BTC economy.
> It does not constitute velocity.
> Get it?

ah yes.  see, i did indeed correctly pinpoint your misunderstanding of
economics.  you need to read this again carefully.  i know it's hard but you'll
get it eventually:

Quote

> i think this is where your understanding of economics fails miserably:
>
> you're using the term "cashing out" by the buyer or HF when someone buys a BJ as some sort of
> negative for the Bitcoin economy.  you think that it hurts the Bitcoin economy as if that buyer is
> "giving up" on Bitcoin in general.
>
> nothing is further from the truth.  what's really happening is that BTC is now being allowed to
> circulate and create positive effects.  you're completely forgetting that there is someone else on the
> other end of that transaction who "wants" those BTC's, either the cc company or HF, thus creating
> an offsetting positive for the Bitcoin economy.
>
> someone always has to hold those BTC; they don't disappear.  whoever is holding them at a given
> time are typically those who "want" to hold them b/c they are bullish on Bitcoin.

## Title: Re: ► ► ►HashFast Endorsement
## Post by: crumbs on August 18, 2013, 07:36:30 PM

> Quote from: cypherdoc on August 18, 2013, 07:19:28 PM
> > Quote from: crumbs on August 18, 2013, 07:03:25 PM
> > > Quote from: cypherdoc on August 18, 2013, 06:49:49 PM
> > > > Quote from: crumbs on August 18, 2013, 06:43:36 PM
> > > > > If there is no difference between the two scenarios, why not let buyers cash out some coin, and
> > > > > buy with their CCs?  The buyers will be happier, while you admit that there is no difference from
> > > > > the BTC economic perspective.
> > > > >
> > > > > *I can point out that by cashing out BTC, HashFast is not increasing the BTC velocity, it is
> > > > > increasing *the dollar velocity*, but i'm a nice guy :)
> > > >
> > > > i just told you why; HF "wants" those BTC b/c either:
> > > >
> > > > a.  they think they'll appreciate in value
> > >
> > > They're taking out a risk-free loan that they don't need for funding development & production?
> > > They're *investing my BTC?!*  If bitcoin price plummets, they're going to ask for MOAR money?
> > > Haven't we been through this already?
> >
> > wow, you are sure good at letting your imagination run wild!  FUD

Fud?  But that's exactly what you have suggested.  Unless they are using my
pre-order money to fund development and production, in which case they're
cashing those coins out to dollars, and it makes no difference what BTC
does.  If they're playing the market with my coin, and the price falls, will
they be asking me for more money?

Quote

> Quote
> > Quote
> > > b.  they think it's easier and more direct for the buyer instead of making them go thru an
> > > intermediate step of a cc company

Case: 15-03011    Doc# 1-3    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 48 of

> Then offer direct BTC payment as an option. Along with CC. Best of both worlds?
>
> > Quote
>
> i just told you why they don't accept cc's. your opinion that they should is just that; your opinion.

I'm replying to your assertion: *"they think it's easier and more direct for the buyer instead of making them go thru an intermediate step of a cc company"*

If they are indeed worried that it's too inconvenient for their customers to use credit cards, why *disallow* credit card use? Why not leave the option on the table? Or are you trying to be too clever?

> > Quote
> > > Quote
> > > > Quote
> > > > c. they want to avoid chargeback volatility so as to get a better idea of true demand for their product
> > >
> > > You mean to shield themselves from people like you? Check. Unfortunately, other ASIC suppliers are accepting CC. The ones that you duped. Good going.
> >
> > this is what ppl like you do when their logic breaks down, they try to make a strawman attack on their opponents character.

I'm not attacking your character, though character is exactly what a spokesman is selling. And the attack is far from a straw man -- you have regaled us with tales of your credit card daring-do to game those companies. Well played.

> > Quote
> > > Quote
> > > > Quote
> > > > d. they want to help build the Bitcoin economy by encouraging BTC velocity thru the system
> > >
> > > Already answered that one. See the rest of my posts re: velocity.
> >
> > the only thing you've answered is that you don't understand monetary velocity.

Please go back and reread my posts. Slowly. Learn them by heart. Knowledge is power, Cypherdoc.

### Title: **Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 18, 2013, 07:42:13 PM**

> Quote from: crumbs on August 18, 2013, 07:36:30 PM
> > Quote from: cypherdoc on August 18, 2013, 07:19:28 PM
> > > Quote from: crumbs on August 18, 2013, 07:03:25 PM
> > > > Quote from: cypherdoc on August 18, 2013, 06:49:49 PM
> > > > > Quote from: crumbs on August 18, 2013, 06:43:36 PM
> > > > > If there is no difference between the two scenarios, why not let buyers cash out some coin, and buy with their CCs? The buyers will be happier, while you admit that there is no difference from the BTC economic perspective.
> > > > >
> > > > > *I can point out that by cashing out BTC, HashFast is not increasing the BTC velocity, it is increasing *the dollar velocity*, but i'm a nice guy :)
> > > >
> > > > i just told you why; HF "wants" those BTC b/c either:

a. they think they'll appreciate in value

They're taking out a risk-free loan that they don't need for funding development & production? They're *investing my BTC?!* If bitcoin price plummets, they're going to ask for MOAR money? Haven't we been through this already?

wow, you are sure good at letting your imagination run wild! FUD

Fud? But that's exactly what you have suggested. Unless they are using my pre-order money to fund development and production, in which case they're cashing those coins out to dollars, and it makes no difference what BTC does. If they're playing the market with my coin, and the price falls, will they be asking me for more money?

Quote

Quote

Quote

b. they think it's easier and more direct for the buyer instead of making them go thru an intermediate step of a cc company

Then offer direct BTC payment as an option. Along with CC. Best of both worlds?

Quote

i just told you why they don't accept cc's. your opinion that they should is just that; your opinion.

I'm replying to your assertion: *"they think it's easier and more direct for the buyer instead of making them go thru an intermediate step of a cc company"*
If they are indeed worried that it's too inconvenient for their customers to use credit cards, why *disallow* credit card use? Why not leave the option on the table? Or are you trying to be too clever?

Quote

Quote

Quote

c. they want to avoid chargeback volatility so as to get a better idea of true demand for their product

You mean to shield themselves from people like you? Check. Unfortunately, other ASIC suppliers are accepting CC. The ones that you duped. Good going.

this is what ppl like you do when their logic breaks down, they try to make a strawman attack on their opponents character.

I'm not attacking your character, though character is exactly what a spokesman is selling. And the attack is far from a straw man -- you have regaled us with tales of your credit card daring-do to game those companies. Well played.

Quote

Quote

Quote

d. they want to help build the Bitcoin economy by encouraging BTC velocity thru the system

Already answered that one. See the rest of my posts re: velocity.

the only thing you've answered is that you don't understand monetary velocity.

Please go back and reread my posts. Slowly. Learn them by heart. Knowledge is power, Cypherdoc.

oh crumbs, why are your arguments so crumby? ;)

here's an example from Wikipedia on monetary velocity:

Illustration

*If, for example, in a very small economy, a farmer and a mechanic, with just $50 between them, buy new goods and services from each other in just three transactions over the course of a year*

> *Farmer spends $50 on tractor repair from mechanic.*
> *Mechanic buys $40 of corn from farmer.*
> *Mechanic spends $10 on barn cats from farmer.*

*then $100 changed hands in the course of a year, even though there is only $50 in this little economy. That $100 level is possible because each dollar was spent on new goods and services an average of twice a year, which is to say that the velocity was 2/yr. Note that if the farmer bought a used tractor from the mechanic or made a gift to the mechanic, it would not go into the numerator of velocity because that transaction would not be part of this tiny economy's gross domestic product.*

thus, by HF enabling BTC to move from buyer's hands to HF and then onto another buyer, monetary velocity is increasing.  not only that, it's enabling a new Bitcoin company to establish itself thus once again growing the economy.

lame crumbs, lame.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: crumbs on August 18, 2013, 07:46:17 PM**

> Quote from: cypherdoc on August 18, 2013, 07:42:13 PM
>
> ...
>
> oh crumbs, why are your arguments so crumby?  ;)
>
> here's an example from Wikipedia on monetary velocity:
>
> Illustration
>
> *If, for example, in a very small economy, a farmer and a mechanic, with just $50 between them, buy new goods and services from each other in just three transactions over the course of a year*
>
> > *Farmer spends $50 on tractor repair from mechanic.*
> > *Mechanic buys $40 of corn from farmer.*
> > *Mechanic spends $10 on barn cats from farmer.*
>
> *then $100 changed hands in the course of a year, even though there is only $50 in this little economy. That $100 level is possible because each dollar was spent on new goods and services an average of twice a year, which is to say that the velocity was 2/yr. Note that if the farmer bought a used tractor from the mechanic or made a gift to the mechanic, it would not go into the numerator of velocity because that transaction would not be part of this tiny economy's gross domestic product.*
>
> thus, by HF enabling BTC to move from buyer's hands to HF and then onto another buyer, monetary velocity is increasing.  not only that, it's enabling a new Bitcoin company to establish itself thus once again growing the economy.
>
> lame crumbs, lame.

Cypherdoc, have you noticed that nowhere in the wikip example do you have an instance of money being exchanged for another currency?  Would you like to guess why that is, or are you going to keep flailing?

Edit:  When HashFast sells BTC for dollars:

a: BTC velocity is increased.
b. Dollar velocity is increased.
c. HashFast velocity is increased.
d. None of the above.
e. All of the above.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 18, 2013, 07:49:13 PM**

> Quote from: crumbs on August 18, 2013, 07:46:17 PM
>> Quote from: cypherdoc on August 18, 2013, 07:42:13 PM
>> ...
>>
>> oh crumbs, why are your arguments so crumby?  ;)
>>
>> here's an example from Wikipedia on monetary velocity:
>>
>> Illustration
>>
>> *If, for example, in a very small economy, a farmer and a mechanic, with just $50 between them, buy new goods and services from each other in just three transactions over the course of a year*
>>
>>> *Farmer spends $50 on tractor repair from mechanic.*
>>> *Mechanic buys $40 of corn from farmer.*
>>> *Mechanic spends $10 on barn cats from farmer.*
>>
>> *then $100 changed hands in the course of a year, even though there is only $50 in this little economy. That $100 level is possible because each dollar was spent on new goods and services an average of twice a year, which is to say that the velocity was 2/yr. Note that if the farmer bought a used tractor from the mechanic or made a gift to the mechanic, it would not go into the numerator of velocity because that transaction would not be part of this tiny economy's gross domestic product.*
>>
>> thus, by HF enabling BTC to move from buyer's hands to HF and then onto another buyer, monetary velocity is increasing.  not only that, it's enabling a new Bitcoin company to establish itself thus once again growing the economy.
>>
>> lame crumbs, lame.
>
> Cypherdoc, have you noticed that nowhere in the wikip example do you have an instance of money being exchanged for another currency?  Would you like to guess why that is, or are you going to keep flailing?

it's irrelevant.  the point is that the BTC movement by itself is enabling a new company to grow, buyers to dishoard to obtain a new machine, and for the Bitcoin economy to grow.

it also increases demand for BTC in general as they are needed to complete the tx.

end of story.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **crumbs** on **August 18, 2013, 07:52:29 PM**

> Quote from: cypherdoc on August 18, 2013, 07:49:13 PM
>> Quote from: crumbs on August 18, 2013, 07:46:17 PM
>>> Quote from: cypherdoc on August 18, 2013, 07:42:13 PM
>>> ...

oh crumbs, why are your arguments so crumby? ;)

here's an example from Wikipedia on monetary velocity:

Illustration

*If, for example, in a very small economy, a farmer and a mechanic, with just $50 between them, buy new goods and services from each other in just three transactions over the course of a year*

> *Farmer spends $50 on tractor repair from mechanic.*
> *Mechanic buys $40 of corn from farmer.*
> *Mechanic spends $10 on barn cats from farmer.*

*then $100 changed hands in the course of a year, even though there is only $50 in this little economy. That $100 level is possible because each dollar was spent on new goods and services an average of twice a year, which is to say that the velocity was 2/yr. Note that if the farmer bought a used tractor from the mechanic or made a gift to the mechanic, it would not go into the numerator of velocity because that transaction would not be part of this tiny economy's gross domestic product.*

thus, by HF enabling BTC to move from buyer's hands to HF and then onto another buyer, monetary velocity is increasing. not only that, it's enabling a new Bitcoin company to establish itself thus once again growing the economy.

lame crumbs, lame.

Cypherdoc, have you noticed that nowhere in the wikip example do you have an instance of money being exchanged for another currency? Would you like to guess why that is, or are you going to keep flailing?

it's irrelevant. the point is that the BTC movement by itself is enabling a new company to grow, buyers to dishoard to obtain a new machine, and for the Bitcoin economy to grow.

it also increases demand for BTC in general as they are needed to complete the tx.

end of story.

:D :D Increases the what for what when they have to sell it for dollars??? What happens to prices when market supply is increased? :D :D

UR a lolacoster. End of story.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 18, 2013, 07:58:11 PM**

Quote from: crumbs on August 18, 2013, 07:52:29 PM
Quote from: cypherdoc on August 18, 2013, 07:49:13 PM
Quote from: crumbs on August 18, 2013, 07:46:17 PM
Quote from: cypherdoc on August 18, 2013, 07:42:13 PM

...

oh crumbs, why are your arguments so crumby? ;)

here's an example from Wikipedia on monetary velocity:

Illustration

*If, for example, in a very small economy, a farmer and a mechanic, with just $50 between them, buy new goods and services from each other in just three transactions over the course of a year*

> *Farmer spends $50 on tractor repair from mechanic.*
> *Mechanic buys $40 of corn from farmer.*
> *Mechanic spends $10 on barn cats from farmer.*

*then $100 changed hands in the course of a year, even though there is only $50 in this little economy. That $100 level is possible because each dollar was spent on new goods and services*

Case: 15-03011   Doc# 1-3   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 53 of 120

an average of twice a year, which is to say that the velocity was 2/yr. Note that if the farmer bought a used tractor from the mechanic or made a gift to the mechanic, it would not go into the numerator of velocity because that transaction would not be part of this tiny economy's gross domestic product.

thus, by HF enabling BTC to move from buyer's hands to HF and then onto another buyer, monetary velocity is increasing.  not only that, it's enabling a new Bitcoin company to establish itself thus once again growing the economy.

lame crumbs, lame.

Cypherdoc, have you noticed that nowhere in the wikip example do you have an instance of money being exchanged for another currency?  Would you like to guess why that is, or are you going to keep flailing?

it's irrelevant.  the point is that the BTC movement by itself is enabling a new company to grow, buyers to dishoard to obtain a new machine, and for the Bitcoin economy to grow.

it also increases demand for BTC in general as they are needed to complete the tx.

end of story.

:D :D  Increases the what for what when they have to sell it for dollars???  What happens to prices when market supply is increased?  :D :D

UR a lolacoster.  End of story.

once again, you're forgetting that there are willing buyers on the other side of that tx who are more than willing to take the BTC if and when HF has to sell.  this is the definition of a tx in a free market; both a willing buyer and a willing seller.

and btw, have you noticed the BTC price rising lately?  the willingness of the buyers seems to be dominating.

## Title: Re: ► ► ►HashFast Endorsement
## Post by: crumbs on August 18, 2013, 08:08:35 PM

Quote from: cypherdoc on August 18, 2013, 07:58:11 PM
Quote from: crumbs on August 18, 2013, 07:52:29 PM
Quote from: cypherdoc on August 18, 2013, 07:49:13 PM
Quote from: crumbs on August 18, 2013, 07:46:17 PM
Quote from: cypherdoc on August 18, 2013, 07:42:13 PM
...

oh crumbs, why are your arguments so crumby?  ;)

here's an example from Wikipedia on monetary velocity:

Illustration

If, for example, in a very small economy, a farmer and a mechanic, with just $50 between them, buy new goods and services from each other in just three transactions over the course of a year

    Farmer spends $50 on tractor repair from mechanic.
    Mechanic buys $40 of corn from farmer.
    Mechanic spends $10 on barn cats from farmer.

then $100 changed hands in the course of a year, even though there is only $50 in this little economy. That $100 level is possible because each dollar was spent on new goods and services an average of twice a year, which is to say that the velocity was 2/yr. Note that if the farmer bought a used tractor from the mechanic or made a gift to the mechanic, it would not go into the numerator of velocity because that transaction would not be part of this tiny economy's gross domestic product.

Case: 15-03011    Doc# 1-3    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 54 of

thus, by HF enabling BTC to move from buyer's hands to HF and then onto another buyer, monetary velocity is increasing. not only that, it's enabling a new Bitcoin company to establish itself thus once again growing the economy.

lame crumbs, lame.

Cypherdoc, have you noticed that nowhere in the wikip example do you have an instance of money being exchanged for another currency? Would you like to guess why that is, or are you going to keep flailing?

it's irrelevant. the point is that the BTC movement by itself is enabling a new company to grow, buyers to dishoard to obtain a new machine, and for the Bitcoin economy to grow.

it also increases demand for BTC in general as they are needed to complete the tx.

end of story.

:D :D Increases the what for what when they have to sell it for dollars??? What happens to prices when market supply is increased? :D :D

UR a lolacoster. End of story.

once again, you're forgetting that there are willing buyers on the other side of that tx who are more than willing to take the BTC if and when HF has to sell. this is the definition of a tx in a free market; both a willing buyer and a willing seller.

and btw, have you noticed the BTC price rising lately? the willingness of the buyers seems to be dominating.

Cypherdoc, if HashFast puts the BTC they got from buyers on Gox, what do you suppose will happen to BTC price?
a. It will spike, because increased supply without a change in demand translates to higher prices.
b. It will plumet, because increased supply without a change in demand translates to falling prices.

And i've noticed a $15 spread between Gox & the rest of the world. If HashFast sells on Gox, how long do you suppose it will take to get some dollars?
If(not long)
{(arbitrage with Bitstamp); //PROFIT!!!!!}

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 18, 2013, 08:20:03 PM**

> Quote from: crumbs on August 18, 2013, 08:08:35 PM
> Cypherdoc, if HashFast puts the BTC they got from buyers on Gox, what do you suppose will happen to BTC price?
> a. It will spike, because increased supply without a change in demand translates to higher prices.
> b. It will plumet, because increased supply without a change in demand translates to falling prices.
>
> And i've noticed a $15 spread between Gox & the rest of the world. If HashFast sells on Gox, how long do you suppose it will take to get some dollars?
> If(not long)
> {(arbitrage with Bitstamp); //PROFIT!!!!!}

your inability to focus on the original argument here is quite annoying.

you claim that b/c HF is conducting BTC-only tx's, it is somehow bad for the Bitcoin economy. i've argued the exact opposite.

you are wrong.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: crumbs on August 18, 2013, 08:32:16 PM**

Answer the question, a or b? ^^^ >:(

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 18, 2013, 08:36:24 PM**

> Quote from: crumbs on August 18, 2013, 08:32:16 PM
> Answer the question, a or b? ^^^ >:(

bwahahahaha!

it doesn't matter what the price on gox does if they put up the BTC for sale. there's no way to predict what will happen short term.

furthermore, you seem to not to be able to wrap your crumb brain around the fact that by transacting in BTC, HF does indeed help the Bitcoin economy.  :D

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: SirWizz on August 18, 2013, 08:44:06 PM**

> Quote from: cypherdoc on August 18, 2013, 08:36:24 PM
> furthermore, you seem to not to be able to wrap your crumb brain around the fact that transacting in BTC, HF does indeed help the Bitcoin economy.  :D

I am sure the help will be **massive**, really justifying the BTC only policy... And to top it off 0% protection for the buyer! (yay) It will help both the dollar and BTC, are you two really going to argue about percentages now? The point is HF is not doing this to "help the BTC", that's just ridiculous ::).

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: crumbs on August 18, 2013, 08:55:15 PM**

> Quote from: cypherdoc on August 18, 2013, 08:36:24 PM
> > Quote from: crumbs on August 18, 2013, 08:32:16 PM
> > Answer the question, a or b? ^^^ >:(
>
> bwahahahaha!
>
> it doesn't matter what the price on gox does if they put up the BTC for sale.  there's no way to predict what will happen short term.
>
> furthermore, you seem to not to be able to wrap your crumb brain around the fact that by transacting in BTC, HF does indeed help the Bitcoin economy.  :D

I offer you a rudimentary supply and demand question.
You do not answer it, insulting me instead.
I remind you to answer my question, get no answer and another insult in reply.
This has been your hallmark throughout this thread -- stubborn avoidance of

inconvenient topics and escalating insults.
Enjoy your endorsement thread.

## Title: **Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 18, 2013, 08:57:03 PM**

> Quote from: SirWizz on August 18, 2013, 08:44:06 PM
>> Quote from: cypherdoc on August 18, 2013, 08:36:24 PM
>> furthermore, you seem to not be able to wrap your crumb brain around the fact that by
>> transacting in BTC, HF does indeed help the Bitcoin economy.  :D
>
> I am sure the help will be **massive**, really justifying the BTC only policy... And to top it off 0%
> protection for the buyer! (yay) It will help both the dollar and BTC, are you two really going to argue
> about percentages now? The point is HF is not doing this to "help the BTC", that's just ridiculous ::).

perhaps.

but greed unleashed in the free market can have all sorts of unintended
positive effects.  i already mentioned one; helping the Bitcoin economy
whether intentional or not.   there's also a restraining effect on how they
view their own books.  perhaps they'll proceed more carefully if their orders
aren't inflated to enormous proportions by allowing cc/pp.  perhaps they'll
avoid a bank account freeze imposed by the US gov't like what happened to
gox.  perhaps we have a 100% rise in the price of BTC thus doubling their
balance sheets.  we've already had a mini-rise of about 10%.

but to say that by conducting BTC-only tx's is a net negative to the Bitcoin
economy is ridiculous.

## Title: **Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 18, 2013, 08:59:43 PM**

> Quote from: crumbs on August 18, 2013, 08:55:15 PM
>> Quote from: cypherdoc on August 18, 2013, 08:36:24 PM
>>> Quote from: crumbs on August 18, 2013, 08:32:16 PM
>>> Answer the question, a or b? ^^^ >:(
>>
>> bwahahahaha!
>>
>> it doesn't matter what the price on gox does if they put up the BTC for sale.  there's no way to
>> predict what will happen short term.
>>
>> furthermore, you seem to not be able to wrap your crumb brain around the fact that by
>> transacting in BTC, HF does indeed help the Bitcoin economy.  :D
>
> I offer you a rudimentary supply and demand question.
> You do not answer it, insulting me instead.
> I remind you to answer my question, get no answer and another insult in reply.
> This has been your hallmark throughout this thread -- stubborn avoidance of inconvenient topics and
> escalating insults.
> Enjoy your endorsement thread.

ah, come on crumbs, don't be mad, be happy. ;D

## Title: **Re: ► ► ►HashFast Endorsement**
**Post by: crumbs on August 18, 2013, 09:06:26 PM**

> Quote from: cypherdoc on August 18, 2013, 08:57:03 PM

> Quote from: SirWizz on August 18, 2013, 08:44:06 PM
>> Quote from: cypherdoc on August 18, 2013, 08:36:24 PM
>>> furthermore, you seem to not to be able to wrap your crumb brain around the fact that by transacting in BTC, HF does indeed help the Bitcoin economy.  :D
>>
>> I am sure the help will be **massive**, really justifying the BTC only policy... And to top it off 0% protection for the buyer! (yay) It will help both the dollar and BTC, are you two really going to argue about percentages now? The point is HF is not doing this to "help the BTC", that's just ridiculous ::).
>
> perhaps.
>
> but greed unleashed in the free market can have all sorts of unintended positive effects.

...and sure as hell all sorts of negative ones, intentional or otherwise :D

[...]
> Quote
>> but to say that by conducting BTC-only tx's is a net negative to the Bitcoin economy is ridiculous.

It is not a BTC-only transaction when they cash out.  It's a BTC->dollars transaction.  Your refusal to acknowledge this is becoming silly.  HashFast is selling those BTCs for $$$, get it?  If you do not agree, and think that the BTC will not be sold by HashFast, please state that now, so we don't have to keep going in circles.

Now then, is HashFast *not* selling the BTC for dollars?  >:(

Edit:
> Quote
>> ah, come on crumbs, don't be mad, be happy.  ;D

>:( >:( >:( >:( >:( >:( >:(

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 18, 2013, 09:15:09 PM**

> Quote from: crumbs on August 18, 2013, 09:06:26 PM
>> Quote from: cypherdoc on August 18, 2013, 08:57:03 PM
>>> Quote from: SirWizz on August 18, 2013, 08:44:06 PM
>>>> Quote from: cypherdoc on August 18, 2013, 08:36:24 PM
>>>>> furthermore, you seem to not to be able to wrap your crumb brain around the fact that by transacting in BTC, HF does indeed help the Bitcoin economy.  :D
>>>>
>>>> I am sure the help will be **massive**, really justifying the BTC only policy... And to top it off 0% protection for the buyer! (yay) It will help both the dollar and BTC, are you two really going to argue about percentages now? The point is HF is not doing this to "help the BTC", that's just ridiculous ::).
>>>
>>> perhaps.
>>>
>>> but greed unleashed in the free market can have all sorts of unintended positive effects.
>>
>> ...and sure as hell all sorts of negative ones, intentional or otherwise :D
>>
>> [...]
>> Quote
>>> but to say that by conducting BTC-only tx's is a net negative to the Bitcoin economy is ridiculous.
>>
>> It is not a BTC-only transaction when they cash out.  It's a BTC->dollars transaction.  Your refusal to acknowledge this is becoming silly.  HashFast is selling those BTCs for $$$, get it? If you do not agree, and think that the BTC will not be sold by HashFast, please state that now, so we don't have to keep going in circles.

Case: 15-03011    Doc# 1-3    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 58 of
120

Now then, is HashFast *not* selling the BTC for dollars?  >:(

Edit:
Quote

ah, come on crumbs, don't be mad, be happy.  ;D

>:( >:( >:( >:( >:( >:( >:(

dude, how many times do i have to say this to you?

you're fixated on only 1/2 the tx.  on the other side of that same tx is someone who "wants" those BTC's that HF is selling. and yes, they are happily "giving up" their USD's to get them.

and the fact is there are ALOT of ppl who wants those same BTC's.  how do we know this?  the exchange rate is going UP.

so how does that translate into some kind of negative?

## Title: **Re: ► ► ►HashFast Endorsement**
## Post by: **crumbs** on **August 18, 2013, 09:35:29 PM**

Quote from: cypherdoc on August 18, 2013, 09:15:09 PM

Quote from: crumbs on August 18, 2013, 09:06:26 PM

Quote from: cypherdoc on August 18, 2013, 08:57:03 PM

Quote from: SirWizz on August 18, 2013, 08:44:06 PM

Quote from: cypherdoc on August 18, 2013, 08:36:24 PM

furthermore, you seem to not be able to wrap your crumb brain around the fact that by transacting in BTC, HF does indeed help the Bitcoin economy.  :D

I am sure the help will be **massive**, really justifying the BTC only policy... And to top it off 0% protection for the buyer! (yay) It will help both the dollar and BTC, are you two really going to argue about percentages now? The point is HF is not doing this to "help the BTC", that's just ridiculous ::).

perhaps.

but greed unleashed in the free market can have all sorts of unintended positive effects.

...and sure as hell all sorts of negative ones, intentional or otherwise :D

[...]
Quote

but to say that by conducting BTC-only tx's is a net negative to the Bitcoin economy is ridiculous.

It is not a BTC-only transaction when they cash out.  It's a BTC->dollars transaction.  Your refusal to acknowledge this is becoming silly.  HashFast is selling those BTCs for $$$, get it?  If you do not agree, and think that the BTC will not be sold by HashFast, please state that now, so we don't have to keep going in circles.

Now then, is HashFast *not* selling the BTC for dollars?  >:(

Edit:
Quote

ah, come on crumbs, don't be mad, be happy.  ;D

>:( >:( >:( >:( >:( >:( >:(

dude, how many times do i have to say this to you?

you're fixated on only 1/2 the tx.  on the other side of that same tx is someone who "wants" those BTC's that HF is selling. and yes, they are happily "giving up" their USD's to get them.

and the fact is there are ALOT of ppl who wants those same BTC's.  how do we know this?  the exchange rate is going UP.

so how does that translate into some kind of negative?

And yet again you failed to answer my question >:(
As far as exchange rate going up, which one?  While we were talking, Gox fell $1+, which is also meaningless -- now the spread's only $14.
The bulls like to say that you only lose if you sell.
That works the other way around too -- you only *win* when you sell, the rest is just numbers on the screen.
Don't let this distract you from answering my question about supply & demand :)

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
**Post by: cypherdoc on August 18, 2013, 09:39:28 PM**

the fact of the matter is that by conducting BTC-only tx's, HF is helping to advance the Bitcoin economy by increasing BTC velocity.

end of story.

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
**Post by: jjiimm_64 on August 18, 2013, 09:55:03 PM**

Can you guys move that to economics section ;)

On another subject.  BFL just released (pre order) a 600Gh PCI mining card for less then the HF baby jet at 400.......

Can we have some more information about the  mining profit guarantee?  Is it true it is just the chip?  How will a noob like myself be able to capitalize on it?

Jim

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
**Post by: crumbs on August 18, 2013, 10:08:02 PM**

> Quote from: cypherdoc on August 18, 2013, 09:39:28 PM
> the fact of the matter is that by conducting BTC-only tx's, HF is helping to advance the Bitcoin economy by increasing BTC velocity.
>
> end of story.

No answer for the nth time. >:(

I can only repeat that there's no BTC-only transactions here, the BTC gets sold for $$$ as soon as HashFast gets it.
HashFast has to sell this BTC on the open market, flooding the market with BTC.
More BTC for sale on the open market doesn't increase demand, so price has to fall if BTC to be sold.
My BTC is worth less.

Your BTC is worth less.  Why?  Because we were forced to pay with BTC to a party that is *guaranteed to sell it on the market.*  Not hold.  Sell.

More BTC on the order books *needing to be sold* is a bad thing, Cypherdoc.

My neighbor, the cop, once told me: "People are confused about what we do.  We're not your friends and we're not here to help."  That also applies to people who ask you for money on the interwebz, Cypherdoc.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 18, 2013, 10:19:53 PM**

> Quote from: crumbs on August 18, 2013, 10:08:02 PM
>> Quote from: cypherdoc on August 18, 2013, 09:39:28 PM
>> the fact of the matter is that by conducting BTC-only tx's, HF is helping to advance the Bitcoin economy by increasing BTC velocity.
>>
>> end of story.
>
> No answer for the nth time. >:(
>
> I can only repeat that there's no BTC-only transactions here, the BTC gets sold for $$$ as soon as HashFast gets it.
> HashFast has to sell this BTC on the open market, flooding the market with BTC.
> More BTC for sale on the open market doesn't increase demand, so price has to fall if BTC to be sold.
>
> My BTC is worth less.
> Your BTC is worth less.  Why?  Because we were forced to pay with BTC to a party that is *guaranteed to sell it on the market.*  Not hold.  Sell.
>
> More BTC on the order books *needing to be sold* is a bad thing, Cypherdoc.
>
> My neighbor, the cop, once told me: "People are confused about what we do.  We're not your friends and we're not here to help."  That also applies to people who ask you for money on the interwebz, Cypherdoc.

that's idiotic.

i could just as easily point to all those ppl who *had* to scramble to buy BTC prior to buy the BJ's.  this would only cause your BTC to up in value.

and i could just like you come to the ludicrous conclusion that price could only go *up* as a result.  therefore, it can only be good for the economy.  ::)

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **erschiessen** on **August 18, 2013, 10:21:54 PM**

Crumbs pwns cypherdoc the 'supposed' bitcoin-eco-dude.

The paid HashFast shil ignores the real questions and cherry-picks the fun stuff to banter about.

Hashfast is protecting themselves alone with their BTC only policy.

Not the network, community or customer. Only Hashfast.

Nails in their own coffin.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: crumbs on August 18, 2013, 10:22:52 PM**

> Quote from: cypherdoc on August 18, 2013, 10:19:53 PM
>> Quote from: crumbs on August 18, 2013, 10:08:02 PM
>>> Quote from: cypherdoc on August 18, 2013, 09:39:28 PM
>>> the fact of the matter is that by conducting BTC-only tx's, HF is helping to advance the Bitcoin economy by increasing BTC velocity.
>>>
>>> end of story.
>>
>> No answer for the nth time. >:(
>>
>> I can only repeat that there's no BTC-only transactions here, the BTC gets sold for $$$ as soon as HashFast gets it.
>> HashFast has to sell this BTC on the open market, flooding the market with BTC.
>> More BTC for sale on the open market doesn't increase demand, so price has to fall if BTC to be sold.
>> My BTC is worth less.
>> Your BTC is worth less.  Why?  Because we were forced to pay with BTC to a party that is *guaranteed to sell it on the market.*  Not hold.  Sell.
>>
>> More BTC on the order books *needing to be sold* is **bad thing**, Cypherdoc.
>>
>> My neighbor, the cop, once told me: "People are confused about what we do.  We're not your friends and we're not here to help."  That also applies to people who ask you for money on the interwebz, Cypherdoc.
>
> that's idiotic.
>
> i could just as easily point to all those ppl who *had* to scramble to buy BTC prior to buy the BJ's.
>
> and i could just like you come to the ludicrous conclusion that price could only go *up* as a result.

I'm afraid you'd be dead-wrong.  Assuming the same amount of BTC is bought & sold leaves us exactly where we started.  Learn to math :)

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 18, 2013, 10:25:37 PM**

> Quote from: crumbs on August 18, 2013, 10:22:52 PM
>> Quote from: cypherdoc on August 18, 2013, 10:19:53 PM
>>> Quote from: crumbs on August 18, 2013, 10:08:02 PM
>>>> Quote from: cypherdoc on August 18, 2013, 09:39:28 PM
>>>> the fact of the matter is that by conducting BTC-only tx's, HF is helping to advance the Bitcoin economy by increasing BTC velocity.
>>>>
>>>> end of story.
>>>
>>> No answer for the nth time. >:(
>>>
>>> I can only repeat that there's no BTC-only transactions here, the BTC gets sold for $$$ as soon as HashFast gets it.
>>> HashFast has to sell this BTC on the open market, flooding the market with BTC.
>>> More BTC for sale on the open market doesn't increase demand, so price has to fall if BTC to be sold.

> My BTC is worth less.
> Your BTC is worth less.  Why?  Because we were forced to pay with BTC to a party that is
> *guaranteed to sell it on the market.*  Not hold.  Sell.
>
> More BTC on the order books *needing to be sold* is a **bad thing**, Cypherdoc.
>
> My neighbor, the cop, once told me: "People are confused about what we do.  We're not your
> friends and we're not here to help."  That also applies to people who ask you for money on the
> interwebz, Cypherdoc.

> that's idiotic.
>
> i could just as easily point to all those ppl who *had* to scramble to buy BTC prior to buy the BJ's.
>
> and i could just like you come to the ludicrous conclusion that price could only go *up* as a result.

> I'm afraid you'd be dead-wrong.  Assuming the same amount of BTC is bought & sold leaves us
> exactly where we started.  Learn to math :)

i could only be dead wrong if you were wrong also.

so it sounds like you agree with me, the same amount of BTC is bought &
sold therefore the net effect is zero.  which is what i was arguing all along.
 the effects on the exchange rate is irrelevant.

not BAD like you're arguing.


## Title: **Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 18, 2013, 10:51:41 PM**

> Quote from: Bitcoinorama on August 18, 2013, 10:49:10 PM
> Cypherdoc, what currency are Hashfast intending to pay their suppliers in?

you'll have to ask them.


## Title: **Re: ► ► ►HashFast Endorsement**
Post by: **bcp19** on **August 18, 2013, 10:58:08 PM**

> Quote from: crumbs on August 18, 2013, 10:08:02 PM
> > Quote from: cypherdoc on August 18, 2013, 09:39:28 PM
> > the fact of the matter is that by conducting BTC-only tx's, HF is helping to advance the Bitcoin
> > economy by increasing BTC velocity.
> >
> > end of story.
>
> No answer for the nth time. >:(
>
> I can only repeat that there's no BTC-only transactions here, the BTC gets sold for $$$ as soon as
> HashFast gets it.
> HashFast has to sell this BTC on the open market, flooding the market with BTC.
> More BTC for sale on the open market doesn't increase demand, so price has to fall if BTC to be sold.
>
> My BTC is worth less.
> Your BTC is worth less.  Why?  Because we were forced to pay with BTC to a party that is
> *guaranteed to sell it on the market.*  Not hold.  Sell.
>
> More BTC on the order books *needing to be sold* is a **bad thing**, Cypherdoc.
>
> My neighbor, the cop, once told me: "People are confused about what we do.  We're not your friends

and we're not here to help." That also applies to people who ask you for money on the interwebz, Cypherdoc.

1) If HashFast sells BTC for USD immediately, price will drop.
2) If they sell for slightly less than others selling, price will ultimately drop.
3) If they place a sell order larger than the smallest one price may remain same, decrease or increase.

Most likely though it is #1

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
**Post by: AsicShill on August 18, 2013, 11:14:37 PM**

The economics discussion with crumb has gotten boring.

We don't know what they do with the BTC. Maybe they throw it all into a cold wallet incase they need to refund. Maybe they buy hookers and blow with it and it stays in the "btc economy"... the fact is you don't know... and I don't know.

All of the Asic vendors take Bitcoin as well as fiat... Some of the more dramatic (ahem Avalon ahem) are Bitcoin only and they don't seem to have sold any on the open market; millions more than Hashfast is planning to get with their pre-order. If you are really concerned about buying crap with bitcoin go complain to Yifu.

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
**Post by: vokain on August 19, 2013, 05:45:13 AM**

> Quote from: cypherdoc on August 16, 2013, 11:23:59 AM
> Oh yes.
>
> Babyjets ship WITH psu's internally. Therefore more portable, stackable, presentable, etc.

Seeing as the multi-chip units got bought/are imminent, you're saying I can stack these babyjets without heating being an issue? Still trying to find space :P at least this means I don't have to break my lease by sneaking an electrician in the house to install special power lines.

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
**Post by: vokain on August 19, 2013, 05:52:48 AM**

> Quote from: cypherdoc on August 18, 2013, 06:49:49 PM
>> Quote from: crumbs on August 18, 2013, 06:43:36 PM
>> If there is no difference between the two scenarios, why not let buyers cash out some coin, and buy with their CCs? The buyers will be happier, while you admit that there is no difference from the BTC economic perspective.
>>
>> *I can point out that by cashing out BTC, HashFast is not increasing the BTC velocity, it is increasing *the dollar velocity*, but i'm a nice guy :)
>
> i just told you why; HF "wants" those BTC b/c either:
>
> a. they think they'll appreciate in value
> b. they think it's easier and more direct for the buyer instead of making them go thru an intermediate step of a cc company

c. they want to avoid chargeback volatility so as to get a better idea of true demand for their product
d. they want to help build the Bitcoin economy by encouraging BTC velocity thru the system

So why not have a fixed BTC price for their machines? My BTC is worth more now, though arguably my spot in line might be worth more as well

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: vokain on August 19, 2013, 06:00:37 AM**

I'm convinced crumbs is here only to hopefully discredit cypherdoc because if cypherdoc eventually lets down and finally ignores crumbs, like any sane person with a life will do, crumbs will declare a victory over the whole matter, despite his multiple logical fallacies. I've been in arguments with these kinds of people before, it's stressful. Typically it's an ego thing, but even then they eventually let up if proven wrong enough times. For some reason crumbs isn't.. Can someone do a whois into this guy? Curious as to what his motivations are.

Btw: cypher already disclosed his motivation(s), so don't turn this around on him

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: vokain on August 19, 2013, 06:16:15 AM**

> Quote from: crumbs on August 18, 2013, 08:55:15 PM
>> Quote from: cypherdoc on August 18, 2013, 08:36:24 PM
>>> Quote from: crumbs on August 18, 2013, 08:32:16 PM
>>> Answer the question, a or b? ^^^ >:(
>>
>> bwahahahaha!
>>
>> it doesn't matter what the price on gox does if they put up the BTC for sale. there's no way to predict what will happen short term.
>>
>> furthermore, you seem to not be able to wrap your crumb brain around the fact that by transacting in BTC, HF does indeed help the Bitcoin economy. :D
>
> I offer you a rudimentary supply and demand question.
> You do not answer it, insulting me instead.
> I remind you to answer my question, get no answer and another insult in reply.
> This has been your hallmark throughout this thread -- stubborn avoidance of inconvenient topics and escalating insults.
> Enjoy your endorsement thread.

Supply and demand is irrelevant for what cypher has been trying to get through your head.
http://en.m.wikipedia.org/wiki/Network_effect
BTC sell on gox=distribution=more hands
More hands=greater valuation
More coins for sale from Hashfast doesn't mean bitcoin valuation will go down, in fact, the very opposite in the long run. But price may still go down short term as selling pressure temporarily increases

Price=!valuation of economy

> Quote from: vokain on August 19, 2013, 04:32:03 AM

> ^I'd say everything that comprises bitcoin right now is much more than 1B, ie the Network. Market cap (ie shares*$spot) does not equal valuation.
>
> For one, you cannot sell 11.5M bitcoins for $1B at market. Slippage. Same thing with buying $1B. You can't just raise the price 100% doing that, the price would be much much higher. Might be more cost effective to buy a mining monopoly instead.

To add, because buying and selling BTC on an exchange for fiat isn't what gives bitcoins their value and worth, but the buying and selling of goods for bitcoin IS (along with unseizability, transportability, etc properties), cypherdoc beat your argument based on falty presumptions. End of that idiotic argument. Over.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: AussieHash on August 19, 2013, 06:25:59 AM**

Even more idiotic about this exchange. HF accept bank deposits. I paid with an international transfer.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: HashFast on August 19, 2013, 07:04:21 AM**

Hi Everyone,

We launched a blog today:
HashFast.com/blog

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: crumbs on August 19, 2013, 10:50:12 AM**

> Quote from: cypherdoc on August 18, 2013, 10:25:37 PM
>> Quote from: crumbs on August 18, 2013, 10:22:52 PM
>>> Quote from: cypherdoc on August 18, 2013, 10:19:53 PM
>>>> Quote from: crumbs on August 18, 2013, 10:08:02 PM
>>>>> Quote from: cypherdoc on August 18, 2013, 09:39:28 PM
>>>>>> the fact of the matter is that by conducting BTC-only tx's, HF is helping to advance the Bitcoin economy by increasing BTC velocity.
>>>>>>
>>>>>> end of story.
>
> No answer for the nth time. >:(
>
> I can only repeat that there's no BTC-only transactions here, the BTC gets sold for $$$ as soon as HashFast gets it.
> HashFast has to sell this BTC on the open market, flooding the market with BTC.
> More BTC for sale on the open market doesn't increase demand, so price has to fall if BTC to be sold.
> My BTC is worth less.
> Your BTC is worth less. Why? Because we were forced to pay with BTC to a party that is *guaranteed to sell it on the market.* Not hold. Sell.
>
> More BTC on the order books *needing to be sold* is a bad thing, Cypherdoc.
>
> My neighbor, the cop, once told me: "People are confused about what we do. We're not your friends and we're not here to help." That also applies to people who ask you for money on the interwebz, Cypherdoc.

Case: 15-03011    Doc# 1-3    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 66 of 120

that's idiotic.

i could just as easily point to all those ppl who *had* to scramble to buy BTC prior to buy the BJ's.

and i could just like you come to the ludicrous conclusion that price could only go *up* as a result.

I'm afraid you'd be dead-wrong.  Assuming the same amount of BTC is bought & sold leaves us exactly where we started.  Learn to math :)

i could only be dead wrong if you were wrong also.

so it sounds like you agree with me, the same amount of BTC is bought & sold therefore the net effect is zero.  which is what i was arguing all along.  the effects on the exchange rate is irrelevant.

not BAD like you're arguing.

Cypherdoc, don't forget that you claimed that HashFast is *GOOD* for the bitcoin economy.  Now you're claiming it's neutral, even in the best case scenario where the buyers are forced to buy BTC before placing a pre-order :D

## Title: Re: ► ► ►HashFast Endorsement
## Post by: **SirWizz** on **August 19, 2013, 11:01:22 AM**

^ ROI is meaningless without a time frame. I mean, take the crappiest hardware and you might get a ROI if you mine until the end of time because you might find a block eventually...

## Title: Re: ► ► ►HashFast Endorsement
## Post by: **Ytterbium** on **August 19, 2013, 11:03:12 AM**

> Quote from: SirWizz on August 19, 2013, 11:01:22 AM
> ^ ROI is meaningless without a time frame. I mean, take the crappiest hardware and you might get a ROI if you mine until the end of time because you might find a block eventually...

Eventually the block reward will go to zero. (Although there will be TX fees, hopefully.)

## Title: Re: ► ► ►HashFast Endorsement
## Post by: **cypherdoc** on **August 19, 2013, 03:45:34 PM**

> Quote from: crumbs on August 19, 2013, 10:50:12 AM
>> Quote from: cypherdoc on August 18, 2013, 10:25:37 PM
>>> Quote from: crumbs on August 18, 2013, 10:22:52 PM
>>>> Quote from: cypherdoc on August 18, 2013, 10:19:53 PM
>>>>> Quote from: crumbs on August 18, 2013, 10:08:02 PM
>>>>>> Quote from: cypherdoc on August 18, 2013, 09:39:28 PM
>>>>>> the fact of the matter is that by conducting BTC-only tx's, HF is helping to advance the Bitcoin economy by increasing BTC velocity.
>>>>>>
>>>>>> end of story.
>>>>>
>>>>> No answer for the nth time. >:(
>>>>
>>>> I can only repeat that there's no BTC-only transactions here, the BTC gets sold for $$$ as soon as HashFast gets it.
>>>> HashFast has to sell this BTC on the open market, flooding the market with BTC.
>>>> More BTC for sale on the open market doesn't increase demand, so price has to fall if BTC to be sold.
>>>> My BTC is worth less.

Your BTC is worth less. Why? Because we were forced to pay with BTC to a party that is *guaranteed to sell it on the market.* Not hold. Sell.

More BTC on the order books *needing to be sold* is a bad thing, Cypherdoc.

My neighbor, the cop, once told me: "People are confused about what we do. We're not your friends and we're not here to help." That also applies to people who ask you for money on the interwebz, Cypherdoc.

that's idiotic.

i could just as easily point to all those ppl who *had* to scramble to buy BTC prior to buy the BJ's.

and i could just like you come to the ludicrous conclusion that price could only go *up* as a result.

I'm afraid you'd be dead-wrong. Assuming the same amount of BTC is bought & sold leaves us exactly where we started. Learn to math :)

i could only be dead wrong if you were wrong also.

so it sounds like you agree with me, the same amount of BTC is bought & sold therefore the net effect is zero. which is what i was arguing all along. the effects on the exchange rate is irrelevant.

not BAD like you're arguing.

Cypherdoc, don't forget that you claimed that HashFast is *GOOD* for the bitcoin economy. Now you're claiming it's neutral, even in the best case scenario where the buyers are forced to buy BTC before placing a pre-order :D

you can't read. you keep misrepresenting what i've said over and over.

you keep focusing on a very thin slice of the entire process which in the whole scheme of things is irrelevant. you're focusing just on the fact that you think that selling of BTC by HF is negative to the entire Bitcoin economy. i've said that's ridiculous, it doesn't effect the economy at all in the greater picture. and it's b/c their are willing buyers on the other side of the tx.

what is positive to the Bitcoin economy on many fronts is that they're facilitating the flow of BTC, aka, monetary velocity. this benefits the buyers who get to use their hoarded BTC's to buy something useful, it allows the birthing of a new asic mining company, AND it benefits the existing miners who get tx fees, and it benefits the exchanges like BitPay who also get tx fees.

Title: **Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 19, 2013, 04:07:06 PM**

Quote from: cypherdoc on August 19, 2013, 03:45:34 PM
Quote from: crumbs on August 19, 2013, 10:50:12 AM
...
Cypherdoc, don't forget that you claimed that HashFast is *GOOD* for the bitcoin economy. Now you're focusing it's neutral, even in the best case scenario where the buyers are forced to buy BTC before placing a pre-order :D

you can't read. you keep misrepresenting what i've said over and over.

you keep focusing on a very thin slice of the entire process which in the whole scheme of things is irrelevant. you're focusing just on the fact that you think that selling of BTC by HF is negative to the entire Bitcoin economy. i've said that's ridiculous, it doesn't effect the economy at all in the greater picture. and it's b/c their are willing buyers on the other side of the tx.

> what is positive to the Bitcoin economy on many fronts is that they're facilitating the flow of BTC, aka, monetary velocity.  this benefits the buyers who get to use their hoarded BTC's to buy something useful, it allows the birthing of a new asic mining company, AND it benefits the existing miners who get tx fees, and it benefits the exchanges like BitPay who also get tx fees.

I'll just quote myself, i'm not going to revisit the same crap over & over.  Watch the boldface font:

Quote
> Cyperdoc, i'm beginning to feel guilty for assuming malice on your part -- **you obviously think that money velocity is increased by simply exchanging one currency for another**, as many times as needed.
> Let me help you:
> If you think that cashing out BTC into dollars increases BTC velocity, or that *buying BTC with dollars* increases BTC velocity, do this:
>
> 1.  Buy BTC with dollars from yourself, then sell it to yourself for the same amount.
> 2.  You're an honest guy, you probably won't cheat yourself, so your risks are minimal.
> 3.  ? ? ?
> 4.  Velocity!!!

Let me repeat:  Transactions where BTC are exchanged into dollars do not increase BRC velocity.  I assumed we were past that.  If you feel that they do, state so now.  I'll show that you're dead-wrong again, and move on.

**Do BTC->$$$ transactions increase BTC velocity?  Simple yes or no, and we're done.**  Like pulling a tooth, Cypherdoc, why drag it out?

As far as me being instrumental "birthing a new ASIC company," i would rather drink from the dick of a goat.  ASICs are inevitable, as is death.  I'm not interested in helping to bring about either.  If you enjoy funding companies that make our gear obsolete & bring about bitcoin centralization, go ahead, just don't pretend that it's for the good of bitcoin.


Title: **Re: ► ► ►HashFast Endorsement**
Post by: **Bitcoinorama** on **August 19, 2013, 04:09:48 PM**

> Quote from: cypherdoc on August 19, 2013, 03:45:34 PM
>> Quote from: crumbs on August 19, 2013, 10:50:12 AM
>>> Quote from: cypherdoc on August 18, 2013, 10:25:37 PM
>>>> Quote from: crumbs on August 18, 2013, 10:22:52 PM
>>>>> Quote from: cypherdoc on August 18, 2013, 10:19:53 PM
>>>>>> Quote from: crumbs on August 18, 2013, 10:08:02 PM
>>>>>>> Quote from: cypherdoc on August 18, 2013, 09:39:28 PM
>>>>>>> the fact of the matter is that by conducting BTC-only tx's, HF is helping to advance the Bitcoin economy by increasing BTC velocity.
>>>>>>>
>>>>>>> end of story.
>>>>>>
>>>>>> No answer for the nth time. >:(
>>>>>>
>>>>>> I can only repeat that there's no BTC-only transactions here, the BTC gets sold for $$$ as soon as HashFast gets it.
>>>>>> HashFast has to sell this BTC on the open market, flooding the market with BTC.
>>>>>> More BTC for sale on the open market doesn't increase demand, so price has to fall if BTC to be sold.
>>>>>> My BTC is worth less.
>>>>>> Your BTC is worth less.  Why?  Because we were forced to pay with BTC to a party that is *guaranteed to sell it on the market.*  Not hold.  Sell.
>>>>>>
>>>>>> More BTC on the order books *needing to be sold* is a bad thing, Cypherdoc.

Case: 15-03011    Doc# 1-3    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 69 of 120

My neighbor, the cop, once told me: "People are confused about what we do. We're not your friends and we're not here to help." That also applies to people who ask you for money on the interwebz, Cypherdoc.

that's idiotic.

i could just as easily point to all those ppl who *had* to scramble to buy BTC prior to buy the BJ's.

and i could just like you come to the ludicrous conclusion that price could only go *up* as a result.

I'm afraid you'd be dead-wrong. Assuming the same amount of BTC is bought & sold leaves us exactly where we started. Learn to math :)

i could only be dead wrong if you were wrong also.

so it sounds like you agree with me, the same amount of BTC is bought & sold therefore the net effect is zero. which is what i was arguing all along. the effects on the exchange rate is irrelevant.

not BAD like you're arguing.

Cypherdoc, don't forget that you claimed that HashFast is *GOOD* for the bitcoin economy. Now you're claiming it's neutral, even in the best case scenario where the buyers are forced to buy BTC before placing a pre-order :D

you can't read. you keep misrepresenting what i've said over and over.

you keep focusing on a very thin slice of the entire process which in the whole scheme of things is irrelevant. you're focusing just on the fact that you think that selling of BTC by HF is negative to the entire Bitcoin economy. i've said that's ridiculous, it doesn't effect the economy at all in the greater picture. and it's b/c their are willing buyers on the other side of the tx.

what is positive to the Bitcoin economy on many fronts is that they're facilitating the flow of BTC, aka, monetary velocity. this benefits the buyers who get to use their hoarded BTC's to buy something useful, it allows the birthing of a new asic mining company, AND it benefits the existing miners who get tx fees, and it benefits the exchanges like BitPay who also get tx fees.

No, what he's saying is that it makes no difference to the health of Bitcoin whether Hashfast accept Payment in BTC, or fiat, as Hashfast's suppliers currently only accept dollars, and will want payment in dollars, which requires all their payments to be converted by facilities such as Bitpay. This does not support Bitcoin.

If however Hashfast convinced their suppliers to accept payment in Bitcoin, this keeping the chosen currency payment one of a closed loop, that would both be impressive, and beneficial for Bitcoin, as it subsequently increases Bitcoins awareness, and acceptance, and most importantly treats it as a currency for payment, and not merely just a vehicle of currency exchange. This supports Bitcoin.

Alas, the only reason Bitcoin is being accepted as the preferred payment is to mitigate liability upon recourse. In essense they have a free ride with investors monies, whilst assuming minimal accountability. Ultimately if Hashfast were to fail by a catastrophic miss of proposed profitable time period, they would clearly not be able to refund all, as pre-order monies will have been spent on vast non-reoccurring engineering costs, without a third party to accept liability for ensuring enough funds exist for refunding customers.

Of course this is unless Hashfast have secured a third party to insure them over such potential eventualities that mimic other secured payment choices, and protect their customers from reckless behaviour. Have they?

## Title: **Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 19, 2013, 04:13:39 PM**

> Quote from: crumbs on August 19, 2013, 04:07:06 PM
> Let me repeat: Transactions where BTC are exchanged into dollars do not increase BRC vlocity. I assumed we were past that. If you feel that they do, state so now so i can show that you're dead-wrong again, and move on.
> Do BTC->$$$ transactions increase BTC velocity? Simple yes or no, and we're done. Like pulling a tooth, Cypherdoc, why drag it out?

Yes, selling BTC for USD is, in fact, increasing BTC velocity. the BTC is exchanging hands and moving thru the Bitcoin economy as a result.

You clearly don't have the capacity to understand what i've been saying ad nauseum. for HF to sell those BTC for USD, there has to be a willing buyer on the other end of that tx who "wants" those BTC and is more than willing to part with their USD.

in fact, they're willing to pay a premium for them as evidenced by the rising price.

## Title: **Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 19, 2013, 04:23:44 PM**

> Quote from: Bitcoinorama on August 19, 2013, 04:09:48 PM
> Ultimately if Hashfast were to fail by a catastrophic miss of proposed profitable time period they would clearly not be able to refund all, as pre-order monies will have been spent on vast non-reoccuring engineering costs, without a third party to accept liability for ensuring enough funds exist for refunding customers.
>
> Of course this is unless Hashfast have secured a third party to insure them over such potential eventualities that mimic other secured payment choices and protect their customers from reckless behaviour. Have they?

this brings up an interesting point that applies to all of these companies.

you seem to have been arguing from the beginning that cc/pp are acting as some sort of insurance company that will take responsibility for providing FULL refunds if KNC scams everyone and takes off with their money. nothing is further from the truth. if KNC is able to get away with everyone's money and removes it from their bank accounts, the cc/pp companies have nowhere to go to retrieve those monies.

you'll be left with a loss.

## Title: **Re: ► ► ►HashFast Endorsement**
Post by: **Bitcoinorama** on **August 19, 2013, 04:27:49 PM**

> Quote from: cypherdoc on August 19, 2013, 04:23:44 PM
> > Quote from: Bitcoinorama on August 19, 2013, 04:09:48 PM

Ultimately if Hashfast were to fail by a catastrophic miss of proposed profitable time period they would clearly not be able to refund all, as pre-order monies will have been spent on vast non-reoccurring engineering costs, without a third party to accept liability for ensuring enough funds exist for refunding customers.

Of course this is unless Hashfast have secured a third party to insure them over such potential eventualities that mimic other secured payment choices and protect their customers from reckless behaviour. Have they?

this brings up an interesting point that applies to all of these companies.

you seem to have been arguing from the beginning that cc/pp are acting as some sort of insurance company that will take responsibility for providing FULL refunds if KNC scams everyone and takes off with their money. nothing is further from the truth. if KNC is able to get away with everyone's money and removes it from their bank accounts, the cc/pp companies have nowhere to go to retrieve those monies.

you'll be left with a loss.

Nope, that depends on where your located and the type of cover offered by a cc's respective issuing bank.

Certainly for customers in the UK that is not the case. It's why I've been so vocal on this;

Quote

*"Once insolvency proceedings begin, all customers owed goods are known as unsecured creditors, but unfortunately the majority of cases end with no payments made to them," she says. "The money received from the sale of assets is used to pay the court costs and the creditors that hold security over the assets of the company, such as the banks. But each company is different and the outcome will depend entirely on the circumstances."*

*Bayne urges all customers of bankrupt companies to contact Companies House to find out the identity of the administrator or liquidator and register your claim with them. "You will be given information about any assets that the company has got, and whether or not you will be paid," she says.*

*Getting your money back can be difficult. However, if you bought your goods with your credit card, you could be entitled to additional protection. Any goods that cost between £100 and £30,000 are covered under section 75 of the 1974 Consumer Credit Act, which says the credit card company is just as liable to rectify any problem as is a supplier.*

*A similar scheme also exists with some Visa debit cards. Jemma Smith, spokesperson for the UK payment's association APACs, explains: "This scheme is available on some of the Visa group's debit cards if goods are damaged, don't arrive, or if the company goes under."*

*You must make your claim within 120 days of the transaction. Each application is assessed separately and, although the scheme is not enshrined in law, the Financial Ombudsman Service has deemed it an example of good practice, and it is widely accepted in the banking industry.*

*However, Frank Shepherd, a spokesperson for Consumer Direct, warns that the Visa chargeback scheme does not apply to all Visa debit cards. "Read the terms and conditions of your card carefully, as there's no guarantee you will be offered this protection," he warns. Shepherd also says that Switch or Maestro cards do not offer any protection.*

http://www.moneywise.co.uk/scams-rip-offs/scams/how-to-deal-bankrupt-firm

http://www.which.co.uk/consumer-rights/problem/how-can-i-get-my-money-back-if-a-company-goes-bust/

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
Post by: **crumbs** on **August 19, 2013, 04:31:05 PM**

Quote from: cypherdoc on August 19, 2013, 04:13:39 PM

Case: 15-03011    Doc# 1-3    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 72 of 120

> **Quote from: crumbs on August 19, 2013, 04:07:06 PM**
>
> > Let me repeat: Transactions where BTC are exchanged into dollars do not increase BRC vlocity. I assumed we were past that. If you feel that they do, state so now so i can show that you're dead-wrong again, and move on.
> > Do BTC->$$$ transactions increase BTC velocity? Simple yes or no, and we're done. Like pulling a tooth, Cypherdoc, why drag it out?
>
> Yes, selling BTC for USD is, in fact, increasing BTC velocity. the BTC is exchanging hands and moving thru the Bitcoin economy as a result.

Wrong.  Here's a wikip quote for you, you like those:
"The **velocity of money** ... is the average frequency with which a **unit of money is spent on new goods and services produced domestically** in a specific period of time."

Note the red, emboldened text above.  BTC is not being spent on goods or services.  It is being converted into dollars, which are neither goods nor services.
The above definition is oversimple, but it is specific enough to point out that it's not a just "changing of hands" that needs to take place.
Also, note the presence of the word "domestic."  Why do you suppose it was introduced into such a rudimentary definition?  I'm not going to lecture you in economics, suffice it to say that exchanging one kind of money for another kind of money does not increase the velocity of *anything,* dollars or BTC.

> **Quote**
>
> You clearly don't have the capacity to understand what i've been saying ad nauseum.  for HF to sell those BTC for USD, there has to be a willing buyer on the other end of that tx who "wants" those BTC and is more than willing to part with their USD.

You're right, there has to be a willing buyer.  Simply because more BTC appeared on an exchange (HashFast selling our BTC) *does not mean that there will be more people looking to buy BTC.*  The number of buyers stays the same, there's a greater supply of BTC, what happens to the price, do you suppose?  Must we go over this again & again?
...

---

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **vokain** on **August 19, 2013, 04:32:14 PM**

Cypher, if you have time, can you please get to my two questions at the bottom of the 20th page?

---

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 19, 2013, 04:44:42 PM**

> **Quote from: crumbs on August 19, 2013, 04:31:05 PM**
>
> > **Quote from: cypherdoc on August 19, 2013, 04:13:39 PM**
> >
> > > **Quote from: crumbs on August 19, 2013, 04:07:06 PM**
> > >
> > > Let me repeat: Transactions where BTC are exchanged into dollars do not increase BRC vlocity. I assumed we were past that. If you feel that they do, state so now so i can show that you're dead-wrong again, and move on.
> > > Do BTC->$$$ transactions increase BTC velocity? Simple yes or no, and we're done. Like pulling a tooth, Cypherdoc, why drag it out?
> >
> > Yes, selling BTC for USD is, in fact, increasing BTC velocity. the BTC is exchanging hands and moving thru the Bitcoin economy as a result.

Case: 15-03011    Doc# 1-3    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 73 of

> Wrong. Here's a wikip quote for you, you like those:
> "The **velocity of money** ... is the average frequency with which a **unit of money is spent on new goods and services produced domestically** in a specific period of time."
>
> Note the red, emboldened text above. BTC is not being spent on goods or services. It is being converted into dollars, which are neither goods nor services.
> The above definition is oversimple, but it is specific enough to point out that it's not a just "changing of hands" that needs to take place.
> Also, note the presence of the word "domestic." Why do you suppose it was introduced into such a rudimentary definition? I'm not going to lecture you in economics, suffice it to say that exchanging one kind of money for another kind of money does not increase the velocity of *anything,* dollars or BTC.
>
> Quote
> > You clearly don't have the capacity to understand what i've been saying ad nauseum. for HF to sell those BTC for USD, there has to be a willing buyer on the other end of that tx who "wants" those BTC and is more than willing to part with their USD.
>
> You're right, there has to be a willing buyer. Simply because more BTC appeared on an exchange (HashFast selling our BTC) *does not mean that there will be more people looking to buy BTC.* The number of buyers stays the same, there's a greater supply of BTC, what happens to the price, do you suppose? Must we go over this again & again?
> ...

the problem with what you're saying is that you're thinking of BTC as purely a form of currency. many of us already know that the definition of what BTC is differs. many think of BTC itself as a "good" or "asset". they don't view it purely as a means of transacting. they view it as an investment with the potential to grow in value and act as a store of value.

speculation on the value of BTC itself has played a big role in building the Bitcoin economy. it's a well known fact that the faster it changes hands and circulates, the better it is and will be for the Bitcoin economy as it provides fees for the miners/exchangers and it increases it perception of utility.

you making the statement that the price will definitely go down by selling them on an exchange is ridiculous. i happen to know that is false. you have no way to predict what demand will be when HF does this. there are plenty of hidden buyers waiting in the wings who want to buy a big chunk of BTC when it becomes available on the market. no one knows they're there, especially you.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Ytterbium** on **August 19, 2013, 04:44:55 PM**

> Quote from: cypherdoc on August 19, 2013, 04:23:44 PM
> > this brings up an interesting point that applies to all of these companies.
> >
> > you seem to have been arguing from the beginning that cc/pp are acting as some sort of insurance company that will take responsibility for providing FULL refunds if KNC scams everyone and takes off with their money. nothing is further from the truth. if KNC is able to get away with everyone's money and removes it from their bank accounts, the cc/pp companies have nowhere to go to retrieve those monies.
> >
> > you'll be left with a loss.

That isn't even remotely true. Credit card debt is a **LOAN**. You don't actually lose anything until you pay down your card debt, and you're not contractually obligated to pay that debt if you didn't get what you paid for, within a certain time frame.

The bank loses the money, not you. Insurance is **exactly** what it is.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 19, 2013, 04:49:26 PM**

> Quote from: Ytterbium on August 19, 2013, 04:44:55 PM
>> Quote from: cypherdoc on August 19, 2013, 04:23:44 PM
>> this brings up an interesting point that applies to all of these companies.
>>
>> you seem to have been arguing from the beginning that cc/pp are acting as some sort of insurance company that will take responsibility for providing FULL refunds if KNC scams everyone and takes off with their money. nothing is further from the truth. if KNC is able to get away with everyone's money and removes it from their bank accounts, the cc/pp companies have nowhere to go to retrieve those monies.
>>
>> you'll be left with a loss.
>
> That isn't even remotely true.  Credit card debt is a **LOAN**.  You don't actually lose anything until you pay down your card debt, and you're not contractually obligated to pay that debt if you didn't get what you paid for, within a certain time frame.
>
> The bank loses the money, not you. Insurance is **exactly** what it is.

many moving parts here.

i happen to pay off my cc right when i incur the "debt" so i look at this differently than you do.

as for what Bitcoinorama posted earlier, that coverage will be limited and will vary depend on where you are.  in a worst case scenario where a company absconds with your money and the cc/pp has no avenue to recover said money, you will take a loss.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Ytterbium** on **August 19, 2013, 04:50:48 PM**

> Quote from: cypherdoc on August 19, 2013, 04:44:42 PM
> the problem with what you're saying is that you're thinking of BTC as purely a form of currency.  many of us already know that the definition of what BTC is differs.  many think of BTC itself as a "good" or "asset".  they don't view it purely as a means of transacting.  they view it as an investment with the potential to grow in value and act as a store of value.
>
> speculation on the value of BTC itself has played a big role in building the Bitcoin economy.  it's a well known fact that the faster it changes hands and circulates, the better it is and will be for the Bitcoin economy as it provides fees for the miners/exchangers and it increases it perception of utility.
>
> you making the statement that the price will definitely go down by selling them on an exchange is ridiculous.  I happen to know that is false.  you have no way to predict what demand will be when HF does this.  there are plenty of hidden buyers waiting in the wings who want to buy a big chunk of BTC when it becomes available on the market.  no one knows they're there, especially you.

Crumbs is a ridiculous troll, who I have on ignore.  However he is correct on this.  While you could argue that BTC are goods, the best you could argue in that case is that when you sell them on an exchange, you increase the velocity of **dollars** in the economy.  But you're not really increasing the velocity of bitcoin.

On the other hand, simply buying the miners in BTC would increase the velocity of bitcoin, since it would cause BTC that was tied up in wallets to be

actually transferred from one person to another, in exchange for something. That would not be the case if they were purchased with dollars.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: Ytterbium on August 19, 2013, 04:53:22 PM**

> Quote from: cypherdoc on August 19, 2013, 04:49:26 PM
>> Quote from: Ytterbium on August 19, 2013, 04:44:55 PM
>>> Quote from: cypherdoc on August 19, 2013, 04:23:44 PM
>>> this brings up an interesting point that applies to all of these companies.
>>>
>>> you seem to have been arguing from the beginning that cc/pp are acting as some sort of insurance company that will take responsibility for providing FULL refunds if KNC scams everyone and takes off with their money. nothing is further from the truth. if KNC is able to get away with everyone's money and removes it from their bank accounts, the cc/pp companies have nowhere to go to retrieve those monies.
>>>
>>> you'll be left with a loss.
>>
>> That isn't even remotely true. Credit card debt is a **LOAN**. You don't actually lose anything until you pay down your card debt, and you're not contractually obligated to pay that debt if you didn't get what you paid for, within a certain time frame.
>>
>> The bank loses the money, not you. Insurance is **exactly** what it is.
>
> many moving parts here.
>
> i happen to pay off my cc right when i incur the "debt" so i look at this differently than you do.
>
> as for what Bitcoinorama posted earlier, that coverage will be limited and will vary depend on where you are. in a worst case scenario where a company absconds with your money and the cc/pp has no avenue to recover said money, you will take a loss.

No. You're straight up factually wrong.

If the bank does not recover your money, they will cover it themselves. That's in the contract you sign when you sign up, and I'm pretty sure it's the law. The bank loses the money, not you. If you have a zero balance on your CC then your debt will go negative.

The bank can basically create money out of thin air, and they consider things like this to be a cost of doing business, easily covered by all the fees and interest they collect on CCs.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: vokain on August 19, 2013, 04:54:06 PM**

When your hoarded coins in cold storage are spent for a miner, either by paying HF for them to sell, or selling your coins directly on an exchange, you increase velocity, eventually. Your coins get sold to someone, they'll sooner or later do something with them.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: vokain on August 19, 2013, 04:55:40 PM**

> Quote from: Ytterbium on August 19, 2013, 04:53:22 PM
>> Quote from: cypherdoc on August 19, 2013, 04:49:26 PM
>>> Quote from: Ytterbium on August 19, 2013, 04:44:55 PM
>>>> Quote from: cypherdoc on August 19, 2013, 04:23:44 PM

Case: 15-03011    Doc# 1-3    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 76 of 120

> this brings up an interesting point that applies to all of these companies.
>
> you seem to have been arguing from the beginning that cc/pp are acting as some sort of insurance company that will take responsibility for providing FULL refunds if KNC scams everyone and takes off with their money. nothing is further from the truth. if KNC is able to get away with everyone's money and removes it from their bank accounts, the cc/pp companies have nowhere to go to retrieve those monies.
>
> you'll be left with a loss.

> That isn't even remotely true. Credit card debt is a **LOAN**. You don't actually lose anything until you pay down your card debt, and you're not contractually obligated to pay that debt if you didn't get what you paid for, within a certain time frame.
>
> The bank loses the money, not you. Insurance is **exactly** what it is.

many moving parts here.

i happen to pay off my cc right when i incur the "debt" so i look at this differently than you do.

as for what Bitcoinorama posted earlier, that coverage will be limited and will vary depend on where you are. in a worst case scenario where a company absconds with your money and the cc/pp has no avenue to recover said money, you will take a loss.

No. You're straight up factually wrong.

If the bank does not recover your money, they will cover it themselves. That's in the contract you sign when you sign up, and I'm pretty sure it's the law. The bank loses the money, not you. If you have a zero balance on your CC then your debt will go negative.

The bank can basically create money out of thin air, and they consider things like this to be a cost of doing business, easily covered by all the fees and interest they collect on CCs.

Chargebacks are typically charged to the merchant, with a fee

## Title: Re: ► ► ►HashFast Endorsement
### Post by: **vokain** on **August 19, 2013, 04:58:08 PM**

> Quote from: Bargraphics on August 19, 2013, 04:55:13 PM
>> Quote from: cypherdoc on August 19, 2013, 04:44:42 PM
>>> the problem with what you're saying is that you're thinking of BTC as purely a form of currency. many of us already know that the definition of what BTC is differs. many think of BTC itself as a "good" or "asset". they don't view it purely as a means of transacting. they view it as an investment with the potential to grow in value and act as a store of value.
>
> http://techcrunch.com/2013/08/19/germany-recognizes-bitcoin-as-private-money-sales-tax-coming-soon/

So? I use bitcoin as an investment and a savings account. Sometimes I buy goods with it. Sometimes I send money to relatives in developing countries using it. It's not just a currency.

## Title: Re: ► ► ►HashFast Endorsement
### Post by: **Ytterbium** on **August 19, 2013, 04:58:54 PM**

> Quote from: vokain on August 19, 2013, 04:54:06 PM
>> When your hoarded coins in cold storage are spent for a miner, either by paying HF for them to sell, or selling your coins directly on an exchange, you increase velocity, eventually. Your coins get sold to someone, they'll sooner or later do something with them.

There's no reason to think they'll be any more likely to do anything with them then you.

Anyway, I don't really see why velocity is supposed to be a good thing for bitcoin. The lower the velocity, the higher the price.

From a Keynesian perspective, high monetary velocity is good because more velocity means more economic activity. And of course high inflation means high velocity because people want to get rid of their money as quickly as possible instead of hoarding it.

But on the other hand, if you want the price of bitcoin to go up, then you want to hoard it, and restrict supply.

Title: **Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 19, 2013, 05:06:26 PM**

> Quote from: cypherdoc on August 19, 2013, 04:44:42 PM
>> Quote from: crumbs on August 19, 2013, 04:31:05 PM
>>> Quote from: cypherdoc on August 19, 2013, 04:13:39 PM
>>>> Quote from: crumbs on August 19, 2013, 04:07:06 PM
>>>> Let me repeat: Transactions where BTC are exchanged into dollars do not increase BRC vlocity. I assumed we were past that. If you feel that they do, state so now so i can show that you're dead-wrong again, and move on.
>>>> Do BTC->$$$ transactions increase BTC velocity? Simple yes or no, and we're done. Like pulling a tooth, Cypherdoc, why drag it out?
>>>
>>> Yes, selling BTC for USD is, in fact, increasing BTC velocity. the BTC is exchanging hands and moving thru the Bitcoin economy as a result.
>>
>> Wrong. Here's a wikip quote for you, you like those:
>> "The **velocity of money** ... is the average frequency with which a **unit of money is spent on new goods and services produced domestically** in a specific period of time."
>>
>> Note the red, emboldened text above. BTC is not being spent on goods or services. It is being converted into dollars, which are neither goods nor services.
>> The above definition is oversimple, but it is specific enough to point out that it's not a just "changing of hands" that needs to take place.
>> Also, note the presence of the word "domestic." Why do you suppose it was introduced into such a rudimentary definition? I'm not going to lecture you in economics, suffice it to say that exchanging one kind of money for another kind of money does not increase the velocity of *anything,* dollars or BTC.
>>
>> Quote
>>> You clearly don't have the capacity to understand what i've been saying ad nauseum. for HF to sell those BTC for USD, there has to be a willing buyer on the other end of that tx who "wants" those BTC and is more than willing to part with their USD.
>>
>> You're right, there has to be a willing buyer. Simply because more BTC appeared on an exchange (HashFast selling our BTC) *does not mean that there will be more people looking to buy BTC.* The number of buyers stays the same, there's a greater supply of BTC, what happens to the price, do you suppose? Must we go over this again & again?
>> ...
>
> the problem with what you're saying is that you're thinking of BTC as purely a form of currency. many of us already know that the definition of what BTC is differs. many think of BTC itself as a "good" or "asset". they don't view it purely as a means of transacting. they view it as an investment with the potential to grow in value and act as a store of value.

In that case, what does money velocity has to do with anything? Or are you claiming that increasing the dollar velocity helps bitcoin economy? Try to be consistent & remember what we're talking about. Have we at least come to an agreement that selling BTC for $$$ has nothing to do with bitcoin velocity, though, if you view BTC as a commodity, it increases the $$$

velocity?

> Quote
>
> speculation on the value of BTC itself has played a big role in building the Bitcoin economy.  it's a well known fact that the faster it changes hands and circulates, the better it is and will be for the Bitcoin economy as it provides fees for the miners/exchangers and it increases it perception of utility.

"A well known fact"?!  In that case:

> Quote
>
> If you think that cashing out BTC into dollars increases BTC ~~velocity,~~ *"perception of utility"* or that *buying BTC with dollars* increases BTC ~~velocity,~~*"perception of utility"* do this:
>
> 1.  Buy BTC with dollars from yourself, then sell it to yourself for the same amount.
> 2.  You're an honest guy, you probably won't cheat yourself, so your risks are minimal.
> 3.  ? ? ?
> 4.  ~~Velocity!!!~~*"perception of utility"*

*This *"perception of utility"*, is it a good thing, or are we foolin' ourselves?  I take it it's just a perception & not actually utility :D

> Quote
>
> you making the statement that the price will definitely go down by selling them on an exchange is ridiculous.  i happen to know that is false.  you have no way to predict what demand will be when HF does this.

I happen to know that you're wrong.  The demand could not be higher simply because the supply has increased.  If the demand happens to be higher, and there's no extra BTC dumped by HashFast, BTC prices would climb.  If there's the extra supply provided by HashFast, the price would not climb.  Cypher, learn to supply & demand :D

> Quote
>
> there are plenty of hidden buyers waiting in the wings who want to buy a big chunk of BTC when it becomes available on the market.  no one knows they're there, especially you.

This is simply goofy.  Do you think they're waiting in hopes of the price being *higher*?  You're trying to talk yourself out of a simple supply and demand equation, and unless you're well versed in sophistry, it ain't going to happen.

### Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 19, 2013, 05:09:24 PM**

> Quote from: Ytterbium on August 19, 2013, 04:58:54 PM
>
> > Quote from: vokain on August 19, 2013, 04:54:06 PM
> >
> > When your hoarded coins in cold storage are spent for a miner, either by paying HF for them to sell, or selling your coins directly on an exchange, you increase velocity, eventually. Your coins get sold to someone, they'll sooner or later do something with them.
>
> There's no reason to think they'll be any more likely to do anything with them then you.
>
> Anyway, I don't really see why velocity is supposed to be a good thing for bitcoin.  The lower the velocity, the higher the price.
>
> From a Keynesian perspective, high monetary velocity is good because more velocity means more economic activity. And of course high inflation means high velocity because people want to get rid of their money as quickly as possible instead of hoarding it.
>
> But on the other hand, if you want the price of bitcoin to go up, then  you want to hoard it, and restrict supply.

Bitcoin is many things.  hence the conundrum to authorities.

i'm a big defender of hoarding b/c i do some of that myself.  but pure hoarding by everyone won't work out so well.  the best outcome for BTC to rise in price is if it also utilized by an active economy and grows to the point of increasing tx's.

how else can miners, like you, be incentivized to mine in light of the block reward eventually being eliminated?

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 19, 2013, 05:12:44 PM**

crumbs, let us not forget your original supposition.

you said that b/c HF was using BTC-only tx's, this was BAD for the Bitcoin economy.

this is wrong.

stay on track please.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Bitcoinorama** on **August 19, 2013, 05:13:02 PM**

> Quote from: cypherdoc on August 19, 2013, 04:49:26 PM
> > Quote from: Ytterbium on August 19, 2013, 04:44:55 PM
> > > Quote from: cypherdoc on August 19, 2013, 04:23:44 PM
> > > this brings up an interesting point that applies to all of these companies.
> > >
> > > you seem to have been arguing from the beginning that cc/pp are acting as some sort of insurance company that will take responsibility for providing FULL refunds if KNC scams everyone and takes off with their money.  nothing is further from the truth.  if KNC is able to get away with everyone's money and removes it from their bank accounts, the cc/pp companies have nowhere to go to retrieve those monies.
> > >
> > > you'll be left with a loss.
> >
> > That isn't even remotely true.  Credit card debt is a **LOAN**.  You don't actually lose anything until you pay down your card debt, and you're not contractually obligated to pay that debt if you didn't get what you paid for, within a certain time frame.
> >
> > The bank loses the money, not you. Insurance is **exactly** what it is.
>
> many moving parts here.
>
> i happen to pay off my cc right when i incur the "debt" so i look at this differently than you do.
>
> as for what Bitcoinorama posted earlier, that coverage will be limited and will vary depend on where you are.  in a worst case scenario where a company absconds with your money and the cc/pp has no avenue to recover said money, you will take a loss.

Yes, but why wouldn't you offer the facility for those that are entitled that kind of protection?

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 19, 2013, 05:15:54 PM**

> Quote from: cypherdoc on August 19, 2013, 05:12:44 PM

> crumbs, let us not forget your original supposition.
>
> you said that b/c HF was using BTC-only tx's, this was BAD for the Bitcoin economy.
>
> this is wrong.
>
> stay on track please.

No.  Now you're simply lying.
You said that HashFast was helping the bitcoin economy by only allowing
bitcoin transactions.  I said that it was not.
Don't make me dig through the thread & pull the quote.
Try to be honest in cases where your lying will be *immediately exposed.*
I mean *minutes.*

## Title: Re: ►►►HashFast Endorsement
## Post by: cypherdoc on August 19, 2013, 05:19:40 PM

> Quote from: crumbs on August 19, 2013, 05:15:54 PM
>> Quote from: cypherdoc on August 19, 2013, 05:12:44 PM
>> crumbs, let us not forget your original supposition.
>>
>> you said that b/c HF was using BTC-only tx's, this was BAD for the Bitcoin economy.
>>
>> this is wrong.
>>
>> stay on track please.
>
> No.  Now you're simply lying.
> You said that HashFast was helping the bitcoin economy by only allowing bitcoin transactions.  I said
> that it was not.
> Don't make me dig through the thread & pull the quote.
> Try to be honest in cases where your lying will be *immediately exposed.*
> I mean *minutes.*

who's lying?

who put in big bold lettering somewhere above "**Bad Thing**"?

## Title: Re: ►►►HashFast Endorsement
## Post by: crumbs on August 19, 2013, 05:21:29 PM

> Quote from: cypherdoc on August 19, 2013, 05:19:40 PM
>> Quote from: crumbs on August 19, 2013, 05:15:54 PM
>>> Quote from: cypherdoc on August 19, 2013, 05:12:44 PM
>>> crumbs, let us not forget your original supposition.
>>>
>>> you said that b/c HF was using BTC-only tx's, this was BAD for the Bitcoin economy.
>>>
>>> this is wrong.
>>>
>>> stay on track please.
>>
>> No.  Now you're simply lying.
>> You said that HashFast was helping the bitcoin economy by only allowing bitcoin transactions.  I
>> said that it was not.
>> Don't make me dig through the thread & pull the quote.
>> Try to be honest in cases where your lying will be *immediately exposed.*
>> I mean *minutes.*
>
> who's lying?

who put in big bold lettering somewhere above "**Bad Thing**"?

Oh, please try harder :)

Quote from: crumbckake

> Quote from: cypherdoc on August 18, 2013, 03:31:34 PM
>> ...
>> the only counterpoint i'd make is that HF, by only accepting BTC, has demonstrated a *restraint* to NOT bring in as much money via pre-orders as the other companies seem not to be able to resist by using cc/pp. they also do want to help the BTC economy by doing it this way. it allows BTC to circulate and change hands to buy real products, not just Alpaca socks.
>> ...
>
> This argument is absurd on its face. The BTC will be immediately cashed out to fiat, to pay for expenses, development & production.
> If that's "circulation," simply cash out your BTC to credit card yourself, then pay with your credit card.
> It makes no difference to the bitcoin economy who cashes out bitcoins, you or HashFast.
> Cypherdoc, if you're going to spin, step up your game.

# The post that started it all ^^^^

Do you want me to go through the thread & put some context on the quote you've pulled out? :D :D

**EDIT:  Full quote that you stripped from content:**

More BTC on the order books *needing to be sold* is a bad thing, Cypherdoc. :D :D :D

Learn how to lying :)

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: erschiessen on August 19, 2013, 05:23:44 PM**

> Quote from: cypherdoc on August 19, 2013, 05:12:44 PM
> crumbs, let us not forget your original supposition.
> you said that b/c HF was using BTC-only tx's, this was BAD for the Bitcoin economy.
> this is wrong.
> stay on track please.

It is bad for the economy, because the more scam-laden the community becomes,
1. Increasing number of persons of integrity involved with BTC *leave*
2. the more governments will meddle into bitcoin.

Both hurt the bitcoin economy.

Hashfast, through their bitcoin only policy, appear to position themselves for a BFL styled Long Con.
(or a Yifu styled Long Con)

If Hashfast truly cared for bitcoin, it would look after the community as much as themselves. Then again, that is just plain old Customer Service, right?

I find it difficult to believe that Hashfast thinks that purposefully taking away any and all consumer protections from their customers, is somehow good for the economy.

Might be time for another area of studies.

(items in between * * added)

## Title: Re: ► ► ►HashFast Endorsement
**Post by: vokain on August 19, 2013, 05:25:13 PM**

> Quote from: Bargraphics on August 19, 2013, 05:01:17 PM
>
>> Quote from: vokain on August 19, 2013, 04:58:08 PM
>>
>>> Quote from: Bargraphics on August 19, 2013, 04:55:13 PM
>>>
>>>> Quote from: cypherdoc on August 19, 2013, 04:44:42 PM
>>>>
>>>> the problem with what you're saying is that you're thinking of BTC as purely a form of currency. many of us already know that the definition of what BTC is differs. many think of BTC itself as a "good" or "asset". they don't view it purely as a means of transacting. they view it as an investment with the potential to grow in value and act as a store of value.
>>>>
>>>> http://techcrunch.com/2013/08/19/germany-recognizes-bitcoin-as-private-money-sales-tax-coming-soon/
>>>
>>> So? I use bitcoin as an investment and a savings account. Sometimes I buy goods with it. Sometimes I send money to relatives in developing countries using it. It's not just a currency.
>>
>> LOL are you serious, I honestly can't tell.
>>
>> Let me reword your sentence to see if it helps you understand what you are trying to say.
>>
>> Quote
>>> So? I use fiat as an investment and a savings account. Sometimes I buy goods with it. Sometimes I send money to relatives in developing countries using it. It's not just a currency.

I do not see holding USD as an investment. Maybe in Argentina. Bitcoin is not simply currency because I use it as an investment and a way to transcend traditional financial barriers. Is land a currency? Is a stock a currency? Is an ETF a currency?

Is gold JUST a currency, or is it more?

## Title: Re: ► ► ►HashFast Endorsement
**Post by: cypherdoc on August 19, 2013, 05:25:31 PM**

> Quote from: Bitcoinorama on August 19, 2013, 05:13:02 PM
>
> Yes, but why wouldn't you offer the facility for those that are entitled that kind of protection?

first of all, let's not forget it's them not me.

as a form of self protection from refund volatility. yes, it comes at the expense of some buyer protection.

but they've tried to make up for it at the backend with the full refund policy and the MPP. my guess is that they also only want true believers in what they're doing.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **vokain** on **August 19, 2013, 05:27:01 PM**

Quote from: crumbs on August 19, 2013, 05:21:29 PM

> Quote from: cypherdoc on August 19, 2013, 05:19:40 PM
>
> > Quote from: crumbs on August 19, 2013, 05:15:54 PM
> >
> > > Quote from: cypherdoc on August 19, 2013, 05:12:44 PM
> > >
> > > > crumbs, let us not forget your original supposition.
> > > >
> > > > you said that b/c HF was using BTC-only tx's, this was BAD for the Bitcoin economy.
> > > >
> > > > this is wrong.
> > > >
> > > > stay on track please.
> > >
> > > No.  Now you're simply lying.
> > > You said that HashFast was helping the bitcoin economy by only allowing bitcoin transactions.  I
> > > said that it was not.
> > > Don't make me dig through the thread & pull the quote.
> > > Try to be honest in cases where your lying will be *immediately exposed.*
> > > I mean *minutes.*
> >
> > who's lying?
> >
> > who put in big bold lettering somewhere above "**Bad Thing**"?
>
> Oh, please try harder :)
>
> Quote from: crumbckake
> > Quote from: cypherdoc on August 18, 2013, 03:31:34 PM
> > > ...
> > > the only counterpoint i'd make is that HF, by only accepting BTC, has demonstrated a *restraint* to
> > > NOT bring in as much money via pre-orders as the other companies seem not to be able to resist
> > > by using cc/pp.  they also do want to help the BTC economy by doing it this way.  it allows BTC to
> > > circulate and change hands to buy real products, not just Alpaca socks.
> > > ...
> >
> > This argument is absurd on its face.  The BTC will be immediately cashed out to fiat, to pay for
> > expenses, development & production.
> > If that's "circulation," simply cash out your BTC to credit card yourself, then pay with your credit
> > card.
> > It makes no difference to the bitcoin economy who cashes out bitcoins, you or HashFast.
> > Cypherdoc, if you're going to spin, step up your game.
>
> # The post that started it all ^^^^
>
> Do you want me to go through the thread & put some context on the quote you've pulled out? :D :D
>
> **EDIT: Full quote that you stripped from content:**
>
> More BTC on the order books *needing to be sold* is a  bad thing, Cypherdoc. :D :D :D
>
> Learn how to lying :)

It is a good thing. Greater distribution of coins from the holders that traded
their coins for miners.


**Title: Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 19, 2013, 05:27:39 PM**

Quote from: cypherdoc on August 19, 2013, 05:25:31 PM

> Quote from: Bitcoinorama on August 19, 2013, 05:13:02 PM

Yes, but why wouldn't you offer the facility for those that are entitled that kind of protection?

first of all, let's not forget it's them not me.

as a form of self protection from refund volatility.  yes, it comes at the expense of some buyer protection.

but they've tried to make up for it at the backend with the full refund policy and the MPP.  my guess is that they also only want true believers in what they're doing.


Admit to lying plzox, Cypher :D


## Title: **Re: ► ► ►HashFast Endorsement**
## Post by: **crumbs** on **August 19, 2013, 05:28:57 PM**

Quote from: vokain on August 19, 2013, 05:27:01 PM
Quote from: crumbs on August 19, 2013, 05:21:29 PM
Quote from: cypherdoc on August 19, 2013, 05:19:40 PM
Quote from: crumbs on August 19, 2013, 05:15:54 PM
Quote from: cypherdoc on August 19, 2013, 05:12:44 PM
crumbs, let us not forget your original supposition.

you said that b/c HF was using BTC-only tx's, this was BAD for the Bitcoin economy.

this is wrong.

stay on track please.

No.  Now you're simply lying.
You said that HashFast was helping the bitcoin economy by only allowing bitcoin transactions.  I said that it was not.
Don't make me dig through the thread & pull the quote.
Try to be honest in cases where your lying will be *immediately exposed.*
I mean *minutes.*

who's lying?

who put in big bold lettering somewhere above "**Bad Thing**"?

Oh, please try harder :)
Quote from: crumbckake
Quote from: cypherdoc on August 18, 2013, 03:31:34 PM
...
the only counterpoint i'd make is that HF, by only accepting BTC, has demonstrated a *restraint* to NOT bring in as much money via pre-orders as the other companies seem not to be able to resist by using cc/pp.  they also do want to help the BTC economy by doing it this way.  it allows BTC to circulate and change hands to buy real products, not just Alpaca socks.
...

This argument is absurd on its face.  The BTC will be immediately cashed out to fiat, to pay for expenses, development & production.
If that's "circulation," simply cash out your BTC to credit card yourself, then pay with your credit card.
It makes no difference to the bitcoin economy who cashes out bitcoins, you or HashFast.
Cypherdoc, if you're going to spin, step up your game.

# The post that started it all ^^^^

Do you want me to go through the thread & put some context on the quote you've pulled out? :D :D

**EDIT:  Full quote that you stripped from content:**

> More BTC on the order books *needing to be sold* is a **bad thing**, Cypherdoc. :D :D :D
>
> Learn how to lying :)
>
> It is a good thing. Greater distribution of coins from the holders that traded their coins for miners.

At this point i'm simply waiting for an apology from Cypherdoc for lying without learning some skilz first. >:(

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 19, 2013, 05:30:32 PM**

> Quote from: crumbs on August 19, 2013, 05:28:57 PM
>> Quote from: vokain on August 19, 2013, 05:27:01 PM
>>> Quote from: crumbs on August 19, 2013, 05:21:29 PM
>>>> Quote from: cypherdoc on August 19, 2013, 05:19:40 PM
>>>>> Quote from: crumbs on August 19, 2013, 05:15:54 PM
>>>>>> Quote from: cypherdoc on August 19, 2013, 05:12:44 PM
>>>>>> crumbs, let us not forget your original supposition.
>>>>>>
>>>>>> you said that b/c HF was using BTC-only tx's, this was BAD for the Bitcoin economy.
>>>>>>
>>>>>> this is wrong.
>>>>>>
>>>>>> stay on track please.
>>>>>
>>>>> No.  Now you're simply lying.
>>>>> You said that HashFast was helping the bitcoin economy by only allowing bitcoin transactions.  I said that it was not.
>>>>> Don't make me dig through the thread & pull the quote.
>>>>> Try to be honest in cases where your lying will be *immediately exposed.*
>>>>> I mean *minutes.*
>>>>
>>>> who's lying?
>>>>
>>>> who put in big bold lettering somewhere above "**Bad Thing**"?
>>>
>>> Oh, please try harder :)
>>> Quote from: crumbckake
>>>> Quote from: crumbdoc on August 18, 2013, 03:31:34 PM
>>>> ...
>>>> the only counterpoint i'd make is that HF, by only accepting BTC, has demonstrated a *restraint* to NOT bring in as much money via pre-orders as the other companies seem not to be able to resist by using cc/pp.  they also want to help the BTC economy by doing it this way.  it allows BTC to circulate and change hands to buy real products, not just Alpaca socks.
>>>> ...
>>>
>>> This argument is absurd on its face.  The BTC will be immediately cashed out to fiat, to pay for expenses, development & production.
>>> If that's "circulation," simply cash out your BTC to credit card yourself, then pay with your credit card.
>>> It makes no difference to the bitcoin economy who cashes out bitcoins, you or HashFast.
>>> Cypherdoc, if you're going to spin, step up your game.

# The post that started it all ^^^^

> Do you want me to go through the thread & put some context on the quote you've pulled out? :D :D
>
> **EDIT: Full quote that you stripped from content:**

More BTC on the order books *needing to be sold* is a **bad thing**, Cypherdoc. :D :D :D

Learn how to lying :)

It is a good thing., Greater distribution of coins from the holders that traded their coins for miners.

At this point i'm simply waiting for an apology from Cypherdoc for lying without learning some skilz first. >:(

lol!  just b/c you say something doesn't make it true crumbs.

i may have to put you on ignore too. :D


## Title: Re: ► ► ►HashFast Endorsement
## Post by: crumbs on August 19, 2013, 05:33:18 PM

Quote from: cypherdoc on August 19, 2013, 05:30:32 PM

Quote from: crumbs on August 19, 2013, 05:28:57 PM

Quote from: vokain on August 19, 2013, 05:27:01 PM

Quote from: crumbs on August 19, 2013, 05:21:29 PM

Quote from: cypherdoc on August 19, 2013, 05:19:40 PM

Quote from: crumbs on August 19, 2013, 05:15:54 PM

Quote from: cypherdoc on August 19, 2013, 05:12:44 PM

crumbs, let us not forget your original supposition.

you said that b/c HF was using BTC-only tx's, this was BAD for the Bitcoin economy.

this is wrong.

stay on track please.

No.  Now you're simply lying.
You said that HashFast was helping the bitcoin economy by only allowing bitcoin transactions.
I said that it was not.
Don't make me dig through the thread & pull the quote.
Try to be honest in cases where your lying will be *immediately exposed.*
I mean *minutes.*

who's lying?

who put in big bold lettering somewhere above "**Bad Thing**"?

Oh, please try harder :)
Quote from: crumbckake

Quote from: cypherdoc on August 18, 2013, 03:31:34 PM

...
the only counterpoint i'd make is that HF, by only accepting BTC, has demonstrated a *restraint* to NOT bring in as much money via pre-orders as the other companies seem not to be able to resist by using cc/pp.  they also want to help the BTC economy by doing it this way.  it allows BTC to circulate and change hands to buy real products, not just Alpaca socks.
...

This argument is absurd on its face.  The BTC will be immediately cashed out to fiat, to pay for expenses, development & production.
If that's "circulation," simply cash out your BTC to credit card yourself, then pay with your credit card.
It makes no difference to the bitcoin economy who cashes out bitcoins, you or HashFast.
Cypherdoc, if you're going to spin, step up your game.

# The post that started it all ^^^^

> Do you want me to go through the thread & put some context on the quote you've pulled out? :D :D
>
> **EDIT: Full quote that you stripped from content:**
>
> More BTC on the order books *needing to be sold* is a **bad thing**, Cypherdoc. :D :D :D
>
> Learn how to lying :)
>
> It is a good thing. Greater distribution of coins from the holders that traded their coins for miners.
>
> At this point i'm simply waiting for an apology from Cypherdoc for lying without learning some skilz first. >:(
>
> lol! just b/c you say something doesn't make it true crumbs.
>
> i may have to put you on ignore too. :D

You do that, Cypherdoc, but anyone bothering to read through this thread will know you to be not just a liar, but a horribly inept one.
If you're going to lie, at least get good at it :D

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
**Post by: cypherdoc on August 19, 2013, 05:39:34 PM**

once again, i disagree with what troll crumbs has to say.

by using BTC-only tx's, HF is encouraging/facilitating the use of BTC, and by doing so helping the Bitcoin economy.

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
**Post by: DeathAndTaxes on August 19, 2013, 05:44:47 PM**

> Quote from: Ytterbium on August 19, 2013, 04:50:48 PM
>
> Crumbs is a ridiculous troll, who I have on ignore. However he is correct on this. While you could argue that BTC are goods, the best you could argue in that case is that when you sell them on an exchange, you increase the velocity of **dollars** in the economy. But you're not really increasing the velocity of bitcoin.
>
> On the other hand, simply buying the miners in BTC would increase the velocity of bitcoin, since it would cause BTC that was tied up in wallets to be actually transferred from one person to another, in exchange for something. That would not be the case if they were purchased with dollars.

This. If you look through your entire thread most of it is long multi-page derails dealing with trolls. You will never convince crumbs (et all) that this a good deal, not even after delivery, not even if the buyers end up +100% ROI. They aren't looking for information or answers to their questions. They are just looking to "win". Every possible answer you can give they will find a reason why that is bad, every rebuttal has another rebuttal. Fighting every nuance of their troll arguments defeats your entire goal to advocate and get information out on the product.

As for crumbs allegation that sales in BTC sales "don't count" unless the entire supply chain is in BTC well that is just silly. There are many countries where the supply chain can't be completed without the use of FOREX. Obviously the longer the supply chain is in BTC the better but ANY place to use BTC increases its utility. A goal of only using BTC when none of it is converted to another currency by the counter-party to cover non-BTC costs is a pointless standard anyways. Every merchants, every service accepting

BTC improves its utility.  The bitcoin economy won't just jump from nobody accepting it, to entire supplies chains being 100% BTC overnight.

Merchants accepting BTC is good for the utility of Bitcoin.  If he doesn't get it, it simply is because he doesn't want to get it.  He is just looking to prove your wrong and more you go down the stupid rabbit hole with him the more rope you give him.  You could go another 500 pages and it doesn't really matter what you say they will just bounce around and look for another angle where you are wrong and drag you down into that minutiae.  Either ignore them or put them on ignore so you are goaded into responding.  You are doing exactly what they want.  Plus most people have crumbs and his like on ignore anyways.  All you quoted responses just give him an audience to people who were already ignoring him.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: crumbs on August 19, 2013, 05:47:46 PM**

> Quote from: cypherdoc on August 19, 2013, 05:39:34 PM
> once again, i disagree with what troll crumbs has to say.
>
> by using BTC-only tx's, HF is encouraging/facilitating the use of BTC, and by doing so helping the Bitcoin economy.

You can disagree all you want, but now you've been caught in a dumb, boldface lie.
You've also been shown to know nothing about what you preach.
It's all right here, in this thread -- the Cliffsnotes of Cypherdoc fails. :)

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: crumbs on August 19, 2013, 05:51:49 PM**

> Quote from: DeathAndTaxes on August 19, 2013, 05:44:47 PM
> > Quote from: Ytterbium on August 19, 2013, 04:50:48 PM
> > Crumbs is a ridiculous troll, who I have on ignore.  However he is correct on this.  While you could argue that BTC are goods, the best you could argue in that case is that when you sell them on an exchange, you increase the velocity of **dollars** in the economy.  But you're not really increasing the velocity of bitcoin.
> >
> > On the other hand, simply buying the miners in BTC would increase the velocity of bitcoin, since it would cause BTC that was tied up in wallets to be actually transferred from one person to another, in exchange for something. That would not be the case if they were purchased with dollars.
>
> This.  Although if you look through your entire thread most of it is long multi-page derails dealing with trolls.  You will never (not even after delivery) convince crumbs (et all) that this a good deal. Fighting every naunce of their troll arguments defeats your entire goal.  Either ignore them or put them on ignore so you are goaded into responding.  You are doing exactly what they want.
>
> As for crumbs allegation that sales in BTC "don't count" unless the entire supply chain is in BTC well that is just silly.  It is about as useful as debating with someone who believes when the sun is up that is called "nighttime".

DeathAndTaxes, if you offer something more than a passing insult, i'd be glad to debate you, otherwise STFU, k?

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 19, 2013, 05:53:36 PM**

Case: 15-03011   Doc# 1-3   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 89 of

D&T,

you're absolutely right.  crumbs on ignore.  i'm glad to join everyone else.

### Title: **Re: ► ► ►HashFast Endorsement**
Post by: **Melbustus** on **August 19, 2013, 05:58:34 PM**

> Quote from: cypherdoc on August 19, 2013, 05:53:36 PM
> D&T,
> you're absolutely right.  crumbs on ignore.  i'm glad to join everyone else.

Nice. Good call.

### Title: **Re: ► ► ►HashFast Endorsement**
Post by: **Melbustus** on **August 19, 2013, 05:59:35 PM**

> Quote from: HashFast on August 19, 2013, 07:04:21 AM
> Hi Everyone,
> We launched a blog today:
> HashFast.com/blog

And quoting the above since it seems like the crumbs debacle buried it.

### Title: **Re: ► ► ►HashFast Endorsement**
Post by: **Ytterbium** on **August 19, 2013, 06:01:52 PM**

Stop replying to crumbs, people. My "Ignore" button doesn't work if you keep quoting him in replies!

EDIT: looks like you pre-took my advice:
> Quote from: cypherdoc on August 19, 2013, 05:53:36 PM
> D&T,
> you're absolutely right.  crumbs on ignore.  i'm glad to join everyone else.

Good call!

### Title: **Re: ► ► ►HashFast Endorsement**
Post by: **Melbustus** on **August 19, 2013, 06:06:01 PM**

FWIW, I'm a huge fan of this approach: https://hashfast.com/design-of-the-rig/

Having as much as absolutely possible be an off-the-shelf part that anyone can order at any time is fantastic. What I'd love to see in addition to this blog post, though, is a detailed component manifest. I assume all parts except the ASIC chip itself and the board it's mounted on are off-the-shelf parts, and it'd be great to have a list of the production components available as soon as possible.

Additionally, as has been mentioned further back, it'd be great to understand

exactly what would be necessary to mount the 2nd chip if the MMP comes into effect; eg, where do you we get the PCB for it? (forgive me if this was already answered; this thread got....long).

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 19, 2013, 06:08:04 PM**

i'll be in the office tomorrow.

i'm going to try and get as many answers as i can.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **DeathAndTaxes** on **August 19, 2013, 06:17:55 PM**

> Quote from: Melbustus on August 19, 2013, 06:06:01 PM
>
> FWIW, I'm a huge fan of this approach: https://hashfast.com/design-of-the-rig/
>
> Having as much as absolutely possible be an off-the-shelf part that anyone can order at any time is fantastic. What I'd love to see in addition to this blog post, though, is a detailed component manifest. I assume all parts except the ASIC chip itself and the board it's mounted on are off-the-shelf parts, and it'd be great to have a list of the production components available as soon as possible.

Taking it a step further I would love if the company would consider future sales as a "kit only".  Maybe just shipping the ASICs, control board, and maybe the waterblock (as they will need some form of cooling to test them before shipment).  With places like newegg and amazon most people can get PSU, cases, and fans easily and it means the company has less to build.  Even watercooling gear can be acquired off the shelf rather easily. You could even see hobbyist threads on different setups (i.e. multi chips loops, best third party radiator, good low noise fan, etc).  Not saying change existing orders but consider it for the future.

> Quote
>
> Additionally, as has been mentioned further back, it'd be great to understand exactly what would be necessary to mount the 2nd chip if the MMP comes into effect; eg, where do you we get the PCB for it? (forgive me if this was already answered; this thread got....long).

The MMP covers just the chip for "free".  I would assume that they would offer to sell you a board populated with your free chip (i.e. price is board price minus ASIC cost).  There has also been some vague statements about open source boards that means you could (my idle speculation) see third party board builders like you do now for Avalon.  **However getting some detailed answers would be helpful when deciding to buy or not.** I hope HF realizes that simply shipping some chips with no method for end user to convert them into boards is utterly useless and would kill any rep they have overnight.  I have no problem with the MMP being "chips only" it is better than anyone else is offering and I understand to use the MMP would require some additional cost but SPECIFIC DETAILS would be nice.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 19, 2013, 10:43:11 PM**

you guys have to remember that Simon is convinced that the Golden Nonce 1 will easily go over 500GH/s. it's just that the responsible thing to do is to talk about nominal rates of 400GH/s.

he wants to avoid creating hype and over promises.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **HashFast** on **August 20, 2013, 01:33:35 AM**

> Quote from: cypherdoc on August 18, 2013, 10:51:41 PM
>> Quote from: Bitcoinorama on August 18, 2013, 10:49:10 PM
>> Cypherdoc, what currency are Hashfast intending to pay their suppliers in?
>
> you'll have to ask them.

We are trying to pay in BTC as much as possible.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 20, 2013, 04:51:10 AM**

i'm in san jose at my hotel.  looking forward to going into HashFast tomorrow.

already tucked all current questions into my phone and sent them off via email to John and Eduardo.  hopefully i'll get the answers to all of them tomorrow.

now's the time to put up any others.  let me know.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 20, 2013, 08:33:09 AM**

1st impression.

These guys are working their asses off.  Simon and Amy still in the office @ 7:30 pm.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 20, 2013, 10:15:04 AM**

Cointerra is 2 months behind HF.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **miter_myles** on **August 20, 2013, 12:19:41 PM**

Honestly -  who is going to expect any replies of a negative nature from a "paid sponsor/endorser"  ??

## Title: Re: ► ► ►HashFast Endorsement
Post by: **erschiessen** on **August 20, 2013, 12:38:49 PM**

> Quote from: miter_myles on August 20, 2013, 12:19:41 PM

> Honestly - who is going to expect any replies of a negative nature from a "paid sponsor/endorser" ??

No rational person would expect anything of the sort, excepting softball fluff.

Are the expenses for this trip being paid for out of the monies paid by Hashfast, or are they paid by Hashfast directly?

## Title: **Re: ► ► ►HashFast Endorsement**
## Post by: **miter_myles** on **August 20, 2013, 12:51:26 PM**

> Quote from: Bargraphics on August 20, 2013, 12:41:26 PM
>> Quote from: erschiessen on August 20, 2013, 12:38:49 PM
>>> Quote from: miter myles on August 20, 2013, 12:19:41 PM
>>>> Honestly - who is going to expect any replies of a negative nature from a "paid sponsor/endorser" ??
>>>
>>> No rational person would expect anything of the sort, excepting softball fluff.
>>>
>>> Are the expenses for this trip being paid for out of the monies paid by Hashfast, or are they paid by Hashfast directly?
>>
>> Remember, he doesn't get paid unless they are successful. The reason you see 15 HashFast threads getting bumped daily by 1 line sentences from this guy. While not very bright he makes up in persistance.
>>
>> Edit: Looks like I bumped the thread, do I get something for my trouble?

Yeah - wish the mods would re-enforce the one thread for the same shit rule again like they did with the 488342 BFL threads last year.. (and a good clean up merge would be nice)... I'm sure money is lost when this thread gets bumped to the 2nd page... oh noes!... stupid.

## Title: **Re: ► ► ►HashFast Endorsement**
## Post by: **cypherdoc** on **August 20, 2013, 01:08:15 PM**

> Quote from: erschiessen on August 20, 2013, 12:38:49 PM
>> Quote from: miter myles on August 20, 2013, 12:19:41 PM
>>> Honestly - who is going to expect any replies of a negative nature from a "paid sponsor/endorser" ??
>>
>> No rational person would expect anything of the sort, excepting softball fluff.
>>
>> Are the expenses for this trip being paid for out of the monies paid by Hashfast, or are they paid by Hashfast directly?

Nope, paid by me.

Thanks for bumping the thread.

## Title: **Re: ► ► ►HashFast Endorsement**
## Post by: **cypherdoc** on **August 20, 2013, 03:42:03 PM**

so i find out HF was selling chunks of BTC all weekend long.

And what did the price do?  It goes UP, way UP.

So much for junior economist crumbs and his fan boys, Bargraphics and erschiesen

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
Post by: **miter_myles** on **August 20, 2013, 03:55:31 PM**

https://ip.bitcointalk.org/?u=http%3A%2F%2Fi.qkme.me%2F36eezo.jpg&t=547&c=i3jwJHlhOeTO2Q

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
Post by: **cypherdoc** on **August 20, 2013, 04:03:38 PM**

> Quote from: Bargraphics on August 20, 2013, 03:55:02 PM
>> Quote from: cypherdoc on August 20, 2013, 03:42:03 PM
>>> so i find out HF was selling chunks of BTC all weekend long.
>>>
>>> And what did the price do?  It goes UP, way UP.
>>>
>>> So much for junior economist crumbs and his fan boys, Bargraphics and erschiesen
>>
>> Ya had nothing to do with the fact Germany claiming BTC as a taxable currency providing legitimacy to BTC.....
>>
>> Please go on, only clowns and fools put trust in you at the point.

well now, that was my point all along if you'd read carefully.  i know its hard.

i said that just b/c HF has to sell coins on an exchange doesn't mean the price will go down or that it would be BAD for the economy.  there is no way to predict what effect it will have as there are any number of hidden buyers waiting in the wings; or not.  i kept saying it was irrelevant, didn't i?

the main point, which i still emphasize, is that by enabling/facilitating/forcing BTC-only payments, HF helps the Bitcoin economy by increasing BTC velocity.  which helps miner fees, exchange fees, and HF itself continue to grow.

end of story.

except it would be great to hear crumbs squeal if i didn't have him on ignore.

**Title: Re: ▶ ▶ ▶HashFast Endorsement**
Post by: **cypherdoc** on **August 20, 2013, 04:15:38 PM**

> Quote from: Bargraphics on August 20, 2013, 04:12:31 PM
>> Quote from: cypherdoc on August 20, 2013, 04:03:38 PM
>>> Quote from: Bargraphics on August 20, 2013, 03:55:02 PM
>>>> Quote from: cypherdoc on August 20, 2013, 03:42:03 PM
>>>>> so i find out HF was selling chunks of BTC all weekend long.
>>>>>
>>>>> And what did the price do?  It goes UP, way UP.
>>>>>
>>>>> So much for junior economist crumbs and his fan boys, Bargraphics and erschiesen
>>>>
>>>> Ya had nothing to do with the fact Germany claiming BTC as a taxable currency providing legitimacy to BTC.....

> Please go on, only clowns and fools put trust in you at the point.

> well now, that was my point all along if you'd read carefully.  i know its hard.
>
> i said that just b/c HF has to sell coins on an exchange doesn't mean the price will go down or that it would be BAD for the economy.  there is no way to predict what effect it will have as there are any number of hidden buyers waiting in the wings; or not.  i kept saying it was irrelevant, didn't i?
>
> the main point, which i still emphasize, is that by enabling/facilitating/forcing BTC-only payments, HF helps the Bitcoin economy by increasing BTC velocity.  which helps miner fees, exchange fees, and HF itself continue to grow.
>
> end of story.
>
> except it would be great to hear crumbs squeal if i didn't have him on ignore.

> In all honesty, I don't think you had a point.
>
> You just kept repeating that HashFast is good the the economy and then took the opportunity of BTC price raising to try and say "see look hah they really are (phew)"
>
> Again only clowns and fools would put trust in you based on your "points".

again, please read carefully, if you can.

i didn't say that b/c the BTC price rose that that was evidence that HF was good for the economy.

i said it rose despite the fact that they were selling their chunks of BTC contrary to what crumbs predicted would happen.  ::)

this is what happens when trolls react and don't think.

### Title: Re: ► ► ►HashFast Endorsement
Post by: **crumbs** on **August 20, 2013, 04:44:57 PM**

> Quote from: cypherdoc on August 20, 2013, 04:15:38 PM
> ...
> again, please read carefully, if you can.
>
> i didn't say that b/c the BTC price rose that that was evidence that HF was good for the economy.
>
> i said it rose despite the fact that they were selling their chunks of BTC contrary to what crumbs predicted would happen.  ::)
>
> this is what happens when trolls react and don't think.

Cypherdoc, you act like the influx of ~~HashFast's~~ pre-order BTC was more than Junior pissing in the pool.
It wasn't, but pissing in the pool is still frowned upon.  So stop pretending it's a good thing. >:(

### Title: Re: ► ► ►HashFast Endorsement
Post by: **cypherdoc** on **August 20, 2013, 05:30:27 PM**

the tapeout is fully paid for and should happen towards the end of week.

there is no venture capital involved in HF.  not that there haven't been plenty of offers.  this means that there is no VC's demanding their pound of flesh or

Case: 15-03011   Doc# 1-3   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 95 of 120

return. the original partners, Eduardo and Simon, own 90% of the company and the remaining 10% friends and family. this is important in that HF can give more of it's allegiance to the customers.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 21, 2013, 12:21:07 AM**

Quote from: Amy Woodward on August 20, 2013, 09:41:19 PM

I'd like to write today about a small piece of why we are confident our product is better than KnCs.

So today's topic: Our silicon design is superior.

Both are 28nm designs, but HashFast's is far more powerful and energy-efficient.

Let's look at KnC's 28nm ASIC, and some basic details as we can pull from their documentation. https://www.kncminer.com/news/news-25

First let's calculate the hash rate per square millimeter of silicon. This is a measure of the efficiency of the design.

Honestly, we don't need much to estimate this. The lid size for their chip is enough to make some good estimates.

KnC's diagram shows their chip has a 41.2mm lid, and implies that the silicon under that lid may be between 30mm x 30mm, and 36mm x 36mm. (The additional space is needed for decoupling capacitors and such.)
  Let's use those two numbers as bounds for the size of the silicon under the lid. If the die(s) take up just 30x30mm of the space under the lid, then:
    30x30mm = 900mm^2
    100 GHash / 900 mm^2 = 0.11 GHash/mm^2

    Or if the die takes up a bit more of the space under the lid,
    36x36mm = 1296mm^2
    100 GHash / 1296mm^2 = 0.077 GHash/mm^2

HashFast's Golden Nonce chip: I don't have to estimate the size because I work at HashFast. :)
  One 18x18mm die is able to do 400 GHash (nominal - more overclocked**)
  Hashing per square mm:
    18x18mm = 324mm^2
    400 GHash / 324mm^2 = 1.23 GHash/mm^2

Let's compare those numbers, for the high and low values for KnC's chip:

    1.23 / 0.11 = 11.2
    1.23 / 0.077 = 16

So HashFast's chip is between 11 and 16 times more efficient, in hashing per square mm, than KnC's chip.

This has an impact on how fast we can deliver units to customers. **One wafer of HashFast's chips has the same capacity as 11 to 16 wafers of KNCs.** The initial engineering run from TSMC is limited to 12 wafers, out of which KNC will be able to satisfy 11 to 16 times fewer customers than HashFast will be able to. You'll get your units faster once production starts from us.

In addition, the HashFast chip operates much more efficiently. You get four times the hash rate for the same amount of power (250W). That's 1.6 GHash/W for HashFast, and 0.4 GHash/W for KnC.

Calculations such as this are a small part of why we are confident that we are delivering a quality product to our customers.

We figure it's time to start sharing such information.

Amy Woodward

VP Engineering
HashFast

** P.S. Simon made me put in the line about overclocking. But no one would ever do that to our beautiful chips, right? ;)

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Xian01** on **August 21, 2013, 12:26:33 AM**

Quote from: cypherdoc on August 20, 2013, 03:42:03 PM

> so i find out HF was selling chunks of BTC all weekend long.
> And what did the price do?  It goes UP, way UP.
> So much for junior economist crumbs and his fan boys, Bargraphics and erschiesen

This comment is so inane that it's finally forced me to put you on ignore.

Unbelievable.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **HashFast** on **August 21, 2013, 12:28:05 AM**

We've posted a new update on our blog:
https://hashfast.com/countdown-to-tapeout/

-John

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **miter_myles** on **August 21, 2013, 12:34:53 AM**

Quote from: HashFast on August 21, 2013, 12:28:05 AM

> We've posted a new update on our blog:
> https://hashfast.com/countdown-to-tapeout/
>
> -John

So - this is an excuse to bump every fucking hashfast thread ? as I see you are hitting each one with this shit..

you guys are fucking annoying..

(ps - don't forget the 10 warranty gaff thread... lol)

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **Ytterbium** on **August 21, 2013, 06:27:46 AM**

Quote from: Xian01 on August 21, 2013, 12:26:33 AM

> Quote from: cypherdoc on August 20, 2013, 03:42:03 PM
>
>> so i find out HF was selling chunks of BTC all weekend long.
>> And what did the price do?  It goes UP, way UP.
>> So much for junior economist crumbs and his fan boys, Bargraphics and erschiesen
>
> This comment is so inane that it's finally forced me to put you on ignore.
>
> Unbelievable.

And this guy is a "Financial Analyst."  It's really amazing.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **AussieHash** on **August 21, 2013, 10:28:34 AM**

> Quote from: cypherdoc on August 20, 2013, 04:51:10 AM
>
> i'm in san jose at my hotel. looking forward to going into HashFast tomorrow.
>
> already tucked all current questions into my phone and sent them off via email to John and Eduardo. hopefully i'll get the answers to all of them tomorrow.
>
> now's the time to put up any others. let me know.

Any updates ?

## Title: Re: ▶ ▶ ▶HashFast Endorsement
## Post by: BitCsByBit on August 21, 2013, 10:33:03 AM

> Quote from: AussieHash on August 21, 2013, 10:28:34 AM
>
> > Quote from: cypherdoc on August 20, 2013, 04:51:10 AM
> >
> > i'm in san jose at my hotel. looking forward to going into HashFast tomorrow.
> >
> > already tucked all current questions into my phone and sent them off via email to John and Eduardo. hopefully i'll get the answers to all of them tomorrow.
> >
> > now's the time to put up any others. let me know.
>
> Any updates ?

I believe that he might still be in bed. It's not even morning over there.   :)

## Title: Re: ▶ ▶ ▶HashFast Endorsement
## Post by: cypherdoc on August 21, 2013, 03:25:25 PM

> Quote from: AussieHash on August 21, 2013, 10:28:34 AM
>
> > Quote from: cypherdoc on August 20, 2013, 04:51:10 AM
> >
> > i'm in san jose at my hotel. looking forward to going into HashFast tomorrow.
> >
> > already tucked all current questions into my phone and sent them off via email to John and Eduardo. hopefully i'll get the answers to all of them tomorrow.
> >
> > now's the time to put up any others. let me know.
>
> Any updates ?

my updates consist of pretty much of what i was able to get them to release yesterday. the details of Amy Woodward's post are most important.

i was there with them until 7:30 PM. they are all working hard to try and complete the tapeout. as you know, it's an iterative and unpredictable process but they are very close. i spent most of the day just trying to get them to clarify some of the policies that they have set forth here on the forum in terms of the warranty and MPP. they've made much progress and the details of these should be made available shortly.

what Simon is trying to achieve is unprecedented in the mining industry. as mrb and others have pointed out, it's a risky proposition going so small in terms of pushing the boundaries of heat build up. but if he succeeds, the cost savings will blow the doors off all competitors and make the MPP a unique program to HF.

Case: 15-03011    Doc# 1-3    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 98 of

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **bobsag3** on **August 21, 2013, 03:45:39 PM**

All I see coming out of your responses and those of the company representatives is PR. Not A single concrete answer for the multitude of questions asked, most very simple. If I ran any of my businesses this way I would not be in business any more, and would be ashamed to admit it. At least BFL is a known quantity.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 21, 2013, 03:46:40 PM**

> Quote from: cypherdoc on August 21, 2013, 03:25:25 PM
>
> ...
> what Simon is trying to achieve is unprecedented in the mining industry. as mrb and others have pointed out, it's a risky proposition going so small in terms of pushing the boundaries of heat build up. but if he succeeds, the cost savings will blow the doors off all competitors and make the MPP a unique program to HF.
> ...

"Unprecedented in the mining industry."
"pushing the boundaries of heat build up."
"blow the doors off all competitors."
Another content-free bump, asking us to:
https://ip.bitcointalk.org/?u=http%3A%2F%2Fs13.postimg.org%2Fzajyabybb%2Faaa_1.gif&t=547&c=y5zxHVqWQyi5TA
(http://postimage.org/)

♪♪HoOoOoldon to that feeEeEeling!♪♪

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 21, 2013, 05:23:05 PM**

> Quote from: bobsag3 on August 21, 2013, 03:45:39 PM
>
> All I see coming out of your responses and those of the company representatives is PR. Not A single concrete answer for the multitude of questions asked, most very simple. If I ran any of my businesses this way I would not be in business any more, and would be ashamed to admit it. At least BFL is a known quantity.

it's a startup. how concrete do you expect them to be?

alot of questions have been answered to the best of their ability.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 25, 2013, 04:11:27 PM**

Only 39 rigs left that will have the MPP.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **HashFast** on **August 25, 2013, 06:15:04 PM**

It looks like we'll be sold out by tomorrow.
-John

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 25, 2013, 07:02:14 PM**

> Quote from: HashFast on August 25, 2013, 06:15:04 PM
> It looks like we'll be sold out by tomorrow.
> -John

Well, it should be no surprise, especially since you've so generously decided to account for this in BTC.

Anyone not taking advantage of such a program as this is making a huge mistake since it's a one time offer.

All those trying desperately to frame this as equivalent to a pre delivery refund are foolish and shills. This is a great put option that could launch you into profitability once the difficulty levels off, which it will, probably around the time this is scheduled to take effect.

Also, don't forget that those of you lucky enough to get a box now will most likely be able to install the Golden Nonce 2 once it comes out.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: NiteShdw on August 26, 2013, 02:17:25 AM**

> Quote from: cypherdoc on August 25, 2013, 07:02:14 PM
> Also, don't forget that those of you lucky enough to get a box now will most likely be able to install the Golden Nonce 2 once it comes out.

Are you saying that the chip is socketed so it can be removed and replaced with a different chip?

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 26, 2013, 06:10:26 AM**

> Quote from: NiteShdw on August 26, 2013, 02:17:25 AM
> > Quote from: cypherdoc on August 25, 2013, 07:02:14 PM
> > Also, don't forget that those of you lucky enough to get a box now will most likely be able to install the Golden Nonce 2 once it comes out.
> >
> > Are you saying that the chip is socketed so it can be removed and replaced with a different chip?

No, I am not.

I don't think they are going to have the luxury of time needed to include a socketed solution as time of delivery is most important to them.

But hopefully the chip will be mounted on a solution that can be easily plugged in.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: HashFast on August 26, 2013, 06:46:13 AM**

> Quote from: cypherdoc on August 26, 2013, 06:10:26 AM
> > Quote from: NiteShdw on August 26, 2013, 02:17:25 AM
> > > Quote from: cypherdoc on August 25, 2013, 07:02:14 PM

Case: 15-03011   Doc# 1-3   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 100
of 120

> Also, don't forget that those of you lucky enough to get a box now will most likely be able to install the Golden Nonce 2 once it comes out.
>
> Are you saying that the chip is socketed so it can be removed and replaced with a different chip?
>
> No, I am not.
>
> I don't think they are going to have the luxury of time needed to include a socketed solution as time of delivery is most important to them.
>
> But hopefully the chip will be mounted on a solution that can be easily plugged in.

That is correct. The first batch of chips will be packaged into modules that can be plugged in.
-John

## Title: Re: ▶ ▶ ▶HashFast Endorsement
Post by: **HashFast** on **August 26, 2013, 06:47:36 AM**

First Batch is SOLD OUT!
-John

## Title: Re: ▶ ▶ ▶HashFast Endorsement
Post by: **AussieHash** on **August 26, 2013, 06:49:50 AM**

What's going to happen to the rest of your chips

I'm sure you'll generate tens of thousands of chips from (I'm assuming) 2 or more wafers

## Title: Re: ▶ ▶ ▶HashFast Endorsement
Post by: **DeathAndTaxes** on **August 26, 2013, 10:47:32 AM**

> Quote from: AussieHash on August 26, 2013, 06:49:50 AM
> What's going to happen to the rest of your chips
>
> I'm sure you'll generate tens of thousands of chips from (I'm assuming) **25** or more wafers

FYPFY. Lots are generally 25 not 2 wafers.

If they are doing a rocket run a single lot is very likely. As indicated above even at 100% yield 25 wafers is only 4,525 chips.
IceDrill has bought 250 TH/s of gear. At a nominal 400 GH/s per chip that is 625 chips. They sold another 550 direct and will have to allocate up to 2,200 more for the MPP. So up to 3,375 chips are already allocated.

I assume they will use the excess chips (plus any in the MPP allocation not needed) to either self mine or offer additional sales once pre-orders have been delivered.

## Title: Re: ▶ ▶ ▶HashFast Endorsement
Post by: **AussieHash** on **August 26, 2013, 10:54:26 AM**

> Quote from: DeathAndTaxes on August 26, 2013, 10:47:32 AM

Case: 15-03011    Doc# 1-3    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 101
of 120

> FYPFY.  Lots are generally 25 not 2 wafers.
>
> If they are doing a rocket run a single lot is very likely.  As indicated above even at 100% yield 25 wafers is only 4,525 chips.
> IceDrill has bought 250 TH/s of gear.  At a nominal 400 GH/s per chip that is 625 chips.  They sold another 550 direct and will have to allocate up to 2,200 more for the MPP.  So up to 3,375 chips are already allocated.
>
> I assume they will use the excess chips (plus any in the MPP allocation not needed) to either self mine or offer additional sales once pre-orders have been delivered.

That all adds up !

We'll never know whether IceDrill was offered the same MPP, and whether he/she is buying chips or assembled units.
Perhaps the MPP chips could come from a 2nd production run, and the extra chips have another purpose ?

## Title: Re: ► ► ►HashFast Endorsement
Post by: **DeathAndTaxes** on **August 26, 2013, 10:57:22 AM**

> Quote from: AussieHash on August 26, 2013, 10:54:26 AM
> > Quote from: DeathAndTaxes on August 26, 2013, 10:47:32 AM
> > FYPFY.  Lots are generally 25 not 2 wafers.
> >
> > If they are doing a rocket run a single lot is very likely.  As indicated above even at 100% yield 25 wafers is only 4,525 chips.
> > IceDrill has bought 250 TH/s of gear.  At a nominal 400 GH/s per chip that is 625 chips.  They sold another 550 direct and will have to allocate up to 2,200 more for the MPP.  So up to 3,375 chips are already allocated.
> >
> > I assume they will use the excess chips (plus any in the MPP allocation not needed) to either self mine or offer additional sales once pre-orders have been delivered.
> >
> > That all adds up !
> >
> > We'll never know whether IceDrill was offered the same MPP, and whether he/she is buying chips or assembled units.
> > Hashfast have said they will announce multi chip devices in November, and the MPP chips could come from a 2nd production run perhaps ?

IceDrill indicated they were not given the MPP it was for "retail" customers only and they also indicated they will take delivery of raw chips directly.

As for a second run it is possible but unless they intend to do a second rocket run that would be tight to have completed by November so maybe they went with two lots (50 wafers) and that would give them more chips upfront.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **crumbs** on **August 26, 2013, 11:20:44 AM**

> Quote from: Bargraphics on August 26, 2013, 11:02:02 AM
> > Quote from: DeathAndTaxes on August 26, 2013, 10:57:22 AM
> > > Quote from: AussieHash on August 26, 2013, 10:54:26 AM
> > > > Quote from: DeathAndTaxes on August 26, 2013, 10:47:32 AM
> > > > FYPFY.  Lots are generally 25 not 2 wafers.
> > > >
> > > > If they are doing a rocket run a single lot is very likely.  As indicated above even at 100% yield 25 wafers is only 4,525 chips.
> > > > IceDrill has bought 250 TH/s of gear.  At a nominal 400 GH/s per chip that is 625 chips.  They

Case: 15-03011   Doc# 1-3   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 102 of 120

> sold another 550 direct and will have to allocate up to 2,200 more for the MPP.  So up to 3,375 chips are already allocated.
>
> I assume they will use the excess chips (plus any in the MPP allocation not needed) to either self mine or offer additional sales once pre-orders have been delivered.
>
> That all adds up !
>
> We'll never know whether IceDrill was offered the same MPP, and whether he/she is buying chips or assembled units.
> Hashfast have said they will announce multi chip devices in November, and the MPP chips could come from a 2nd production run perhaps ?
>
> IceDrill indicated they were not given the MPP it was for "retail" customers only and they also indicated they will take delivery of raw chips directly.
>
> As for a second run it is possible but unless they intend to do a second rocket run that would be tight to have completed by November so maybe they went with two lots (50 wafers) and that would give them more chips upfront.
>
> They have to save chips for the MPP incase things do go wrong. I'm sure they wouldn't want to be in a position where they offered this program but are unable to honor it because they didn't have the chips.

I know, right?  And another batch of chips for warranty & repair ... oh, wait, is the warranty still ten days? :D

## Title: Re: ► ► ►HashFast Endorsement
## Post by: jspielberg on August 26, 2013, 11:37:50 AM

> Quote from: Bargraphics on August 26, 2013, 11:02:02 AM
> They have to save chips for the MPP incase things do go wrong. I'm sure they wouldn't want to be in a position where they offered this program but are unable to honor it because they didn't have the chips.

Not necessarily.  I assume that is the purpose of the 90 days... so they have time to order and receive MPP chips.  It might also provide some clarity as to why it is based on the initial delivery date... so they have all the needed data to be able to stock the MPP appropriately.

## Title: Re: ► ► ►HashFast Endorsement
## Post by: plasmoske on August 26, 2013, 01:03:49 PM

The way I see is say for example you get your rig by November 15th 2013. And you mine it for 90 days (until it "comes and goes" - the word they used on their example). At the end of the 90 day if you still haven't made ROI, then you request the MPP with them and they will calculate (by just looking at the difficulty history) to see if November 15, 2013 + 90days was enough to make ROI from. If it wasn't enough, then they will give you enough hashing power (up to 4x) to you.

Say they will give you 3 chips. Then you either pay them for PCB/assembly/delivery (1.3k - 2k) or you can just send it off (with delivery fee) to your chosen 3rd party PCB/rig maker. And that's that. If you don't make ROI after that then you never will.

Correct me if I'm wrong.

Case: 15-03011    Doc# 1-3    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 103 of 120

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 26, 2013, 02:03:13 PM**

Quote from: plasmoske on August 26, 2013, 01:03:49 PM

The way I see is say for example you get your rig by November 15th 2013. And you mine it for 90 days (until it "comes and goes" - the word they used on their example). At the end of the 90 day if you still haven't made ROI, then you request the MPP with them and they will calculate (by just looking at the difficulty history) to see if November 15, 2013 + 90days was enough to make ROI from. If it wasn't enough, then they will give you enough hashing power (up to 4x) to you.

Say they will give you 3 chips. Then you either pay them for PCB/assembly/delivery (1.3k - 2k) or you can just send it off (with delivery fee) to your chosen 3rd party PCB/rig maker. And that's that. If you don't make ROI after that then you never will.

Correct me if I'm wrong.

yes, this is the way i understand it as well.

the only small clarification is that they are going to err to the high side for your benefit. if, for instance, you bought one unit and the HF calc comes back that you actually needed 2.5 chips to have broken even, then they are going to mail you 3 chips as they really DO want their miners to win this game even if it comes at their expense.

it's a good long term strategy.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **AussieHash** on **August 26, 2013, 02:10:15 PM**

Cyberdoc, are the MPP chips based on what we _would_ have needed to have broken even on our investment at time of delivery delivery, rather than what we need now (90day later) to break even from here.
In 90 days time the difficulty might have gone up 441% (genesis block calc)

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 26, 2013, 02:32:54 PM**

Quote from: AussieHash on August 26, 2013, 02:10:15 PM

Cyberdoc, are the MPP chips based on what we _would_ have needed to have broken even on our investment at time of delivery delivery, rather than what we need now (90day later) to break even from here.
In 90 days time the difficulty might have gone up 441% (genesis block calc)

I think what you're asking is if there is a cap on the MPP?   There is.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **AussieHash** on **August 26, 2013, 02:36:42 PM**

Quote from: cypherdoc on August 26, 2013, 02:32:54 PM

Quote from: AussieHash on August 26, 2013, 02:10:15 PM

Cyberdoc, are the MPP chips based on what we _would_ have needed to have broken even on our investment at time of delivery delivery, rather than what we need now (90day later) to break even from here.
In 90 days time the difficulty might have gone up 441% (genesis block calc)

Case: 15-03011    Doc# 1-3    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 104

> I think what you're asking is if there is a cap on the MPP? There is.

Actually having read their MPP page it is mostly clear, that they base the MPP chips on what you would have needed from the beginning to mine your purchase price. Having said that they give an example of paying 50btc, mining only 25btc and in return they give you +2 GN chips ???

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 26, 2013, 02:41:29 PM**

> Quote from: AussieHash on August 26, 2013, 02:36:42 PM
>> Quote from: cypherdoc on August 26, 2013, 02:32:54 PM
>>> Quote from: AussieHash on August 26, 2013, 02:10:15 PM
>>> Cyberdoc, are the MPP chips based on what we _would_ have needed to have broken even on our investment at time of delivery delivery, rather than what we need now (90day later) to break even from here.
>>> In 90 days time the difficulty might have gone up 441% (genesis block calc)
>>
>> I think what you're asking is if there is a cap on the MPP? There is.
>
> Actually having read their MPP page it is mostly clear, that they base the MPP chips on what you would have needed from the beginning to mine your purchase price. Having said that they give an example of paying 50btc, mining only 25btc and in return they give you +2 GN chips ???

For that level of detail you're going to have to ask the company.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 28, 2013, 06:40:13 PM**

Additional Babyjets released due to non receipt of wires.

Other very good news coming.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **HashFast** on **August 28, 2013, 08:26:49 PM**

Yes, VERY BIG NEWS COMING TODAY INDEED!

also, I have posted details about new order chain rules, and the release of inventory here: https://bitcointalk.org/index.php?topic=262052.msg3029016#msg3029016

-John

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 29, 2013, 11:03:13 AM**

> Quote from: HashFast on August 28, 2013, 08:26:49 PM
> Yes, VERY BIG NEWS COMING TODAY INDEED!
>
> also, I have posted details about new order chain rules, and the release of inventory here: https://bitcointalk.org/index.php?topic=262052.msg3029016#msg3029016
>
> -John

Case: 15-03011   Doc# 1-3   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 105

Dear John --

Today has come and gone.  Now it's tomorrow, or rather today was yesterday and today's today.  The scenario defies description, let's just say that verb conjugation will was to be different.  Never mind that, but where's my VERY BIG NEWS?

## Title: Re: ► ► ►HashFast Endorsement
### Post by: **dropt** on August 29, 2013, 11:55:45 AM

> Quote from: cypherdoc on August 26, 2013, 02:03:13 PM
>
> yes, this is the way i understand it as well.
>
> the only small clarification is that they are going to err to the high side for your benefit.  if, for instance, you bought one unit and the HF calc comes back that you actually needed 2.5 chips to have broken even, then they are going to mail you 3 chips as they really DO want their miners to win this game even if it comes at their expense.
>
> it's a good long term strategy.

The only issue (IMO) is they're not legally bound to follow through on the MPP.  I sincerely believe they're trying to set a new precedent when it comes to ASIC hardware, but the legalese (as of Aug 13th) does not reflect much of what has been presented by HF's talking heads.  Largely, I ended up not ordering because of this.  On the contrary, when you - the people who did order - receive your extra GN1's, I may be interested in purchasing them from you.

## Title: Re: ► ► ►HashFast Endorsement
### Post by: **jspielberg** on August 29, 2013, 12:29:38 PM

Basically it breaks one of two ways:
1) They are full of crap and I wasted 5600+ worth of BTC on each order
2) They are earnest and contrary to the legalese, they will abide by what they are saying in the forums

I am going with option 2... maybe the MPP is a ploy to find suckers, but they are at least offering some incentives for the miner which scales with the network (to some extent).  If they can't make good on their word, then they are dead to the market regardless of the legalese.  Look at what happened to Avalon.

No other vendor has offered a comparable option taking the network realities into account.
When the inventory re-opened, I doubled down.  Looking foward to December (and then March/April  ;D)

## Title: Re: ► ► ►HashFast Endorsement
### Post by: **cypherdoc** on August 29, 2013, 12:41:55 PM

The MPP is not a sham.

Plans are being made to manufacture those chips assuming they will be needed.

Case: 15-03011   Doc# 1-3   Filed: 02/17/15   Entered: 02/17/15 08:51:34   Page 106

Think about it. Why wouldn't they make good on their greatest single advantage over every other competitor in the marketplace?

This single program is going to blow everyone away.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **jspielberg** on **August 29, 2013, 12:48:47 PM**

> Quote from: cypherdoc on August 29, 2013, 12:41:55 PM
>
> The MPP is not a sham.
>
> Plans are being made to manufacture those chips assuming they will be needed.
>
> Think about it. Why wouldn't they make good on their greatest single advantage over every other competitor in the marketplace?
>
> This single program is going to blow everyone away.

That was my thnking as well... but it is definitely a long-term/slow game strategy.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **dropt** on **August 29, 2013, 01:09:28 PM**

> Quote from: cypherdoc on August 29, 2013, 12:41:55 PM
>
> Think about it. Why wouldn't they make good on their greatest single advantage over every other competitor in the marketplace?

With all due respect: because they don't have to.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 29, 2013, 01:11:17 PM**

@Cypherdoc:  What happened to the REALLY BIG GOOD NEWS we were promised yesterday?

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **ur0pl** on **August 29, 2013, 01:16:03 PM**

New groupbuy for one unit. Come join. pleeeease
https://bitcointalk.org/index.php?topic=283340.0

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **August 29, 2013, 01:42:38 PM**

> Quote from: dropt on August 29, 2013, 01:09:28 PM
>
> > Quote from: cypherdoc on August 29, 2013, 12:41:55 PM
> >
> > Think about it. Why wouldn't they make good on their greatest single advantage over every other competitor in the marketplace?
> >
> > With all due respect: because they don't have to.

why would you doubt the veracity of what they've said?

Case: 15-03011    Doc# 1-3    Filed: 02/17/15    Entered: 02/17/15 08:51:34    Page 107

i would think that there would be some legal culpability from advertising the program on their website.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on August 29, 2013, 01:58:20 PM**

i wouldn't equate the two:

> Quote from: Bargraphics on August 29, 2013, 12:50:53 PM
>> Quote from: cypherdoc on August 29, 2013, 12:41:55 PM
>>> This single program is going to blow everyone away.
>
> Just to put things in perspective CoInterra has also offered a "MPP" of sorts.
>
> **On-Time Delivery Commitment –** If CoInterra fails to deliver chips or rigs within 30 days of its promised December delivery window, the company will credit your account 20% of the hash power of your order;

seems to me the Dec 31 full refund policy would negate this element.

> Quote
> **Price Protection –** For any undelivered orders, if the company changes the price of TerraMiner systems or GoldStrike1 ASICs before delivery, CoInterra will re-price all orders and offer either a cash refund or a larger and more valuable hash power credit;

HF has also offered a repricing if they lower their prices for this batch 1.

> Quote
> **Customer Exchange –** If a customer has a confirmed order and their circumstances change to prevent them from completing the sale, CoInterra will help them find another party amongst their existing customers to take their place in the product queue. While CoInterra cannot guarantee there is a buyer for an order or a place in the queue, the company will do its best in good faith to help

this is a more touchy, feely type of offer with no guarantees. i would think HF would do the same thing altho they haven't stated it.

> Quote
> I would say this is comparable to HashFasts.
>
> Sadly they only accept BTC and Wire Transfers too.
>
> Disclaimer: I have no orders with either HashFast or Cointerra (Unless you count IceDrill shares as HashFast orders)

i really think that ppl haven't stopped and thought about just how generous an offer the MPP truly is. just look closely at the example on their website:

"Example 2 – You buy a Baby Jet for 50 BTC, and we ship it on October 25th. January 23, 2014 comes and goes, and it turns out that at the Baby Jet's nominal hashrate, it would only have generated 25 BTC during that 90 day period. Calculated out, it would have taken an additional 400 Ghash/s of capacity shipped with your Baby Jet on October 25, 2013 to generate 50 BTC, so we will give you 800 Ghash/s in additional capacity. In this example, HashFast will give you two additional Golden Nonce ASICs, each with 400 nominal GHash/s."

assuming that the network HR doesn't go so ballistic making the 400% maximum MPP guarantee ineffective, we know the following: not only are they going to make you break even AFTER 90 DAYS of having received your

unit, but they are willing to give you an extra 400 GH/s in this example to thrust you clearly into profitability.

that's extraordinary. AND they are going in the right direction development-wise to allow them to do this. smaller dies, not bigger. in other words, more dies per wafer than their competitors making it possible and cost effective for them to offer this.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: cypherdoc on **August 29, 2013, 02:15:16 PM**

with the additional released inventory already down to only 6 units left, along with the backorders, i think the marketplace has spoken.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **miter_myles** on **August 29, 2013, 02:18:55 PM**

you better make sure this thread stays near the top until completely sold out... or else

**Title: Re: ► ► ►HashFast Endorsement**
Post by: cypherdoc on **August 29, 2013, 02:21:03 PM**

Quote from: miter_myles on August 29, 2013, 02:18:55 PM
you better make sure this thread stays near the top until completely sold out... or else

thanks for helping.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **HashFast** on **August 29, 2013, 07:00:31 PM**

HashFast's Golden Nonce GN ASIC successfully taped-out yesterday, Wednesday the 28th, and has been released for 28nm fabrication to a well-known, leading-edge foundry. More details will follow in next week's joint press release.

-John

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **HashFast** on **August 29, 2013, 07:03:43 PM**

Quote from: cypherdoc on August 29, 2013, 02:15:16 PM
with the additional released inventory already down to only 6 units left, along with i think the marketplace has spoken.

Sales have been incredibly strong over the last 24 hours, but we will continue to release inventory for orders that we do not receive payment for.

-John

**Title: Re: ► ► ►HashFast Endorsement**
Post by: cypherdoc on **August 30, 2013, 12:08:34 AM**

Tape out is an incredibly important step. Especially since it looks like we may have a chance to catch KNC; if they're late.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **dopamine** on **August 30, 2013, 12:14:49 AM**

> Quote from: HashFast on August 29, 2013, 07:00:31 PM
> HashFast's Golden Nonce GN ASIC successfully taped-out yesterday, Wednesday the 28th, and has been released for 28nm fabrication to a well-known, leading-edge foundry. More details will follow in next week's joint press release.
>
> -John

So does that mean hashfast is ahead of schedule?

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **bobsag3** on **August 30, 2013, 01:17:45 AM**

Excited to have started a group buy for one of these

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **erschiessen** on **August 30, 2013, 01:25:51 AM**

> Quote from: crumbs on August 29, 2013, 01:11:17 PM
> @Cypherdoc:  What happened to the REALLY BIG GOOD NEWS we were promised yesterday?

Tapeout?
You got warm and fuzzies, crumbs?

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **klee** on **August 30, 2013, 06:47:56 AM**

> Quote from: cypherdoc on August 30, 2013, 12:08:34 AM
> Tape out is an incredibly important step. Especially since it looks like we may have a chance to catch KNC; if they're late.

Most important thing for customers would be if they do not have more than 15 days gap! Of course this hurts people invested in KnC but it would be the best for customers in general long term.
The same applies if Cointerra could catch up like this with HF, it is a double edge sword cypherdoc ;)

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **crumbs** on **August 30, 2013, 11:43:53 AM**

> Quote from: erschiessen on August 30, 2013, 01:25:51 AM
> > Quote from: crumbs on August 29, 2013, 01:11:17 PM
> > @Cypherdoc:  What happened to the REALLY BIG GOOD NEWS we were promised yesterday?
> Tapeout?
> You got warm and fuzzies, crumbs?

# I changed my mind :o
https://ip.bitcointalk.org/?u=http%3A%2F%2Fs7.postimg.org%2Faud1srd7v%2Faaaa.gif&t=5477&c=CyCTBBmehC__IQ
(http://postimage.org/)

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on September 01, 2013, 04:10:24 PM**

the only units "potentially" left available are the one's on backorder.

this means that HF estimates that the "yield" per wafer is expected to be higher than originally expected. thus, for example, if 210 dies on average are expected to pass inspection out of a total of 250 per wafer, HF actually expects perhaps 230 to pass. this would be due to the high integrity of the pre-fab simulations.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on September 05, 2013, 03:12:00 AM**

your hardware MPP costs just got chopped in half.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: DyslexicZombei on September 05, 2013, 03:20:44 AM**

Do tell. ;D

BTW, John or Cara: me & 14 other miners who co-own a HashFast rig are still waiting for an update to the order list from well over 2 weeks ago. I know you folks are busy but: Can we please get an update to this?

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on September 05, 2013, 03:39:55 AM**

> Quote from: DyslexicZombei on September 05, 2013, 03:20:44 AM
> Do tell. ;D
> BTW, John or Cara: me & 14 other miners who co-own a HashFast rig are still waiting for an update to the order list from well over 2 weeks ago. I know you folks are busy but: Can we please get an update to this?

i'll let the company spill the good news beans.

yeah John is so busy making big sales. he'll update the list as soon as he can. don't worry about your spot in the queue.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: Ytterbium on September 05, 2013, 03:49:01 AM**

They should just automatically give everyone 4x chips in 3 months. It would make everything much simpler. They're going to need to do it anyway.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on September 05, 2013, 04:15:17 AM**

> Quote from: Ytterbium on September 05, 2013, 03:49:01 AM
> They should just automatically give everyone 4x chips in 3 months. It would make everything much simpler. They're going to need to do it anyway.

yep. they're planning on it.

and they can afford to. they've gone small.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **DyslexicZombei** on **September 05, 2013, 04:44:59 AM**

> Quote from: cypherdoc on September 05, 2013, 04:15:17 AM
> > Quote from: Ytterbium on September 05, 2013, 03:49:01 AM
> > They should just automatically give everyone 4x chips in 3 months. It would make everything much simpler. They're going to need to do it anyway.
>
> yep. they're planning on it.
>
> and they can afford to. they've gone small.

Ah! So I *was* right that some enterprising group or person could make a dent in the Group Buys forum (and add needed variety) by putting together a GB for bare rigs for HF units.

Told you mofos Uncle DZ had a good plan. SMH, I'd do it myself if I wasn't up to my eyeballs trying to start this GBEC cooperative. Anyway: **I'll help provide escrow protected GB shares at half of my usual 1% fee to anyone smart enough & forward looking enough to be vetted as a GBC & do the groundwork on these HF bare rigs I was telling system builders & GBCs to prepare for** (1% BTCrow escrow fees would still apply).

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **AussieHash** on **September 05, 2013, 08:59:13 AM**

Does that mean we will need to buy 3 more baby rigs to house the +3 chips ? OR could we pay the difference for a multi chip sierra board from day one ?

> Quote from: cypherdoc on September 05, 2013, 04:15:17 AM
> > Quote from: Ytterbium on September 05, 2013, 03:49:01 AM
> > They should just automatically give everyone 4x chips in 3 months. It would make everything much simpler. They're going to need to do it anyway.
>
> yep. they're planning on it.
>
> and they can afford to. they've gone small.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **plasmoske** on **September 05, 2013, 11:36:15 AM**

I was told pay for board/assemble etc. Don't think it comes in multi chip board. That would be much better.

Price per board was hinted at anywhere from around 1000-2000$. So with 3 chips, you would need 3 boards.

Figure out the rest ::)

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: junshong on September 05, 2013, 11:43:58 AM**

What does this make this hardware stands out from the others?   :o

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: AsicShill on September 05, 2013, 12:07:54 PM**

> Quote from: plasmoske on September 05, 2013, 11:36:15 AM
> Price per board was hinted at anywhere from around **1000-2000$**. So with 3 chips, you would need 3 boards.

So the chips are free... but the PCBs are 1000 to 2000 each?
Seems like there is quite a bit of profit being taken on the backs of the MPP.
Why so expensive? What are they made of ground up unicorn horns?

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: regular on September 05, 2013, 12:09:21 PM**

If it was the whole unit for 1000 bucks then it would reasonable

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: plasmoske on September 05, 2013, 12:25:44 PM**

The chips are free and you only get it if you don't hit ROI.

But can only be requested after 3 months. [You need to mine/have it for 3 months, if you don't hit ROI by then, then.... you can request chips from the MPP].

That's why everyone is just saying... just give out the chips at the start. There's no point waiting 3 months and then having to ask for chips later on anyway.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: crumbs on September 05, 2013, 12:41:15 PM**

> Quote from: plasmoske on September 05, 2013, 12:25:44 PM
> The chips are free and you only get it if you don't hit ROI.
>
> But can only be requested after 3 months. [You need to mine/have it for 3 months, if you don't hit ROI by then, then.... you can request chips from the MPP].
>
> That's why everyone is just saying... just give out the chips at the start. There's no point waiting 3 months and then having to ask for chips later on anyway.

That makes no sense.
At the start, there's an order queue to be filled -- there are no surplus chips & the chips are much more valuable (due to lower difficulty) than they will be 3 mo. in the future.
Think of it this way:  ~~In three months,~~ look here
(http://mining.thegenesisblock.com/).

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **dropt** on **September 05, 2013, 04:13:53 PM**

> Quote from: plasmoske on September 05, 2013, 12:25:44 PM
> The chips are free and you only get it if you don't hit ROI.
>
> But can only be requested after 3 months. [You need to mine/have it for 3 months, if you don't hit
> ROI by then, then.... you can request chips from the MPP].
>
> That's why everyone is just saying... just give out the chips at the start. There's no point waiting 3
> months and then having to ask for chips later on anyway.

That's ridiculous.

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **September 05, 2013, 06:52:03 PM**

http://finance.yahoo.com/news/hashfast-uniquify-announce-tape-golden-
175723250.html;_ylt=A2KJNF9L0ihSaHwAHjXQtDMD

TSMC

**Title: Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **September 05, 2013, 06:55:37 PM**

HashFast and Uniquify Announce Tape Out of "Golden Nonce" Bitcoin
Network Transaction Verification Chip to TSMC's 28HPM Process
MarketwiredPress Release: Uniquify – 41 minutes ago

SAN JOSE, CA--(Marketwired - Sep 5, 2013) - HashFast Technologies
(www.HashFast.com) and design and manufacturing operations partner
Uniquify (www.Uniquify.com) today confirmed that HashFast's Golden Nonce
(GN) Bitcoin network transaction verification Application Specific Integrated
Circuit (ASIC) has successfully taped out on TSMC's 28HPM process.
This high-performance design was developed to provide an increase in the
available hashing capacity for Bitcoin network transaction verification
operations (also known as Bitcoin "mining"). The design simulation met or
exceeded the design targets, performing more than 400 billion double-
SHA256 hashing operations per second (GHash/s), while consuming less
than 0.6 W/GHash/s at nominal clock rate, setting a new industry
benchmark.
A Leap Forward in Technological, Performance of Bitcoin Microprocessors
The GN chip will be fabricated at TSMC's 28nm GIGAFAB foundry in Taiwan.
HashFast has already increased the initial planned production volume of the
GN chip to address strong pre-order demand.
Key features of the design include a modular architecture, a fault-tolerant
physical layout to allow for maximum silicon yield, and an ability to be
overclocked for greater performance and underclocked for greater efficiency.
Its use of on-die thermal controls allows operation at its maximum
performance given the capacity of the cooling system deployed with it.
Since announcing Golden Nonce, HashFast has become an industry leader in
the production of Bitcoin network verification equipment. The GN chip
provides increased hashing performance, while lowering power requirements
and addressing thermal issues of earlier Bitcoin mining ASICs. HashFast
began taking public orders in August for the Baby Jet mining systems, the
first product to house this processor. Once the initial batch of GN chips is

produced and tested, Baby Jet will begin shipping in volume.

"The rapid development and tape out of the GN chip is another testimony to the power of our Perseus design management system," says Josh Lee, Uniquify's founder and chief executive officer (CEO). "With Perseus, we were able to go from first RTL code to final tape out in under three months, an exceptional performance for any ASIC design program, let alone a sophisticated 28nm design such as Hashfast's GN chip."

Eduardo deCastro, founder and CEO of Hashfast, agrees and notes: "Working with a mature design team has been a key advantage. We've been able to leverage our team's decades of experience to quickly explore and evaluate multiple options, and deliver at record speed. Another critical advantage was the choice of Uniquify and TSMC for design and manufacturing. Both are at the top of their fields, have worked together on multiple projects, and are true innovators."

"We are pleased to be working with Uniquify and HashFast to enable this new ASIC design," said Brad Paulsen, TSMC Senior Vice President, North America. "This application is a good fit with TSMC's 28HPM process technology and we wish them much success with the GN product."

About HashFast

Headquartered in San Jose, Calif., HashFast Technologies is a fabless semiconductor manufacturer specialized in the production of high-performance ASICs at aggressive performance nodes for the network verification of digital currency transactions. Its mission is to push the performance of network transaction verification hardware, and make leading-edge ASICs available to the public. The company was founded in 2013 by Simon Barber and Eduardo deCastro, and is privately held. More information can be found at: www.HashFast.com.

About Uniquify

Headquartered in San Jose, Calif., Uniquify is a privately held, rapidly growing system-on-chip (SoC) design, integration and manufacturing services supplier, and innovative developer and provider of high-performance semiconductor IP. Its "ideas2silicon" services range from spec development and front-end design through physical design and delivery of packaged, tested chips. Uniquify's headquarters and primary design center is in San Jose with additional design teams in Pune, India, and Seoul, Korea. With more than 100 employees, Uniquify offers 65-, 40- and 28-nanometer SoC design expertise, integration and manufacturing services and high-performance IP to leading semiconductor and system companies worldwide. Additional information can be found at: www.uniquify.com.

ideas2silicon is a trademark of Uniquify. Uniquify acknowledges trademarks or registered trademarks of other organizations for their respective products and services.

Contact:
For more information, contact:
Bob Smith
Uniquify
(650) 269-8780
Email Contact

Nanette Collins
Public Relations for Uniquify
(617) 437-1822
Email Contact

John Skrodenis

HashFast Technologies
(415) 484-5789
Email Contact

## Title: Re: ► ► ►HashFast Endorsement
Post by: **crumbs** on **September 05, 2013, 07:04:35 PM**

> Quote from: cypherdoc on September 05, 2013, 06:55:37 PM
> HashFast and Uniquify Announce Tape Out of "Golden Nonce" Bitcoin Network Transaction
> Verification Chip to TSMC's 28HPM Process
> MarketwiredPress Release: Uniquify ~ 41 minutes ago
>
> SAN JOSE, CA--(Marketwired - Sep 5, 2013) - HashFast Technologies (www.HashFast.com) and
> design and manufacturing operations partner Uniquify (www.Uniquify.com) today confirmed that
> HashFast's Golden Nonce (GN) Bitcoin network transaction verification Application Specific Integrated
> Circuit (ASIC) has successfully taped out on TSMC's 28HPM process.[snip]

Is this the same tapeout as was announced on August 29?

*("HashFast's Golden Nonce GN ASIC successfully taped-out yesterday,*
*Wednesday the 28th, and has been released for 28nm fabrication to a well-*
*known, leading-edge foundry.  More details will follow in next week's joint*
*press release.*

*-John")*

## Title: Re: ► ► ►HashFast Endorsement
Post by: **AussieHash** on **September 05, 2013, 09:21:29 PM**

> Quote
> Since announcing Golden Nonce, HashFast has become an industry leader in the production of
> Bitcoin network verification equipment.

The validity of this statment lies somewhere between vapour and the truth.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **DyslexicZombei** on **September 05, 2013, 10:18:02 PM**

Hehehe, we're talking marketing speak here AussieHash. It's like a whole
new lingo where you make up your own meanings and take small (or giant)
liberties:

"New & Improved!"
"4 out of 5 dentists prefer our gum!"
"More clowns prefer our Big red noses over our competitors lousy red
noses!"

The whole thing reeks of PR fluff instead of an article.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **itod** on **September 05, 2013, 10:45:37 PM**

> Quote from: DyslexicZombei on September 05, 2013, 10:18:02 PM
> The whole thing reeks of PR fluff instead of an article.

It's true that this is a PR text, but there is an important fact in it:

Quote

> The design simulation met or exceeded the design targets, performing more than 400 billion double-SHA256 hashing operations per second (GHash/s), while consuming less than 0.6 W/GHash/s at nominal clock rate, setting a new industry benchmark.

God to know this step turned out better than expected.

## Title: Re: ▶ ▶ ▶ HashFast Endorsement
Post by: **creativex** on **September 05, 2013, 11:25:25 PM**

It's just simulated mumbo jumbo. Pre-order vendors have been issuing overly optimistic simulation results since forever. Until they have test chips in hand and some solid measured results everything will remain up in the air.

## Title: Re: ▶ ▶ ▶ HashFast Endorsement
Post by: **iCEBREAKER** on **September 05, 2013, 11:30:16 PM**

Quote from: itod on September 05, 2013, 10:45:37 PM

> It's true that this is a PR text, but there is an important fact in it:
>
> Quote
>
>> The design simulation met or exceeded the design targets, performing more than 400 billion double-SHA256 hashing operations per second (GHash/s), while consuming less than 0.6 W/GHash/s at nominal clock rate, setting a new industry benchmark.
>
> God to know this step turned out better than expected.

One more important new fact: **TSMC**.

Quote

> Established in 1987, **TSMC is the world's largest dedicated semiconductor foundry.** As the founder and leader of the dedicated foundry business, TSMC has built its reputation on offering advanced wafer production processes and unparalleled manufacturing efficiency.

Nobody has a better chance of meeting or exceeding the "simulated mumbo-jumbo" than TSMC.

HashFast just dropped the hammer on their competition.  It doesn't get any better than TSMC, the 500lb gorilla of the chip biz!   8)

## Title: Re: ▶ ▶ ▶ HashFast Endorsement
Post by: **regular** on **September 06, 2013, 02:27:48 AM**

Quote from: iCEBREAKER on September 05, 2013, 11:30:16 PM

> Quote from: itod on September 05, 2013, 10:45:37 PM
>
>> It's true that this is a PR text, but there is an important fact in it:
>>
>> Quote
>>
>>> The design simulation met or exceeded the design targets, performing more than 400 billion double-SHA256 hashing operations per second (GHash/s), while consuming less than 0.6 W/GHash/s at nominal clock rate, setting a new industry benchmark.
>>
>> God to know this step turned out better than expected.
>
> One more important new fact: **TSMC**.
>
> Quote
>
>> Established in 1987, **TSMC is the world's largest dedicated semiconductor foundry.** As the founder and leader of the dedicated foundry business, TSMC has built its reputation on offering advanced wafer production processes and unparalleled manufacturing efficiency.

> Nobody has a better chance of meeting or exceeding the "simulated mumbo-jumbo" than TSMC.
>
> HashFast just dropped the hammer on their competition.  It doesn't get any better than TSMC, the 500lb gorilla of the chip biz!   8)

Agreed.  TSMC was responsible for the first ever shipped ASIC as well (Avalon) so they have a good track record with putting out working chips.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **Melbustus** on **September 09, 2013, 02:49:32 PM**

So, I think where I'm looking for more clarity is:

1) Cost of the board/rig required to run additional chips if the MPP gets executed. Do we have a parts manifest for this yet, or a price to outright buy a pre-assembled rig from Hashfast?

2) If anyone from Batch-1 gets additional chips from the MPP, everyone should. Otherwise, there can be situations in which people who are ahead in the shipment queue actually do worse. For example, let's say that the 1st BabyJet from batch-1 goes out on October 25th and has made a slight profit by Jan 23rd; under the current MPP verbiage as I read it, that means no new chips for Owner #1. Let's further say that the 500th BabyJet from batch-1 goes out November 25th, but has just barely not covered costs by Feb 22nd. In this case, the owner of the 500th gets new chips for free, but the owner of the 1st still doesn't. Given the low power consumption of BabyJets, they'll likely be worth running for quite some time, so over that lifetime, the owner of the 500th probably does better. It depends on the exact nature of how the overall network hash-rate curve develops, of course, but it seems to me that the fairest thing to do is to execute the MPP across the entire Batch; ie, if anyone from the batch gets more chips, everyone should.

Can we get some clarity/comments on the above?

In any event, HF seems to be doing great work. Tape-out ~10 days ago, plus the TSMC announcement...good stuff.

## Title: Re: ► ► ►HashFast Endorsement
Post by: **jjiimm_64** on **September 09, 2013, 07:49:03 PM**

It is going to be a horserace.....  I hope I picked the right horse!

## Title: Re: ► ► ►HashFast Endorsement
Post by: **HashFast** on **September 09, 2013, 10:47:33 PM**

HashFast has launched sales of it's second production batch. We are now selling our commercial grade unit, the Sierra, which contains 3 Golden Nonce (GN) ASICs, and all Baby Jet and Sierra machines can now be purchased

with or without the Miner Protection Program™.

John
HashFast.com

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: cypherdoc on September 09, 2013, 11:12:19 PM**

everyone, please pay attention:

# "The Baby Jet motherboard has room for an additional GN chip.\*\*"

this applies to the Batch 1 units as well.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: Visesrion on September 09, 2013, 11:28:15 PM**

> Quote from: cypherdoc on September 09, 2013, 11:12:19 PM
>
> everyone, please pay attention:
>
> # "The Baby Jet motherboard has room for an additional GN chip.\*\*"
>
> this applies to the Batch 1 units as well.

So this means that with the MPP if we receive 3 bare chips we could install one by improving the power supply which is ok. But price for aditional motherboard ?

Any plans of hosting ?

I also think that executing the MPP will be really dificult depending on international shipping delays as in my case and depending on when the diferent units in the batch gets shipped, so you should find a solution to that.

**Title: Re: ► ► ►HashFast Endorsement**
**Post by: bobsag3 on September 09, 2013, 11:29:39 PM**

> Quote from: Visesrion on September 09, 2013, 11:28:15 PM
>
> > Quote from: cypherdoc on September 09, 2013, 11:12:19 PM
> >
> > everyone, please pay attention:
> >
> > # "The Baby Jet motherboard has room for an additional GN chip.\*\*"
> >
> > this applies to the Batch 1 units as well.
>
> So this means that with the MPP if we receive 3 bare chips we could install one by improving the power supply which is ok. But price for aditional motherboard ?
>
> Any plans of hosting ?

I also think that executing the MPP will be really dificult depending on international shipping delays as in my case and depending on when the diferent units in the batch gets shipped, so you should find a solution to that.

A bunch of us are already offering hosting, and working on a project to develop DIY boards. I think the thread is in this section or in GB's.

Title: **Re: ► ► ►HashFast Endorsement**
Post by: **cypherdoc** on **September 24, 2013, 10:10:17 AM**

FYI.

I am no longer being paid by Hashfast. That concluded with batch one.

Powered by SMF 1.1.19 | SMF © 2006-2009, Simple Machines