# Exhibit "D"

Home    Charts    Stats    Wallet

# Bitcoin Address

### Summary

| | |
|---|---|
| Address | 1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9 |
| Tools | Taint Analysis - Related Tags - Unspent Outputs |

### Transactions

| | |
|---|---|
| No. Transactions | 10 |
| Total Received | 3,000.00041 BTC |
| Final Balance | 2,999.00041 BTC |

Request Payment    Donation Button



### Transactions                                                                 Filter

0573c87fc10535e3247f60c040af278db8df04926702e...              2014-09-07 00:31:10

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

                                                                0.00001 BTC

**Public Note:** This pos is currently holding around $2M worth of HashFast's creditors money and will do whatever he can to block the rightful restitution of the amount to the people he stole from.

| | | |
|---|---|---|
| 2c7d858f3209dd150a6147b0d7bc047498fd75d5e9d6... | | 2014-08-01 20:43:39 |
| 1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9 | | |
| | | 0.0001 BTC |
| 878463fc28f37417f99872f1c31aaaeb6c7cbf850dcd6f... | | 2014-07-29 19:44:41 |
| 1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9 | | |
| | | 0.0001 BTC |
| fa671c43816dc3d86acc5f33f28fbfa14c98b6e020dd13... | | 2014-07-21 21:24:23 |
| 1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9 | | |
| | | 0.0002 BTC |
| 82f77d74882a51d3b743d4567dd705946d5f754d93cf... | | 2014-03-17 03:39:30 |
| 1QCQFpqdyhJ5ExfuDf4gcDYoXzFBaXBT4 1G7ckcBJxH4ggDTEDcYbWRG9apT57v9KYp | | |
| | | -1 BTC |
| ae02c97bb841a4fe8042005ec980d9196c58acf2e8f2d... | | 2013-09-23 17:44:45 |
| 1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9 | | |
| | | 500 BTC |
| 4be4019ded9c44964d927b444a6ef9f3ec00e94405c1... | | 2013-09-22 18:21:58 |
| 1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9 | | |
| | | 250 BTC |
| eecee6b718692a9517ce16aa7529dbb50312390861e... | | 2013-09-14 22:42:06 |

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

250 BTC

5d46f496bd394ee799196b363d902b78f425f20f2a3a3...   2013-09-05 01:20:10

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

1,999 BTC

8598c6416245a2e62fdfb11f903fab57df23e9c4c6847...   2013-09-05 01:14:17

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

1 BTC