# Notice Recipients

District/Off: 0971–3          User: awong              Date Created: 2/18/2015
Case: 15–03011               Form ID: SUM             Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Jessica M. Mickelsen          jessica.mickelsen@kattenlaw.com

                                                                    TOTAL: 1