# Notice Recipients

District/Off: 0971−3     User: awong     Date Created: 2/18/2015
Case: 15−03011     Form ID: ODSCY     Total: 4

**Recipients of Notice of Electronic Filing:**
aty     Jessica M. Mickelsen     jessica.mickelsen@kattenlaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     HashFast Technologies LLC     29209 Canwood Street, Suite 210     Agoura Hills, CA 91301
pla     HashFast LLC     29209 Canwood Street, Suite 210     Agoura Hills, CA 91301
dft     Marc A. Lowe     230 W. Pueblo     Santa Barbara, CA 93105

TOTAL: 3