# Exhibit "A"



San Jose, California
August 5, 2013

## Memorandum of understanding

**Wheras:**
Hashfast technologies LLC is a Fabless semiconductor company based in San Jose, California and specializing in the design and production of extremely high-performance ASIC semiconductors for use in the network verification (often referred to as "mining") of Bitcoin transactions.

**And, wheras:**
Marc Lowe is an articulate, dedicated and long-term advocate, analyst and supporter of bitcoin, including both the digital currency itself, the community around it and the ethos surrounding both

**And, wheras:**
After having come to know each other, both see and understand each other's set of core views regarding both matters regarding Bitcoin and the larger issues of innovation, technology and personal commitment.

**Now therefore:**
Both parties agree that to enter into a relationship where
- Hashfast agrees that Mr. Lowe will introduce to and endorse the ASIC technology developed by Hashfast into the Bitcoin miner community, and support Mr. Lowe in so doing
- Hashfast agrees that Hashfast will provide, at a cost 5% under retail, a batch of no less than 550 of Hashfasts "Baby Jet" bitcoin mining devices, each one containing one Hasfast "Golden Nonce" ASIC microchips from the first engineering run ("Batch 0")
- Such machines will be publicly identified by Hashfast as being associated with Mr. Lowe
- As consideration for such work, Mr. Lowe will receive from HashFast a number of Bitcoins equal to 10% of the base sale price, of such machines (excluding taxes, shipping and the like)
- The above amount will be due and payable within seven (7) calendar days from the date of the sale of the last of the 550 "Baby Jet " machine, as Bitcoin, and at a Bitcoin wallet address specified by Mr. Lowe.
- This will be the case regardless of whether or not the sale of such machines is attributable, directly or not, to the work carried out by Mr. Lowe.

Finally, and aside from the above, both parties agree that they view the sale of the machines described above as a first step into the development of a longer term relationship between both parties, and enter this agreement in good faith

[Signature block follows]

**HashFast Technologies LLC**
**Transparent. Credible. Fast.**

97 South Second street #175
San Jose, California 95113

Page 1
of 2

Case: 15-03011   Doc# 5-2   Filed: 02/19/15   Entered: 02/19/15 10:45:47   Page 2 of 3



MARC LOWE:                                        HASHFAST TECHNOLOGIES LLC

By: _____     By: _/s/_____

        Signature                                Signature

                                      Eduardo P. de Castro

_____         _____

        Print Name                              Print Name

Title: _____    Title: _C.E.O._____

Date: _____    Date: _August 7, 2013_____

HashFast Technologies LLC       97 South Second street #175      Page 2
Transparent. Credible. Fast.        San Jose, California 95113        of 2

Case: 15-03011    Doc# 5-2    Filed: 02/19/15    Entered: 02/19/15 10:45:47    Page 3 of 3