# Exhibit "D"



Eduardo de Castro <eduardo@hashfast.com>

# Fwd: need:
3 messages

---

**John Skrodenis <john@hashfast.com>**      Sat, Sep 14, 2013 at 3:47 PM
To: Eduardo de Castro <eduardo@hashfast.com>

> ---------- Forwarded message ----------
> From: John Skrodenis <john@hashfast.com>
> Date: Sat, Sep 14, 2013 at 3:42 PM
> Subject: Re: need:
> To: Cypher <cipherdoc@gmail.com>
>
>
> Can you confirm receipt of 250 btc?
> More to come from another account...
>
> John
>
>
> On Sat, Sep 14, 2013 at 3:33 PM, Cypher <cipherdoc@gmail.com> wrote:
>> 1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9
>>
>> John Skrodenis <john@hashfast.com> wrote:
>>> your btc addy...
>>> J

---

**John Skrodenis <john@hashfast.com>**      Mon, Sep 16, 2013 at 8:50 AM
To: Eduardo de Castro <eduardo@hashfast.com>

> Begin forwarded message:
>
>> From: joe <cipherdoc@gmail.com>
>> Date: September 15, 2013, 4:42:45 PM PDT
>> To: undisclosed-recipients:;
>> Subject: Re: need:
>>
>>
>> fyi, i haven't gotten anything else after receiving the 250.
>>
>>
>> On 9/14/13 3:42 PM, John Skrodenis wrote:
>>> Can you confirm receipt of 250 btc?
>>> More to come from another account...

> John
>
>> On Sat, Sep 14, 2013 at 3:33 PM, Cypher <cipherdoc@gmail.com> wrote:
>>> 1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9
>>>
>>> John Skrodenis <john@hashfast.com> wrote:
>>>> your btc addy...
>>>> J

---

John Skrodenis <john@hashfast.com>  Tue, Sep 17, 2013 at 5:10 PM
To: Eduardo de Castro <eduardo@hashfast.com>

---------- Forwarded message ----------
From: John Skrodenis <john@hashfast.com>
Date: Tue, Sep 17, 2013 at 4:27 PM
Subject: Re: need:
To: cypherdoc <cipherdoc@gmail.com>

I realize that. We will be working to change that today.
I'll talk to E about getting you paid.

J

On Tue, Sep 17, 2013 at 12:19 PM, cypherdoc <cipherdoc@gmail.com> wrote:
> your presence on the forum is exactly zero.
>
> and ppl are noticing that. questions are not being answered.
>
> perhaps i could help but i need to get paid off first. 2 wks late. any more coins? 750 to go...
>
>
> On 9/17/2013 12:03 PM, John Skrodenis wrote:
>
>> Wholesale is good, retail is very slow.
>>
>> I really need to extract more info from engineering to put more info out there and step up our presence...
>>
>> John
>>
>>> On Tue, Sep 17, 2013 at 11:30 AM, cypherdoc <cipherdoc@gmail.com> wrote:
>>>> how are sales going?
>>>
>>>
>>> On 9/14/2013 3:42 PM, John Skrodenis wrote:

Can you confirm receipt of 250 btc?
More to come from another account...

John

On Sat, Sep 14, 2013 at 3:33 PM, Cypher <cipherdoc@gmail.com> wrote:
> 1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9
>
> John Skrodenis <john@hashfast.com> wrote:
>> your btc addy...
>> J