# Exhibit "E"

Home    Charts    Stats    Wallet

# Bitcoin Address

### Summary

| | |
|---|---|
| Address | 1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9 |
| Tools | Taint Analysis - Related Tags - Unspent Outputs |

### Transactions

| | |
|---|---|
| No. Transactions | 10 |
| Total Received | 3,000.00041 BTC |
| Final Balance | 2,999.00041 BTC |

Request Payment    Donation Button



## Transactions      Filter

0573c87fc10535e3247f60c040af278db8df04926702e...     2014-09-07 00:31:10

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

0.00001 BTC

**Public Note:** This pos is currently holding around $2M worth of HashFast's creditors money and will do whatever he can to block the rightful restitution of the amount to the people he stole from.

2c7d858f3209dd150a6147b0d7bc047498fd75d5e9d6...    2014-08-01 20:43:39

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

0.0001 BTC

878463fc28f37417f99872f1c31aaaeb6c7cbf850dcd6f...    2014-07-29 19:44:41

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

0.0001 BTC

fa671c43816dc3d86acc5f33f28fbfa14c98b6e020dd13...    2014-07-21 21:24:23

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

0.0002 BTC

82f77d74882a51d3b743d4567dd705946d5f754d93cf...    2014-03-17 03:39:30

1QCQFpqdyhJ5ExfuDf4gcDYoXzFBaXBT4
1G7ckcBJxH4ggDTEDcYbWRG9apT57v9KYp

-1 BTC

ae02c97bb841a4fe8042005ec980d9196c58acf2e8f2d...    2013-09-23 17:44:45

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

500 BTC

4be4019ded9c44964d927b444a6ef9f3ec00e94405c1...    2013-09-22 18:21:58

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

250 BTC

eecee6b718692a9517ce16aa7529dbb50312390861e...    2013-09-14 22:42:06

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

250 BTC

5d46f496bd394ee799196b363d902b78f425f20f2a3a3...                2013-09-05 01:20:10

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

1,999 BTC

8598c6416245a2e62fdfb11f903fab57df23e9c4c6847...                2013-09-05 01:14:17

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

1 BTC