KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtors and Debtors-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>☐ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, and HASHFAST LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARC A. LOWE, an individual, *aka* | Case No. 14-30725<br><br>(Substantively Consolidated with In re HashFast LLC, Case No. 14-30866)<br><br>Chapter 11<br><br><br><br>Adversary Case No. 15-03011<br><br>**NOTICE OF DEBTORS' MOTION FOR ISSUANCE OF RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT [DOCKET NO. 5]**<br><br>[Cal. Code. Civ. P. § 484.090(a) and (b); Cal. Civ. Code § 3439.07(a)(2)] |

1

| | |
|---|---|
| Cypherdoc and/or Ciphardoc,<br><br>    Defendant. | ) Hearing Date:<br>) Date: March 27, 2015<br>) Time: 10:00 a.m.<br>) Place: 235 Pine St., 19th Floor<br>)      San Francisco, CA 94104<br>) Judge: Honorable Dennis Montali. |

**PLEASE TAKE NOTICE THAT** that on March 27, 2015 at 10:00 a.m. ("Hearing Date"), on the 19th Floor of the above-captioned court, located at 235 Pine Street, San Francisco, CA 94104, the above-captioned debtors and debtors in possession (the "Debtors") seek to move this Court for the issuance of a right to attach order and writ of attachment pursuant to California Code of Civil Procedure § 484.090(a) and (b) and California Civil Code § 3439.07(a)(2) as to certain Bitcoins ("BTC") transferred to the defendant MARC A. LOWE (the "Defendant" or "Lowe") on or about September 2013 (the "Motion" [Docket No. 5]).

In the Motion, the Debtors seek to attach the BTC transferred to the Defendant, as presently held in a BTC wallet bearing account number xUDJ9 (the "Wallet"), to secure any potential judgment obtained against Lowe in the adversary proceeding.

The Motion is based upon the concurrently filed Memorandum of Points and Authorities, the declaration of Victor Delaglio and exhibits in support, the pleadings, papers, or other matters contained in the Court's file, judicial notice of which is respectfully requested, and any oral argument of counsel to be presented at the hearing.

Dated: February 19, 2015

KATTEN MUCHIN ROSENMAN LLP
Peter A. Siddiqui
Jessica M. Mickelsen

By:/s/ Jessica M. Mickelsen
Counsel for Debtors and Debtors-In-Possession
HashFast Technologies LLC and HashFast LLC