Ashley M. McDow (245114)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:     310.820.8800
Facsimile:      310.820.8859
Email:          amcdow@bakerlaw.com

Attorneys for Interested Party

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No.: 14-bk-30725-DM |
| Hashfast Technologies LLC, | Adv. Case No.: 15-03011-DM |
| | Chapter 11 |
| Debtor and Debtor in Possession. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| | [No Hearing Required] |
| HashFast Technologies LLC, | |
| Plaintiff, | |
| v. | |
| Marc A. Lowe, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that undersigned hereby enters this Notice of Appearance and requests the Clerk of this Court to add counsel's name and address to the master list of creditors and any official service list for purposes of receiving notices and pleadings pursuant to Federal Rules of Bankruptcy Procedure 9010(b) and 2002, and requests the Clerk to mail all such notices and pleadings, as follows:

Ashley M. McDow, Esq.
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
605925979.1

Los Angeles, CA  90025-0509
Telephone: 310.820.8800
Facsimile:  310.820.8859
Email:      amcdow@bakerlaw.com

Dated:     March 2, 2015          Respectfully submitted,

                                  BAKER & HOSTETLER LLP

                                  By:    /s/ Ashley M. McDow
                                         Ashley M. McDow
                                  Attorneys for Interested Party

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Case: 15-03011    Doc# 9    Filed: 03/02/15    Entered: 03/02/15 14:15:45    Page 2 of 2
605925979.1