Ashley M. McDow (245114)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com

Attorneys for the OFFICIAL COMMITTEE OF UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Hashfast Technologies LLC,<br><br>    Debtor and Debtor in Possession.<br><br>--- | Case No.: 14-bk-30725-DM<br><br>Adv. Case No.: 15-03011-DM<br><br>Chapter 11<br><br>**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**<br><br>[No Hearing Required] |
| HashFast Technologies LLC,<br>    Plaintiff,<br>v.<br>Marc A. Lowe,<br>    Defendant. | |

**PLEASE TAKE NOTICE** that undersigned hereby enters this Notice of Appearance and requests the Clerk of this Court to add counsel's name and address to the master list of creditors and any official service list for purposes of receiving notices and pleadings pursuant to Federal Rules of Bankruptcy Procedure 9010(b) and 2002, and requests the Clerk to mail all such notices and pleadings, as follows:

    Ashley M. McDow, Esq.
    BAKER & HOSTETLER LLP
    11601 Wilshire Boulevard, Suite 1400

Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com

Dated: March 4, 2015       Respectfully submitted,

BAKER & HOSTETLER LLP

By:   */s/ Ashley M. McDow*
       Ashley M. McDow
Attorneys for the OFFICIAL COMMITTEE OF UNSECURED CREDITORS

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES