BRIAN E. KLEIN (SBN 258246)
BAKER MARQUART LLP
10990 Wilshire Boulevard, Fourth Floor
Los Angeles, California 90024
Telephone: (424) 652-7800
Facsimile: (424) 652-7850
Email: bklein@bakermarquart.com

DAVID M. POITRAS APC (SBN 141309)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
Email: dpoitras@jmbm.com

Attorneys for Defendant Dr. Marc A. Lowe

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> HASHFAST TECHNOLOGIES LLC, <br> a California limited liability company, <br><br> Debtor and Debtor in Possession <br><br> ☐ Affects HASHFAST LLC, <br> a Delaware limited liability company, <br><br> Debtor and Debtor in Possession | Case No. 14-30725 <br><br> (Substantively Consolidated with <br> In re HashFast LLC, Case No. 14-30866) <br><br> Chapter 11 <br><br> Adversary Case No. 15-03011 |
| HASHFAST TECHNOLOGIES LLC, <br> a California limited liability company, and <br> HASHFAST LLC, a Delaware limited liability company, <br> Plaintiffs, <br> vs. <br> MARC A. LOWE, an individual, aka Cypherdoc and/or Cipherdoc, <br> Defendant. | **NOTICE OF APPEARANCE AND NOTICE OF INTERESTED PARTIES** <br><br> [No Hearing Required] |

The filing of this Notice constitutes the first appearance in this case by the attorneys listed above.

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for |
| 2 | Defendant Dr. Marc A. Lowe ("Defendant"), certifies that Defendant is an individual and |
| 3 | accordingly, there is no publicly held corporation that has any interest in Defendant. Moreover, |
| 4 | other than the parties identified in the complaint herein, the undersigned counsel certifies that as of |
| 5 | the date hereof, he knows of no other: (i) parties that may have a pecuniary interest in the outcome |
| 6 | of this case or (ii) case pending in the United States Bankruptcy Court for the Northern District of |
| 7 | California that may be deemed to be a related case. |

Respectfully submitted,

Dated: March 10, 2015     JEFFER MANGELS BUTLER & MITCHELL LLP

By: */s/ David M. Poitras*
    DAVID M. POITRAS APC
    Attorneys for Defendant
    Dr. Marc A. Lowe

# PROOF OF SERVICE

## STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067.

On March 11, 2015 I served the document(s) described as **NOTICE OF APPEARANCE AND NOTICE OF INTERESTED PARTIES;** in this action addressed as follows:

☐ (BY MAIL) True and correct copies of the aforementioned document(s) were deposited, in a sealed envelope with postage thereon fully prepaid, with the U.S. Postal Service on that same day to be mailed via first class mail at San Francisco, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)) Pursuant to the controlling Rules, the aforementioned document(s) will be served by the court via NEF and proper link(s) to the document(s). On March 11, 2015, I checked the appropriate CM/ECF docket for this case or proceeding and determined that the aforementioned person(s) has/have consented to receive NEF transmission at the aforementioned electronic addresses.

See Attached Service List

☐ (BY FAX) The parties have consented in writing to receive service by facsimile transmission. On          , I transmitted the above-described document(s) by facsimile machine to the above-listed fax number(s). The transmission originated from facsimile phone number (310) 203-0567 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached.

☒ (BY ELECTRONIC SERVICE) On March 10, 2015, I transmitted the aforementioned document(s) as PDF attachments to the aforementioned electronic notification address(es). The transmission originated from my electronic notification address, which is bt@jmbm.com, and was reported as complete and without error.

☐ (BY PERSONAL SERVICE) I placed the aforementioned document(s) in a sealed envelope and I delivered such envelope by hand to the offices of the addressee.

☒ (BY OVERNIGHT DELIVERY) I placed the aforementioned document(s) in a sealed envelope with postage thereon fully prepaid and I caused said envelope to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on March 11, 2015 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Claudean Brandon
*Printed Name*                                               *Signature*

# SERVICE LIST

## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

- Ashley McDow amcdow@bakerlaw.com, SGaeta@bakerlaw.com
- Jessica M. Mickelsen jessica.mickelsen@kattenlaw.com

## BY ELECTRONIC SERVICE

Office of the U.S. Trustee/SF
235 Pine Street, Suite 700
San Francisco, CA 94101
Email: USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com

## BY OVERNIGHT DELIVERY

The Honorable Dennis Montali
Chambers Courtesy Copy
United States Bankruptcy Court
Northern Division of California
235 Pine Street, 19th Floor
San Francisco, CA 94104