1  BRIAN E. KLEIN (SBN 258246)
   BAKER MARQUART LLP
2  10990 Wilshire Boulevard, Fourth Floor
   Los Angeles, California 90024
3  Telephone: (424) 652-7800
4  Facsimile: (424) 652-7850
   Email: bklein@bakermarquart.com
5

6  DAVID M. POITRAS APC (SBN 141309)
   JEFFER MANGELS BUTLER & MITCHELL LLP
7  1900 Avenue of the Stars, 7th Floor
   Los Angeles, California 90067-4308
8  Telephone: (310) 203-8080
   Facsimile: (310) 203-0567
9  Email: dpoitras@jmbm.com

10 Attorneys for Defendant Dr. Marc A. Lowe

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC,<br>a California limited liability company,<br><br>Debtor and Debtor in Possession<br><br>☐ Affects HASHFAST LLC,<br>a Delaware limited liability company,<br><br>Debtor and Debtor in Possession | Case No. 14-30725<br><br>(Substantively Consolidated with<br>In re HashFast LLC, Case No. 14-30866)<br><br>Chapter 11<br><br>Adversary Case No. 15-03011 |
| HASHFAST TECHNOLOGIES LLC,<br>a California limited liability company, and<br>HASHFAST LLC, a Delaware limited liability<br>company,<br>Plaintiffs,<br>vs.<br><br>MARC A. LOWE, an individual, aka<br>Cypherdoc and/or Cipherdoc,<br><br>Defendant. | **STIPULATION TO CONTINUE HEARING ON DEBTORS' MOTION FOR ISSUANCE OF WRIT OF ATTACHMENT AND RELATED PENDING RESPONSE DATES IN THE ADVERSARY PROCEEDING; DECLARATION OF DAVID M. POITRAS IN SUPPORT THEREOF**<br><br>**Current Hearing Date:**<br>Date: March 27, 2015<br>Time: 10:00 a.m.<br>Place: 235 Pine St., 22nd Floor<br>San Francisco, CA 94104<br>Judge: Honorable Dennis Montali |

**THIS STIPULATION** is entered into by and among Defendant Dr. Marc A. Lowe ("Defendant") and Hashfast Technologies, LLC and Hashfast LLC, both Plaintiffs and Debtors and Debtors in Possession ("Plaintiffs"), through their counsel of record, and is set forth below. Defendant and Plaintiffs are collectively referred to hereinafter in this Stipulation as the "Parties".

## RECITALS

A. On February 17, 2015, Plaintiffs filed their *Complaint for: 1. Avoidance of Preferential Transfers; 2. Avoidance of Fraudulent Transfers; 3. Avoidance of Fraudulent Transfers (Constructive Fraud); and 4. Recovery of Avoided Transfers* generally styled as captioned above (the "Complaint")(Adv. Docket No. 1).

B. On February 18, 2015, the Court issued the *Summons and Notice of Status Conference in an Adversary Proceeding* (the "Summons")[Adv. Docket No. 3].

C. Pursuant to the Summons, the last day for Defendant to file a responsive pleading to the Complaint (absent extension) is March 20, 2015. The Summons also set the initial status conference on the Complaint for April 24, 2015 at 1:30 p.m.

D. On February 19, 2015, Plaintiffs filed their *Motion for Issuance of Right to Attach Order and Writ of Attachment; Memorandum of Points and Authorities; Declaration in Support Thereof* (the "Writ Motion")[Adv. Docket No. 5].

E. Pursuant to Plaintiffs' Notice dated February 19, 2015, the initial hearing on the Writ Motion is set for March 27, 2015 at 10:00 a.m. Pursuant to the Bankruptcy Local Rules for the Northern District of California ("LBR"), Defendant's opposition to the Writ Motion is presently due March 13, 2015.

F. Defendant has recently retained the above-captioned counsel in this matter.

G. In the interests of judicial economy, to reduce administrative expenses and professional courtesy, the Parties hereby stipulate to continue the March 27, 2015 hearing on the Writ Motion to the date of the initial status conference, April 24, 2015 at 1:30 p.m., or such other and further date and time convenient to the Court's calendar, and to continue the related pleading dates, as set forth with particularity below.

H. This is the Parties first request for an extension of time to plead herein and such extension is not sought for any improper purpose.

I. The requested continuance will not delay this adversary proceeding.

**STIPULATION**

The Parties, intending to be bound hereby, stipulate and agree as follows, subject to Court approval.

1. The recitals set forth above are incorporated herein by reference as if set forth at length herein.

2. The March 27, 2015 hearing on the Writ Motion shall be continued to April 24, 2015 at 1:30 p.m., or such other and further date and time convenient to the Court's calendar (the "Continued Hearing").

3. Pending the Continued Hearing, Defendant agrees that he shall not move or otherwise transfer any of the Bitcoins (that are subject to the Complaint) that were in the Bitcoin wallet account number xUDJ9 (the "Wallet") on or after February 19, 2015 (the date of filing of the Writ Motion). Defendant's agreement herein shall not be considered or construed as an admission of any kind concerning the rights and allegations asserted in the Complaint and the Writ Motion, and Defendant expressly reserves all rights and claims to oppose the Complaint and the Writ Motion notwithstanding his agreement herein.

4. Defendant's deadline to respond to the Writ Motion shall be continued to the date which is fourteen (14) days before the Continued Hearing, consistent with LBR 7007-1(b).

5. Defendant's deadline to file a responsive pleading to the Complaint shall be extended to March 27, 2015.

6. This stipulation may be executed in counterparts, all of which shall be taken together as a single document. In order to expedite the agreement contained herein, electronic, telecopied or PDF'd signatures may be used in place of original signatures on this stipulation or any document delivered pursuant hereto. The Parties intend to be bound by the signatures on the electronic, telecopied or PDF'd document, are aware that the other Parties will rely on the electronic,

telecopied or PDF'd signatures, and hereby waive any defenses to the enforcement of the terms of this stipulation based on the form of signature.

**IT IS SO STIPULATED AND AGREED.**

Dated: March 10, 2015          JEFFER MANGELS BUTLER & MITCHELL LLP

By: /s/ David M. Poitras
    DAVID M. POITRAS APC
    Attorneys for Defendant
    Dr. Marc A. Lowe

Dated: March 10, 2015          KATTEN MUCHIN ROSENMAN LLP

By: /s/ Peter A. Siddiqui
    PETER A. SIDDIQUI
    Attorneys for Plaintiffs,
    Hashfast Technologies, LLC and Hashfast, LLC

# DECLARATION OF DAVID M. POITRAS

I, DAVID M. POITRAS declare as follows:

1. I am an attorney duly admitted to practice law in the State of California and before the United States District Court for the Northern District of California. I am the principal of a professional corporation which is a partner in Jeffer Mangels Butler & Mitchell LLP ("JMBM"), co-counsel for the Defendant Dr. Marc A. Lowe. Except as otherwise stated, each of the facts contained in this declaration is based upon my personal knowledge and if called upon to do so, I could competently testify thereto. Capitalized terms used in this declaration and not defined herein have the same meaning ascribed to such terms in the Stipulation.

2. Defendant has recently retained counsel in this matter.

3. As set forth above, in the interests of judicial economy, to reduce administrative expenses and professional courtesy, the Parties have agreed, subject to court approval, to continue the March 27, 2015 hearing on the Writ Motion to the date of the initial status conference, April 24, 2015 at 1:30 p.m., or such other and further date and time convenient to the Court's calendar, and to continue the related pleading dates.

4. This is the Parties first request for a continuance /extension of time to plead herein and such continuance/extension is not sought for any improper purpose.

5. The requested continuance will not delay this adversary proceeding.

6. Pending the Continued Hearing, Defendant has agreed that he shall not move or otherwise transfer any of the Bitcoins (that are subject to the Complaint) that were in the Wallet on or after February 19, 2015 (the date of filing of the Writ Motion).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is being executed this 10th day of March 2015, in Los Angeles, California.

_/s/ David M. Poitras_
DAVID M. POITRAS

# PROOF OF SERVICE

## STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067.

On March 11, 2015 I served the document(s) described as **STIPULATION TO CONTINUE HEARING ON DEBTORS' MOTION FOR ISSUANCE OF WRIT OF ATTACHMENT AND RELATED PENDING RESPONSE DATES IN THE ADVERSARY PROCEEDING**; in this action addressed as follows:

☐ (BY MAIL) True and correct copies of the aforementioned document(s) were deposited, in a sealed envelope with postage thereon fully prepaid, with the U.S. Postal Service on that same day to be mailed via first class mail at San Francisco, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)) Pursuant to the controlling Rules, the aforementioned document(s) will be served by the court via NEF and proper link(s) to the document(s). On March 11, 2015, I checked the appropriate CM/ECF docket for this case or proceeding and determined that the aforementioned person(s) has/have consented to receive NEF transmission at the aforementioned electronic addresses.

See Attached Service List

☐ (BY FAX) The parties have consented in writing to receive service by facsimile transmission. On         , I transmitted the above-described document(s) by facsimile machine to the above-listed fax number(s). The transmission originated from facsimile phone number (310) 203-0567 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached.

☒ (BY ELECTRONIC SERVICE) On March 10, 2015, I transmitted the aforementioned document(s) as PDF attachments to the aforementioned electronic notification address(es). The transmission originated from my electronic notification address, which is bt@jmbm.com, and was reported as complete and without error.

☐ (BY PERSONAL SERVICE) I placed the aforementioned document(s) in a sealed envelope and I delivered such envelope by hand to the offices of the addressee.

☒ (BY OVERNIGHT DELIVERY) I placed the aforementioned document(s) in a sealed envelope with postage thereon fully prepaid and I caused said envelope to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on March 11, 2015 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Claudean Brandon
Printed Name

/s/ Claudean Brandon
Signature

# SERVICE LIST

## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

- Ashley McDow amcdow@bakerlaw.com, SGaeta@bakerlaw.com
- Jessica M. Mickelsen jessica.mickelsen@kattenlaw.com

**BY ELECTRONIC SERVICE**

Office of the U.S. Trustee/SF
235 Pine Street, Suite 700
San Francisco, CA 94101
Email: USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com

**BY OVERNIGHT DELIVERY**

The Honorable Dennis Montali
Chambers Courtesy Copy
United States Bankruptcy Court
Northern Division of California
235 Pine Street, 19th Floor
San Francisco, CA 94104

2