

Signed and Filed: March 13, 2015

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

BRIAN E. KLEIN (SBN 258246)
BAKER MARQUART LLP
10990 Wilshire Boulevard, Fourth Floor
Los Angeles, California 90024
Telephone: (424) 652-7800
Facsimile: (424) 652-7850
Email: bklein@bakermarquart.com

DAVID M. POITRAS APC (SBN 141309)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
Email: dpoitras@jmbm.com

Attorneys for Defendant Dr. Marc A. Lowe

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC,<br>a California limited liability company,<br><br>    Debtor and Debtor in Possession<br><br>☐ Affects HASHFAST LLC,<br>    a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession | Case No. 14-30725<br><br>(Substantively Consolidated with<br>In re HashFast LLC, Case No. 14-30866)<br><br>Chapter 11<br><br>Adversary Case No. 15-03011 |
| HASHFAST TECHNOLOGIES LLC,<br>a California limited liability company, and<br>HASHFAST LLC, a Delaware limited liability<br>company,<br>    Plaintiffs,<br>vs.<br><br>MARC A. LOWE, an individual, aka<br>Cypherdoc and/or Ciphperdoc,<br><br>    Defendant. | **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON DEBTORS' MOTION FOR ISSUANCE OF WRIT OF ATTACHMENT AND RELATED PENDING RESPONSE DATES IN THE ADVERSARY PROCEEDING**<br><br>Current Hearing Date:<br>Date: March 27, 2015<br>Time: 10:00 a.m.<br>Place: 235 Pine St., 22nd Floor<br>       San Francisco, CA 94104<br>Judge: Honorable Dennis Montali |

This Court having considered the Stipulation to Continue Hearing on Debtors' Motion for Issuance of Writ of Attachment and Related Pending Response Dates in the Adversary Proceeding (the "Stipulation"), and good cause appearing, it is hereby

**ORDERED**, that the Stipulation is approved and confirmed as an Order of this Court;

**IT IS FURTHER ORDERED** that the hearing on the Writ Motion currently scheduled for March 27, 2015, is continued to April 24, 2015, at 10:00 a.m., on the 22nd Floor of the above-captioned court, located at 235 Pine Street, San Francisco, CA 94104 (the "Continued Hearing");

**IT IS FURTHER ORDERED** that Defendant's deadline to respond to the Writ Motion is continued to the date which is fourteen (14) days before the Continued Hearing, consistent with LBR 7007-1(b);

**IT IS FURTHER ORDERED** that Defendant's deadline to file a responsive pleading to the Complaint is extended to March 27, 2015; and

**IT IS FURTHER ORDERED** that pending the Continued Hearing, Defendant shall not move or otherwise transfer any of the Bitcoins (that are subject to the Complaint) that were in the Bitcoin wallet account number xUDJ9 on or after February 19, 2015.

*** END OF ORDER ***