BRIAN E. KLEIN (SBN 258486)
BAKER MARQUART LLP
10990 Wilshire Boulevard, Fourth Floor
Los Angeles, California 90024
Telephone: (424) 652-7800
Facsimile: (424) 652-7850
Email: bklein@bakermarquart.com

DAVID M. POITRAS, APC (SBN 141309)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
Email: dpoitras@jmbm.com

Attorneys for Defendant Dr. Marc A. Lowe

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC,<br>a California limited liability company,<br><br>    Debtor and Debtor in Possession<br>☐ Affects HASHFAST LLC,<br>    a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession | Case No. 14-30725<br><br>(Substantively Consolidated with<br>In re HashFast LLC, Case No. 14-30866)<br><br>Chapter 11<br><br>Adversary Case No. 15-03011 |
| HASHFAST TECHNOLOGIES LLC,<br>a California limited liability company, and<br>HASHFAST LLC, a Delaware limited liability<br>company,<br>    Plaintiffs,<br>vs.<br><br>MARC A. LOWE, an individual, aka<br>Cypherdoc and/or Cipherdoc,<br><br>    Defendant. | **DEFENDANT DR. MARC A. LOWE'S MOTION TO DISMISS COMPLAINT**<br><br>**Hearing Date:**<br>Date: April 24, 2015<br>Time: 10:00 a.m.<br>Place: 235 Pine St., 22nd Floor<br>       San Francisco, CA 94104<br>Judge: Honorable Dennis Montali |

TO THE PLAINTIFFS, HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC, PARTIES IN INTEREST, AND THEIR ATTORNEYS OF RECORD:

## RELIEF REQUESTED

Defendant Dr. Marc A. Lowe ("Defendant") respectfully moves the Court for an order dismissing the Complaint filed by HashFast Technologies LLC and HashFast LLC (both Plaintiffs and Debtors and Debtors in Possession) (collectively, "Plaintiffs") pursuant to Rules 12(b)(6) and 12(e) of the Federal Rules of Civil Procedure (made applicable to this adversary proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure) for failure to state a claim upon which relief may be granted, or, in the alternative, for a more definite statement (the "Motion").

The Motion is based on Defendant's Notice of Motion, the accompanying Memorandum of Points and Authorities, the Complaint, the complete files and records of this case, and upon such documents or evidence as the Court may deem just and proper.

Defendant prays for relief in accordance with the foregoing, and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

BRIAN E. KLEIN
BAKER MARQUART LLP

- and -

Dated: March 27, 2015

DAVID M. POITRAS, APC
JEFFER MANGELS BUTLER & MITCHELL LLP

By: /s/ David M. Poitras
 DAVID M. POITRAS APC
 Attorneys for Defendant
 Dr. Marc A. Lowe