BRIAN E. KLEIN (SBN 258486)
BAKER MARQUART LLP
10990 Wilshire Boulevard, Fourth Floor
Los Angeles, California 90024
Telephone: (424) 652-7800
Facsimile: (424) 652-7850
Email: bklein@bakermarquart.com

DAVID M. POITRAS, APC (SBN 141309)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
Email: dpoitras@jmbm.com

Attorneys for Defendant Dr. Marc A. Lowe

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC,<br>a California limited liability company,<br><br>    Debtor and Debtor in Possession<br><br>☐ Affects HASHFAST LLC,<br>   a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession | Case No. 14-30725<br><br>(Substantively Consolidated with<br>In re HashFast LLC, Case No. 14-30866)<br><br>Chapter 11<br><br>Adversary Case No. 15-03011 |
| HASHFAST TECHNOLOGIES LLC,<br>a California limited liability company, and<br>HASHFAST LLC, a Delaware limited liability<br>company,<br>    Plaintiffs,<br>vs.<br><br>MARC A. LOWE, an individual, aka<br>Cypherdoc and/or Cipherdoc,<br><br>    Defendant. | **NOTICE OF HEARING ON DEFENDANT DR. MARC A. LOWE'S MOTION TO DISMISS COMPLAINT**<br><br>**Hearing Date:**<br>Date: April 24, 2015<br>Time: 10:00 a.m.<br>Place: 235 Pine St., 22nd Floor<br>       San Francisco, CA 94104<br>Judge: Honorable Dennis Montali |

TO THE PLAINTIFFS, HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC, PARTIES IN INTEREST, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that a hearing will be held by the United States Bankruptcy Court for the Northern District of California, 235 Pine Street, 22nd Floor, San Francisco, California 94104, the Honorable Dennis Montali bankruptcy judge presiding, on April 24, 2015, at 10:00 a.m., on Defendant Dr. Marc A. Lowe's ("Defendant") Motion to Dismiss the Complaint (the "Motion") filed by HashFast Technologies, LLC and HashFast LLC, both Plaintiffs and Debtors and Debtors in Possession (collectively, "Plaintiffs"), or, in the alternative, for a more definite statement. The Motion is made pursuant to Rules 12(b)(6) and 12(e) of the Federal Rules of Civil Procedure (made applicable to this adversary proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure).

The Motion is based on this Notice, the accompanying Motion and Memorandum of Points and Authorities, the Complaint, the complete files and records of this case, and upon such documents or evidence as the Court may deem just and proper.

***Opposing Papers (LBR 7007-1(b)&(c)).*** Pursuant to the Bankruptcy Rules for the Northern District of California ("LBR"), Rules 7007-1(b)&(c), at least fourteen (14) days before the hearing on the Motion, (a) any opposition shall be filed with the Court and served on Defendant's counsel set forth above, or (b) if the Plaintiffs do not oppose the Motion, they shall file a Statement of No Opposition so informing the Court. The failure to file any required document, or the failure to file it within the proscribed deadline, may be deemed consent to the granting of the Motion.

Respectfully submitted,

BRIAN E. KLEIN
BAKER MARQUART LLP

- and –

Dated: March 27, 2015

DAVID M. POITRAS APC
JEFFER MANGELS BUTLER & MITCHELL LLP

By: /s/ David M. Poitras
    DAVID M. POITRAS, APC
    Attorneys for Defendant
    Dr. Marc A. Lowe