KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC,<br>a California limited liability company,<br><br>    Debtor and Debtor in Possession<br><br>☐ Affects HASHFAST LLC,<br>a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession | Case No. 14-30725<br><br>(Substantively Consolidated with<br>In re HashFast LLC, Case No. 14-30866)<br><br>Chapter 11<br><br>Adversary Case No. 15-03011 |
| HASHFAST TECHNOLOGIES LLC,<br>a California limited liability company, and<br>HASHFAST LLC, a Delaware limited liability<br>company,<br><br>    Plaintiffs,<br>vs.<br><br>MARC A. LOWE, an individual, aka<br>Cypherdoc and/or Cipherdoc,<br><br>    Defendant. | **STIPULATION REGARDING (A) DEFENDANT'S MOTION TO DISMISS; AND (B) DISCOVERY OBLIGATIONS; DECLARATION OF PETER A. SIDDIQUI IN SUPPORT THEREOF**<br><br>Current Hearing Date:<br>Date: April 24, 2015<br>Time: 10:00 a.m.<br>Place: 235 Pine St., 19th Floor<br>        San Francisco, CA 94104<br>Judge: Honorable Dennis Montali |

STIPULATION REGARDING (A) DEFENDANT'S MOTION TO DISMISS; AND (B) DISCOVERY
OBLIGATIONS; DECLARATION OF PETER A. SIDDIQUI IN SUPPORT THEREOF

102763484v1

Case: 15-03011  Doc# 19  Filed: 04/07/15  Entered: 04/07/15 11:07:33  Page 1 of 5

**THIS STIPULATION** is entered into by and among Defendant Dr. Marc A. Lowe ("Defendant") and HashFast Technologies, LLC and HashFast LLC, both Plaintiffs and Debtors and Debtors in Possession ("Plaintiffs"), through their counsel of record, and is set forth below. Defendant and Plaintiffs are collectively referred to hereinafter in this Stipulation as the "Parties".

## RECITALS

A. On February 17, 2015, Plaintiffs filed their *Complaint for: 1. Avoidance of Preferential Transfers; 2. Avoidance of Fraudulent Transfers; 3. Avoidance of Fraudulent Transfers (Constructive Fraud); and 4. Recovery of Avoided Transfers* generally styled as captioned above (the "Complaint")(Adv. Docket No. 1).

B. On February 18, 2015, the Court issued the *Summons and Notice of Status Conference in an Adversary Proceeding* (the "Summons")[Adv. Docket No. 3].

C. The Summons also set the initial status conference on the Complaint for April 24, 2015 at 1:30 p.m.

D. On February 19, 2015, Plaintiffs filed their *Motion for Issuance of Right to Attach Order and Writ of Attachment; Memorandum of Points and Authorities; Declaration in Support Thereof* (the "Writ Motion")[Adv. Docket No. 5].

E. The Parties previously stipulated, among other things, to extend the time for Defendant to respond to the Complaint to March 27, 2015 and to extend the time for Defendant to respond to the Writ Motion until the date which is fourteen (14) days before the continued hearing on April 24, 2015, consistent with LBR 7007-1(b). [Adv. Docket No. 12]. The Court approved that stipulation on March 16, 2015. [Adv. Docket No. 14].

F. Defendant filed its Motion to Dismiss Complaint and Memorandum of Points and authorities in Support of Motion to Dismiss on March 27, 2015 (the "Motion to Dismiss"). [Adv. Docket 15-16].

G. Pursuant to the Order re Initial Disclosures and Discovery Conference dated February 18, 2015 [Adv. Docket 4], the Parties conducted their Discovery Conference on April

2, 2015. During that Discovery Conference, the Parties, in the interests of judicial economy, to reduce administrative expenses and professional courtesy, hereby stipulate as follows: Plaintiffs shall file an amended complaint on or before April 17, 2015; to treat the April 24, 2015 hearing as a status hearing on the Motion to Dismiss, Complaint, and amended complaint; to engage in settlement discussions; and to suspend any discovery obligations, including initial disclosures, until following the continued hearing on the amended complaint.

H. This stipulation is designed to promote the prompt resolution of the issues raised in the Complaint and the motion to dismiss and is not sought for any improper purpose.

I. The requested continuance will not unduly delay this adversary proceeding.

## STIPULATION

The Parties, intending to be bound hereby, stipulate and agree as follows, subject to Court approval.

1. The recitals set forth above are incorporated herein by reference as if set forth at length herein.

2. Plaintiffs shall file an amended complaint by April 17, 2015.

3. The April 24, 2015 hearing shall be a status hearing on the Complaint, the Motion to Dismiss, and the amended complaint.

4. The hearing on the Writ Motion shall go forward on April 24, 2015, and all deadlines shall remain the same.

5. The Parties' discovery obligations are stayed pending further order of the Court.

7. All of Defendant's rights and objections regarding the Complaint and any amended complaint are expressly reserved.

8. This stipulation may be executed in counterparts, all of which shall be taken together as a single document. In order to expedite the agreement contained herein, electronic, telecopied or PDF'd signatures may be used in place of original signatures on this stipulation or any document delivered pursuant hereto. The Parties intend to be bound by the signatures on the electronic, telecopied or PDF'd document, are aware that the other Parties will rely on the

electronic, telecopied or PDF'd signatures, and hereby waive any defenses to the enforcement of the terms of this stipulation based on the form of signature.

**IT IS SO STIPULATED AND AGREED.**

Dated: April 7, 2015     JEFFER MANGELS BUTLER & MITCHELL LLP

By: _____
DAVID M. POITRAS APC
Attorneys for Defendant
Dr. Marc A. Lowe

Dated: April 7, 2015     KATTEN MUCHIN ROSENMAN LLP

By: /s/ Jessica M. Mickelsen
PETER A. SIDDIQUI
JESSICA M. MICKELSEN
Attorneys for Plaintiffs,
HashFast Technologies, LLC and HashFast, LLC

# DECLARATION OF PETER A. SIDDIQUI

I, Peter A. Siddiqui declare as follows:

1. I am an attorney duly admitted to practice law in the State of Illinois and admitted *pro hac vice* and before the United State Bankruptcy Court for the Northern District of California. I am an attorney at Katten Muchin Rosenman LLP, counsel to HashFast Technologies LLC and HashFast LLC. Except as otherwise stated, each of the facts contained in this declaration is based upon my personal knowledge and if called upon to do so, I could competently testify thereto. Capitalized terms used in this declaration and not defined herein have the same meaning ascribed to such terms in the Stipulation.

2. As set forth above, in the interests of judicial economy, to reduce administrative expenses and professional courtesy, the Parties have agreed that Plaintiffs shall file an amended complaint on or before April 17, 2015; to treat the April 24, 2015 hearing as a status hearing on Defendant's Motion to Dismiss, Complaint, and amended complaint; to engage in settlement discussions; and to suspend any discovery obligations, including initial disclosures, until following the continued hearing on the amended complaint.

3. This stipulation is designed to promote the prompt resolution of the issues raised in the Complaint and the motion to dismiss and is not sought for any improper purpose.

4. The requested continuance will not delay this adversary proceeding.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is being executed this 3rd day of April, 2015, in Chicago, Illinois.

                                                  */s/ Peter A. Siddiqui*
                                                  Peter A. Siddiqui

- 5 -

STIPULATION REGARDING (A) DEFENDANT'S MOTION TO DISMISS; AND (B) DISCOVERY OBLIGATIONS; DECLARATION OF PETER A. SIDDIQUI IN SUPPORT THEREOF

Case: 15-03011    Doc# 19    Filed: 04/07/15    Entered: 04/07/15 11:07:23    Page 5 of 5

102763484v1