1  BRIAN E. KLEIN (SBN 258246)
   BAKER MARQUART LLP
2  10990 Wilshire Boulevard, Fourth Floor
3  Los Angeles, California 90024
   Telephone: (424) 652-7800/Facsimile:   (424) 652-7850
4  Email:      bklein@bakermarquart.com

5  DAVID M. POITRAS, APC (SBN 141309)
   JEFFER MANGELS BUTLER & MITCHELL LLP
6  1900 Avenue of the Stars, 7th Floor
7  Los Angeles, California 90067-4308
   Telephone:  (310) 203-8080/Facsimile:    (310) 203-0567
8  Email:      dpoitras@jmbm.com

9  Attorneys for Defendant Dr. Marc A. Lowe

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | (Substantively Consolidated with In re HashFast LLC, Case No. 14-30866) |
| Debtor and Debtor in Possession | Chapter 11 |
| ☐ Affects HASHFAST LLC, a Delaware limited liability company, | Adversary Case No. 15-03011 |
| Debtor and Debtor in Possession | |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, and HASHFAST LLC, a Delaware limited liability company, | **DEFENDANT DR. MARC A. LOWE'S EVIDENTIARY OBJECTIONS AND MOTION TO STRIKE PORTIONS OF THE DECLARATION OF VICTOR DELAGLIO FILED IN SUPPORT OF MOTION OF PLAINTIFFS FOR ISSUANCE OF RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT** |
| Plaintiffs, | |
| vs. | |
| MARC A. LOWE, an individual, aka Cypherdoc and/or Cipherdoc, | |
| Defendant. | **Hearing Date:** Date:   April 24, 2015 Time:   10:00 a.m. Place:  235 Pine St., 22nd Floor          San Francisco, CA 94104 Judge: Honorable Dennis Montali |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE,**

**AND INTERESTED PARTIES:**

PRINTED ON
RECYCLED PAPER
LA 11847425v1

JMBM | Jeffer Mangels
Butler & Mitchell LLP

1    **MOTION TO STRIKE**

2         Defendant Dr. Marc A. Lowe ("Dr. Lowe") respectfully moves the Court for an order

3    striking paragraphs 3-10 of the Declaration of Victor Delaglio ("Delaglio Declaration"), and the

4    referenced exhibits for the following reasons.

5    **EVIDENTIARY OBJECTIONS TO THE DELAGLIO DECLARATION**

6    1.    Dr. Lowe objects to ¶ 3 of the Delaglio Declaration on the grounds that the declarant lacks

7    personal knowledge of and has not laid the foundation for the statement contained in that paragraph

8
     in violation of Federal Rule of Evidence ("FRE") 602.
9

10   2.    Dr. Lowe objects to ¶ 4 of the Delaglio Declaration on the grounds that the declarant lacks

11   personal knowledge of and has not laid the foundation for the statement contained in that paragraph

12   in violation of FRE 602. Dr. Lowe objects to the exhibit referenced in that paragraph, Exhibit A, on

13   the same grounds. Lastly, Dr. Lowe objects to that paragraph on the grounds that the declarant's

14   statements in it summarizing Exhibit A violate the best evidence rule, FRE 1002.
15

16   3.    Dr. Lowe objects to ¶ 5 of the Delaglio Declaration on the grounds that the declarant lacks

17   personal knowledge of and has not laid the foundation for the statement contained in that paragraph

18   in violation of FRE 602. Dr. Lowe objects to the exhibit referenced in that paragraph, Exhibit B, on

19   the same grounds.

20   4.    Dr. Lowe objects to ¶ 6 of the Delaglio Declaration on the grounds that the declarant lacks

21   personal knowledge of and has not laid the foundation for the statement contained in that paragraph

22   in violation of FRE 602.

23   5.    Dr. Lowe objects to ¶ 7 of the Delaglio Declaration on the grounds that the declarant lacks

24   personal knowledge of and has not laid the foundation for the statement contained in that paragraph

25   in violation of FRE 602. Dr. Lowe objects to the exhibit referenced in that paragraph, Exhibit C, on

26   the same grounds.

27   6.    Dr. Lowe objects to ¶ 8 of the Delaglio Declaration on the grounds that the declarant lacks

28   personal knowledge of and has not laid the foundation for the statement contained in that paragraph

PRINTED ON
RECYCLED PAPER
LA 11847425v1

1   in violation of FRE 602. Dr. Lowe objects to the exhibit referenced in that paragraph, <u>Exhibit D</u>, on
2   the same grounds.

3   7.     Dr. Lowe objects to ¶ 9 of the Delaglio Declaration on the grounds that the declarant lacks
4   personal knowledge of and has not laid the foundation for the statement contained in that paragraph
5   in violation of FRE 602. Dr. Lowe objects to the exhibit referenced in that paragraph, <u>Exhibit E</u>, on
6   the same grounds.

7   8.     Dr. Lowe objects to ¶ 10 of the Delaglio Declaration on the grounds that the declarant lacks
8   personal knowledge of and has not laid the foundation for the statement contained in that paragraph
9   in violation of FRE 602. Dr. Lowe objects to the exhibit referenced in that paragraph, <u>Exhibit F</u>, on
10  the same grounds.

11          For the reasons set forth above, the Delaglio Declaration should be stricken. Dr. Lowe prays
12  for relief in accordance with the foregoing and for such other and further relief the Court may deem
13  just and proper.

                                Respectfully submitted,

                                BAKER MARQUART LLP
                                BRIAN E. KLEIN

                                - and -

Dated: April 10, 2015           JEFFER MANGELS BUTLER & MITCHELL LLP
                                DAVID M. POITRAS, APC


                                By: <u>*/s/ David M. Poitras*</u>
                                    DAVID M. POITRAS APC
                                    Attorneys for Defendant
                                    Dr. Marc A. Lowe

PRINTED ON
RECYCLED PAPER
LA 11847425v1