# Exhibits "C-G"

 **HashFast**
TECHNOLOGIES

---

## (no subject)
1 message

---

**Cypher** <cipherdoc@gmail.com>                                                    Mon, Sep 2, 2013 at 1:13 PM
To: Eduardo De Castro <eduardo@hashfast.com>

Hi E,

Now that we are officially sold out do you think I could be paid by Friday?

How was Burning Man?

Cypher


## Payment

5 messages

**joe** <cipherdoc@gmail.com>                                          Wed, Sep 4, 2013 at 7:26 AM

E,

Didn't hear from you last night.

I haven't received any payments from our 550 Babyjet contract.  As i recall, the contract called for complete payout within 7 days of completion of sales.

My calculations go like this:

550 BJ's @ $5600 each = $3,080,000.  10% of that = $308,000.  We shouldn't have to worry about deducting taxes or shipping since you charged for those upfront.  We also know that BitPay used the Bitstamp exchange rate allowing you to collect more BTC than if you had used Gox.

Since sales started on Aug 8, the Bitstamp rate on that day averaged $95.  Thus, the most optimistic calculation (from my standpoint) would be $308,000/95 = 3242.1 BTC payout.

Let me know your thoughts.

cypher

P.S.:  without my continued thread posting activity, all the HF threads have slipped way down off the main Custom Hardware page for several days now.  that's really *not good* even though you aren't actively selling at the moment.  out of sight, out of mind, so they say.

**Eduardo de Castro** <eduardo@hashfast.com>                              Wed, Sep 4, 2013 at 12:02 PM
To: cypherdoc <cipherdoc@gmail.com>

Cypher,

Apologies for that - I called back, but got the  medical office,  and then got into a whirlwind of calls.

Im going to be driving down to SJ in 20 mins or so and will have time to talk - does that work for you?

E

Sent from my mobile phone

[Quoted text hidden]

**joe** <cipherdoc@gmail.com>                                          Wed, Sep 4, 2013 at 12:13 PM

yeah, sure.
[Quoted text hidden]

**joe** <cipherdoc@gmail.com>                                          Wed, Sep 4, 2013 at 9:24 PM

you should try to attend some of these conferences to make connections and sales.  set up a booth and be a sponsor.  i'm sick of seeing Sam's mug in pics ;)



if you don't want to do that, you could send me. but after thinking about it, you'd have to pay me a 10% commission for any sales i make otherwise it wouldn't be worth my time. you'd do that for any other distributor.

which is why you should be the one to go if you're willing.

On 9/4/13 12:02 PM, Eduardo de Castro wrote:
[Quoted text hidden]

---

**cypherdoc** <cipherdoc@gmail.com>                                   Thu, Sep 5, 2013 at 11:25 AM
To: Eduardo de Castro <eduardo@hashfast.com>

is this going to be with HF?:

https://bitcointalk.org/index.php?topic=288443.0
[Quoted text hidden]

# Bitcoin Forum

**Bitcoin => Hardware => Topic started by: terrahash on September 05, 2013, 05:42:41 PM**

Title: **TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **terrahash** on **September 05, 2013, 05:42:41 PM**

Press Release:
http://www.prweb.com/releases/Bitcoin0mining0terrahash/bitcoin0asic0mining/prweb11093344.htm

Santa Clara, CA (PRWEB) September 05, 2013

In a move to significantly reduce the costs for mining Bitcoins, TerraHash has announced a hosted solution of 2 PetaHash mining power at the rate of $6 per Giga Hash. The company will create a Bitcoin mining farm, and sell portions of the mining power to its customers.

Matt, the company spokesman explained, "We are in the final stages of signing a groundbreaking deal with a leading Bitcoin ASIC manufacturer. Leveraging their 28nm chip technology, we plan to host a mining farm starting with at least 2 PetaHash in November. Our customers will be able to buy blocks of 500 GigaHash of mining power for $3000 each. This will include all manufacturing and storage costs for hosting the equipment. Customers will pay a small monthly fee, which will cover electricity, maintenance etc. Our data center will have a 99.9999% up time guarantee. Being located in the Santa Clara county, we have access to some of the lowest cost of electricity. This allows us to create economies of scale for the mining world."

Terming it as the next natural evolution of Bitcoin mining, he compared the plan with services provided by other cloud computing companies. "For instance, we have seen the computing industry evolve in a similar fashion. Initially, companies hosted their own servers in their offices. Then, we saw the emergence of data centers which provided with the optimum infrastructure to run your servers efficiently. Finally, a few major players (like Amazon, RackSpace) began providing the end user with the flexible concept of renting storage space, without being bound to the physical hardware. We expect a similar transition in the Bitcoin mining world," he said.

At a time when most Bitcoin mining equipment manufacturers seem to be more focused on accumulating maximum pre-order money, TerraHash is once again planning an innovative strategy. They plan on only taking 25% of the money upfront, and the rest when the hardware is ready to be hosted. Pre-orders will open up this coming week, and mining is set to begin by end of November. The company also plans on offering an "insurance" plan for the customers, to cover up any potential delays in the timeline for mining.

Matt further said that, "We have learnt a lot from our experience assembling Avalon ASIC chips. Customers want a solution that can be delivered very fast, because of the ever increasing network difficulty. On the same hand, they do not want to risk a lot by investing in an unproven technology. By only demanding a 25% reservation fee, we are reducing their risk significantly."

At $6 per GigaHash, the pricing is nearly half of the nearest competitor. Along with that, a November timeline would promise delivery much earlier than any other company. In an industry where time to delivery is the most critical element, TerraHash claims to be heading for the final evolution in Bitcoin mining.

More details will be coming soon.

Title: **Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **itsBusinessTime** on **September 05, 2013, 06:00:26 PM**

Interested

Title: **Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **calichomp** on **September 05, 2013, 06:02:31 PM**

Case: 15-03011   Doc# 24-4   Filed: 04/17/15   Entered: 04/17/15 11:27:26   Page 5 of 29

I would like to reserve two blocks of whatever bullshit you're trying to sell.

**Title: Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **bitcoinarnold** on **September 05, 2013, 06:05:15 PM**

Hi, I am the prince of Zamunda, Akeem Joffer looking for some petahashes. Please, send me the petahashes, and I will reward you handsomely.

Here's a pic of me so you know I'm legit

https://ip.bitcointalk.org/?u=http%3A%2F%2Fwww.womansday.com%2Fcm%2Fwomansday%2F2Fimages%2FOO%2F9-coming-to-america-parmount-pictures-3.jpg&t=547&c=IcIxNrda9zKxHQ

**Title: Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **btcmonkey** on **September 05, 2013, 06:09:13 PM**

Do you have any estimates on the monthly fee or expected power consumption for 500GH/s?

Are there any plans to increase hashrate per investment over time or is this a fixed $6 per GH/s?

What risk does this level of consolidated mining bring to the block chain and what are your plans to mitigate that risk?

**Title: Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **jelin1984** on **September 05, 2013, 06:12:07 PM**

What happen for people which had order from you and nothing ship untill now? Convert to hosting for free?

**Title: Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **Bitcoinorama** on **September 05, 2013, 06:15:49 PM**

Not being funny, and I understand they were screwed over not once, but twice, but if this doesn't involve a secure payment method, walk away, this is as good as a BFL delay tactic whilst your funds are hurting, especially if the 28nm marketing BS is coming from where I think it is.

Think about it.

I supported TH in the beginning with their secure payment choice, but this, nah, something this size with the amount of debt they are in, and the dodgy company I think is behind this, walk away, far, far away. Paypal will have nothing to do with this, no merchant bank will either.

They need you to do this, way more than you need them.

If it lloks like a duck, it quacks like a duck, it's a...

**Title: Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **gwoplock** on **September 05, 2013, 06:32:18 PM**

what will be the converson from current orders to this?

**Title: Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **mrthundercleese** on **September 05, 2013, 06:39:53 PM**

> Quote from: gwoplock on September 05, 2013, 06:32:18 PM
> what will be the converson from current orders to this?

Case: 15-03011   Doc# 24-4   Filed: 04/17/15   Entered: 04/17/15 11:27:26   Page 6 of 29

In the other thread TH posted this:

> Quote from: terrahash on August 29, 2013, 11:54:36 PM
>
> If you guys wish, I can bring up the refund issue with Yifu (in case he answers), and get the chips refunded. But we are heavily invested into this. The cases, custom heat sinks, PCBs, parts acquired at higher prices or acquired from secondary market are all non-refundable and impossible to sell. And since we ordered everything for 80,000 chips (40,000 our own and 40,000 anticipated assembly orders). So even with a refund from Avalon (which we highly doubt they will ever give), we might be able to give only a very small partial refund.
>
> But as I said we are working on something new, I request all of you to be a little more patient. We are going to announce something very unique, very exciting and very affordable next week. We really can't give out much details as of now, but in our opinion this would essentially be the final evolution in Bitcoin mining.
>
> All of you know that we have demonstrated the ability to produce and run the boards. We were the first one to successfully assemble a K16, and we were the first to start mining with a fully assembled K16 as well. And we will again demonstrate the ability to mass produce boards once we get the chips.
>
> In my opinion, instead of taking a decision of behalf of everyone and pressing Avalon for refunds, we give everyone the following options individually:
>
> a) If you want 100% refund, you need to give us 3 months time. We fully acknowledge that we are legally required to issue a refund when asked. Legal issues aside, we ourselves want to do the right thing to maintain our credibility. But the fact is we do not have enough liquidity right now to process all the refund requests. If you are willing to settle for a partial refund right now, please contact us and we can work something out.
> b) Keep your order with us. We deliver it within the promised time (2 weeks of receiving the chips). We will also give you a 20% (of your current order) credit for our next project which we will be announcing next week. This credit will be transferable (you can sell it if you want).
>
> I hope you understand that we are doing this despite the fact that the current situation is NOT our fault. Everyone who ordered from us were totally aware of the risks involved. Also 20-25% was our average profit per order. So even with option 'b', we are willing to make 0 profit from this whole Avalon saga, just for the sake our next project and to maintain long-term credibility for our company.
>
> We would love to hear your comments on this.

I think means that those of us that decide to keep our Avalon based order could get that + a 20% credit towards this based on whatever we originally spent. So if you spent 5K, you get a 1K credit towards this one. Not exactly a current order conversion but it's something.

TH did I read that right?

Title: **Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **jelin1984** on **September 05, 2013, 06:41:39 PM**

jelin1984
Full Member

Activity: 126

Trust: 0: -0 / +0(0)

Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November
Today at 06:12:07 PM
#7
What happen for people which had order from you and nothing ship untill now? Convert to hosting for free?

Title: **Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **gwoplock** on **September 05, 2013, 06:59:22 PM**

> Quote from: terrahash on September 05, 2013, 06:49:51 PM
> > Quote from: mrthundercleese on September 05, 2013, 06:39:53 PM
> > > Quote from: gwoplock on September 05, 2013, 06:32:18 PM

Case: 15-03011    Doc# 24-4    Filed: 04/17/15    Entered: 04/17/15 11:27:26    Page 7 of 29

what will be the converson from current orders to this?

In the other thread TH posted this:

Quote from: terrahash on August 29, 2013, 11:54:36 PM

If you guys wish, I can bring up the refund issue with Yifu (in case he answers), and get the chips refunded. But we are heavily invested into this. The cases, custom heat sinks, PCBs, parts acquired at higher prices or acquired from secondary market are all non-refundable and impossible to sell. And since we ordered everything for 80,000 chips (40,000 our own and 40,000 anticipated assembly orders). So even with a refund from Avalon (which we highly doubt they will ever give), we might be able to give only a very small partial refund.

But as I said we are working on something new, I request all of you to be a little more patient. We are going to announce something very unique, very exciting and very affordable next week. We really can't give out much details as of now, but in our opinion this would essentially be the final evolution in Bitcoin mining.

All of you know that we have demonstrated the ability to produce and run the boards. We were the first one to successfully assemble a K16, and we were the first to start mining with a fully assembled K16 as well. And we will again demonstrate the ability to mass produce boards once we get the chips.

In my opinion, instead of taking a decision of behalf of everyone and pressing Avalon for refunds, we give everyone the following options individually:

a) If you want 100% refund, you need to give us 3 months time. We fully acknowledge that we are legally required to issue a refund when asked. Legal issues aside, we ourselves want to do the right thing to maintain our credibility. But the fact is we do not have enough liquidity right now to process all the refund requests. If you are willing to settle for a partial refund right now, please contact us and we can work something out.
**b) Keep your order with us. We deliver it within the promised time (2 weeks of receiving the chips). We will also give you a 20% (of your current order) credit for our next project which we will be announcing next week. This credit will be transferable (you can sell it if you want).**

I hope you understand that we are doing this despite the fact that the current situation is NOT our fault. Everyone who ordered from us were totally aware of the risks involved. Also 20-25% was our average profit per order. So even with option 'b', we are willing to make 0 profit from this whole Avalon saga, just for the sake our next project and to maintain long-term credibility for our company.

We would love to hear your comments on this.

I think means that those of us that decide to keep our Avalon based order could get that + a 20% credit towards this based on whatever we originally spent. So if you spent 5K, you get a 1K credit towards this one. Not exactly a current order conversion but it's something.

TH did I read that right?

Yes, that's right.

what about my current order?

Title: **Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **mrthundercleese** on September 05, 2013, 07:24:37 PM

Quote from: gwoplock on September 05, 2013, 06:59:22 PM

Quote from: terrahash on September 05, 2013, 06:49:51 PM

Quote from: mrthundercleese on September 05, 2013, 06:39:53 PM

Quote from: gwoplock on September 05, 2013, 06:32:18 PM

what will be the converson from current orders to this?

In the other thread TH posted this:

Quote from: terrahash on August 29, 2013, 11:54:36 PM

If you guys wish, I can bring up the refund issue with Yifu (in case he answers), and get the chips refunded. But we are heavily invested into this. The cases, custom heat sinks, PCBs, parts acquired at higher prices or acquired from secondary market are all non-refundable and impossible to sell. And since we ordered everything for 80,000 chips (40,000 our own and 40,000 anticipated assembly orders). So even with a refund from Avalon (which we highly doubt they will ever give), we might be able to give only a very small partial refund.

But as I said we are working on something new, I request all of you to be a little more patient. We are going to announce something very unique, very exciting and very affordable next week. We really can't give out much details as of now, but in our opinion this would essentially be the final evolution in Bitcoin mining.

All of you know that we have demonstrated the ability to produce and run the boards. We were the first one to successfully assemble a K16, and we were the first to start mining with a fully assembled K16 as well. And we will again demonstrate the ability to mass produce boards once we get the chips.

In my opinion, instead of taking a decision of behalf of everyone and pressing Avalon for refunds, we give everyone the following options individually:

a) If you want 100% refund, you need to give us 3 months time. We fully acknowledge that we are legally required to issue a refund when asked. Legal issues aside, we ourselves want to do the right thing to maintain our credibility. But the fact is we do not have enough liquidity right now to process all the refund requests. If you are willing to settle for a partial refund right now,

Case: 15-03011   Doc# 24-4   Filed: 04/17/15   Entered: 04/17/15 11:27:26   Page 8 of 29

> please contact us and we can work something out.
> **b) Keep your order with us. We deliver it within the promised time (2 weeks of receiving the chips). We will also give you a 20% (of your current order) credit for our next project which we will be announcing next week. This credit will be transferable (you can sell it if you want).**
>
> I hope you understand that we are doing this despite the fact that the current situation is NOT our fault. Everyone who ordered from us were totally aware of the risks involved. Also 20-25% was our average profit per order. So even with option 'b', we are willing to make 0 profit from this whole Avalon saga, just for the sake our next project and to maintain long-term credibility for our company.
>
> We would love to hear your comments on this.

> I think means that those of us that decide to keep our Avalon based order could get that + a 20% credit towards this based on whatever we originally spent. So if you spent 5K, you get a 1K credit towards this one. Not exactly a current order conversion but it's something.

> TH did I read that right?

> Yes, that's right.

> what about my current order?

You'll still get your current order when the Avalon chips arrive. The 20% credit is in addition to your current order, assuming you keep it.

jelin1984, this is the answer to your question as well.

### Title: **Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **Syke** on **September 05, 2013, 07:42:25 PM**

> Quote from: terrahash on September 05, 2013, 05:42:41 PM
> Matt, the company spokesman explained, "We are in the final stages of signing a groundbreaking deal with a leading Bitcoin ASIC manufacturer."

Looking forward to the real press announcement that you actually have a deal signed.

### Title: **Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **bluefin** on **September 05, 2013, 07:59:51 PM**

> Quote from: Bitcoinorama on September 05, 2013, 06:15:49 PM
> Not being funny, and I understand they were screwed over not once, but twice, but if this doesn't involve a secure payment method, walk away, this is as good as a BFL delay tactic whilst your funds are hurting, especially if the 28nm marketing BS is coming from where I think it is.
>
> Think about it.
>
> I supported TH in the beginning with their secure payment choice, but this, nah, something this size with the amount of debt they are in, and the dodgy company I think is behind this, walk away, far, far away. Paypal will have nothing to do with this, no merchant bank will either.
>
> They need you to do this, way more than you need them.
>
> If it lloks like a duck, it quacks like a duck, it's a...

Ill say it, they've "partnered" with BFL.

This company is such a joke, so who is this new spokesperson Matt? and why is this the first time we are hearing anything about him. Did terrahash get a new ceo, did Amir and Justin get fired or did they quit?

IMHO, stay far away from these scamsters.


edit:
Where are the boards terrahash? only 8 days left!


### Title: **Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **klee** on **September 05, 2013, 08:25:50 PM**

Case: 15-03011 Doc# 24-4 Filed: 04/17/15 Entered: 04/17/15 11:27:26 Page 9 of 29

Not interested. Refund time!

**Title: Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **jdape** on **September 05, 2013, 08:53:17 PM**

Let me preface this by saying I used to believe in TerraHash, but now they screwed their customers and therefore they're screwing themselves.

TerraHash can't even put together an 18 GH/sec mining board. Who believes they can do 1,000,000 GH/sec by next month?

I gave $15,000 to TerraHash and yet they couldn't reply to any of my emails or support tickets in regards to any issue, for months.

They don't answer their phones.

They don't have voicemail.   Who doesn't have voicemail???

They have failed to meet promise after promise.

I suspect they will be under investigation by federal authorities soon.

Any other ASIC company is looking better at this point.  TerraHash will soon be history.

**Title: Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **cedivad** on **September 05, 2013, 09:12:49 PM**

I was believing myself mad trying to refuse the content of the first post (6$/GH, 2PH in 2 months). The comments showed me that I wasn't crazy at all.

This is what happens staying out of the scene for a while...

**Title: Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **btceic** on **September 05, 2013, 09:12:57 PM**

For anyone considering buying anything from Terrahash, they still have not produced a working prototype, as well as outright refusing to speak to their customers at all.

> Quote from: btceic on August 29, 2013, 12:22:16 AM
>> Quote from: fasmax on August 29, 2013, 12:08:55 AM
>>> Quote from: hchc on August 28, 2013, 04:41:35 PM
>>> Where is Terrahash? They are not responding to emails, tickets, voice call (mail box still not setup).
>>> They are obviously monitoring the forum though.
>>>
>>> Let it be known that Terrahash has my chips today. So the two weeks clock starts now.
>>> I need to know what size and spec of fan to buy but I can't find the info as terrahash is not responding to anything.
>>
>> Looks like someone called TH's bluff.
>> Now we will see...
>
> Timer removed. End time: 2013-09-13+24:00:00EDT

**Title: Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **jdape** on **September 05, 2013, 09:19:03 PM**

They don't have klego connectors?

This setup looks totally amateurish.  The combined electronics knowledge of TerraHash could fit on a dime.

> Quote from: Bargraphics on September 05, 2013, 08:59:32 PM

Case: 15-03011   Doc# 24-4   Filed: 04/17/15   Entered: 04/17/15 11:27:26   Page 10 of 29

> **Quote from: idape on September 05, 2013, 08:53:17 PM**
> Let me preface this by saying I used to believe in TerraHash, but now they screwed their customers and therefore they're screwing themselves.
>
> TerraHash can't even put together an 18 GH/sec mining board. Who believes they can do 1,000,000 GH/sec by next month?
>
> I gave $15,000 to TerraHash and yet they couldn't reply to any of my emails or support tickets in regards to any issue, for months.
>
> They don't answer their phones.
>
> They don't have voicemail. Who doesn't have voicemail???
>
> They have failed to meet promise after promise.
>
> I suspect they will be under investigation by federal authorities soon.
>
> Any other ASIC company is looking better at this point. TerraHash will soon be history.

> **Quote from: terrahash on September 05, 2013, 08:41:09 PM**
> One of the assembled K64s, that I am trying to get running. Individual K16s are working with less than 1% error rate. There is some issue with I2C (board to board) communication, that I am hoping to iron out tonight.
>
> https://ip.bitcointalk.org/?u=https%3A%2F%2Fterrahash.com%2Fwp-content%2Fuploads%2F2013%2F09%2FDSCN0147-1024x768.jpg&t=547&c=vGoh3KFWnpYHaw

**Title: Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **Zalfrin** on September 05, 2013, 09:26:27 PM

> **Quote from: terrahash on September 05, 2013, 05:42:41 PM**
> Our data center will have a 99.9999% up time guarantee.

In other words, guaranteeing a max of ~30 seconds downtime per year. If it seems too good to be true...

**Title: Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **Syke** on September 05, 2013, 09:45:39 PM

> **Quote from: Bargraphics on September 05, 2013, 09:16:35 PM**
> https://ip.bitcointalk.org/?u=https%3A%2F%2Fterrahash.com%2Fwp-content%2Fuploads%2F2013%2F09%2FDSCN0147-1024x768.jpg&t=547&c=vGoh3KFWnpYHaw with 8 days left

> **Quote from: terrahash on September 05, 2013, 08:41:09 PM**
> One of the assembled K64s, that I am **trying** to get running.

A non-working board isn't very impressive.

**Title: Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **Bitcoinorama** on September 05, 2013, 10:40:32 PM

> **Quote from: terrahash on September 05, 2013, 10:15:43 PM**
> > **Quote from: idape on September 05, 2013, 09:19:03 PM**
> > They don't have klego connectors?
> >
> > This setup looks totally amateurish. The combined electronics knowledge of TerraHash could fit on a dime.
>
> What is a "klego connector"? Its basically a connector that connects two boards. It could be on a board, or wires, doesn't matter. We have a very elegant solution to connect the boards. And this setup is amateurish cuz its on my work table. Its something I am actively testing on.

Sorry I'm having a hard time understanding where your voice has suddenly appeared from considering the total contempt and wall of silence you have shown your customers until you want something more from them.

**Title: Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **atomicchaos** on September 11, 2013, 12:24:53 AM

Case: 15-03011   Doc# 24-4   Filed: 04/17/15   Entered: 04/17/15 11:27:26   Page 11 of 29

All -

Make sure you get all your questions answered prior to giving them any money, as once they get your money any communication line will go dark.

**Title: Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **dropt** on September 11, 2013, 03:37:24 AM

> Quote from: terrahash on September 05, 2013, 10:15:43 PM
> What is a "klego connector"?

I think he means IDC.

> Quote
> We have a very elegant solution to connect the boards. And this setup is amateurish cuz its on my work table. Its something I am actively testing on.

Is the 2x2 IDC header with jumper wires (bottom center) your "elegant" solution?

**Title: Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **btceic** on September 23, 2013, 11:05:18 AM

Terrahash, Amir, Justin,
Will you be refunding people in full before you take new pre-orders?

**Title: Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **zurg** on September 23, 2013, 11:44:22 AM

> Quote from: btceic on September 23, 2013, 11:05:18 AM
> Terrahash, Amir, Justin,
> Will you be refunding people in full before you take new pre-orders?

Who are you talking to? :)

TerraHash:
Last Active:   September 14, 2013, 10:49:11 AM

:( :( :(

**Title: Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **klee** on September 23, 2013, 11:46:32 AM

> Quote from: zurg on September 23, 2013, 11:44:22 AM
> > Quote from: btceic on September 23, 2013, 11:05:18 AM
> > Terrahash, Amir, Justin,
> > Will you be refunding people in full before you take new pre-orders?
> 
> Who are you talking to? :)
> 
> TerraHash:
> Last Active:   September 14, 2013, 10:49:11 AM
> 
> :( :( :(

This is the perfect summary of the TH saga and his 'haters'!
THE END

**Title: Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **Bitcoinorama** on September 23, 2013, 01:21:56 PM

So did the working prototype ever surface?

Case: 15-03011   Doc# 24-4   Filed: 04/17/15   Entered: 04/17/15 11:27:26   Page 12 of 29

Title: **Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **klee** on **September 23, 2013, 02:30:42 PM**

> Quote from: Bitcoinorama on September 23, 2013, 01:21:56 PM
>> So did the working prototype ever surface?

K16 yes but scaling to K64 had issues I think.

Title: **Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **gwoplock** on **September 23, 2013, 05:07:23 PM**

> Quote from: zurg on September 23, 2013, 11:44:22 AM
>> Quote from: btceic on September 23, 2013, 11:05:18 AM
>>> Terrahash, Amir, Justin,
>>> Will you be refunding people in full before you take new pre-orders?
>>
>> Who are you talking to? :)
>>
>> TerraHash:
>> Last Active:    September 14, 2013, 10:49:11 AM
>>
>> :( :( :(

lets face it they are gone...

Title: **Re: TerraHash to Provide a Hosted Bitcoin Mining Solution for $6/GHash in November**
Post by: **btceic** on **September 23, 2013, 05:17:09 PM**

> Quote from: klee on September 23, 2013, 02:30:42 PM
>> Quote from: Bitcoinorama on September 23, 2013, 01:21:56 PM
>>> So did the working prototype ever surface?
>> K16 yes but scaling to K64 had issues I think.

They never showed a properly hashing k16.

Powered by SMF 1.1.19 | SMF © 2006-2009, Simple Machines

Case: 15-03011   Doc# 24-4   Filed: 04/17/15   Entered: 04/17/15 11:27:26   Page 13 of 29

# Exhibit "D"


# Fwd: need:

3 messages

John Skrodenis <john@hashfast.com>                                    Sat, Sep 14, 2013 at 3:47 PM
To: Eduardo de Castro <eduardo@hashfast.com>

---------- Forwarded message ----------
From: **John Skrodenis** <john@hashfast.com>
Date: Sat, Sep 14, 2013 at 3:42 PM
Subject: Re: need:
To: Cypher <cipherdoc@gmail.com>


Can you confirm receipt of 250 btc?
More to come from another account...

John


On Sat, Sep 14, 2013 at 3:33 PM, Cypher <cipherdoc@gmail.com> wrote:
> 1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

> John Skrodenis <john@hashfast.com> wrote:
>> your btc addy...
>> J


John Skrodenis <john@hashfast.com>                                    Mon, Sep 16, 2013 at 8:50 AM
To: Eduardo de Castro <eduardo@hashfast.com>


Begin forwarded message:

> From: joe <cipherdoc@gmail.com>
> Date: September 15, 2013, 4:42:45 PM PDT
> To: undisclosed-recipients:;
> Subject: Re: need:

> fyi, i haven't gotten anything else after receiving the 250.


> On 9/14/13 3:42 PM, John Skrodenis wrote:
>> Can you confirm receipt of 250 btc?
>> More to come from another account...

John

On Sat, Sep 14, 2013 at 3:33 PM, Cypher <cipherdoc@gmail.com> wrote:
1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

John Skrodenis <john@hashfast.com> wrote:
your btc addy...
J

---

John Skrodenis <john@hashfast.com>                    Tue, Sep 17, 2013 at 5:10 PM
To: Eduardo de Castro <eduardo@hashfast.com>

---------- Forwarded message ----------
From: John Skrodenis <john@hashfast.com>
Date: Tue, Sep 17, 2013 at 4:27 PM
Subject: Re: need:
To: cypherdoc <cipherdoc@gmail.com>

I realize that.  We will be working to change that today.
I'll talk to E about getting you paid.

J

On Tue, Sep 17, 2013 at 12:19 PM, cypherdoc <cipherdoc@gmail.com> wrote:
your presence on the forum is exactly zero.

and ppl are noticing that.  questions are not being answered.

perhaps i could help but i need to get paid off first.  2 wks late.  any more coins?  750 to go...

On 9/17/2013 12:03 PM, John Skrodenis wrote:

Wholesale is good, retail is very slow.

I really need to extract more info from engineering to put more info out there and step up our presence...

John

On Tue, Sep 17, 2013 at 11:30 AM, cypherdoc <cipherdoc@gmail.com> wrote:
how are sales going?

On 9/14/2013 3:42 PM, John Skrodenis wrote:

Can you confirm receipt of 250 btc?
More to come from another account...

John


On Sat, Sep 14, 2013 at 3:33 PM, Cypher <cipherdoc@gmail.com> wrote:
1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

John Skrodenis <john@hashfast.com> wrote:
your btc addy...
J

# Exhibit "E"

Home     Charts     Stats     Wallet

# Bitcoin Address

## Summary

| | |
|---|---|
| Address | 1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9 |
| Tools | Taint Analysis - Related Tags - Unspent Outputs |

## Transactions

| | |
|---|---|
| No. Transactions | 10 |
| Total Received | 3,000.00041 BTC |
| Final Balance | 2,999.00041 BTC |

Request Payment     Donation Button



## Transactions

Filter

0573c87fc10535e3247f60c040af278db8df04926702e...          2014-09-07 00:31:10

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

0.00001 BTC

**Public Note:** This pos is currently holding around $2M worth of HashFast's creditors money and will do whatever he can to block the rightful restitution of the amount to the people he stole from.

2c7d858f3209dd150a6147b0d7bc047498fd75d5e9d6...

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

**2014-08-01 20:43:39**

0.0001 BTC

878463fc28f37417f99872f1c31aaaeb6c7cbf850dcd6f...

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

**2014-07-29 19:44:41**

0.0001 BTC

fa671c43816dc3d86acc5f33f28fbfa14c98b6e020dd13...

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

**2014-07-21 21:24:23**

0.0002 BTC

82f77d74882a51d3b743d4567dd705946d5f754d93cf...

1QCQFpqdyhJ5ExfuDf4gcDYoXzFBaXBT4
1G7ckcBJxH4ggDTEDcYbWRG9apT57v9KYp

**2014-03-17 03:39:30**

-1 BTC

ae02c97bb841a4fe8042005ec980d9196c58acf2e8f2d...

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

**2013-09-23 17:44:45**

500 BTC

4be4019ded9c44964d927b444a6ef9f3ec00e94405c1...

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

**2013-09-22 18:21:58**

250 BTC

eecee6b718692a9517ce16aa7529dbb50312390861e...

**2013-09-14 22:42:06**

Case: 15-03011    Doc# 24-4    Filed: 04/17/15    Entered: 04/17/15 11:27:26    Page 20 of 29

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

250 BTC

5d46f496bd394ee799196b363d902b78f425f20f2a3a3...          **2013-09-05 01:20:10**

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

1,999 BTC

8598c6416245a2e62fdfb11f903fab57df23e9c4c6847...          **2013-09-05 01:14:17**

1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9

1 BTC

Case: 15-03011    Doc# 24-4    Filed: 04/17/15    Entered: 04/17/15 11:27:26    Page 21
of 29

# Exhibit "F"

---------- Forwarded message ----------
From: **Bitcoin Forum** <noreply@bitcointalk.org>
Date: Sat, Oct 12, 2013 at 8:56 PM
Subject: New Personal Message: HashFast Support Team
To: willem@petamex.com


You have just been sent a personal message by HashFast on Bitcoin Forum.

IMPORTANT: Remember, this is just a notification. Please do not reply to this email.

The message they sent you was:

Dear Will,

This past summer, HashFast created a huge splash in the Bitcoin community after the announcement of its Golden Nonce chip. The Golden Nonce—a 28nm ASIC chip that performs 400 Ghash/s at nominal speed while consuming notably less than 1.0 W/GH—is projected to change the future of Bitcoin mining.

Your thoughts, comments, and questions have acknowledged just how far HashFast has pushed the envelope in the Bitcoin market. Your interest in HashFast's products, as well as your expertise in Bitcoin mining hardware, makes you the perfect candidate to join HashFast's BitcoinTalk support team.

As a member of the HashFast support team, your overall role will be to facilitate healthy debate and insight within the two HashFast threads in order to make sure that those threads remain at the top of the Custom Hardware message board. Sustaining a flow of supporting posts will encourage interest in the HashFast company and our products, which will lead to increased traffic on the HashFast website, and ultimately drive up purchases of HashFast equipment.

In order to achieve this goal, the HashFast support team member will be responsible for posting at least 1 – 2 supporting posts in each thread every day, or how ever many posts are deemed necessary to maintain a top position in the message board. Because we want to focus on the positive aspects of being a part of the Bitcoin community, verbal attacks by other forum members should only be met with immediate, persistent, reasoned, knowledgeable, and mature responses. Therefore, posts will be monitored to make sure that the language reflects the genuine nature and main objective of being a part of HashFast's support team.

In exchange for your services, HashFast will keep the support team reasonably updated on engineering information, and any other valuable details, that can be used to enlighten forum participants. Compensation will be $15/hr for 10 hours per week – paid in silicon.

If you are interested in the position as a HashFast support team member, please contact us team@hashfast.com. Hope to hear from you soon.

Cheers,

HashFast Forum Liaison

Reply to this Personal Message here:
https://bitcointalk.org/index.php?action=pm;sa=send;f=inbox;pmsg=1154588;quote;u=139624

------------------
You are receiving this message because you are a member of the
Bitcoin Forum. If you do not want to receive further messages, you
can change your notification preferences here:
https://bitcointalk.org/index.php?action=profile;sa=notification
https://bitcointalk.org/index.php?action=profile;sa=pmprefs

If you have forgotten your password, you can reset it here:
https://bitcointalk.org/index.php?action=reminder

# Exhibit "G"

# SVB ➤ Silicon Valley Bank

A Member of SVB Financial Group



PAGE   1
THIS STATEMENT DATE  1-31-14
LAST STATEMENT DATE  12-31-13

ENCLOSURE DEBITS     18

HASHFAST TECHNOLOGIES LLC
100 BUSH STREET, SUITE 650
SAN FRANCISCO CA 94014

| | | |
|---|---|---|
| PREVIOUS BALANCE | 12-31-13 | 77,999.31 |
| +DEPOSITS/CREDITS | | 1,237,988.69 |
| -CHECKS/DEBITS | | 1,075,486.49 |
| -SERVICE CHARGE | | .00 |
| CURRENT BALANCE | | 240,501.51 |



1-03

CONTINUED ON NEXT PAGE

```
                                      PAGE    2
            THIS STATEMENT DATE   1-31-14
            LAST STATEMENT DATE  12-31-13
```



```
            201401000391;ORG I-PMART NETWO
            RK LIMITED;OBI IPMART;REF HK11
1-10        35  WIRE IN  140100756300              432360.00
            201401007563;ORG GUIDO ERNESTO
            OCHOA HOMES;OBI CREDIT ACCOUN
1-10        35  WIRE OUT  40110L1B77D1C001977{     37800.00-
            201401008976;BNF MARC LOWE;OBI
            REFUND ORDER NO 1 PLUS 5PERCE
```

CONTINUED ON NEXT PAGE

```
                                        PAGE    3
                   THIS STATEMENT DATE   1-31-14
                   LAST STATEMENT DATE  12-31-13
```

HASHFAST TECHNOLOGIES LLC

```
- - - - - - - - - - - - - - -EFT ACTIVITY- - - - - - - - - - - - - - - - *
DATE              TRACER    DESCRIPTION                         AMOUNT
1-06              1006      ALLEN MCGHAN      SENDER            1647.51
                           HASHFAST TECHNOL

* - - - - - - - - - - - - - - -CHECKS PAID- - - - - - - - - - - - - - - -*
SERIAL #       DATE        AMOUNT    SERIAL #      DATE        AMOUNT
       1097    1-24     30686.67         1121      1-28       3157.32
       1098    1-15      2546.43         1123*     1-21       5931.00
       1099    1-22      6161.88         1124      1-21       6449.96
       1107*   1-28      5951.56         1128*     1-23      12149.81
       1113*   1-29      6067.34         1131*     1-22       6100.95
       1114    1-17      5937.63         1134*     1-22       5906.43
       1115    1-27      5937.63         1136*     1-22       6100.95
       1119*   1-21      6067.34         1137      1-23       6275.88
       1120    1-27      6349.46         1138      1-15       6052.56

       * - - - - - - - - - -DAILY BALANCE SUMMARY- - - - - - - - - - - - *
DATE           BALANCE     DATE        BALANCE     DATE        BALANCE
12-31         77999.31     1-02      115228.93     1-03      122131.95
1-06         672323.72     1-07      672546.82     1-08      437546.73
1-09         495558.52     1-10      902425.52     1-13      914530.95
1-14         764200.91     1-15      755601.92     1-16      768733.32
1-17         762795.69     1-21      644347.39     1-22      620077.18
1-23         481651.49     1-24      450964.82     1-27      378677.73
1-28         279568.85     1-29      290501.51     1-30      240501.51
```

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM