

1  BRIAN E. KLEIN (SBN 258246)
   BAKER MARQUART LLP
2  10990 Wilshire Boulevard, Fourth Floor
3  Los Angeles, California 90024
   Telephone:  (424) 652-7800
4  Facsimile:  (424) 652-7850
   Email:       bklein@bakermarquart.com
5
   DAVID M. POITRAS APC (SBN 141309)
6  JEFFER MANGELS BUTLER & MITCHELL LLP
7  1900 Avenue of the Stars, 7th Floor
   Los Angeles, California 90067-4308
8  Telephone:  (310) 203-8080
   Facsimile:  (310) 203-0567
9  Email:       dpoitras@jmbm.com

Signed and Filed: April 26, 2015

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

10  Attorneys for Defendant Dr. Marc A. Lowe

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC,<br>a California limited liability company,<br><br>    Debtor and Debtor in Possession<br><br>☐ Affects HASHFAST LLC,<br>    a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession | Case No. 14-30725<br><br>(Substantively Consolidated with<br>In re HashFast LLC, Case No. 14-30866)<br><br>Chapter 11<br><br>Adversary Case No. 15-03011 |
| HASHFAST TECHNOLOGIES LLC,<br>a California limited liability company, and<br>HASHFAST LLC, a Delaware limited liability company,<br>    Plaintiffs,<br>vs.<br><br>MARC A. LOWE, an individual, aka<br>Cypherdoc and/or Cipherdoc,<br><br>    Defendant. | **ORDER DENYING DEBTORS' MOTION FOR ISSUANCE OF RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT [DOCKET NO. 5]**<br><br>Hearing:<br>Date:  April 24, 2015<br>Time:  10:00 a.m.<br>Place:  235 Pine St., 22nd Floor<br>        San Francisco, CA 94104<br>Judge:  Honorable Dennis Montali |

This Court having considered the *Debtors' Motion for Issuance of Right to Attach Order and Writ of Attachment* (the "Motion")[Docket No. 5], Plaintiffs' declarations in support of the Motion, Defendant's Opposition to the Motion and supporting declaration, Defendant's evidentiary objections and Plaintiffs' reply, and after hearing argument from counsel at the hearing on the Motion, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is denied for the reasons stated by the Court on the record;

2. Defendant's deadline to respond to Plaintiffs' First Amended Complaint is May 29, 2015; and

3. The status conference for this adversary proceeding is continued to June 17, 2015 at 10:00 a.m.

APPROVED AS TO FORM AND CONTENT:

KATTEN MUCHIN ROSENMAN LLP

By: *[signature]* w/Person
Jessica M. Mickelsen
Counsel for Plaintiffs, HashFast Technologies LLC and HashFast LLC

*** END OF ORDER ***