Signed and Filed: June 11, 2015



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| HASHFAST TECHNOLOGIES LLC, | ) No. 14-30725DM ) ) Chapter 11 ) |
| Debtor. | ) |
| HASHFAST TECHNOLOGIES LLC and HASHFAST LLC, | ) Adversary Proceeding ) No. 15-3011DM ) |
| Plaintiffs, | ) |
| v. | ) DATE: July 31, 2015 ) TIME: 1:30 P.M. ) |
| MARC A. LOWE, | ) ) |
| Defendant. | ) |

ORDER CONTINUING STATUS CONFERENCE

IT IS HEREBY ORDERED that the status conference scheduled for June 26, 2015 at 1:30 P.M. is continued to July 31, 2015 at 1:30 P.M.

**END OF ORDER**

-1-