

Signed and Filed: July 31, 2015

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>HASHFAST TECHNOLOGIES LLC,<br>                          Debtor. | Bankruptcy Case<br>No. 14-30725DM<br>Chapter 11 |
| HASHFAST TECHNOLIGIES LLC,<br>HASHFAST LLC,<br>                          Plaintiffs,<br>v.<br>MARC A. LOWE,<br>                        Defendant. | Adversary Proceeding<br>No. 15-3011DM |

ORDER CONTINUING STATUS CONFERENCE

    A status conference was held on July 31, 2015, at 1:30 P.M. David M. Poitras, Esq. appeared for defendant Marc A. Lowe; no appearance was made by plaintiff.

    IT IS HEREBY ORDERED that a continued status conference will be heard on August 28, 2015, at 1:30 P.M., before Hon. Dennis Montali, 235 Pine Street, Courtroom 22, San Francisco, California.

**END OF ORDER**