BRIAN E. KLEIN (SBN 258486)
BAKER MARQUART LLP
10990 Wilshire Boulevard, Fourth Floor
Los Angeles, California 90024
Telephone: (424) 652-7800/Facsimile: (424) 652-7850
Email: bklein@bakermarquart.com

DAVID M. POITRAS APC (SBN 141309)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080/Facsimile: (310) 203-0567
Email: dpoitras@jmbm.com

Attorneys for Defendant Dr. Marc A. Lowe

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC,<br>a California limited liability company,<br><br>Debtor and Debtor in Possession | Case No. 14-30725<br><br>(Substantively Consolidated with<br>In re HashFast LLC, Case No. 14-30866)<br><br>Chapter 11 |
| ☐ Affects HASHFAST LLC,<br>a Delaware limited liability company,<br><br>Debtor and Debtor in Possession | Adversary Case No. 15-03011 |
| HASHFAST TECHNOLOGIES LLC,<br>a California limited liability company, and<br>HASHFAST LLC, a Delaware limited liability company,<br>Plaintiffs,<br>vs.<br>MARC A. LOWE, an individual, aka Cypherdoc and/or Cipherdoc,<br>Defendant. | **PROOF OF SERVICE RE ORDER CONTINUING STATUS CONFERENCE AND ORDER TO SHOW CAUSE RE DISMISSAL OF ADVERSARY PROCEEDING**<br><br>Hearing Date:<br>Date: August 28, 2015<br>Time: 1:30 p.m.<br>Place: 235 Pine St., 22nd Floor<br>San Francisco, CA 94104<br>Judge: Honorable Dennis Montali |

# PROOF OF SERVICE
## STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067.

On September 1, 2015 I served the document(s) described as **ORDER CONTINUING STATUS CONFERENCE AND ORDER TO SHOW CAUSE RE DISMISSAL OF ADVERSARY PROCEEDING;** in this action addressed as follows:

☒ (BY MAIL) On September 1, 2015, true and correct copies of the aforementioned document(s) were deposited, in a sealed envelope with postage thereon fully prepaid, with the U.S. Postal Service on that same day to be mailed via first class mail at Los Angeles, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)) Pursuant to the controlling Rules, the aforementioned document(s) will be served by the court via NEF and proper link(s) to the document(s). On September 1, 2015, I checked the appropriate CM/ECF docket for this case or proceeding and determined that the aforementioned person(s) has/have consented to receive NEF transmission at the aforementioned electronic addresses. **See Attached Service List**

☐ (BY FAX) The parties have consented in writing to receive service by facsimile transmission. On         , I transmitted the above-described document(s) by facsimile machine to the above-listed fax number(s). The transmission originated from facsimile phone number (310) 203-0567 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached.

☒ (BY ELECTRONIC SERVICE) On September 1, 2015, I transmitted the aforementioned document(s) as PDF attachments to the aforementioned electronic notification address(es). The transmission originated from my electronic notification address, which is bt@jmbm.com, and was reported as complete and without error. **See Attached Service List**

☐ (BY PERSONAL SERVICE) I placed the aforementioned document(s) in a sealed envelope and I delivered such envelope by hand to the offices of the addressee.

☒ (BY OVERNIGHT DELIVERY) I placed the aforementioned document(s) in a sealed envelope with postage thereon fully prepaid and I caused said envelope to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).
**See Attached Service List**

Executed on September 1, 2015 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Billie Terry

*Printed Name*                           *Signature*

PRINTED ON RECYCLED PAPER
LA 11882380v1

Case: 15-03011   Doc# 36   Filed: 09/01/15   Entered: 09/01/15 14:47:26   Page 2 of 3

# SERVICE LIST

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Ashley McDow    amcdow@bakerlaw.com, SGaeta@bakerlaw.com
- Jessica M. Mickelsen    jessica.mickelsen@kattenlaw.com
- David M. Poitras    dpoitras@jmbm.com

**BY MAIL**

Potential Counsel for Plaintiff
Geoffrey A. Heaton
Duane Morris LLP
One Market Plaza, Spear Tower
Suite 2200
San Francisco, CA 94105-1127

**BY ELECTRONIC SERVICE**

Office of the U.S. Trustee/SF
235 Pine Street, Suite 700
San Francisco, CA 94101
Email: USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com

**BY OVERNIGHT DELIVERY**

The Honorable Dennis Montali
Chambers Courtesy Copy
United States Bankruptcy Court
Northern Division of California
235 Pine Street, 19th Floor
San Francisco, CA 94104

PRINTED ON RECYCLED PAPER
LA 11882380v1