Signed and Filed: September 2, 2015

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

BRIAN E. KLEIN (SBN 258246)
BAKER MARQUART LLP
10990 Wilshire Boulevard, Fourth Floor
Los Angeles, California 90024
Telephone: (424) 652-7800
Facsimile: (424) 652-7850
Email: bklein@bakermarquart.com

DAVID M. POITRAS APC (SBN 141309)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
Email: dpoitras@jmbm.com

Attorneys for Defendant Dr. Marc A. Lowe

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC,<br>a California limited liability company,<br><br>Debtor and Debtor in Possession<br><br>☐ Affects HASHFAST LLC,<br>a Delaware limited liability company,<br><br>Debtor and Debtor in Possession | Case No. 14-30725<br><br>(Substantively Consolidated with<br>In re HashFast LLC, Case No. 14-30866)<br><br>Chapter 11<br><br>Adversary Case No. 15-03011 |
| HASHFAST TECHNOLOGIES LLC,<br>a California limited liability company, and<br>HASHFAST LLC, a Delaware limited liability company,<br>         Plaintiffs,<br>vs.<br><br>MARC A. LOWE, an individual, aka<br>Cypherdoc and/or Cipherdoc,<br>         Defendant. | **ORDER CONTINUING STATUS CONFERENCE AND ORDER TO SHOW CAUSE RE DISMISSAL OF ADVERSARY PROCEEDING**<br><br><u>Hearing</u>:<br>Date: August 28, 2015<br>Time: 1:30 p.m.<br>Place: 235 Pine St., 22nd Floor<br>         San Francisco, CA 94104<br>Judge: Honorable Dennis Montali |

A status conference was held on August 28, 2015, at 1:30 p.m. David M. Poitras appeared for defendant Marc A. Lowe. No appearance was made by counsel of record for plaintiff. Geoffrey A. Heaton, potential counsel for Michael G. Kasolas, in his capacity as the post-confirmation liquidating trustee under the HashFast Trust Agreement (the plaintiff and real party in interest herein)(hereinafter the "Plaintiff"), made an appearance at the status conference and requested a continuance of the status conference. Mr. Poitras made an oral motion to dismiss the complaint (the "Oral Motion") at the status conference. This Court having considered argument from counsel at the status conference, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Oral Motion is denied;

2. A continued status conference will be held on October 30, 2015, at 1:30 p.m. in Courtroom 22, 235 Pine Street, San Francisco, California; and

3. On or before October 9, 2015, Plaintiff is to show cause why this adversary proceeding should not be dismissed for lack of prosecution. Plaintiff may discharge this order to show cause by substituting into this adversary proceeding as the proper plaintiff and the appearance in the action by counsel for Plaintiff on or before October 9, 2015. If this order to show cause is not discharged by October 9, 2015, this adversary proceeding will be dismissed and the above-referenced status conference will come off calendar. If this order to show cause is timely discharged, the Court will hold a status conference on the October 30, 2015 date referenced above.

APPROVED AS TO FORM AND CONTENT:

DUANE MORRIS LLP

By: */s/* Geoffrey A. Heaton
    Geoffrey A. Heaton
Potential Counsel for Plaintiff

*** END OF ORDER ***