Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: roliner@duanemorris.com

Attorneys for Liquidating Trustee for the
Liquidating Trust, MICHAEL G. KASOLAS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>　　Debtor and Debtor in Possession. | Case No. 14-30725 DM<br><br>Chapter 11<br><br>(Substantively Consolidated with In re HashFast LLC, Case No. 14-30866) |
| ☐　Affects HASHFAST LLC, a Delaware limited liability company,<br><br>　　Debtor and Debtor in Possession. | Adversary Proceeding Case No. 15-03011 DM<br><br>**NOTICE OF SUBSTITUTION OF PLAINTIFF AND APPEARANCE OF COUNSEL** |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, and HASHFAST LLC, a Delaware limited liability company,<br><br>　　Plaintiffs,<br>vs.<br><br>MARC A. LOWE, an individual, aka Cypherdoc and/or Cipherdoc,<br><br>　　Defendant. | |

**PLEASE TAKE NOTICE** that by virtue of a confirmed plan in the captioned Chapter 11 consolidated bankruptcy cases, Michael G. Kasolas has been appointed as the estate representative. Accordingly, Mr. Kasolas is substituting in as real party plaintiff in the captioned Adversary Proceeding.

**PLEASE TAKE FURTHER NOTICE** that by virtue of an Order of this Court dated September 10, 2015 (Docket No. 393), Duane Morris LLP has been appointed as Special Counsel to Mr. Kasolas and hereby appears on behalf of the substituted plaintiff.

Dated: September 11, 2015                    **DUANE MORRIS LLP**

By: /s/ Aron M. Oliner (152373)
ARON M. OLINER
Attorneys for Liquidating Trustee for the Liquidating Trust,
MICHAEL G. KASOLAS

DM3\3540948.1 99998/10002

2

DUANE MORRIS LLP
SAN FRANCISCO

NOTICE OF SUBSTITUTION OF PLAINTIFF AND APPEARANCE OF COUNSEL
ADVERSARY PROCEEDING CASE NO. 15-03012 DM

Case: 15-03011    Doc# 38    Filed: 09/11/15    Entered: 09/11/15 09:25:29    Page 2 of 2