BRIAN E. KLEIN (SBN 258246)
BAKER MARQUART LLP
2029 Century Park East, 16th Floor
Los Angeles, California 90067
Telephone: (424) 652-7800
Facsimile: (424) 652-7850
Email: bklein@bakermarquart.com

Attorneys for Defendant Dr. Marc A. Lowe

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC,<br>a California limited liability company,<br><br>Debtor and Debtor in Possession<br><br>☐ Affects HASHFAST LLC,<br>a Delaware limited liability company,<br><br>Debtor and Debtor in Possession | Case No. 14-30725<br><br>(Substantively Consolidated with<br>In re HashFast LLC, Case No. 14-30866)<br><br>Chapter 11<br><br>Adversary Case No. 15-03011 |
| HASHFAST TECHNOLOGIES LLC,<br>a California limited liability company, and<br>HASHFAST LLC, a Delaware limited liability company,<br>Plaintiffs,<br>vs.<br><br>MARC A. LOWE, an individual, aka<br>Cypherdoc and/or Cipherdoc,<br><br>Defendant. | **NOTICE OF CHANGE OF ADDRESS** |

TO THE CLERK OF COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE, effective immediately, the address for Brian E. Klein, counsel for Defendant Dr. Marc A. Lowe, has changed. Telephone and facsimile numbers remain the same.

Firm information:

FILED
DEC 21 2015
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Case: 15-03011   Doc# 40   Filed: 12/21/15   Entered: 12/22/15 12:33:54   Page 1 of 3

| | | |
|---|---|---|
| 1 | OLD ADDRESS: | Baker Marquart LLP |
| 2 | | 10990 Wilshire Blvd., 4th Floor |
| 3 | | Los Angeles, CA 90024 |
| 4 | | Telephone: (424) 652-7800 |
| 5 | | Facsimile: (424) 652-7850 |
| 6 | | |
| 7 | NEW ADDRESS: | Baker Marquart LLP |
| 8 | | 2029 Century Park East, 16th Floor |
| 9 | | Los Angeles, CA 90067 |
| 10 | | Telephone: (424) 652-7800 |
| 11 | | Facsimile: (424) 652-7850 |

Dated: December 21, 2015

BRIAN E. KLEIN
BAKER MARQUART LLP

By: /s/ B. Klein

BRIAN E. KLEIN
Attorneys for Defendant
Dr. Marc A. Lowe

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 2029 Century Park East, 16th Floor, Los Angeles, CA 90067.

On **December 21, 2015**, I served true copies of the document(s) described as:

**NOTICE OF CHANGE OF ADDRESS**

On the the following:

| | |
|---|---|
| Aron M. Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105-3104 | United States Trustee, Region 17<br>United States Department of Justice<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104-2736 |
| David M. Poitras<br>Jeffer Mangels Butler and Marmaro<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067-2904 | Michael Delaney<br>Ashley McDow<br>Baker & Hostetler LLP<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509 |

**BY U.S. MAIL:** I enclosed the foregoing documents into a sealed envelope addressed as shown above, and I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this document was executed on **December 21, 2015**, at Los Angeles, California.

*/s/ John Park*
John Park