Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, California 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Liquidating Trustee
MICHAEL G. KASOLAS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725 DM<br><br>Chapter 11<br><br>(Substantively Consolidated with In re HashFast LLC, Case No. 14-30866) |
| MICHAEL G. KASOLAS, Liquidating Trustee,<br><br>Plaintiff,<br><br>v.<br><br>MARC A. LOWE, an individual, aka Cypherdoc and/or Ciperdoc,<br><br>Defendant. | Adversary Proceeding No. 15-03011 DM<br><br>**MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: February 19, 2016<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Avenue, 16th Floor<br>       Courtroom 17<br>       San Francisco, CA 94102 |

Liquidating Trustee Michael G. Kasolas ("Trustee"), plaintiff in the captioned adversary proceeding, hereby moves for partial summary judgment against defendant Marc A. Lowe, aka Cypherdoc and/or Ciperdoc ("Defendant") pursuant to Federal Rule of Civil Procedure 56, as incorporated through Federal Rule of Bankruptcy Procedure 7056.

For reasons discussed in the Memorandum of Points and Authorities filed and served herewith, there are no material facts in dispute as to the subject of this Motion. The Trustee moves for entry of an order granting partial summary judgment as follows: (1) determining that for purposes of section 550(a) of the Bankruptcy Code the 3,000 bitcoin transferred to Defendant constitute a commodity, not currency, and (2) directing that if the subject transfers are avoided the estate is entitled to either the bitcoin or the value of the bitcoin as of the transfer date or time of recovery, whichever is greater.

**WHEREFORE**, the Trustee moves for entry of an order granting partial summary judgment against Defendant as set forth above.

Dated: January 22, 2016  **DUANE MORRIS LLP**

By: /s/ Geoffrey A. Heaton (206990)
    Geoffrey A. Heaton
    Attorneys for Plaintiff and Liquidating
    Trustee, MICHAEL G. KASOLAS