Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, California 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Liquidating Trustee
MICHAEL G. KASOLAS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725 DM<br><br>Chapter 11<br><br>(Substantively Consolidated with In re HashFast LLC, Case No. 14-30866) |
| MICHAEL G. KASOLAS, Liquidating Trustee,<br><br>Plaintiff,<br><br>v.<br><br>MARC A. LOWE, an individual, aka Cypherdoc and/or Cipherdoc,<br><br>Defendant. | Adversary Proceeding No. 15-03011 DM<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: February 19, 2016<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Avenue, 16th Floor<br>Courtroom 17<br>San Francisco, CA 94102 |

Pursuant to Rule 201 of the Federal Rules of Evidence, incorporated through Fed. R. Bankr. P. 9017, Liquidating Trustee Michael G. Kasolas ("Trustee"), plaintiff in the captioned adversary proceeding, respectfully requests that the Court take judicial notice of the following documents:

DM3\3742463.1 R2495/00001

DUANE MORRIS LLP
SAN FRANCISCO

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR
PARTIAL SUMMARY JUDGMENT – ADVERSARY PROCEEDING NO. 15-03011 DM

Case: 15-03011    Doc# 42-2    Filed: 01/22/16    Entered: 01/22/16 11:20:26    Page 1 of 2

1. First Amended Complaint for: (1) Avoidance of Preferential Transfers; (2) Avoidance of Fraudulent Transfers; (3) Avoidance of Fraudulent Transfers (Constructive Fraud); and (4) Recovery of Avoided Transfers, filed on April 17, 2015, Docket No. 24, a true and correct copy of which, without exhibits, is attached hereto as **Exhibit A**.

2. Answer to First Amended Complaint, filed on May 29, 2015, Docket No. 33, a true and correct copy of which is attached hereto as **Exhibit B**.

3. Order Instituting Proceedings Pursuant to Sections (6)(c) and 6(d) of the Commodity Exchange Act, Making Findings and Imposing Remedial Actions, filed on September 17, 2015, CFTC Docket No. 15-29, a true and correct copy of which is attached hereto as **Exhibit C**.

4. U.S. Commodity Futures Trading Commission Press Release PR7231-15: "CFTC Orders Bitcoin Options Trading Platform Operator and its CEO to Cease Illegally Offering Bitcoin Options and to Cease Operating a Facility for Trading or Processing of Swaps without Registering," September 17, 2015, a true and correct copy of which is attached hereto as **Exhibit D**.

5. Internal Revenue Service Notice 2014-21, a true and correct copy of which is attached hereto as **Exhibit E**.

Dated: January 22, 2016

**DUANE MORRIS LLP**

By: /s/ Geoffrey A. Heaton (206990)
Geoffrey A. Heaton
Attorneys for Plaintiff and Liquidating Trustee, MICHAEL G. KASOLAS

DM3\3742463.1 R2495/00001

2

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT – ADVERSARY PROCEEDING NO. 15-03011-DM**

Case: 15-03011    Doc# 42-2    Filed: 01/22/16    Entered: 01/22/16 11:20:26    Page 2 of 2