Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, California 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Liquidating Trustee
MICHAEL G. KASOLAS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725 DM<br><br>Chapter 11<br><br>(Substantively Consolidated with In re HashFast LLC, Case No. 14-30866) |
| MICHAEL G. KASOLAS, Liquidating Trustee,<br><br>Plaintiff,<br><br>v.<br><br>MARC A. LOWE, an individual, aka Cypherdoc and/or Cipherdoc,<br><br>Defendant. | Adversary Proceeding No. 15-03011 DM<br><br>**NOTICE OF HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: February 19, 2016<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Avenue, 16th Floor<br>Courtroom 17<br>San Francisco, CA 94102 |

**TO DEFENDANT MARC A. LOWE:**

**PLEASE TAKE NOTICE** that a hearing on Liquidating Trustee Michael G. Kasolas's ("Trustee") Motion for Partial Summary Judgment ("Motion") against defendant Marc A. Lowe, aka Cypherdoc and/or Cipherdoc. ("Defendant") will be held on February 19, 2016 at 10:00 a.m. in the courtroom of The Honorable Dennis Montali, located at 450 Golden Gate Avenue,

DM3\3742244.1 R2495/00001

1

NOTICE OF HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT – A.P. NO. 15-03011 DM

Case: 15-03011    Doc# 43    Filed: 01/22/16    Entered: 01/22/16 11:23:27    Page 1 of 2

16th Floor, Courtroom 17, San Francisco, California 94102. By the Motion, the Trustee will, and hereby does, move the Court pursuant to Fed. R. Civ. P. 56, as incorporated through Fed. R. Bankr. P. 7056, for entry an order granting partial summary judgment as follows: (1) determining that for purposes of section 550(a) of the Bankruptcy Code the 3,000 bitcoin transferred to Defendant constitute a commodity, not currency, and (2) directing that if the subject transfers are avoided the estate is entitled to either the bitcoin or the value of the bitcoin as of the transfer date or time of recovery, whichever is greater.

The relief sought in the Motion is based upon this Notice, the Motion, the Memorandum of Points and Authorities in support of the Motion, and the Request for Judicial Notice in Support of the Motion and exhibits thereto, all of which have been served concurrently with this Notice, and upon such other and further evidence and oral argument of counsel as may be presented at the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Local Rule 7007-1, opposition, if any, to the Motion must be in writing, and must be filed with the Court and served on counsel to the Trustee at least fourteen (14) days prior to the hearing date on the Motion.

Dated: January 22, 2016          **DUANE MORRIS LLP**

                                By: /s/ Geoffrey A. Heaton (206990)
                                   Geoffrey A. Heaton
                                   Attorneys for Plaintiff and Liquidating
                                   Trustee, MICHAEL G. KASOLAS