Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, California 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Liquidating Trustee
MICHAEL G. KASOLAS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725 DM<br><br>Chapter 11<br><br>(Substantively Consolidated with In re HashFast LLC, Case No. 14-30866) |
| MICHAEL G. KASOLAS, Liquidating Trustee,<br><br>Plaintiff,<br><br>v.<br><br>MARC A. LOWE, an individual, aka Cypherdoc and/or Cipherdoc,<br><br>Defendant. | Adversary Proceeding No. 15-03011 DM<br><br>**CERTIFICATE OF SERVICE** |

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Duane Morris LLP and my business address is One Market Plaza, Spear Street Tower, Suite 2200, San Francisco, California 94105-1127. I am readily familiar with the business practice for collection and processing of correspondence for mailing and for transmitting documents by U.S. Mail, FedEx, fax, email,

courier and other modes.  On February 12, 2016, I served the following documents: **REPLY TO OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**,

**X**  BY MAIL:  by placing (☐ the original) (☒ a true copy) thereof enclosed in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing following my firm's ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, with postage fully prepaid.

| United States Trustee, Region 17<br>United States Department of Justice<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104-2736 | David M. Poitras APC<br>Jeffer Mangels Butler & Mitchell<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067-4308<br>Attorneys for Defendant Marc A. Lowe | Brian E. Klein<br>Baker Marquart LLP<br>2029 Century Park East, Suite 1600<br>Los Angeles, CA 90067<br>Attorneys for Defendant Marc A. Lowe |
|---|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 12, 2016, in San Francisco, California.

                                                    /s/ Aristela Wise (xxx-xx-2624)
                                                    ARISTELA WISE