**Entered on Docket**
**February 23, 2016**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: February 22, 2016**



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>HASHFAST TECHNOLOGIES LLC,<br>　　　　　　　　　　Debtor.<br>_____<br>HASHFAST TECHNOLOGIES LLC and<br>HASHFAST LLC,<br>　　　　　　　　　　Plaintiffs,<br>v.<br>MARC A. LOWE,<br>　　　　　　　　　　Defendant.<br>_____ | Bankruptcy Case<br>No. 14-30725DM<br>Chapter 11<br><br><br>Adversary Proceeding<br>No. 15-3011DM<br><br>DATE: February 19, 2016<br>TIME: 10:00 A.M. |

ORDER ON MOTION FOR PARTIAL SUMMARY JUDGMENT

　　The Liquidating Trustee's Motion For Partial Summary Judgment came on for hearing on February 19, 2016.  Appearances were noted.  For the reasons stated on the record, the motion is GRANTED, in part, and DENIED, in part.

　　The court does not need to decide whether bitcoin are currency or commodities for purposes of the fraudulent transfer provisions of the bankruptcy code.  Rather, it is sufficient to determine that, despite defendant's arguments to the contrary, bitcoin are not United States dollars.  If and when the

-1-

Liquidating Trustee prevails and avoids the subject transfer of bitcoin to defendant, the court will decide whether, under 11 U.S.C. § 550(a), he may recover the bitcoin (property) transferred or their value, and if the latter, valued as of what date.

**END OF ORDER**