```
1   Aron M. Oliner (SBN: 152373)
    Geoffrey A. Heaton (SBN: 206990)
2   DUANE MORRIS LLP
    One Market Plaza
3   Spear Street Tower, Suite 2200
    San Francisco, California 94105-1127
4   Telephone: (415) 957-3000
    Facsimile: (415) 957-3001
5   Email: gheaton@duanemorris.com

6   Attorneys for Liquidating Trustee
    MICHAEL G. KASOLAS
```

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725 DM<br><br>Chapter 11<br><br>(Substantively Consolidated with In re HashFast LLC, Case No. 14-30866) |
| MICHAEL G. KASOLAS, Liquidating Trustee,<br><br>Plaintiff,<br><br>v.<br><br>MARC A. LOWE, an individual, aka Cypherdoc and/or Cipherdoc,<br><br>Defendant. | Adversary Proceeding No. 15-03011 DM<br><br>**STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a), as incorporated through Fed. R. Bankr. P. 7041, plaintiff, Liquidating Trustee Michael G. Kasolas, and defendant, Marc A. Lowe, hereby stipulate to dismiss the captioned adversary proceeding with prejudice. The parties shall each bear their own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | Dated: June 17, 2016 | **DUANE MORRIS LLP** |
| 2 | | |
| 3 | | By: /s/ Aron M. Oliner (152373) |
| | | RON M. OLINER |
| 4 | | Attorneys for Plaintiff and Liquidating Trustee MICHAEL G. KASOLAS |
| 5 | | |
| 6 | Dated: June 17, 2016 | **JEFFER MANGELS BUTLER & MITCHELL** |
| 7 | | |
| 8 | | By: /s/ David M. Poitras (141309) |
| | | DAVID M. POITRAS |
| 9 | | Attorneys for Defendant Marc A. Lowe |