Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, California 94105-112
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Liquidating Trustee
MICHAEL G. KASOLAS

Signed and Filed: June 17, 2016

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725 DM<br><br>Chapter 11<br><br>(Substantively Consolidated with In re HashFast LLC, Case No. 14-30866) |
| MICHAEL G. KASOLAS, Liquidating Trustee,<br><br>Plaintiff,<br><br>v.<br><br>MARC A. LOWE, an individual, aka Cypherdoc and/or Cipherdoc,<br><br>Defendant. | Adversary Proceeding No. 15-03011 DM<br><br>**ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE** |

The Court, having reviewed the Stipulation to Dismiss Adversary Proceeding With Prejudice ("Stipulation") filed in the captioned adversary proceeding ("Adversary Proceeding"), and good cause appearing therefor,

**HEREBY ORDERS AS FOLLOWS:**

1. The Stipulation is approved; and

2. The Adversary Proceeding is dismissed with prejudice.

**\*\*\* END OF ORDER \*\*\***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | |
| 3 | [All other parties are ECF registered in this matter.] |